# Exhibit A

| Plaintiff | Registration Number |
| --- | --- |
| Authors Guild | TX0001472933 |
| Authors Guild | TX0000262270 |
| Authors Guild | TX0000464114 |
| Authors Guild | TX0000684927 |
| Authors Guild | TX0001843584 |
| Authors Guild | TX0000954810 |
| Authors Guild | TX0000060127 |
| Authors Guild | TX0001195467 |
| Authors Guild | TX0002254545 |
| Authors Guild | R167095 |
| Authors Guild | R186351 |
| Baldacci, David | TX0004447888 |
| Baldacci, David | TX0008175968 |
| Baldacci, David | TX0005659939 |
| Baldacci, David | TX0006451132 |
| Baldacci, David | TX0008977298 |
| Baldacci, David | TX0007223564 |
| Baldacci, David | TX0007131368 |
| Baldacci, David | TX0008570267 |
| Baldacci, David | TX0008577805 |
| Baldacci, David | TX0007877719 |
| Baldacci, David | TX0006936166 |
| Baldacci, David | TX0008434084 |
| Baldacci, David | TX0009074729 |
| Baldacci, David | TX0008266478 |
| Baldacci, David | TX0007332625 |
| Baldacci, David | TX0006109071 |
| Baldacci, David | TX0008151506 |
| Baldacci, David | TX0008429575 |
| Baldacci, David | TX0008680065 |
| Baldacci, David | TX0008068212 |
| Baldacci, David | TX0008850402 |
| Baldacci, David | TX0008388357 |
| Baldacci, David | TX0007804343 |
| Baldacci, David | TX0008786824 |
| Baldacci, David | TX0007549427 |
| Baldacci, David | TX0008767597 |
| Baldacci, David | TX0005099811 |
| Baldacci, David | TX0006585054 |
| Baldacci, David | TX0004889418 |

| | |
|---|---|
| Baldacci, David | TX0007447606 |
| Baldacci, David | TX0005830168 |
| Baldacci, David | TX0006939773 |
| Baldacci, David | TX0007952352 |
| Baldacci, David | TX0004503942 |
| Baldacci, David | TX0007122068 |
| Baldacci, David | TX0008884482 |
| Baldacci, David | TX0007106806 |
| Baldacci, David | TX0004716435 |
| Baldacci, David | TX0006828702 |
| Baldacci, David | TX0005309086 |
| Baldacci, David | TX0007446708 |
| Bly, Mary | TX0006811569 |
| Bly, Mary | TX0006522040 |
| Bly, Mary | TX0007238491 |
| Bly, Mary | TX0007916205 |
| Bly, Mary | TX0008254348 |
| Bly, Mary | TX0007044253 |
| Bly, Mary | TX0005401382 |
| Bly, Mary | TX0006969635 |
| Bly, Mary | TX0005911488 |
| Bly, Mary | TX0007325306 |
| Bly, Mary | TX0007588681 |
| Bly, Mary | TX0005976986 |
| Bly, Mary | TX0005218280 |
| Bly, Mary | TX0005264332 |
| Bly, Mary | TX0005727373 |
| Bly, Mary | TX0006066736 |
| Bly, Mary | TX0007018439 |
| Bly, Mary | TX0005042391 |
| Bly, Mary | TX0006116791 |
| Bly, Mary | TX0005979691 |
| Bly, Mary | TX0006297840 |
| Bly, Mary | TX0006354128 |
| Bly, Mary | TX0008538194 |
| Bly, Mary | TX0006928439 |
| Bly, Mary | TX0007516011 |
| Bly, Mary | TX0007729479 |
| Bly, Mary | TX0008226279 |
| Bly, Mary | TX0008888973 |
| Bly, Mary | TX0008599520 |

