UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AUTHORS GUILD, DAVID BALDACCI, MARY BLY, MICHAEL CONNELLY, SYLVIA DAY, JONATHAN FRANZEN, JOHN GRISHAM, ELIN HILDERBRAND, CHRISTINA BAKER KLINE, MAYA SHANBHAG LANG, VICTOR LAVALLE, GEORGE R.R. MARTIN, JODI PICOULT, DOUGLAS PRESTON, ROXANA ROBINSON, GEORGE SAUNDERS, SCOTT TUROW, and RACHEL VAIL, individually and on behalf of others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>OPENAI INC., OPENAI LP, OPENAI LLC, OPENAI GP LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION LLC, OPENAI HOLDINGS LLC, OPENAI STARTUP FUND I LP, OPENAI STARTUP FUND GP I LLC, and OPENAI STARTUP FUND MANAGEMENT LLC,<br><br>    Defendants. | Case No. 1:23-cv-08292 (SHS)(OTW)<br><br>**NOTICE OF APPEARANCE** |

To: The Clerk of this Court and all parties of record:

    I certify that I am admitted to practice in this Court, and I appear in the above-referenced action as counsel for the above Individually Named Plaintiffs and the Proposed Class.

                                                                        Respectfully Submitted,

Dated: September 21, 2023           COWAN, DEBAETS, ABRAHAMS
       New York, New York                      & SHEPPARD LLP

                                                                        By: /s/ Scott J. Sholder
                                                                        Scott J. Sholder
                                                                        41 Madison Avenue, 38th Floor
                                                                        New York, New York 10010
                                                                         Tel: (212) 974-7474
                                                                          Fax: (212) 974-8474
                                                                          ssholder@cdas.com

                                                                          *Attorneys for Individually Named Plaintiffs and the Proposed Class*