UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AUTHORS GUILD, DAVID BALDACCI, MARY BLY, MICHAEL CONNELLY, SYLVIA DAY, JONATHAN FRANZEN, JOHN GRISHAM, ELIN HILDERBRAND, CHRISTINA BAKER KLINE, MAYA SHANBHAG LANG, VICTOR LAVALLE, GEORGE R.R. MARTIN, JODI PICOULT, DOUGLAS PRESTON, ROXANA ROBINSON, GEORGE SAUNDERS, SCOTT TUROW, and RACHEL VAIL, individually and on behalf of others similarly situated,<br><br>      Plaintiffs,<br><br>      v.<br><br>OPENAI INC., OPENAI LP, OPENAI LLC, OPENAI GP LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION LLC, OPENAI HOLDINGS LLC, OPENAI STARTUP FUND I LP, OPENAI STARTUP FUND GP I LLC, and OPENAI STARTUP FUND MANAGEMENT LLC,<br><br>      Defendants. | Case No. 1:23-cv-08292 (SHS)(OTW)<br><br>**RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for Authors Guild, Inc. hereby files its corporate disclosure statement and respectfully states that it has no parent corporation, and that no publicly traded corporation owns 10% or more of its stock.

|  |  |
|---|---|
| Dated: September 21, 2023<br>       New York, New York | Respectfully Submitted,<br><br>COWAN, DEBAETS, ABRAHAMS & SHEPPARD LLP<br><br>By: /s/ Scott J. Sholder<br>Scott J. Sholder<br>CeCe M. Cole<br>41 Madison Avenue, 38th Floor<br>New York, New York 10010<br>Tel: (212) 974-7474<br>Fax: (212) 974-8474<br>ssholder@cdas.com<br>ccole@cdas.com<br>*Attorneys for Authors Guild* |