AO 121 (Rev. 06/16)

| TO: | |
|---|---|
| **Register of Copyrights**<br>**U.S. Copyright Office**<br>**101 Independence Ave. S.E.**<br>**Washington, D.C. 20559-6000** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION   ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO.: 23-cv-08292   DATE FILED: 9/19/2023 | United States District Court Southern District of New York<br>40 Foley Square, New York, NY 10007 |

| PLAINTIFF | DEFENDANT |
|---|---|
| AUTHORS GUILD, DAVID BALDACCI, MARY BLY, MICHAEL CONNELLY, SYLVIA DAY, JONATHAN FRANZEN, JOHN GRISHAM, ELIN HILDERBRAND, CHRISTINA BAKER KLINE, MAYA SHANBHAG LANG, VICTOR LAVALLE, GEORGE R.R. MARTIN, JODI PICOULT, DOUGLAS PRESTON, ROXANA ROBINSON, GEORGE SAUNDERS, SCOTT TUROW, and RACHEL VAIL, individually and on behalf of others similarly situated | OPENAI INC., OPENAI LP, OPENAI LLC, OPENAI GP LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION LLC, OPENAI HOLDINGS LLC, OPENAI STARTUP FUND I LP, OPENAI STARTUP FUND GP I LLC, and OPENAI STARTUP FUND MANAGEMENT LLC |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 See Attached Ex. A | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY ☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading |
|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order  ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes  ☐ No | DATE RENDERED |
|---|---|---|

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Ruby J. Krajick | /s/ P. Canales | 9/28/2023 |

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

**EXHIBIT A**

| Registration Number | Title of Work | Author of Work |
|---|---|---|
| TX0001472933 | Alpine condo crossfire / Mignon G. Eberhart [i.e. Mignon Good Eberhart]. | Mignon G. Eberhart |
| TX0000262270 | The Bayou road / Mignon G. Eberhart [i.e. Mignon Good Eberhart]. | Mignon G. Eberhart |
| TX0000464114 | Casa Madrone / Mignon G. Eberhart [i.e. Mignon Good Eberhart]. | Mignon G. Eberhart |
| TX0000684927 | Family affair / Mignon G. Eberhart [i.e. Mignon Good Eberhart]. | Mignon G. Eberhart |
| TX0001843584 | A Fighting chance / Mignon G. Eberhart. | Mignon G. Eberhart |
| TX0000954810 | Next of kin / Mignon G. Eberhart [i.e. Mignon Good Eberhart]. | Mignon G. Eberhart |
| TX0000060127 | Nine o'clock tide / Mignon G. Eberhart [i.e. Mignon Good Eberhart]. | Mignon G. Eberhart |
| TX0001195467 | The Patient in cabin C / Mignon G. Eberhart [i.e. Mignon Good Eberhart]. | Mignon G. Eberhart |
| TX0002254545 | Three days for emeralds / Mignon G. Eberhart. | Mignon G. Eberhart |
| R167095 | The Patient in Room 18 | Mignon G. Eberhart |
| R186351 | While the Patient Slept | Mignon G. Eberhart |
| TX0004447888 | Absolute power / David Baldacci. | David Baldacci |
| TX0008175968 | Bullseye: An Original Will Robie / Camel Club Short Story. | David Baldacci |
| TX0005659939 | The Christmas train / David Baldacci. | David Baldacci |
| TX0006451132 | The collectors. | David Baldacci |
| TX0008977298 | Daylight. | David Baldacci |
| TX0007223564 | DELIVER US FROM EVIL. | David Baldacci |
| TX0007131368 | Divine Justice. | David Baldacci |
| TX0008570267 | End Game. | David Baldacci |
| TX0008577805 | The Fallen. | David Baldacci |
| TX0007877719 | The Finisher. | David Baldacci |
| TX0006936166 | First Family. | David Baldacci |
| TX0008434084 | The Fix. | David Baldacci |
| TX0009074729 | A Gambling Man. | David Baldacci |
| TX0008266478 | THE GUILTY. | David Baldacci |
| TX0007332625 | Hell's Corner. | David Baldacci |
| TX0006109071 | Hour game : a novel / David Baldacci | David Baldacci |
| TX0008151506 | The Keeper. | David Baldacci |
| TX0008429575 | The Last Mile. | David Baldacci |
| TX0008680065 | Long Road to Mercy. | David Baldacci |
| TX0008068212 | MEMORY MAN. | David Baldacci |
| TX0008850402 | A Minute to Midnight. | David Baldacci |

