UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | | |
|---|---|---|
| AUTHORS GUILD, *ET AL.*, | : | 23-cv-8292 (SHS) |
| Plaintiffs, | : | ORDER SCHEDULING INITIAL PRETRIAL CONFERENCE |
| -against- | : | |
| OPENAI INC., *ET AL.*, | : | |
| Defendants. | : | |

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      This case has been assigned to this Court for all purposes.  Counsel for all parties are required to register promptly as filing users in accordance with the SDNY Electronic Case Filing Rules & Instructions.

      Counsel are directed to appear in Courtroom 23A on November 29, 2023, at 3:30 p.m. for an initial pretrial conference pursuant to Fed. R. Civ. P. 16.  At that time, counsel for all parties must appear prepared to discuss the progress of the case and the scheduling of discovery proceedings, any dispositive motions, the feasibility of settlement or alternative dispute resolution, the dates for future conferences, and the submission of a joint pretrial order.

      Plaintiffs' counsel is directed to send a copy of this Order to defendants' counsel.

      Attorneys are directed to consult the Electronic Case Filing Rules & Instructions and Judge Stein's Individual Rules with respect to procedures for matters assigned to him.

Dated: New York, New York
       October 5, 2023

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.