## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF NEW YORK

AUTHORS GUILD, ET AL.,

                Plaintiff,

-against-                                          23 Civ. 8292 ( SHS )

OPENAI INC., ET AL.,                            **MOTION FOR ADMISSION**

                                                                    **PRO HAC VICE**

                Defendant.

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Joseph C. Gratz hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Defendants OpenAI Inc., et al. in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of California and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: November 20, 2023        Respectfully Submitted,

                                          Applicant Signature: /s/ Joseph C. Gratz

                                          Applicant's Name: Joseph C. Gratz

                                          Firm Name: Morrison & Forester LLP

                                          Address: 425 Market Street

                                          City/State/Zip: San Francisco, CA 94105

                                          Telephone/Fax: 415-268-7000/415-268-7522

                                          Email: jgratz@mofo.com