UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- X
AUTHORS GUILD, DAVID BALDACCI, :
MARY BLY, MICHAEL CONNELLY, : INDEX NO. 23-cv-8292 (SHS)
SYLVIA DAY, JONATHAN FRANZEN, :
JOHN GRISHAM, ELIN HILDERBRAND, :
CHRISTINA BAKER KLINE, MAY :
SHANBHAG LANG, VICTOR LAVALLE, :
GEORGE R.R. MARTIN, JODI PICOULT, :
DOUGLAS PRESTON, ROXANY :
ROBINSON, GEORGE SUANDERS, :
SCOTT TUROW, and RACHEL VAIL, :
individually and on behalf of others similarly :
situated, :
:
        Plaintiffs, :
:
  -against- :
:
OPENAI INC., OPENAI LP, OPENAI LLC, :
OPENAI GP LLC, OPENAI OPCO LLC, :
OPENAI GLOBAL LLC, OAI :
CORPORATION LLC, OPENAI :
HOLDINGS LLC, OPENAI STARTUP :
FUND I LP, OPENAI STARTUP FUND GP :
I LLC, and OPENAI STARTUP FUND :
MANAGEMENT LLC, :
:
        Defendants. :
:
---------------------------------------------------------- X

**AFFIDAVIT OF JOSEPH C. GRATZ IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

I, Joseph C. Gratz, declare as follows:

1. I am an attorney at law licensed to practice in the state of California. I submit this Affidavit in support of the motion to admit me *pro hac vice* before the United States District Court for the Southern District of New York to represent Defendants OpenAI Inc., OpenAI LP, OpenAI LLC, OpenAI OpCo LLC, OpenAI Global LLC, OAI Corporation LLC, OpenAI

1

Holdings LLC, OpenAI Startup Fund I LP, OpenAI Startup Fund GP I LLC, and OpenAI Startup Fund Management LLC, in the above-captioned action.

2. I am a member of good standing in the bar of California. A true and correct copy of my certificate of good standing issued by the Supreme Court of California within the past 30 days is attached hereto.

3. Pursuant to Local Rule 1.3(c), I state:

    a. I have never been convicted of a felony;

    b. I have never been censured, suspended, disbarred, or denied admission or readmission by any court;

    c. There are no disciplinary proceedings presently against me; and

    d. I have read and am familiar with the provisions of the Judicial Code (Title 28 U.S.C.), the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, the Federal Rules of Evidence, the Local Rues of the United States District Courts for the Southern and Eastern Districts of New York, and the New York State Rules of Professional Conduct.

4. I will faithfully adhere to all rules applicable to conduct in connection with any activities in this Court.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: November 20th, 2023

                                              Joseph C. Gratz

State of Florida
County of Miami-Dade
This foregoing instrument was acknowledged before me by means of online notarization, this 11/20/2023 by Joseph Charles Gratz.

Carola Villamizar

CAROLA VILLAMIZAR
Notary Public - State of Florida
Commission # HH 427934
Expires July 31, 2027

Notarized online using audio-video communication

___ Personally Known OR ✓ Produced Identification

Type of Identification Produced __DRIVER LICENSE__

2