

## Supreme Court of California

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

**CERTIFICATE OF THE CLERK OF THE SUPREME COURT**

**OF THE**

**STATE OF CALIFORNIA**

### JOSEPH CHARLES GRATZ

*I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify that, JOSEPH CHARLES GRATZ #240676 was on the 13th day of December, 2005 duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on the 14th day of November 2023.*

JORGE E. NAVARRETE
Clerk/Executive Officer of the Supreme Court

By:_____
LaNae Brooks, Senior Deputy Clerk