UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AUTHORS GUILD, ET AL.,

          Plaintiff,

-against-

OPENAI INC., ET AL.,

          Defendant.

23 cv 8292 ( SHS )

**ORDER FOR ADMISSION PRO HAC VICE**

The motion of Joseph C. Gratz, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of California; and that his/her contact information is as follows (please print):

Applicant's Name: Joseph C. Gratz
Firm Name: Morrison & Forester LLP
Address: 425 Market Street
City / State / Zip: San Francisco, CA 94105
Telephone / Fax: 415-268-7000/415-268-7522

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Defendants OpenAI Inc., et al. in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:_____

_____
United States District / Magistrate Judge