# SUSMAN GODFREY L.L.P.

A REGISTERED LIMITED LIABILITY PARTNERSHIP
32ND FLOOR
1301 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6023
(212) 336-8330
FAX (212) 336-8340
WWW.SUSMANGODFREY.COM

_____

| Suite 5100 | Suite 1400 | Suite 3000 |
| 1000 Louisiana Street | 1900 Avenue of the Stars | 401 Union Street |
| Houston, Texas 77002-5096 | Los Angeles, California 90067-6029 | Seattle, Washington 98101-2683 |
| (713) 651-9366 | (310) 789-3100 | (206) 516-3880 |

Craig Smyser
Direct Dial (212) 729-2023

E-Mail CSmyser@susmangodfrey.com

November 28, 2023

Hon. Sidney H. Stein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

    Re:    *Authors Guild et al. v. OpenAI Inc. et al.*, No. 1:23-CV-08292-SHS
             *Sancton v. OpenAI Inc. et al.*, No. 1:23-CV-10211 (Unassigned)

Dear Judge Stein:

My firm represents nonfiction author Julian Sancton in the potentially related matter *Sancton v. OpenAI Inc. et al.*, No. 1:23-CV-10211, which was filed in this District on November 21, 2023. Mr. Sancton brings claims of copyright infringement and contributory copyright infringement against OpenAI entities and Microsoft Corporation on behalf of a putative class of owners of nonfiction works. We have filed a Statement of Relatedness identifying the *Sancton* Action as potentially related to the *Authors Guild* Action pending before Your Honor. *Sancton* Action, No. 1-23-CV-10211, Dkt. 3. The parties in the *Authors Guild* Action have also identified the *Sancton* Action in their Rule 26(f) Report and Proposed Case Management Plan filed last week. *Authors Guild* Action, No. 1:23-CV-08292-SHS, Dkt. 31. To date, the *Sancton* matter has not been assigned.

Counsel for Mr. Sancton will attend tomorrow's pre-trial conference in the *Authors Guild* Action and will be prepared to answer any questions Your Honor may have about the *Sancton* Action. Thank you.

Sincerely,

*/s/ Craig Smyser*
Craig Smyser

cc:    Counsel of Record in the *Authors Guild* Action