UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AUTHORS GUILD, DAVID BALDACCI, MARY BLY, MICHAEL CONNELLY, SYLVIA DAY, JONATHAN FRANZEN, JOHN GRISHAM, ELIN HILDERBRAND, CHRISTINA BAKER KLINE, MAYA SHANBHAG LANG, VICTOR LAVALLE, GEORGE R.R. MARTIN, JODI PICOULT, DOUGLAS PRESTON, ROXANA ROBINSON, GEORGE SAUNDERS, SCOTT TUROW, and RACHEL VAIL, individually and on behalf of others similarly situated,<br><br>   Plaintiffs,<br><br>   v.<br><br>OPENAI INC., OPENAI LP, OPENAI LLC, OPENAI GP LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION LLC, OPENAI HOLDINGS LLC, OPENAI STARTUP FUND I LP, OPENAI STARTUP FUND GP I LLC, and OPENAI STARTUP FUND MANAGEMENT LLC,<br><br>   Defendants. | No. 1:23-cv-8292-SHS<br><br>**SUPPLEMENT TO RULE 26(f) REPORT AND PROPOSED CASE MANAGEMENT PLAN** |

  The parties respectfully submit this brief supplement to the Rule 26(f) conference and proposed case management plan, filed November 22, 2023 (Dkt. No. 31).

**XII. PLAINTIFFS' SUPPLEMENT**

  44. On November 28, 2023, Plaintiffs, in the interests of transparency, informed Defendants of their intent to amend the complaint on or before December 4, 2023, under Federal Rule of Civil Procedure 15(a)(1) to add Microsoft Corporation ("Microsoft") in light of recent developments—including those over the last week—in connection with Microsoft's role in and relationship to OpenAI. Plaintiffs also offered, in the interests of efficiency, and as part of the

amendment, to meet and confer with OpenAI in connection with OpenAI's previous invitation to discuss the status of certain of the Defendant entities.

45. Plaintiffs submit that the prospective pre-Answer amendment, engendered by recent events, need not alter the existing proposed schedule set forth in ¶¶ 27–28 of Dkt. No. 31, given, among other things, that the parties anticipated the possibility of the joinder of additional parties on or before February 9, 2024.

### XIII. DEFENDANTS' SUPPLEMENT

46. In light of Plaintiffs' expressed intent to file an amended complaint, Defendants intend to review any amended complaint in advance of filing their anticipated motion to dismiss under the first-filed rule, or, in the alternative, to stay this action pending resolution of the three substantially similar putative class actions pending in the District Court for the Northern District of California, or, in the further alternative, to transfer this matter to the Northern District of California either under the first-filed rule or 28 U.S.C. § 1404(a).

47. Defendants' proposed schedule set forth in Dkt. No. 31 relates to the case as framed by the currently operative complaint, and Defendants believe that any amendment may give rise to revised scheduling proposals, including proposals from parties who may be added to the case by amendment.

Dated: November 28, 2023      Respectfully submitted,

*/s/ Rachel Geman*
Rachel Geman
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Telephone: 212.355.9500
rgeman@lchb.com

Ian R. Bensberg (*pro hac vice* forthcoming)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: 415.956.1000
ibensberg@lchb.com

Wesley Dozier (*pro hac vice* forthcoming)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
222 2nd Avenue, Suite 1640
Nashville, TN 37201
Telephone: 615.313.9000
wdozier@lchb.com

*/s/ Scott J. Sholder*
Scott J. Sholder
CeCe M. Cole
COWAN DEBAETS ABRAHAMS & SHEPPARD LLP
41 Madison Avenue, 38th Floor
New York, New York 10010
Telephone: 212.974.7474
ssholder@cdas.com
ccole@cdas.com

*Attorneys for Plaintiffs and the Proposed Class*

Dated: November 28, 2023      MORRISON & FOERSTER LLP

By: */s/ Joseph C. Gratz*

JOSEPH C. GRATZ (*pro hac vice*)
JGratz@mofo.com
TIFFANY CHEUNG (*pro hac vice forthcoming*)
TCheung@mofo.com
JOYCE C. LI (*pro hac vice forthcoming*)
JoyceLi@mofo.com
MELODY E. WONG (*pro hac vice forthcoming*)
MelodyWong@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

ALLYSON R. BENNETT (*pro hac vice forthcoming*)
ABennett@mofo.com
ROSE S. LEE (*pro hac vice forthcoming*)
RoseLee@mofo.com
ALEXANDRA M. WARD (*pro hac vice forthcoming*)
AlexandraWard@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, California 90017-3543
Telephone: (213) 892-5200
Facsimile:  (213) 892-5454

ANDREW M. GASS (*pro hac vice forthcoming*)
Andrew.Gass@lw.com
JOSEPH R. WETZEL
Joe.Wetzel@lw.com
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone:  (415) 391-0600

SARANG VIJAY DAMLE
Sy.Damle@lw.com
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone: (202) 637-2200

ALLISON L. STILLMAN
Alli.Stillman@lw.com
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 751-4864

*Attorneys for Defendants*
OPENAI INC., OPENAI LP, OPENAI LLC, OPENAI GP LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION LLC, OPENAI HOLDINGS LLC, OPENAI STARTUP FUND I LP, OPENAI STARTUP FUND GP I LLC, and OPENAI STARTUP FUND MANAGEMENT LLC