UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AUTHORS GUILD, DAVID BALDACCI, MARY BLY, MICHAEL CONNELLY, SYLVIA DAY, JONATHAN FRANZEN, JOHN GRISHAM, ELIN HILDERBRAND, CHRISTINA BAKER KLINE, MAYA SHANBHAG LANG, VICTOR LAVALLE, GEORGE R.R. MARTIN, JODI PICOULT, DOUGLAS PRESTON, ROXANA ROBINSON, GEORGE SAUNDERS, SCOTT TUROW, and RACHEL VAIL, individually and on behalf of others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> OPENAI INC., OPENAI LP, OPENAI LLC, OPENAI GP LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION LLC, OPENAI HOLDINGS LLC, OPENAI STARTUP FUND I LP, OPENAI STARTUP FUND GP I LLC, and OPENAI STARTUP FUND MANAGEMENT LLC, <br><br> Defendants. | No. 1:23-cv-08292-SHS <br><br> **AFFIDAVIT OF IAN R. BENSBERG IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE** |

I, Ian R. Bensberg, being duly sworn, declare as follows:

1. I am an attorney with the law firm of Lieff Cabraser Heimann & Bernstein LLP.

2. I submit this affidavit in support of my motion for admission *pro hac vice* in the above-captioned matter.

3. I have never been convicted of a felony.

4. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

5. There are no disciplinary proceedings presently against me.

2855842.1

Dated: November 27, 2023

Respectfully submitted,

Ian R. Bensberg
Lieff Cabraser Heimann & Bernstein LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: (415) 728-4417
E-mail: ibensberg@lchb.com

**STATE OF INDIANA**
**COUNTY OF MONROE**

Subscribed and sworn before me, a notary public duly qualified and acting in the state and county aforesaid, this 27th day of November, 2023.

_____
Notary Public

My commission expires:

April 11, 2031

JANET WILLIAMS
My Commission Expires
April 11, 2031
Commission Number NP0748209
Lawrence County

2855842.1