UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AUTHORS GUILD, DAVID BALDACCI, MARY BLY, MICHAEL CONNELLY, SYLVIA DAY, JONATHAN FRANZEN, JOHN GRISHAM, ELIN HILDERBRAND, CHRISTINA BAKER KLINE, MAYA SHANBHAG LANG, VICTOR LAVALLE, GEORGE R.R. MARTIN, JODI PICOULT, DOUGLAS PRESTON, ROXANA ROBINSON, GEORGE SAUNDERS, SCOTT TUROW, and RACHEL VAIL, individually and on behalf of others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>OPENAI INC., OPENAI LP, OPENAI LLC, OPENAI GP LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION LLC, OPENAI HOLDINGS LLC, OPENAI STARTUP FUND I LP, OPENAI STARTUP FUND GP I LLC, and OPENAI STARTUP FUND MANAGEMENT LLC,<br><br>    Defendants. | No. 1:23-cv-08292-SHS<br><br>**ORDER FOR ADMISSION *PRO HAC VICE*** |

    The motion of Ian R. Bensberg for admission to practice *pro hac vice* in the above captioned action is granted.

    Applicant has declared that he is a member in good standing of the bar of the state of Indiana; and that his contact information is as follows:

    Applicant's Name: Ian R. Bensberg

    Firm Name: Lieff Cabraser Heimann & Bernstein LLP

    Address: 275 Battery Street, 29th Floor

    City/State/Zip: San Francisco, CA 94111

2855839.1

       Telephone/Fax: (415) 728-4417

       Email: ibensberg@lchb.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Plaintiffs in the above entitled action;

    IT IS HEREBY ORDERED that Applicant is admitted to practice *pro hac vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____        _____

                                                                          United States District Judge