UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

AUTHORS GUILD, *ET AL.*,    :    23-cv-8292 (SHS)

              Plaintiffs,    :    ORDER

   -against-    :

OPENAI INC., *ET AL.*,    :

              Defendants.    :

-----------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    The initial pretrial conference having been held today, with counsel for all parties present,

    IT IS HEREBY ORDERED that:

1. Discovery in this matter commenced on November 6, 2023;

2. Plaintiffs shall file an amended complaint on or before December 4, 2023;

3. The last day for defendants to answer or move in response to the amended complaint is January 12, 2024;

4. The last day for defendants to respond to the complaint in *Julian Sancton v. Open AI Inc.*, 23-Cv-10211 is January 12, 2024;

5. The last day for the parties to file their positions on which should proceed first, summary judgment or class certification, is January 12, 2024;

6. The last day for plaintiffs to respond to any motion in response to the amended complaint is January 26, 2024; and

7. The reply to any motion is due on or before February 2, 2024.

Dated: New York, New York
       November 29, 2023

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.