UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AUTHORS GUILD, DAVID BALDACCI, MARY BLY, MICHAEL CONNELLY, SYLVIA DAY, JONATHAN FRANZEN, JOHN GRISHAM, ELIN HILDERBRAND, CHRISTINA BAKER KLINE, MAYA SHANBHAG LANG, VICTOR LAVALLE, GEORGE R.R. MARTIN, JODI PICOULT, DOUGLAS PRESTON, ROXANA ROBINSON, GEORGE SAUNDERS, SCOTT TUROW, and RACHEL VAIL, individually and on behalf of others similarly situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>OPENAI INC., OPENAI LP, OPENAI LLC, OPENAI GP LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION LLC, OPENAI HOLDINGS LLC, OPENAI STARTUP FUND I LP, OPENAI STARTUP FUND GP I LLC, and OPENAI STARTUP FUND MANAGEMENT LLC,<br><br>  Defendants. | No. 1:23-cv-08292-SHS<br><br>**MOTION FOR ADMISSION *PRO HAC VICE*** |

  Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Wesley Dozier, hereby move this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Plaintiffs in the above-captioned action.

  I am in good standing of the bar of the state of Tennessee and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

2897455.1

Dated: December 1, 2023                Respectfully submitted,

                                                 Wesley Dozier

Applicant Signature: __/s/ Wesley Dozier__

Applicant's Name: Wesley Dozier

Firm Name: Lieff Cabraser Heimann & Bernstein LLP

Address: 222 2nd Ave South, Suite 1640

City/State/Zip: Nashville, TN 37201

Telephone/Fax: (615) 313-9000

Email: wdozier@lchb.com