**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| AUTHORS GUILD, DAVID BALDACCI, MARY BLY, MICHAEL CONNELLY, SYLVIA DAY, JONATHAN FRANZEN, JOHN GRISHAM, ELIN HILDERBRAND, CHRISTINA BAKER KLINE, MAYA SHANBHAG LANG, VICTOR LAVALLE, GEORGE R.R. MARTIN, JODI PICOULT, DOUGLAS PRESTON, ROXANA ROBINSON, GEORGE SAUNDERS, SCOTT TUROW, and RACHEL VAIL, individually and on behalf of others similarly situated,<br><br>      Plaintiffs,<br><br>        v.<br><br>OPENAI INC., OPENAI LP, OPENAI LLC, OPENAI GP LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION LLC, OPENAI HOLDINGS LLC, OPENAI STARTUP FUND I LP, OPENAI STARTUP FUND GP I LLC, and OPENAI STARTUP FUND MANAGEMENT LLC,<br><br>      Defendants. | No. 1:23-cv-08292-SHS<br><br>**ORDER FOR ADMISSION *PRO HAC VICE*** |

The motion of Wesley Dozier for admission to practice *pro hac vice* in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the state of Tennessee; and that his contact information is as follows:

Applicant's Name: Wesley Dozier

Firm Name: Lieff Cabraser Heimann & Bernstein LLP

Address: 222 2nd Ave South, Suite 1640

City/State/Zip: Nashville, TN 37201

Telephone/Fax: (615) 313-9000 _____

Email: wdozier@lchb.com _____

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for

Plaintiffs in the above entitled action;

IT IS HEREBY ORDERED that Applicant is admitted to practice *pro hac vice* in the

above captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including

the Rules governing discipline of attorneys.

Dated: _____      _____

United States District / Magistrate Judge