UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AUTHORS GUILD, DAVID BALDACCI, MARY BLY, MICHAEL CONNELLY, SYLVIA DAY, JONATHAN FRANZEN, JOHN GRISHAM, ELIN HILDERBRAND, CHRISTINA BAKER KLINE, MAYA SHANBHAG LANG, VICTOR LAVALLE, GEORGE R.R. MARTIN, JODI PICOULT, DOUGLAS PRESTON, ROXANA ROBINSON, GEORGE SAUNDERS, SCOTT TUROW, and RACHEL VAIL, individually and on behalf of others similarly situated,<br><br>                            Plaintiffs,<br><br>                  v.<br><br>OPENAI INC., OPENAI OPCO LLC, OPENAI GP LLC, OPENAI LLC, OPENAI GLOBAL LLC, OAI CORPORATION LLC, OPENAI HOLDINGS LLC, OPENAI STARTUP FUND I LP, OPENAI STARTUP FUND GP I LLC, OPENAI STARTUP FUND MANAGEMENT LLC, and MICROSOFT CORPORATION,<br><br>                            Defendants. | Case No. 1:23-cv-8292-SHS |

### AFFIDAVIT OF ANNETTE HURST IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*

COUNTY OF SAN FRANCISCO)
                                  ):ss
STATE OF CALIFORNIA      )

Annette Hurst, being duly sworn, deposes and says as follows:

    1.    I am a Partner with the law firm of Orrick, Herrington & Sutcliffe LLP.

    2.    I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above captioned action.

    3.    As shown in the Certificate of Good Standing annexed hereto, I am a member in

good standing of the Bar of the State of California.

4. There are no pending disciplinary proceedings against me in any State or Federal court.

5. I have not been convicted of a felony.

6. I have not been censured, suspended, disbarred or denied admission or readmission by any court.

7. Wherefore I, Annette Hurst, respectfully submit that I be permitted to appear as counsel and advocate *pro hac vice* in this action for Defendant Microsoft Corporation.

Annette Hurst

Sworn to before me
this 18th day of December, 2023

Notary Public

CHRISTINE J. FLORES
Notary Public - California
San Francisco County
Commission # 2451678
My Comm. Expires Jun 25, 2027

2