UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
AUTHORS GUILD; ET AL.,

                    Plaintiff(s),

-against-

OPENAI INC.; ET AL.,

                    Defendant(s).
-------------------------------------------------------X

Civil Action No.: 1:23-cv-08292-SHS

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                              s.s :
COUNTY OF ALBANY   )

     MICHAEL E. VINETTI, being duly sworn, deposes and says that he is an agent of KEATING & WALKER ATTORNEY SERVICE, INC. at 116 Nassau Street, Suite 816, New York, New York 10038, is over the age of eighteen years and is not a party to the action.

     That on the 7th day of December, 2023, at approximately 1:25 p.m., deponent served a true copy of the **Summons in a Civil Action; Amended Complaint (with Exhibit A attached)** upon Microsoft Corporation c/o Corporation Service Company - Registered Agents at 80 State Street, Albany, New York 12207 by personally delivering and leaving the same with "John Doe", a legal representative of Corporation Service Company, who stated that he is authorized to accept service.

     "John Doe" is a white male, approximately 45 years of age, is approximately 6 feet, 2 inches tall, weighs approximately 225 pounds, and has reddish-brown hair.

Sworn to before me this
___7___ day of December, 2023

_____
NOTARY PUBLIC, STATE OF NEW YORK

CARLA J. VINETTI
Notary Public State of New York
No. 01VI6051462
Qualified in Albany County
Commission Expires Dec. 4, 20 26

_____
MICHAEL E. VINETTI