**MORRISON FOERSTER**

425 MARKET STREET
SAN FRANCISCO
CALIFORNIA  94105-2482

TELEPHONE: 415.268.7000
FACSIMILE: 415.268.7522

WWW.MOFO.COM

MORRISON FOERSTER LLP

AUSTIN, BEIJING, BERLIN, BOSTON,
BRUSSELS, DENVER, HONG KONG,
LONDON, LOS ANGELES, MIAMI,
NEW YORK, PALO ALTO, SAN DIEGO,
SAN FRANCISCO, SHANGHAI, SINGAPORE,
TOKYO, WASHINGTON, D.C.

January 10, 2024

Writer's Direct Contact
+1 (415) 268-6066
JGratz@mofo.com

**Via ECF**

Hon. Sidney H. Stein
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   *Authors Guild, et al. v. OpenAI, Inc.*, et al. No. 23-cv-8292-SHS
      *Jonathan Alter, et al. v. OpenAI, Inc.*, et al. No. 23-cv-10211-SHS[1]

Your Honor:

This office, with Latham & Watkins LLP, represents Defendants OpenAI, Inc., OpenAI GP, LLC, OpenAI, LLC, OpenAI OpCo LLC, OpenAI Global LLC, OAI Corporation, LLC, and OpenAI Holdings, LLC (collectively, "OpenAI") in the above actions.

I write on behalf of all parties to request an extension until January 26, 2024, of the following deadlines, pursuant to Paragraph 1(E) of Your Honor's Individual Practices.

- The last day for defendants to answer or move in response to the amended complaint in *Authors Guild v. OpenAI, Inc.*, 23-cv-8292-SHS, is currently January 12, 2024.

- The last day for defendants to answer or move in response to the amended complaint in *Alter v. OpenAI, Inc.*, 23-cv-10211-SHS, is currently January 12, 2024.

- The last day for the parties to file their positions on which should proceed first, summary judgment or class certification, is currently January 12, 2024.

This extension would affect the briefing schedule on any motion(s) filed in response to amended complaints in the *Authors Guild* and *Alter* cases as follows:

---

[1] This case was formerly captioned *Sancton, et al. v. OpenAI, Inc., et al.  See* No. 23-cv-10211 (Dkt. 1, 26).

**MORRISON FOERSTER**

Hon. Sidney H. Stein
January 10, 2024
Page Two

|  | Current Deadline | Proposed Deadline |
|---|---|---|
| Last Day for Defendants to Answer or Move In Response to Amended Complaints | Jan. 12, 2024 | Jan. 26, 2024 |
| Last Day for Parties to File Their Positions on Which Should Proceed First, Summary Judgment or Class Certification | Jan. 12, 2024 | Jan. 26, 2024 |
| Last Day for Plaintiffs to Respond to Any Motion In Response to the Amended Complaints | Jan. 26, 2024 | Feb. 9, 2024 |
| Last Day for Defendants to File a Reply to any Motion In Response to the Amended Complaints | Feb. 2, 2024 | Feb. 16, 2024 |

There have been no previous requests for adjournment or extension of the above dates. Counsel for Plaintiffs Authors Guild, et al., counsel for Plaintiffs Jonathan Alter, et al. (collectively, "Plaintiffs"), and counsel for Defendant Microsoft Corporation all consent to this request for an extension of the above deadlines to January 26, 2024. The parties request this extension in light of ongoing efforts to reach an agreement that would narrow or eliminate the issues to be decided by the Court. The parties have agreed that discovery will continue to proceed, and no party will use these extensions as a basis to resist or delay responding to discovery requests.

**MORRISON FOERSTER**

Hon. Sidney H. Stein
January 10, 2024
Page Three


Respectfully Submitted,

Joseph C. Gratz
Partner


cc:  Andrew Gass, Esq. (via email)
 Annette Hurst, Esq. (via email)
 Rohit D. Nath, Esq. (via email)
 Rachel Geman, Esq. (via email)