UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | | |
|---|---|---|
| AUTHORS GUILD, *ET AL.*, | : | 23-cv-8292 (SHS) |
| Plaintiffs, | : | ORDER |
| -v- | : | |
| OPENAI INC., *ET AL.*, | : | |
| Defendants. | : | |

------------------------------------------------------------x

| | | |
|---|---|---|
| JONATHAN ALTER, KAI BIRD, TAYLOR BRANCH, RICH COHEN, EUGENE LINDEN, DANIEL OKRENT, JULIAN SANCTON, HAMPTON SIDES, STACY SCHIFF, JAMES SHAPIRO, JIA TOLENTINO, and SIMON WINCHESTER, on behalf of themselves and all Others similarly situated, | : | 23-cv-10211 (SHS) |
| -v- | : | |
| OPENAI, INC., *ET AL.*, | : | |
| Defendants. | : | |

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

  IT IS HEREBY ORDERED that:

  1. The Clerk of Court is directed to correct the caption in 23-cv-10211 on ECF to conform with the caption in the First Amended Class Action Complaint [Doc. No. 26];

  2. Plaintiffs in *Author's Guild v. OpenAI*, 23-cv-8292 and *Alter v. OpenAI*, 23-cv-10211 shall have until February 2, 2024, in which to file a consolidated class action complaint;

-1-

3.  Defendants in *Author's Guild v. OpenAI*, 23-cv-8292 and *Alter v. OpenAI*, 23-cv-10211 shall have until February 16, 2024, to respond to the consolidated class action complaint; and

4.  All other dates set forth in the Joint Stipulation and Order Regarding Motions for Summary Judgment, Class Certification, and Discovery Schedule [Doc. No. 56 in 23-cv-8292 and Doc. No. 31 in 23-cv-10211] remain as set forth in that document.

Dated: New York, New York
       January 24, 2024

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.