UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AUTHORS GUILD, DAVID BALDACCI, MARY BLY, MICHAEL CONNELLY, SYLVIA DAY, JONATHAN FRANZEN, JOHN GRISHAM, ELIN HILDERBRAND, CHRISTINA BAKER KLINE, MAYA SHANBHAG LANG, VICTOR LAVALLE, GEORGE R.R. MARTIN, JODI PICOULT, DOUGLAS PRESTON, ROXANA ROBINSON, GEORGE SAUNDERS, SCOTT TUROW, and RACHEL VAIL, individually and on behalf of others similarly situated,

    Plaintiffs,

v.

OPENAI INC., OPENAI OPCO LLC, OPENAI GP LLC, OPENAI LLC, OPENAI GLOBAL LLC, OAI CORPORATION LLC, OPENAI HOLDINGS LLC, OPENAI STARTUP FUND I LP, OPENAI STARTUP FUND GP I LLC, OPENAI STARTUP FUND MANAGEMENT LLC, and MICROSOFT CORPORATION,

    Defendants.

No. 1:23-cv-8292-SHS

**NOTICE OF WITHDRAWAL AS COUNSEL**

---

TO THE COURT, CLERK AND ALL ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Ian R. Bensberg hereby withdraws as counsel of record for Plaintiffs Authors Guild, David Baldacci, Mary Bly, Michael Connelly, Sylvia Day, Jonathan Franzen, John Grisham, Elin Hilderbrand, Christina Baker Kline, Maya Shanbhag Lang, Victor LaValle, George R.R. Martin, Jodi Picoult, Douglas Preston, Roxana Robinson, George Saunders, Scott Turow, and Rachel Vail in the above-referenced action, and respectfully requests that his name be removed from the Court's electronic mail notice list and counsel's service list. Lieff Cabraser Heimann & Bernstein, LLP and Cowan DeBaets Abrahams & Sheppard LLP continue to serve as counsel for Plaintiffs in the above-referenced action, and they request that all

future correspondence and papers in this action continue to be directed to attorneys at Lieff Cabraser Heimann & Bernstein, LLP and Cowan DeBaets Abrahams & Sheppard LLP serving as counsel of record in this matter.

Dated: January 24, 2024          Respectfully submitted,

/s/ Rachel Geman
Rachel Geman
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Telephone: 212.355.9500
rgeman@lchb.com

Reilly T. Stoler (*pro hac vice* forthcoming)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: 415.956.1000
rstoler@lchb.com

Wesley Dozier (*pro hac vice*)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
222 2nd Avenue, Suite 1640
Nashville, TN 37201
Telephone: 615.313.9000
wdozier@lchb.com

Scott J. Sholder
CeCe M. Cole
COWAN DEBAETS ABRAHAMS & SHEPPARD LLP
41 Madison Avenue, 38th Floor
New York, New York 10010
Telephone: 212.974.7474
ssholder@cdas.com
ccole@cdas.com

*Attorneys for Plaintiffs and the Proposed Class*

Dated: New York, New York
January 24, 2024

SO ORDERED:

Sidney H. Stein, U.S.D.J.