# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AUTHORS GUILD, *et al.*, individually and on behalf of others similarly situated,<br><br>            Plaintiffs,<br><br>      v.<br><br>OPENAI INC., OPENAI OPCO LLC, OPENAI GP LLC, OPENAI LLC, OPENAI GLOBAL LLC, OAI CORPORATION LLC, OPENAI HOLDINGS LLC, OPENAI STARTUP FUND I LP, OPENAI STARTUP FUND GP I LLC,OPENAI STARTUP FUND MANAGEMENT LLC, and MICROSOFT CORPORATION,<br><br>            Defendants. | Case No. 1:23-cv-08292-SHS;<br>Case No. 1:23-cv-10211-SHS<br><br>**REPLY IN SUPPORT OF MOTION TO APPOINT INTERIM CO-LEAD COUNSEL FOR THE FICTION AND NONFICTION AUTHORS' CLASSES** |
| JONATHAN ALTER, *et al.*, on behalf of themselves and all others similarly situated,<br><br>            Plaintiffs,<br><br>      v.<br><br>OPENAI, INC., OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, OPENAI HOLDINGS, LLC, and MICROSOFT CORPORATION,<br><br>            Defendants. | |

Counsel for fiction and nonfiction authors with registered copyrights ("Plaintiffs")—Lieff Cabraser Heimann & Bernstein, LLP ("Lieff Cabraser"), Susman Godfrey L.L.P. ("Susman Godfrey"), and Cowan DeBaets Abrahams & Sheppard, LLP ("CDAS") (together, the "Moving Firms")—respectfully submit this brief reply in support of their motion to appoint Interim Co-lead Counsel.

On January 12, 2024 the Moving Firms moved for appointment as Interim Co-Lead Counsel for the Fiction and Nonfiction Author classes. Dkt. No. 54. This motion is unopposed and, in fact, supported by plaintiffs in the related *Basbanes* action. *Basbanes et al. v. Microsoft Corporation, et al.*, 1:24-cv-84-SHS, Dkt. No. 21. The OpenAI Defendants have also filed a non-opposition. Dkt. No. 63. OpenAI's nonopposition is substantively identical to the one it submitted in response to the 23(g) motion filed in the consolidated copyright class action pending in the Northern District of California. *See id.*; *compare In re OpenAI ChatGPT Litigation*, 23-cv-03223, Dkt. No. 95.

As set forth in the opening brief, the Moving Firms meet each of Rule 23(g)'s criteria and several additional factors weigh in favor of their appointment. *See* Dkt. No. 54 at 4-14. The lack of opposition to the Moving Firms' motion underscores the strength of these contentions. *See generally, In re Valve Antitrust Litig.*, 2022 WL 3346392 (W.D. Wash. Aug. 12, 2022) (where no opposition was filed in response to 23(g) motion, there "[was] no reason to doubt" the contentions set forth within it); *see also Berry v. Mega Brands*, 2009 WL 233508 at *2 (D. N.J. Jan. 30, 2009) (weighing a lack of opposition in favor of granting a 23(g) motion). For these reasons, the Moving Firms respectfully request appointment as Interim Co-Lead Counsel for the Fiction and Nonfiction Authors' Classes in this litigation.

Dated:  February 2, 2024            Respectfully submitted,

*/s/ Rachel Geman*
Rachel Geman
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY  10013-1413
Telephone:  212.355.9500
rgeman@lchb.com

Reilly T. Stoler (*pro hac vice forth coming*)
Wesley Dozier (*pro hac vice*)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
rstoler@lchb.com
wdozier@lchb.com

*/s/ Justin Nelson*
Justin A. Nelson (pro hac vice)
Alejandra C. Salinas (pro hac vice)
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, TX 77002
Telephone: 713-651-9366
jnelson@susmangodfrey.com
asalinas@susmangodfrey.com

Rohit D. Nath (pro hac vice)
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Telephone: 310-789-3100
rnath@susmangodfrey.com

J. Craig Smyser
SUSMAN GODFREY L.L.P.
1901 Avenue of the Americas, 32nd Floor
New York, New York 10019
Telephone: 212-336-8330
csmyser@susmangodfrey.com

*/s/ Scott Sholder*
Scott J. Sholder
CeCe M. Cole
COWAN DEBAETS ABRAHAMS & SHEPPARD LLP
41 Madison Avenue, 38th Floor
New York, New York 10010
Telephone:  212.974.7474
ssholder@cdas.com
ccole@cdas.com

*Attorneys for Plaintiffs and the Proposed Class*

- 3 -

**PROOF OF SERVICE VIA ECF**

On February 2, 2024, I caused to be served the following document on all counsel of record via ECF:

**REPLY IN SUPPORT OF MOTION TO APPOINT INTERIM CO-LEAD COUNSEL FOR THE FICTION AND NONFICTION AUTHORS' CLASSES**

*/s/ Rachel Geman*
Rachel Geman

- 3 -