<u>EXHIBIT A</u>

| Registration Number | Title of Work | Author of Work |
|---|---|---|
| TX0001472933 | Alpine condo crossfire / Mignon G. Eberhart [i.e. Mignon Good Eberhart]. | Mignon G. Eberhart |
| TX0000262270 | The Bayou road / Mignon G. Eberhart [i.e. Mignon Good Eberhart]. | Mignon G. Eberhart |
| TX0000464114 | Casa Madrone / Mignon G. Eberhart [i.e. Mignon Good Eberhart]. | Mignon G. Eberhart |
| TX0000684927 | Family affair / Mignon G. Eberhart [i.e. Mignon Good Eberhart]. | Mignon G. Eberhart |
| TX0001843584 | A Fighting chance / Mignon G. Eberhart. | Mignon G. Eberhart |
| TX0000954810 | Next of kin / Mignon G. Eberhart [i.e. Mignon Good Eberhart]. | Mignon G. Eberhart |
| TX0000060127 | Nine o'clock tide / Mignon G. Eberhart [i.e. Mignon Good Eberhart]. | Mignon G. Eberhart |
| TX0001195467 | The Patient in cabin C / Mignon G. Eberhart [i.e. Mignon Good Eberhart]. | Mignon G. Eberhart |
| TX0002254545 | Three days for emeralds / Mignon G. Eberhart. | Mignon G. Eberhart |
| R167095 | The Patient in Room 18 | Mignon G. Eberhart |
| R186351 | While the Patient Slept | Mignon G. Eberhart |
| TX0004447888 | Absolute power / David Baldacci. | David Baldacci |
| TX0008175968 | Bullseye: An Original Will Robie / Camel Club Short Story. | David Baldacci |
| TX0005659939 | The Christmas train / David Baldacci. | David Baldacci |
| TX0006451132 | The collectors. | David Baldacci |
| TX0008977298 | Daylight. | David Baldacci |
| TX0007223564 | DELIVER US FROM EVIL. | David Baldacci |
| TX0007131368 | Divine Justice. | David Baldacci |
| TX0008570267 | End Game. | David Baldacci |
| TX0008577805 | The Fallen. | David Baldacci |
| TX0007877719 | The Finisher. | David Baldacci |
| TX0006936166 | First Family. | David Baldacci |
| TX0008434084 | The Fix. | David Baldacci |
| TX0009074729 | A Gambling Man. | David Baldacci |
| TX0008266478 | THE GUILTY. | David Baldacci |
| TX0007332625 | Hell's Corner. | David Baldacci |
| TX0006109071 | Hour game : a novel / David Baldacci | David Baldacci |
| TX0008151506 | The Keeper. | David Baldacci |
| TX0008429575 | The Last Mile. | David Baldacci |
| TX0008680065 | Long Road to Mercy. | David Baldacci |
| TX0008068212 | MEMORY MAN. | David Baldacci |
| TX0008850402 | A Minute to Midnight. | David Baldacci |

| | | |
|---|---|---|
| TX0008388357 | No Man's Land. | David Baldacci |
| TX0007804343 | No Time Left. | Columbus Rose, Ltd. f/s/o David Baldacci |
| TX0008786824 | One Good Deed. | David Baldacci |
| TX0007549427 | One Summer. | David Baldacci |
| TX0008767597 | Redemption. | David Baldacci |
| TX0005099811 | Saving faith / David Baldacci. | David Baldacci |
| TX0006585054 | Simple genius. | David Baldacci |
| TX0004889418 | The simple truth / David Baldacci. | David Baldacci |
| TX0007447606 | The Sixth Man. | David Baldacci |
| TX0005830168 | Split second / David Baldacci. | David Baldacci |
| TX0006939773 | STONE COLD. | David Baldacci |
| TX0007952352 | THE TARGET. | David Baldacci |
| TX0004503942 | Total control / David Baldacci. | David Baldacci |
| TX0007122068 | TRUE BLUE. | David Baldacci |
| TX0008884482 | Walk the Wire. | David Baldacci |
| TX0007106806 | The Whole Truth. | David Baldacci |
