# Exhibit B

# Exhibit B

| Plaintiff | Registration Number |
|---|---|
| Julian Sancton | TX0009331888 |
| Jonathan Alter | TX0007703555 |
| | TX0007189584 |
| | TX0006362219 |
| Kai Bird | TX0006188517 |
| | TX0007857319 |
| | TX0007179572 |
| | TX0004258510 |
| | TX0003294687 |
| Taylor Branch | TX0002701239 |
| | TX0004759338 |
| | TX0006543302 |
| | TX0006997437 |
| | TX0007456285 |
| | TX0007649892 |
| | TX0000910859 |
| Rich Cohen | TX0005050909 |
| | TX0007855718 |
| | TX0006377376 |
| | TX0008311707 |
| | TX0008568164 |
| | TX0009082243 |
| | TX0009184424 |
| | TX0005304760 |
| | TX0005531497 |
| | TX0007607895 |
| | TX0000781640 |
| Eugene Linden | TX0000385052 |
| | TX0001848706 |
| | TX0004843579 |
| | TX0005085858 |
| | TX0005617725 |
| | TX0007369843 |
| | TX0009296965 |
| | TX0000839934 |
| | TX0001573774 |
| Daniel Okrent | TX0002577003 |
| | TX0002689981 |
| | TX0005939955 |
| | TX0006839746 |
| | TX0007180711 |
| | TX0005939955 |

|                  |              |
|------------------|--------------|
|                  | TX0005963065 |
| Hampton Sides    | TX0005384516 |
|                  | TX0006449662 |
|                  | TX0007582071 |
|                  | TX0007950892 |
|                  | TX0008698442 |
|                  | TX0006405264 |
| Stacy Schiff     | TX0005225569 |
|                  | TX0006155631 |
|                  | TX0007307162 |
|                  | TX0008713166 |
|                  | TX0009219559 |
|                  | TX0005234556 |
| James Shapiro    | TX0006274534 |
|                  | TX0007170652 |
|                  | TX0008296245 |
|                  | TX0008907452 |
|                  | TX0008786905 |
| Jia Tolentino    | TX0002031224 |
| Simon Winchester | TX0004848251 |
|                  | TX0005422703 |
|                  | TX0006261330 |
|                  | TX0007786856 |
|                  | TX0005910779 |
|                  | TX0007021321 |
|                  | TX0007303063 |
|                  | TX0008189441 |
|                  | TX0008599343 |
|                  |              |