# JOSEPH SAVERI
## LAW FIRM

40 WORTH STREET
SUITE 602
NEW YORK, NY 10013

TEL (646) 527-7310
FAX (212) 202-7678

February 12, 2024

**Via ECF**

Hon. Sidney H. Stein
United States District Court for the
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Authors Guild et al., v. OpenAI, Inc. et al.*, Case No.: 1:23-cv-08292-SHS (S.D.N.Y. Sep. 19, 2023); *Alter et al. v. OpenAI, Inc. et al.*, No. 23-cv-10211-SHS (S.D.N.Y. Nov. 21, 2023); *The N.Y. Times Co. v. Microsoft Corp. et al.*, Case No. 23-cv-11195 (S.D.N.Y. Dec. 27, 2023); *Basbanes et al. v. Microsoft Corp. et al.*, No. 24-cv-00084 (S.D.N.Y. Jan. 5, 2024)

Dear Judge Stein:

I am an associate attorney with the Joseph Saveri Law Firm, LLP ("JSLF") and admitted to practice before this Court. JSLF represents the plaintiffs in the three class actions pending in the Northern District of California under the master caption *In re OpenAI ChatGPT Litigation* ("Plaintiff-Intervenors").

Concurrent with this letter, JSLF filed Plaintiff-Intervenors' Motion to Intervene and to Dismiss, Stay, or Transfer with respect to the *Authors Guild*, *Alter*, *New York Times*, and *Basbanes* Actions. Pursuant to Local Rule 6.1(c) and Individual Practices Rule 2(F), Plaintiff-Intervenors respectfully request a hearing between April 8, 2024, and April 11, 2024, inclusive, for oral argument with respect to that motion.

  Respectfully submitted,

  */s/ Christopher J. Hydal*

  Christopher J. Hydal

cc:   Counsel of record in the *Authors Guild*, *Alter*, *New York Times*, and *Basbanes* Actions (via ECF)