| | |
|---|---|
| Bly, Mary | TX0008499214 |
| Bly, Mary | TX0008768967 |
| Bly, Mary | TX0007897186 |
| Bly, Mary | TX0008021221 |
| Connelly, Michael | TX0005004510 |
| Connelly, Michael | TX0007697114 |
| Connelly, Michael | TX0003553452 |
| Connelly, Michael | TX0004777790 |
| Connelly, Michael | TX0007487034 |
| Connelly, Michael | TX0008966169 |
| Connelly, Michael | TX0006893236 |
| Connelly, Michael | TX0008979084 |
| Connelly, Michael | TX0005698578 |
| Connelly, Michael | TX0006150165 |
| Connelly, Michael | TX0005511555 |
| Connelly, Michael | TX0006218760 |
| Connelly, Michael | TX0003827545 |
| Connelly, Michael | TX0006525274 |
| Connelly, Michael | TX0008679767 |
| Connelly, Michael | TX0005244877 |
| Connelly, Michael | TX0007903750 |
| Connelly, Michael | TX0007551173 |
| Connelly, Michael | TX0006456031 |
| Connelly, Michael | TX0008905639 |
| Connelly, Michael | TX0007486928 |
| Connelly, Michael | TX0007377218 |
| Connelly, Michael | TX0007847608 |
| Connelly, Michael | TX0006921470 |
| Connelly, Michael | TX0004064390 |
| Connelly, Michael | TX0008943137 |
| Connelly, Michael | TX0008459240 |
| Connelly, Michael | TX0009091556 |
| Connelly, Michael | TX0006979953 |
| Connelly, Michael | TX0005743159 |
| Connelly, Michael | TX0007000522 |
| Connelly, Michael | TX0006026283 |
| Connelly, Michael | TX0008820211 |
| Connelly, Michael | TX0007046637 |
| Connelly, Michael | TX0006941111 |
| Connelly, Michael | TX0006602700 |
| Connelly, Michael | TX0004494924 |

| | |
|---|---|
| Connelly, Michael | TX0004290489 |
| Connelly, Michael | TX0007324033 |
| Connelly, Michael | TX0008137420 |
| Connelly, Michael | TX0006998115 |
| Connelly, Michael | TX0008154362 |
| Connelly, Michael | TX0004571735 |
| Connelly, Michael | TX0008530537 |
| Connelly, Michael | TX0008387548 |
| Connelly, Michael | TX0003234539 |
| Day, Sylvia | TX0007571518 |
| Day, Sylvia | TX0008055091 |
| Day, Sylvia | TX0006992994 |
| Day, Sylvia | TX0007765389 |
| Day, Sylvia | TX0007050973 |
| Day, Sylvia | TX0007041044 |
| Day, Sylvia | TX0006860949 |
| Day, Sylvia | TX0007579762 |
| Day, Sylvia | TX0006853003 |
| Day, Sylvia | TX0007576661 |
| Day, Sylvia | TX0006848293 |
| Day, Sylvia | TX0006569840 |
| Day, Sylvia | TX0007310034 |
| Day, Sylvia | TX0007626414 |
| Day, Sylvia | TX0007426591 |
| Day, Sylvia | TX0006500604 |
| Day, Sylvia | TX0007706524 |
| Day, Sylvia | TX0007487888 |
| Day, Sylvia | TX0007385035 |
| Day, Sylvia | TX0008280509 |
| Day, Sylvia | TX0007618026 |
| Day, Sylvia | TX0007620649 |
| Day, Sylvia | TX0006451506 |
| Day, Sylvia | TX0006602177 |
| Day, Sylvia | TX0006336892 |
| Day, Sylvia | TX0008280508 |
| Day, Sylvia | TX0008788912 |
| Day, Sylvia | TX0008817010 |
| Day, Sylvia | TX0008315091 |
| Day, Sylvia | TX0007158134 |
| Day, Sylvia | TX0006559491 |
| Franzen, Jonathan | TX0005485729 |