| | | |
|---|---|---|
| TX0008388357 | No Man's Land. | David Baldacci |
| TX0007804343 | No Time Left. | Columbus Rose, Ltd. f/s/o David Baldacci |
| TX0008786824 | One Good Deed. | David Baldacci |
| TX0007549427 | One Summer. | David Baldacci |
| TX0008767597 | Redemption. | David Baldacci |
| TX0005099811 | Saving faith / David Baldacci. | David Baldacci |
| TX0006585054 | Simple genius. | David Baldacci |
| TX0004889418 | The simple truth / David Baldacci. | David Baldacci |
| TX0007447606 | The Sixth Man. | David Baldacci |
| TX0005830168 | Split second / David Baldacci. | David Baldacci |
| TX0006939773 | STONE COLD. | David Baldacci |
| TX0007952352 | THE TARGET. | David Baldacci |
| TX0004503942 | Total control / David Baldacci. | David Baldacci |
| TX0007122068 | TRUE BLUE. | David Baldacci |
| TX0008884482 | Walk the Wire. | David Baldacci |
| TX0007106806 | The Whole Truth. | David Baldacci |
| TX0004716435 | The winner / David Baldacci. | David Baldacci |
| TX0006828702 | Wish You Well. | David Baldacci |
| TX0005309086 | Wish you well / David Baldacci. | David Baldacci |
| TX0007446708 | Zero Day. | David Baldacci |
| TX0006811569 | DESPERATE DUCHESSES. | Mary Bly, whose pseudonym is Eloisa James (author of pseudonymous work) |
| TX0006522040 | Pleasure for pleasure. | Mary Bly (Eloisa James, pseud.) |
| TX0007238491 | A KISS AT MIDNIGHT. | Eloisa James |
| TX0007916205 | WHEN THE DUKE RETURNS. | Eloisa James |
| TX0008254348 | MY AMERICAN DUCHESS. | Eloisa James (author of pseudonymous work) |
| TX0007044253 | A Duke of Her Own. | Eloisa James |
| TX0005401382 | Enchanting pleasures / Eloisa James. | Eloisa James |
| TX0006969635 | This Duchess of Mine. | Eloisa James |
| TX0005911488 | Fool for love / Eloisa James. | Eloisa James |
| TX0007325306 | WHEN BEAUTY TAMED THE BEAST. | Eloisa James |
| TX0007588681 | THE UGLY DUCHESS. | Eloisa James (author of pseudonymous work) |
| TX0005976986 | A wild pursuit / Eloisa James. | Eloisa James |
| TX0005218280 | Potent pleasures / Eloisa James. | Eloisa James |
| TX0005264332 | Midnight pleasures / Eloisa James. | Eloisa James |
| TX0005727373 | Duchess in love / Eloisa James. | Eloisa James |

| | | |
|---|---|---|
| TX0006066736 | A fool again / Eloisa James. | Eloisa James |
| TX0007018439 | DUCHESS BY NIGHT. | Eloisa James |
| TX0005042391 | Potent pleasures / Eloisa James. | Eloisa James |
| TX0006116791 | Much ado about you / Eloisa James. | Eloisa James |
| TX0005979691 | Your wicked ways / Eloisa James. | Eloisa James |
| TX0006297840 | Kiss me, Annabel / Eloisa James. | Eloisa James |
| TX0006354128 | The taming of the duke. | Eloisa James |
| TX0008538194 | WILDE IN LOVE : The Wildes of Lindow Castle. | Eloisa James (author of pseudonymous work) |
| TX0006928439 | AN AFFAIR BEFORE CHRISTMAS. | Mary Bly, whose pseudonym is Eloisa James (author of pseudonymous work) |
| TX0007516011 | THE DUKE IS MINE. | Eloisa James, pseud. of Mary Bly (author of pseudonymous work) |
| TX0007729479 | ONCE UPON A TOWER. | Eloisa James, pseud. of Mary Bly (author of pseudonymous work) |
| TX0008226279 | MY AMERICAN DUCHESS. | Eloisa James (author of pseudonymous work) |
| TX0008888973 | SAY YES TO THE DUKE . | Eloisa James (author of pseudonymous work) |
| TX0008599520 | TOO WILDE TO WED. | Eloisa James (author of pseudonymous work) |
| TX0008499214 | SEVEN MINUTES IN HEAVEN. | Eloisa James (author of pseudonymous work) |
| TX0008768967 | SAY NO TO THE DUKE. | Eloisa James (author of pseudonymous work) |
| TX0007897186 | THREE WEEKS WITH LADY X. | Eloisa James (author of pseudonymous work) |
| TX0008021221 | FOUR NIGHTS WITH THE DUKE. | Eloisa James (author of pseudonymous work) |
| TX0005004510 | Angels flight : a novel / Michael Connelly. | Michael Connelly |
| TX0007697114 | The Black Box. | Michael Connelly |
| TX0003553452 | The black ice / by Michael Connelly. | Michael Connelly |
| TX0004777790 | Blood work / Michael Connelly. | Michael Connelly |
| TX0007487034 | The Blue Religion: An Introduction. | Michael Connelly |
| TX0008966169 | The Brass Verdict. | Michael Connelly |
| TX0006893236 | The Brass Verdict. | Michael Connelly |
| TX0008979084 | Chasing the Dime. | Michael Connelly |
| TX0005698578 | Chasing the dime : a novel / by Michael Connelly. | Michael Connelly |
| TX0006150165 | Cielo azul. | Michael Connelly |
| TX0005511555 | City of bones : a novel / by Michael Connelly | Michael Connelly |