| TX0004716435 | The winner / David Baldacci. | David Baldacci |
| TX0006828702 | Wish You Well. | David Baldacci |
| TX0005309086 | Wish you well / David Baldacci. | David Baldacci |
| TX0007446708 | Zero Day. | David Baldacci |
| TX0006811569 | DESPERATE DUCHESSES. | Mary Bly, whose pseudonym is Eloisa James (author of pseudonymous work) |
| TX0006522040 | Pleasure for pleasure. | Mary Bly (Eloisa James, pseud.) |
| TX0007238491 | A KISS AT MIDNIGHT. | Eloisa James |
| TX0007916205 | WHEN THE DUKE RETURNS. | Eloisa James |
| TX0008254348 | MY AMERICAN DUCHESS. | Eloisa James (author of pseudonymous work) |
| TX0007044253 | A Duke of Her Own. | Eloisa James |
| TX0005401382 | Enchanting pleasures / Eloisa James. | Eloisa James |
| TX0006969635 | This Duchess of Mine. | Eloisa James |
| TX0005911488 | Fool for love / Eloisa James. | Eloisa James |
| TX0007325306 | WHEN BEAUTY TAMED THE BEAST. | Eloisa James |
| TX0007588681 | THE UGLY DUCHESS. | Eloisa James (author of pseudonymous work) |
| TX0005976986 | A wild pursuit / Eloisa James. | Eloisa James |
| TX0005218280 | Potent pleasures / Eloisa James. | Eloisa James |
| TX0005264332 | Midnight pleasures / Eloisa James. | Eloisa James |
| TX0005727373 | Duchess in love / Eloisa James. | Eloisa James |

| | | |
|---|---|---|
| TX0006066736 | A fool again / Eloisa James. | Eloisa James |
| TX0007018439 | DUCHESS BY NIGHT. | Eloisa James |
| TX0005042391 | Potent pleasures / Eloisa James. | Eloisa James |
| TX0006116791 | Much ado about you / Eloisa James. | Eloisa James |
| TX0005979691 | Your wicked ways / Eloisa James. | Eloisa James |
| TX0006297840 | Kiss me, Annabel / Eloisa James. | Eloisa James |
| TX0006354128 | The taming of the duke. | Eloisa James |
| TX0008538194 | WILDE IN LOVE : The Wildes of Lindow Castle. | Eloisa James (author of pseudonymous work) |
| TX0006928439 | AN AFFAIR BEFORE CHRISTMAS. | Mary Bly, whose pseudonym is Eloisa James (author of pseudonymous work) |
| TX0007516011 | THE DUKE IS MINE. | Eloisa James, pseud. of Mary Bly (author of pseudonymous work) |
| TX0007729479 | ONCE UPON A TOWER. | Eloisa James, pseud. of Mary Bly (author of pseudonymous work) |
| TX0008226279 | MY AMERICAN DUCHESS. | Eloisa James (author of pseudonymous work) |
| TX0008888973 | SAY YES TO THE DUKE . | Eloisa James (author of pseudonymous work) |
| TX0008599520 | TOO WILDE TO WED. | Eloisa James (author of pseudonymous work) |
| TX0008499214 | SEVEN MINUTES IN HEAVEN. | Eloisa James (author of pseudonymous work) |
| TX0008768967 | SAY NO TO THE DUKE. | Eloisa James (author of pseudonymous work) |
| TX0007897186 | THREE WEEKS WITH LADY X. | Eloisa James (author of pseudonymous work) |
| TX0008021221 | FOUR NIGHTS WITH THE DUKE. | Eloisa James (author of pseudonymous work) |
| TX0005004510 | Angels flight : a novel / Michael Connelly. | Michael Connelly |
| TX0007697114 | The Black Box. | Michael Connelly |
| TX0003553452 | The black ice / by Michael Connelly. | Michael Connelly |
| TX0004777790 | Blood work / Michael Connelly. | Michael Connelly |
| TX0007487034 | The Blue Religion: An Introduction. | Michael Connelly |
| TX0008966169 | The Brass Verdict. | Michael Connelly |
| TX0006893236 | The Brass Verdict. | Michael Connelly |