| | |
|---|---|
| Franzen, Jonathan | TX0007428625 |
| Franzen, Jonathan | TX0003298778 |
| Franzen, Jonathan | TX0008137801 |
| Franzen, Jonathan | TX0002478464 |
| Grisham, John | TX0005991698 |
| Grisham, John | TX0005151784 |
| Grisham, John | TX0006096187 |
| Grisham, John | TX0007543922 |
| Grisham, John | TX0003672820 |
| Grisham, John | TX0003493490 |
| Grisham, John | TX0003507693 |
| Grisham, John | TX0003021559 |
| Grisham, John | TX0007051398 |
| Grisham, John | TX0008853177 |
| Grisham, John | TXu001050004 |
| Grisham, John | TX0005706610 |
| Grisham, John | TX0005917373 |
| Grisham, John | TX0007494080 |
| Grisham, John | TX0005349683 |
| Grisham, John | TX0004493634 |
| Grisham, John | TX0003266464 |
| Grisham, John | TX0004069842 |
| Grisham, John | TX0008691152 |
| Grisham, John | TX0004331866 |
| Grisham, John | TX0005457447 |
| Grisham, John | TX0004757113 |
| Grisham, John | TX0005477452 |
| Grisham, John | TX0004945638 |
| Grisham, John | TX0006991370 |
| Grisham, John | TX0002655711 |
| Hilderbrand, Elin | TX0008882413 |
| Hilderbrand, Elin | TX0006607155 |
| Hilderbrand, Elin | TX0005206228 |
| Hilderbrand, Elin | TX0005206228 |
| Hilderbrand, Elin | TX0006265829 |
| Hilderbrand, Elin | TX0007024786 |
| Hilderbrand, Elin | TX0009013166 |
| Hilderbrand, Elin | TX0008326741 |
| Hilderbrand, Elin | TX0008457976 |
| Hilderbrand, Elin | TX0007265117 |
| Hilderbrand, Elin | TX0006356827 |

| | |
|---|---|
| Hilderbrand, Elin | TX0007940979 |
| Hilderbrand, Elin | TX0005519951 |
| Hilderbrand, Elin | TX0008625046 |
| Hilderbrand, Elin | TX0008119893 |
| Hilderbrand, Elin | TX0007436937 |
| Hilderbrand, Elin | TX0009013724 |
| Hilderbrand, Elin | TX0006994950 |
| Hilderbrand, Elin | TX0008781913 |
| Hilderbrand, Elin | TX0005717125 |
| Hilderbrand, Elin | TX0007569862 |
| Hilderbrand, Elin | TX0008202402 |
| Hilderbrand, Elin | TX0008928349 |
| Hilderbrand, Elin | TX0008821633 |
| Hilderbrand, Elin | TX0008662697 |
| Hilderbrand, Elin | TX0008671377 |
| Hilderbrand, Elin | TX0008324579 |
| Hilderbrand, Elin | TX0007961716 |
| Hilderbrand, Elin | TX0008132271 |
| Kline, Christina Baker | TX0007046035 |
| Kline, Christina Baker | TX0007705736 |
| Kline, Christina Baker | TX0008384547 |
| Kline, Christina Baker | TX0006813556 |
| Kline, Christina Baker | TX0004971661 |
| Lang, Maya Shanbhag | TX0007909779 |
| LaValle, Victor | TX0007045350 |
| LaValle, Victor | TX0008515813 |
| LaValle, Victor | TX0007637385 |
| LaValle, Victor | TX0009011428 |
| LaValle, Victor | TX0005101730 |
| LaValle, Victor | TX0005963757 |
| Martin, George R.R. | TX0004947577 |
| Martin, George R.R. | TX0007400734 |
| Martin, George R.R. | TX0006294636 |
| Martin, George R.R. | TX0001010122 |
| Martin, George R.R. | TX0008699122 |
| Martin, George R.R. | TX0002555019 |
| Martin, George R.R. | TX0004387272 |
| Martin, George R.R. | TX0000672958 |
| Martin, George R.R. | TX0000831294 |
| Martin, George R.R. | TX0008551412 |
| Martin, George R.R. | TX0005306372 |