| | | |
|---|---|---|
| TX0006218760 | The closers. | Michael Connelly |
| TX0003827545 | The concrete blonde / Michael Connelly. | Michael Connelly |
| TX0006525274 | Crime beat : a decade of covering cops and killers. | Michael Connelly |
| TX0008679767 | Dark Sacred Night | Michael Connelly |
| TX0005244877 | A darkness more than night : a novel / by Michael Connelly. | Michael Connelly |
| TX0007903750 | The Drop. | Michael Connelly |
| TX0007551173 | The Drop. | Michael Connelly |
| TX0006456031 | Echo Park. | Michael Connelly |
| TX0008905639 | Fair Warning. | Michael Connelly |
| TX0007486928 | FATHER'S DAY. | Michael Connelly |
| TX0007377218 | The Fifth Witness. | Michael Connelly |
| TX0007847608 | The Gods of Guilt. | Michael Connelly |
| TX0006921470 | In the Shadow of the Master. | Michael Connelly |
| TX0004064390 | The last coyote / Michael Connelly. | Michael Connelly |
| TX0008943137 | The Late Show. | Michael Connelly |
| TX0008459240 | The Late Show. | Michael Connelly |
| TX0009091556 | The Law of Innocence. | Michael Connelly |
| TX0006979953 | THE LINCOLN LAWYER | Michael Connelly |
| TX0005743159 | Lost light : a novel / by Michael Connelly. | Michael Connelly |
| TX0007000522 | MYSTERY WRITERS OF AMERICA PRESENTS BLUE RELIGION: New Stories About Cops, Criminals, and the Chase. | Michael Connelly |
| TX0006026283 | The narrows : a novel / by Michael Connelly | Michael Connelly |
| TX0008820211 | The Night Fire | Michael Connelly |
| TX0007046637 | Nine Dragons | Michael Connelly |
| TX0006941111 | One-Dollar Jackpot. | Michael Connelly |
| TX0006602700 | The overlook. | Michael Connelly |
| TX0004494924 | The poet / Michael Connelly. | Michael Connelly |
| TX0004290489 | The poet / Michael Connelly. | Michael Connelly |
| TX0007324033 | The Reversal. | Michael Connelly |
| TX0008137420 | The Safe Man: A Ghost Story. | Michael Connelly |
| TX0006998115 | The Scarecrow. | Michael Connelly |
| TX0008154362 | Switchblade: An Original Short Story. | Michael Connelly |
| TX0004571735 | Trunk music / Michael Connelly. | Michael Connelly |
| TX0008530537 | Two Kinds of Truth. | Michael Connelly |
| TX0008387548 | The Wrong Side of Goodbye. | Michael Connelly |
| TX0003234539 | The Black echo / Michael Connelly. | Michael Connelly |
| TX0007571518 | BARED TO YOU. | Sylvia Wolicki (AKA Sylvia Day) |
| TX0008055091 | CAPTIVATED BY YOU: A Crossfire Novel. | Sylvia Day |