| TX0008979084 | Chasing the Dime. | Michael Connelly |
| TX0005698578 | Chasing the dime : a novel / by Michael Connelly. | Michael Connelly |
| TX0006150165 | Cielo azul. | Michael Connelly |
| TX0005511555 | City of bones : a novel / by Michael Connelly | Michael Connelly |

| TX0006218760 | The closers. | Michael Connelly |
| TX0003827545 | The concrete blonde / Michael Connelly. | Michael Connelly |
| TX0006525274 | Crime beat : a decade of covering cops and killers. | Michael Connelly |
| TX0008679767 | Dark Sacred Night | Michael Connelly |
| TX0005244877 | A darkness more than night : a novel / by Michael Connelly. | Michael Connelly |
| TX0007903750 | The Drop. | Michael Connelly |
| TX0007551173 | The Drop. | Michael Connelly |
| TX0006456031 | Echo Park. | Michael Connelly |
| TX0008905639 | Fair Warning. | Michael Connelly |
| TX0007486928 | FATHER'S DAY. | Michael Connelly |
| TX0007377218 | The Fifth Witness. | Michael Connelly |
| TX0007847608 | The Gods of Guilt. | Michael Connelly |
| TX0006921470 | In the Shadow of the Master. | Michael Connelly |
| TX0004064390 | The last coyote / Michael Connelly. | Michael Connelly |
| TX0008943137 | The Late Show. | Michael Connelly |
| TX0008459240 | The Late Show. | Michael Connelly |
| TX0009091556 | The Law of Innocence. | Michael Connelly |
| TX0006979953 | THE LINCOLN LAWYER | Michael Connelly |
| TX0005743159 | Lost light : a novel / by Michael Connelly. | Michael Connelly |
| TX0007000522 | MYSTERY WRITERS OF AMERICA PRESENTS BLUE RELIGION: New Stories About Cops, Criminals, and the Chase. | Michael Connelly |
| TX0006026283 | The narrows : a novel / by Michael Connelly | Michael Connelly |
| TX0008820211 | The Night Fire | Michael Connelly |
| TX0007046637 | Nine Dragons | Michael Connelly |
| TX0006941111 | One-Dollar Jackpot. | Michael Connelly |
| TX0006602700 | The overlook. | Michael Connelly |
| TX0004494924 | The poet / Michael Connelly. | Michael Connelly |
| TX0004290489 | The poet / Michael Connelly. | Michael Connelly |
| TX0007324033 | The Reversal. | Michael Connelly |
| TX0008137420 | The Safe Man: A Ghost Story. | Michael Connelly |
| TX0006998115 | The Scarecrow. | Michael Connelly |
| TX0008154362 | Switchblade: An Original Short Story. | Michael Connelly |
| TX0004571735 | Trunk music / Michael Connelly. | Michael Connelly |
| TX0008530537 | Two Kinds of Truth. | Michael Connelly |
| TX0008387548 | The Wrong Side of Goodbye. | Michael Connelly |
| TX0003234539 | The Black echo / Michael Connelly. | Michael Connelly |
| TX0007571518 | BARED TO YOU. | Sylvia Wolicki (AKA Sylvia Day) |
| TX0008055091 | CAPTIVATED BY YOU: A Crossfire Novel. | Sylvia Day |

| TX0006992994 | Don't Tempt Me | Sylvia Day (pseudonym for Sylvia Day Wolicki) |
|---|---|---|
| TX0007765389 | ENTWINED WITH YOU. | Sylvia Wolicki (AKA Sylvia Day) |
| TX0007050973 | Eve Of Chaos | Sylvia Day writing as S.J. Day (author of pseudonymous work) |
| TX0007041044 | EVE OF DESTRUCTION. | S.J. Day (author of pseudonymous work) |
| TX0006860949 | HEAT OF THE NIGHT. | Sylvia Day |
| TX0007579762 | A HUNGER SO WILD. | Sylvia Wolicki (also known as Sylvia Day) |
| TX0006853003 | Mischief and the Marquess. | Sylvia Day (pseudonym for Sylvia Day Wolicki) |