| | |
|---|---|
| Martin, George R.R. | TX0001847501 |
| Martin, George R.R. | TX0002488534 |
| Martin, George R.R. | TX0001359571 |
| Martin, George R.R. | TX0001314411 |
| Picoult, Jodi | TX0008908911 |
| Picoult, Jodi | TX0007628302 |
| Picoult, Jodi | TX0007981362 |
| Picoult, Jodi | TX0006940734 |
| Picoult, Jodi | TX0003720035 |
| Picoult, Jodi | TX0007152236 |
| Picoult, Jodi | TX0005300595 |
| Picoult, Jodi | TX0008760062 |
| Picoult, Jodi | TX0007948448 |
| Picoult, Jodi | TX0007509059 |
| Picoult, Jodi | TX0005949094 |
| Picoult, Jodi | TX0006542571 |
| Picoult, Jodi | TX0004708651 |
| Picoult, Jodi | TX0005418274 |
| Picoult, Jodi | TX0005714956 |
| Picoult, Jodi | TX0008760063 |
| Picoult, Jodi | TX0007343274 |
| Picoult, Jodi | TX0008471033 |
| Picoult, Jodi | TX0008668131 |
| Picoult, Jodi | TX0006409872 |
| Picoult, Jodi | TX0006124529 |
| Picoult, Jodi | TX0007210105 |
| Picoult, Jodi | TX0004369201 |
| Picoult, Jodi | TX0005517659 |
| Picoult, Jodi | TX0004039517 |
| Picoult, Jodi | TX0005236383 |
| Picoult, Jodi | TX0003356740 |
| Preston, Douglas | TX0006843684 |
| Preston, Douglas | TX0007224608 |
| Preston, Douglas | TX0003921292 |
| Preston, Douglas | TX0007908862 |
| Preston, Douglas | TX0005887183 |
| Preston, Douglas | TX0006206315 |
| Robinson, Roxana | TX0006972227 |
| Robinson, Roxana | TX0008776218 |
| Robinson, Roxana | TX0007796014 |
| Robinson, Roxana | TX0002346979 |

| | |
|---|---|
| Robinson, Roxana | TX0005905727 |
| Robinson, Roxana | TX0004867896 |
| Robinson, Roxana | TX0007502294 |
| Robinson, Roxana | TX0004268621 |
| Saunders, George | TX0006261346 |
| Saunders, George | TX0004326821 |
| Saunders, George | TX0007630065 |
| Saunders, George | TX0006374617 |
| Saunders, George | TX0008397114 |
| Saunders, George | TX0005218791 |
| Saunders, George | TX0007666640 |
| Turow, Scott | TX0007815893 |
| Turow, Scott | TX0007192030 |
| Turow, Scott | TX0008447808 |
| Turow, Scott | TX0002844795 |
| Turow, Scott | TX0004410865 |
| Turow, Scott | TX0006467762 |
| Turow, Scott | TX0006269676 |
| Turow, Scott | TX0005105000 |
| Turow, Scott | TX0003554492 |
| Turow, Scott | TX0003554493 |
| Turow, Scott | TX0002110794 |
| Turow, Scott | TX0005655957 |
| Turow, Scott | TX0006467853 |
| Turow, Scott | TX0005857010 |
| Turow, Scott | TX0009133293 |
| Turow, Scott | TX0008929294 |
| Vail, Rachel | TX0009154541 |
| Vail, Rachel | TX0008751369 |
| Vail, Rachel | TX0007192055 |
| Vail, Rachel | TX0004460895 |
| Vail, Rachel | TX0003547708 |
| Vail, Rachel | TX0004009154 |
| Vail, Rachel | TX0005248983 |
| Vail, Rachel | TX0007041468 |
| Vail, Rachel | TX0006175909 |
| Vail, Rachel | TX0004839343 |
| Vail, Rachel | TX0008750555 |
| Vail, Rachel | TX0007286754 |
| Vail, Rachel | TX0007889725 |
| Vail, Rachel | TX0007548643 |
| Vail, Rachel | TX0007688716 |

| | |
|---|---|
| Vail, Rachel | TX0007002999 |
| Vail, Rachel | TX0008001704 |
| Vail, Rachel | TX0008723575 |
| Vail, Rachel | TX0005035392 |
| Vail, Rachel | TX0005086489 |
| Vail, Rachel | TX0003243165 |
| Vail, Rachel | TX0006402673 |
| Vail, Rachel | TX0004916717 |
| Vail, Rachel | TX0004916716 |