| | | |
|---|---|---|
| TX0006992994 | Don't Tempt Me | Sylvia Day (pseudonym for Sylvia Day Wolicki) |
| TX0007765389 | ENTWINED WITH YOU. | Sylvia Wolicki (AKA Sylvia Day) |
| TX0007050973 | Eve Of Chaos | Sylvia Day writing as S.J. Day (author of pseudonymous work) |
| TX0007041044 | EVE OF DESTRUCTION. | S.J. Day (author of pseudonymous work) |
| TX0006860949 | HEAT OF THE NIGHT. | Sylvia Day |
| TX0007579762 | A HUNGER SO WILD. | Sylvia Wolicki (also known as Sylvia Day) |
| TX0006853003 | Mischief and the Marquess. | Sylvia Day (pseudonym for Sylvia Day Wolicki) |
| TX0007576661 | "On Fire" | Sylvia Wolicki (AKA Sylvia Day) |
| TX0006848293 | A Passion For Him. | Sylvia Day (pseudonym for Sylvia Day Wolicki) |
| TX0006569840 | Pleasures of the night. | Sylvia Day |
| TX0007310034 | Pride and Pleasure. | Sylvia Day, pseud. of Sylvia Day Wolicki |
| TX0007626414 | REFLECTED IN YOU. | Sylvia Wolicki (AKA Sylvia Day) |
| TX0007426591 | Seven Years to Sin. | Sylvia Day, pseud. of Sylvia Day Wolicki |
| TX0006500604 | The stranger I married. | Sylvia Day Wolicki |
| TX0007706524 | "Taking the Heat". | Sylvia Day Wolicki (AKA Sylvia Day) |
| TX0007487888 | A TOUCH OF CRIMSON. | Sylvia Wolicki (also known as Sylvia Day) |
| TX0007385035 | All Revved Up. | Sylvia Day, pseud. of Sylvia June Day |
| TX0008280509 | AFTERBURN. | Sylvia Day, pseud. |
| TX0007618026 | A Dark Kiss of Rapture. | Sylvia Day, pseud. of Sylvia June Wolicki |
| TX0007620649 | What Happened in Vegas. | Sylvia Day, pseud. of Sylvia June Wolicki |
| TX0006451506 | Ask for it. | Sylvia Day (Sylvia Day Wolick, pseud.) |
| TX0006602177 | Passion for the game. | Sylvia Day Wolicki (Sylvia Day, pseud.) |

| TX0006336892 | Bad boys ahoy! | Sylvia Day Wolicki (Sylvia Day, pseud.) |
|---|---|---|
| TX0008280508 | AFTERSHOCK. | Sylvia Day, pseud. |
| TX0008788912 | Butterfly in Frost. | Sylvia Day, pseud. (author of pseudonymous work) |
| TX0008817010 | CAPTIVATED BY YOU: A Crossfire Novel. | Sylvia Day |
| TX0008315091 | ONE WITH YOU | Sylvia Day |
| TX0007158134 | EVE OF DARKNESS. | S. J. Day (author of pseudonymous work) |
| TX0006559491 | A Familiar Kind of Magic | Sylvai Day |
| TX0005485729 | The corrections / Jonathan Franzen. | Jonathan Franzen |
| TX0007428625 | FREEDOM: A Novel. | Jonathan Franzen |
| TX0003298778 | Strong motion / Jonathan Franzen. | Jonathan Franzen |
| TX0008137801 | PURITY: A Novel. | Jonathan Franzen |
| TX0002478464 | The Twenty-seventh city / Jonathan Franzen. | Jonathan Franzen |
| TX0005991698 | Bleachers | John Grisham |
| TX0005151784 | The brethren / John Grisham. | John Grisham |
| TX0006096187 | The broker / John Grisham. | John Grisham |
| TX0007543922 | CALICO JOE. | John Grisham |
| TX0003672820 | The chamber / John Grisham. | John Grisham |
| TX0003493490 | The client / John Grisham. | John Grisham |
| TX0003507693 | The client / John Grisham. | John Grisham |
| TX0003021559 | The Firm / John Grisham. | John Grisham |
| TX0007051398 | FORD COUNTY: Stories. | John Grisham |
| TX0008853177 | THE GUARDIANS: A Novel. | John Grisham |
| TXu001050004 | The king of torts / by John Grisham. | John Grisham |
| TX0005706610 | The king of torts / John Grisham. | John Grisham |
| TX0005917373 | The last juror / John Grisham. | John Grisham |
| TX0007494080 | THE LITIGATORS. | John Grisham |
| TX0005349683 | A painted house : a novel / by John Grisham | John Grisham |
| TX0004493634 | The partner / John Grisham. | John Grisham |
| TX0003266464 | The Pelican brief / John Grisham. | John Grisham |
| TX0004069842 | The rainmaker / John Grisham. | John Grisham |
| TX0008691152 | THE RECKONING | John Grisham |
| TX0004331866 | The runaway jury / John Grisham | John Grisham |
| TX0005457447 | Skipping Christmas / John Grisham. | John Grisham |
| TX0004757113 | The street lawyer / John Grisham | John Grisham |
| TX0005477452 | The summons / John Grisham. | John Grisham |
| TX0004945638 | The testament / John Grisham. | John Grisham |
| TX0006991370 | A TIME TO KILL. | John Grisham |
| TX0002655711 | A Time to kill / John Dorisham. | John Grisham |