| TX0007576661 | "On Fire" | Sylvia Wolicki (AKA Sylvia Day) |
| TX0006848293 | A Passion For Him. | Sylvia Day (pseudonym for Sylvia Day Wolicki) |
| TX0006569840 | Pleasures of the night. | Sylvia Day |
| TX0007310034 | Pride and Pleasure. | Sylvia Day, pseud. of Sylvia Day Wolicki |
| TX0007626414 | REFLECTED IN YOU. | Sylvia Day (AKA Sylvia Day) |
| TX0007426591 | Seven Years to Sin. | Sylvia Day, pseud. of Sylvia Day Wolicki |
| TX0006500604 | The stranger I married. | Sylvia Day Wolicki |
| TX0007706524 | "Taking the Heat". | Sylvia Day Wolicki (AKA Sylvia Day) |
| TX0007487888 | A TOUCH OF CRIMSON. | Sylvia Wolicki (also known as Sylvia Day) |
| TX0007385035 | All Revved Up. | Sylvia Day, pseud. of Sylvia June Day |
| TX0008280509 | AFTERBURN. | Sylvia Day, pseud. |
| TX0007618026 | A Dark Kiss of Rapture. | Sylvia Day, pseud. of Sylvia June Wolicki |
| TX0007620649 | What Happened in Vegas. | Sylvia Day, pseud. of Sylvia June Wolicki |
| TX0006451506 | Ask for it. | Sylvia Day (Sylvia Day Wolick, pseud.) |
| TX0006602177 | Passion for the game. | Sylvia Day Wolicki (Sylvia Day, pseud.) |

| | | |
|---|---|---|
| TX0006336892 | Bad boys ahoy! | Sylvia Day Wolicki (Sylvia Day, pseud.) |
| TX0008280508 | AFTERSHOCK. | Sylvia Day, pseud. |
| TX0008788912 | Butterfly in Frost. | Sylvia Day, pseud. (author of pseudonymous work) |
| TX0008817010 | CAPTIVATED BY YOU: A Crossfire Novel. | Sylvia Day |
| TX0008315091 | ONE WITH YOU | Sylvia Day |
| TX0007158134 | EVE OF DARKNESS. | S. J. Day (author of pseudonymous work) |
| TX0006559491 | A Familiar Kind of Magic | Sylvai Day |
| TX0005485729 | The corrections / Jonathan Franzen. | Jonathan Franzen |
| TX0007428625 | FREEDOM: A Novel. | Jonathan Franzen |
| TX0003298778 | Strong motion / Jonathan Franzen. | Jonathan Franzen |
| TX0008137801 | PURITY: A Novel. | Jonathan Franzen |
| TX0002478464 | The Twenty-seventh city / Jonathan Franzen. | Jonathan Franzen |
| TX0005991698 | Bleachers | John Grisham |
| TX0005151784 | The brethren / John Grisham. | John Grisham |
| TX0006096187 | The broker / John Grisham. | John Grisham |
| TX0007543922 | CALICO JOE. | John Grisham |
| TX0003672820 | The chamber / John Grisham. | John Grisham |
| TX0003493490 | The client / John Grisham. | John Grisham |
| TX0003507693 | The client / John Grisham. | John Grisham |
| TX0003021559 | The Firm / John Grisham. | John Grisham |
| TX0007051398 | FORD COUNTY: Stories. | John Grisham |
| TX0008853177 | THE GUARDIANS: A Novel. | John Grisham |
| TXu001050004 | The king of torts / by John Grisham. | John Grisham |
| TX0005706610 | The king of torts / John Grisham. | John Grisham |
| TX0005917373 | The last juror / John Grisham. | John Grisham |
| TX0007494080 | THE LITIGATORS. | John Grisham |
| TX0005349683 | A painted house : a novel / by John Grisham | John Grisham |
| TX0004493634 | The partner / John Grisham. | John Grisham |
| TX0003266464 | The Pelican brief / John Grisham. | John Grisham |
| TX0004069842 | The rainmaker / John Grisham. | John Grisham |
| TX0008691152 | THE RECKONING | John Grisham |
| TX0004331866 | The runaway jury / John Grisham | John Grisham |