| | | |
|---|---|---|
| TX0008882413 | 28 Summers. | Elin Hilderbrand |
| TX0006607155 | Barefoot. | Elin Hilderbrand |
| TX0005206228 | The beach club / Elin Hilderbrand. | Elin Hilderbrand |
| TX0007728283 | Beautiful Day. | Elin Hilderbrand |
| TX0006265829 | The Blue Bistro. | Elin Hilderbrand |
| TX0007024786 | The Castaways. | Elin Hilderbrand |
| TX0009013166 | Golden Girl. | Elin Hilderbrand |
| TX0008326741 | Here's to Us. | Elin Hilderbrand |
| TX0008457976 | The Identicals. | Elin Hilderbrand |
| TX0007265117 | The Island. | Elin Hilderbrand |
| TX0006356827 | The love season / Elin Hilderbrand. | Elin Hilderbrand |
| TX0007940979 | The Matchmaker. | Elin Hilderbrand |
| TX0005519951 | Nantucket nights / Elin Hilderbrand. | Elin Hilderbrand |
| TX0008625046 | The Perfect Couple. | Elin Hilderbrand |
| TX0008119893 | The Rumor. | Elin Hilderbrand |
| TX0007436937 | Silver Girl. | Elin Hilderbrand |
| TX0009013724 | The Sixth Wedding. | Elin Hilderbrand |
| TX0006994950 | A Summer Affair. | Elin Hilderbrand |
| TX0008781913 | Summer of '69. | Elin Hilderbrand |
| TX0005717125 | Summer people / Elin Hilderbrand. | Elin Hilderbrand |
| TX0007569862 | Summerland. | Elin Hilderbrand |
| TX0008202402 | The Surfing Lesson. | Elin Hilderbrand |
| TX0008928349 | Troubles in Paradise. | Elin Hilderbrand |
| TX0008821633 | What Happens in Paradise. | Elin Hilderbrand |
| TX0008662697 | Winter in Paradise. | Elin Hilderbrand |
| TX0008671377 | Winter Solstice. | Elin Hilderbrand |
| TX0008324579 | Winter Storms. | Elin Hilderbrand |
| TX0007961716 | Winter Street | Elin Hilderbrand |
| TX0008132271 | Winter Stroll | Elin Hilderbrand |
| TX0007046035 | Bird in Hand. | Christina Baker Kline |
| TX0007705736 | ORPHAN TRAIN. | Christina Baker Kline |
| TX0008384547 | A Piece of the World | Christina Baker Kline |
| TX0006813556 | THE WAY LIFE SHOULD BE. | Christina Baker Kline |
| TX0004971661 | Desire lines : a novel | Christina Baker Kline |
| TX0007909779 | The Sixteenth of June. | Maya Lang |
| TX0007045350 | BIG MACHINE: A Novel. | Victor LaValle |
| TX0008515813 | THE CHANGELING A Novel. | Victor LaValle |
| TX0007637385 | THE DEVIL IN SILVER A Novel. | Victor LaValle |
| TX0009011428 | We Travel the Spaceways. | Victor LaValle |
| TX0005101730 | Slapboxing with Jesus : stories / by Victor D. Lavalle. | Victor LaValle |