| TX0005457447 | Skipping Christmas / John Grisham. | John Grisham |
| TX0004757113 | The street lawyer / John Grisham | John Grisham |
| TX0005477452 | The summons / John Grisham. | John Grisham |
| TX0004945638 | The testament / John Grisham. | John Grisham |
| TX0006991370 | A TIME TO KILL. | John Grisham |
| TX0002655711 | A Time to kill / John Grisham. | John Grisham |

| | | |
|---|---|---|
| TX0008882413 | 28 Summers. | Elin Hilderbrand |
| TX0006607155 | Barefoot. | Elin Hilderbrand |
| TX0005206228 | The beach club / Elin Hilderbrand. | Elin Hilderbrand |
| TX0007728283 | Beautiful Day. | Elin Hilderbrand |
| TX0006265829 | The Blue Bistro. | Elin Hilderbrand |
| TX0007024786 | The Castaways. | Elin Hilderbrand |
| TX0009013166 | Golden Girl. | Elin Hilderbrand |
| TX0008326741 | Here's to Us. | Elin Hilderbrand |
| TX0008457976 | The Identicals. | Elin Hilderbrand |
| TX0007265117 | The Island. | Elin Hilderbrand |
| TX0006356827 | The love season / Elin Hilderbrand. | Elin Hilderbrand |
| TX0007940979 | The Matchmaker. | Elin Hilderbrand |
| TX0005519951 | Nantucket nights / Elin Hilderbrand. | Elin Hilderbrand |
| TX0008625046 | The Perfect Couple. | Elin Hilderbrand |
| TX0008119893 | The Rumor. | Elin Hilderbrand |
| TX0007436937 | Silver Girl. | Elin Hilderbrand |
| TX0009013724 | The Sixth Wedding. | Elin Hilderbrand |
| TX0006994950 | A Summer Affair. | Elin Hilderbrand |
| TX0008781913 | Summer of '69. | Elin Hilderbrand |
| TX0005717125 | Summer people / Elin Hilderbrand. | Elin Hilderbrand |
| TX0007569862 | Summerland. | Elin Hilderbrand |
| TX0008202402 | The Surfing Lesson. | Elin Hilderbrand |
| TX0008928349 | Troubles in Paradise. | Elin Hilderbrand |
| TX0008821633 | What Happens in Paradise. | Elin Hilderbrand |
| TX0008662697 | Winter in Paradise. | Elin Hilderbrand |
| TX0008671377 | Winter Solstice. | Elin Hilderbrand |
| TX0008324579 | Winter Storms. | Elin Hilderbrand |
| TX0007961716 | Winter Street | Elin Hilderbrand |
| TX0008132271 | Winter Stroll | Elin Hilderbrand |
| TX0007046035 | Bird in Hand. | Christina Baker Kline |
| TX0007705736 | ORPHAN TRAIN. | Christina Baker Kline |
| TX0008384547 | A Piece of the World | Christina Baker Kline |
| TX0006813556 | THE WAY LIFE SHOULD BE. | Christina Baker Kline |
| TX0004971661 | Desire lines : a novel | Christina Baker Kline |
| TX0007909779 | The Sixteenth of June. | Maya Lang |
| TX0007045350 | BIG MACHINE: A Novel. | Victor LaValle |
| TX0008515813 | THE CHANGELING A Novel. | Victor LaValle |
| TX0007637385 | THE DEVIL IN SILVER A Novel. | Victor LaValle |
| TX0009011428 | We Travel the Spaceways. | Victor LaValle |
| TX0005101730 | Slapboxing with Jesus : stories / by Victor D. Lavalle. | Victor LaValle |

| TX0005963757 | The ecstatic; or, Homunculus : a novel / Victor LaValle. | Victor LaValle |
|---|---|---|
| TX0004947577 | A clash of kings : bk. 2 of A song of ice and fire / George R. R. Martin. | George R.R. Martin |
| TX0007400734 | A DANCE WITH DRAGONS Book Five of A Song of Ice and Fire. | George R.R. Martin |
| TX0006294636 | A feast for crows. | George R.R. Martin |
| TX0001010122 | Fevre dream / George R. R. Martin. | George R.R. Martin |
| TX0008699122 | FIRE & BLOOD. | George R.R. Martin |