| | | |
|---|---|---|
| TX0005963757 | The ecstatic; or, Homunculus : a novel / Victor LaValle. | Victor LaValle |
| TX0004947577 | A clash of kings : bk. 2 of A song of ice and fire / George R. R. Martin. | George R.R. Martin |
| TX0007400734 | A DANCE WITH DRAGONS Book Five of A Song of Ice and Fire. | George R.R. Martin |
| TX0006294636 | A feast for crows. | George R.R. Martin |
| TX0001010122 | Fevre dream / George R. R. Martin. | George R.R. Martin |
| TX0008699122 | FIRE & BLOOD. | George R.R. Martin |
| TX0002555019 | The Journal of Xavier Desmond. | George R.R. Martin |
| TX0004387272 | A game of thrones / George R. R. Martin. | George R.R. Martin |
| TX0000672958 | The Ice dragon / George R. R. Martin ; ill. by Alicia Austin. | George R.R. Martin |
| TX0000831294 | Sandkings / George R. R. Martin. | George R.R. Martin |
| TX0008551412 | THE SONS OF THE DRAGON. | George R.R. Martin |
| TX0005306372 | A storm of swords / George R. R. Martin. | George R.R. Martin |
| TX0001847501 | Tuf voyaging / George R. R. Martin. | George R.R. Martin |
| TX0002488534 | Winter's chill / by George R. R. Martin. | George R.R. Martin |
| TX0001359571 | The Armageddon rag : a stereophonic long-playing novel / George R. R. Martin. | George R.R. Martin |
| TX0001314411 | Songs the dead men sing / by George R. R. Martin ; ill. by Paul Sonju ; introd. by Algis Budrys. | George R.R. Martin |
| TX0008908911 | THE BOOK OF TWO WAYS A Novel. | Jodi Picoult |
| TX0007628302 | Change of Heart. | Jodi Picoult |
| TX0007981362 | The Color War. | Jodi Picoult |
| TX0006940734 | Handle with Care. | Jodi Picoult |
| TX0003720035 | Harvesting the heart / Jodi Picoult. | Jodi Picoult |
| TX0007152236 | House Rules. | Jodi Picoult |
| TX0005300595 | Keeping faith : a novel / Jodi Picoult. | Jodi Picoult |
| TX0008760062 | LARGER THAN LIFE A Novella. | Jodi Picoult |
| TX0007948448 | LEAVING TIME A Novel. | Jodi Picoult |
| TX0007509059 | Lone Wolf. | Jodi Picoult |
| TX0005949094 | My sister's keeper : a novel / Jodi Picoult. | Jodi Picoult |
| TX0006542571 | Nineteen minutes : a novel / Jodi Picoult. | Jodi Picoult |
| TX0004708651 | The pact : a love story / Jodi Picoult. | Jodi Picoult |
| TX0005418274 | Salem Falls / Jodi Picoult | Jodi Picoult |
| TX0005714956 | Second glance : a novel / Jodi Picoult | Jodi Picoult |
| TX0008760063 | SHINE A Short Story | Jodi Picoult |
| TX0007343274 | SING YOU HOME. | Jodi Picoult |
| TX0008471033 | SMALL GREAT THINGS A Novel | Jodi Picoult |
| TX0008668131 | A SPARK OF LIGHT A Novel | Jodi Picoult |
| TX0006409872 | The tenth circle. | Jodi Picoult |