| TX0002555019 | The Journal of Xavier Desmond. | George R.R. Martin |
| TX0004387272 | A game of thrones / George R. R. Martin. | George R.R. Martin |
| TX0000672958 | The Ice dragon / George R. R. Martin ; ill. by Alicia Austin. | George R.R. Martin |
| TX0000831294 | Sandkings / George R. R. Martin. | George R.R. Martin |
| TX0008551412 | THE SONS OF THE DRAGON. | George R.R. Martin |
| TX0005306372 | A storm of swords / George R. R. Martin. | George R.R. Martin |
| TX0001847501 | Tuf voyaging / George R. R. Martin. | George R.R. Martin |
| TX0002488534 | Winter's chill / by George R. R. Martin. | George R.R. Martin |
| TX0001359571 | The Armageddon rag : a stereophonic long-playing novel / George R. R. Martin. | George R.R. Martin |
| TX0001314411 | Songs the dead men sing / by George R. R. Martin ; ill. by Paul Sonju ; introd. by Algis Budrys. | George R.R. Martin |
| TX0008908911 | THE BOOK OF TWO WAYS A Novel. | Jodi Picoult |
| TX0007628302 | Change of Heart. | Jodi Picoult |
| TX0007981362 | The Color War. | Jodi Picoult |
| TX0006940734 | Handle with Care. | Jodi Picoult |
| TX0003720035 | Harvesting the heart / Jodi Picoult. | Jodi Picoult |
| TX0007152236 | House Rules. | Jodi Picoult |
| TX0005300595 | Keeping faith : a novel / Jodi Picoult. | Jodi Picoult |
| TX0008760062 | LARGER THAN LIFE A Novella. | Jodi Picoult |
| TX0007948448 | LEAVING TIME A Novel. | Jodi Picoult |
| TX0007509059 | Lone Wolf. | Jodi Picoult |
| TX0005949094 | My sister's keeper : a novel / Jodi Picoult. | Jodi Picoult |
| TX0006542571 | Nineteen minutes : a novel / Jodi Picoult. | Jodi Picoult |
| TX0004708651 | The pact : a love story / Jodi Picoult. | Jodi Picoult |
| TX0005418274 | Salem Falls / Jodi Picoult | Jodi Picoult |
| TX0005714956 | Second glance : a novel / Jodi Picoult | Jodi Picoult |
| TX0008760063 | SHINE A Short Story | Jodi Picoult |
| TX0007343274 | SING YOU HOME. | Jodi Picoult |
| TX0008471033 | SMALL GREAT THINGS A Novel | Jodi Picoult |
| TX0008668131 | A SPARK OF LIGHT A Novel | Jodi Picoult |
| TX0006409872 | The tenth circle. | Jodi Picoult |

| | | |
|---|---|---|
| TX0006124529 | Vanishing acts. | Jodi Picoult |
| TX0007210105 | Weights & Measures. | Jodi Picoult |
| TX0004369201 | Mercy / Jodi Picoult. | Jodi Picoult |
| TX0005517659 | Perfect match / Jodi Picoult. | Jodi Picoult |
| TX0004039517 | Picture perfect / Jodi Picoult. | Jodi Picoult |
| TX0005236383 | Plain truth / Jodi Picoult. | Jodi Picoult |
| TX0003356740 | Songs of the humpback whale : a novel in five voices / by Jodi Picoult. | Jodi Picoult |
| TX0006843684 | BLASPHEMY. | Douglas Preston |
| TX0007224608 | IMPACT. | Douglas Preston |
| TX0003921292 | Jennie / Douglas Preston. | Douglas Preston |
| TX0007908862 | THE KRAKEN PROJECT. | Douglas Preston |
| TX0005887183 | The codex / Douglas Preston. | Douglas Preston |
| TX0006206315 | Tyrannosaur Canyon. | Douglas Preston |
| TX0006972227 | COST: A Novel. | Roxana Robinson |
| TX0008776218 | Dawson's Fall: A Novel | Roxana Robinson |
| TX0007796014 | SPARTA: A Novel. | Roxana Robinson |
| TX0002346979 | Summer light / Roxana Robinson. | Roxana Robinson |
| TX0005905727 | Sweetwater : a novel / Roxana Robinson. | Roxana Robinson |