| | | |
|---|---|---|
| TX0006124529 | Vanishing acts. | Jodi Picoult |
| TX0007210105 | Weights & Measures. | Jodi Picoult |
| TX0004369201 | Mercy / Jodi Picoult. | Jodi Picoult |
| TX0005517659 | Perfect match / Jodi Picoult. | Jodi Picoult |
| TX0004039517 | Picture perfect / Jodi Picoult. | Jodi Picoult |
| TX0005236383 | Plain truth / Jodi Picoult. | Jodi Picoult |
| TX0003356740 | Songs of the humpback whale : a novel in five voices / by Jodi Picoult. | Jodi Picoult |
| TX0006843684 | BLASPHEMY. | Douglas Preston |
| TX0007224608 | IMPACT. | Douglas Preston |
| TX0003921292 | Jennie / Douglas Preston. | Douglas Preston |
| TX0007908862 | THE KRAKEN PROJECT. | Douglas Preston |
| TX0005887183 | The codex / Douglas Preston. | Douglas Preston |
| TX0006206315 | Tyrannosaur Canyon. | Douglas Preston |
| TX0006972227 | COST: A Novel. | Roxana Robinson |
| TX0008776218 | Dawson's Fall: A Novel | Roxana Robinson |
| TX0007796014 | SPARTA: A Novel. | Roxana Robinson |
| TX0002346979 | Summer light / Roxana Robinson. | Roxana Robinson |
| TX0005905727 | Sweetwater : a novel / Roxana Robinson. | Roxana Robinson |
| TX0004867896 | This is my daughter : a novel / Roxana Robinson. | Roxana Robinson |
| TX0007502294 | A Perfect Stranger: And Other Stories. | Roxana Robinson |
| TX0004268621 | Asking for love, and other stories / Roxanna Robinson. | Roxana Robinson |
| TX0006261346 | The brief and frightening reign of Phil. | George Saunders |
| TX0004326821 | CivilWarLand in bad decline : stories and a novella / George Saunders | George Saunders |
| TX0007630065 | Escape from Spiderhead. | George Saunders |
| TX0006374617 | In persuasion nation : stories / by George Saunders. | George Saunders |
| TX0008397114 | LINCOLN IN THE BARDO A Novel. | George Saunders |
| TX0005218791 | Pastoralia : stories / by George Saunders. | George Saunders |
| TX0007666640 | TENTH OF DECEMBER Stories. | George Saunders |
| TX0007815893 | Identical. | Scott Turow |
| TX0007192030 | INNOCENT. | Scott Turow |
| TX0008447808 | Testimony. | Scott Turow |
| TX0002844795 | The Burden of proof / Scott Turow. | Scott Turow |
| TX0004410865 | The laws of our fathers / Scott Turow. | Scott Turow |
| TX0006467762 | Limitations. | Scott Turow |
| TX0006269676 | Ordinary heroes. | Scott Turow |
| TX0005105000 | Personal injuries / Scott Turow. | Scott Turow |
| TX0003554492 | Pleading guilty / Scott Turow. | Scott Turow |
| TX0003554493 | Pleading guilty / Scott Turow. | Scott Turow |

| | | |
|---|---|---|
| TX0002110794 | Presumed innocent / Scott Turow. | Scott Turow |
| TX0005655957 | Reversible errors / Scott Turow | Scott Turow |
| TX0006467853 | Talking with my mouth full. | Scott Turow |
| TX0005857010 | Ultimate punishment : a lawyer's reflections on dealing with the death penalty / Scott Turow. | Scott Turow |
| TX0009133293 | The Last Trial. | Scott Turow |
| TX0008929294 | The Last Trial. | Scott Turow |
| TX0009154541 | BAD BEST FRIEND. | Rachel Vail |
| TX0008751369 | Big Mouth Elizabeth. | Rachel Vail |
| TX0007192055 | Brilliant. | Rachel Vail |
| TX0004460895 | Daring to be Abigail : a novel / by Rachel Vail. | Rachel Vail |
| TX0003547708 | Do-over : a novel / by Rachel Vail. | Rachel Vail |
| TX0004009154 | Ever after : a novel / by Rachel Vail. | Rachel Vail |
| TX0005248983 | Fill in the blank / Rachel Vail. | Rachel Vail |
| TX0007041468 | Gorgeous. | Rachel Vail |
| TX0006175909 | If we kiss. | Rachel Vail |
| TX0004839343 | If you only knew / Rachel Vail. | Rachel Vail |
| TX0008750555 | A is For Elizabeth. | Rachel Vail |
| TX0007286754 | JUST IN CASE. | Rachel Vail |
| TX0007889725 | JUSTIN CASE: RULES, TOOLS, AND MAYBE A BULLY. | Rachel Vail |
| TX0007548643 | JUSTIN CASE: SHELLS, SMELLS, AND THE HORRIBLE FLIP-FLOPS OF DOOM. | Rachel Vail |
| TX0007688716 | Kiss Me Again. | Rachel Vail |
| TX0007002999 | LUCKY. | Rachel Vail |
| TX0008001704 | UNFRIENDED. | Rachel Vail |
| TX0008723575 | WELL, THAT WAS AWKWARD. | Rachel Vail |
| TX0005035392 | What are friends for? / Rachel Vail. | Rachel Vail |
| TX0005086489 | What are friends for? / Rachel Vail. | Rachel Vail |
| TX0003243165 | Wonder / Rachel Vail. | Rachel Vail |
| TX0006402673 | You, maybe. | Rachel Vail |
| TX0004916717 | Not that I care / Rachel Vail. | Rachel Vail |
| TX0004916716 | Please, please, please / Rachel Vail. | Rachel Vail |