| TX0004867896 | This is my daughter : a novel / Roxana Robinson. | Roxana Robinson |
| TX0007502294 | A Perfect Stranger: And Other Stories. | Roxana Robinson |
| TX0004268621 | Asking for love, and other stories / Roxanna Robinson. | Roxana Robinson |
| TX0006261346 | The brief and frightening reign of Phil. | George Saunders |
| TX0004326821 | CivilWarLand in bad decline : stories and a novella / George Saunders | George Saunders |
| TX0007630065 | Escape from Spiderhead. | George Saunders |
| TX0006374617 | In persuasion nation : stories / by George Saunders. | George Saunders |
| TX0008397114 | LINCOLN IN THE BARDO A Novel. | George Saunders |
| TX0005218791 | Pastoralia : stories / by George Saunders. | George Saunders |
| TX0007666640 | TENTH OF DECEMBER Stories. | George Saunders |
| TX0007815893 | Identical. | Scott Turow |
| TX0007192030 | INNOCENT. | Scott Turow |
| TX0008447808 | Testimony. | Scott Turow |
| TX0002844795 | The Burden of proof / Scott Turow. | Scott Turow |
| TX0004410865 | The laws of our fathers / Scott Turow. | Scott Turow |
| TX0006467762 | Limitations. | Scott Turow |
| TX0006269676 | Ordinary heroes. | Scott Turow |
| TX0005105000 | Personal injuries / Scott Turow. | Scott Turow |
| TX0003554492 | Pleading guilty / Scott Turow. | Scott Turow |
| TX0003554493 | Pleading guilty / Scott Turow. | Scott Turow |

| TX0002110794 | Presumed innocent / Scott Turow. | Scott Turow |
|---|---|---|
| TX0005655957 | Reversible errors / Scott Turow | Scott Turow |
| TX0006467853 | Talking with my mouth full. | Scott Turow |
| TX0005857010 | Ultimate punishment : a lawyer's reflections on dealing with the death penalty / Scott Turow. | Scott Turow |
| TX0009133293 | The Last Trial. | Scott Turow |
| TX0008929294 | The Last Trial. | Scott Turow |
| TX0009154541 | BAD BEST FRIEND. | Rachel Vail |
| TX0008751369 | Big Mouth Elizabeth. | Rachel Vail |
| TX0007192055 | Brilliant. | Rachel Vail |
| TX0004460895 | Daring to be Abigail : a novel / by Rachel Vail. | Rachel Vail |
| TX0003547708 | Do-over : a novel / by Rachel Vail. | Rachel Vail |
| TX0004009154 | Ever after : a novel / by Rachel Vail. | Rachel Vail |
| TX0005248983 | Fill in the blank / Rachel Vail. | Rachel Vail |
| TX0007041468 | Gorgeous. | Rachel Vail |
| TX0006175909 | If we kiss. | Rachel Vail |
| TX0004839343 | If you only knew / Rachel Vail. | Rachel Vail |
| TX0008750555 | A is For Elizabeth. | Rachel Vail |
| TX0007286754 | JUST IN CASE. | Rachel Vail |
| TX0007889725 | JUSTIN CASE: RULES, TOOLS, AND MAYBE A BULLY. | Rachel Vail |
| TX0007548643 | JUSTIN CASE: SHELLS, SMELLS, AND THE HORRIBLE FLIP-FLOPS OF DOOM. | Rachel Vail |
| TX0007688716 | Kiss Me Again. | Rachel Vail |
| TX0007002999 | LUCKY. | Rachel Vail |
| TX0008001704 | UNFRIENDED. | Rachel Vail |
| TX0008723575 | WELL, THAT WAS AWKWARD. | Rachel Vail |
| TX0005035392 | What are friends for? / Rachel Vail. | Rachel Vail |
| TX0005086489 | What are friends for? / Rachel Vail. | Rachel Vail |
| TX0003243165 | Wonder / Rachel Vail. | Rachel Vail |
| TX0006402673 | You, maybe. | Rachel Vail |
| TX0004916717 | Not that I care / Rachel Vail. | Rachel Vail |
| TX0004916716 | Please, please, please / Rachel Vail. | Rachel Vail |