UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AUTHORS GUILD, et al.,<br><br>            Plaintiffs,<br>      v.<br>OPENAI INC., et al.,<br><br>            Defendants. | |
| JONATHAN ALTER, et al.,<br><br>            Plaintiffs,<br>      v.<br>OPENAI INC., et al.,<br><br>            Defendants. | Consolidated Cases:<br><br>No. 1:23-cv-08292-SHS-OTW<br><br>No. 1:23-cv-10211-SHS-OTW<br><br>No. 1:24-cv-00084-SHS-OTW |
| NICHOLAS A. BASBANES, et al.,<br><br>            Plaintiffs,<br>      v.<br>MICROSOFT CORPORATION, et al.,<br><br>            Defendants. | Related Case:<br><br>No. 1:23-cv-11195-SHS-OTW<br><br><br>**OPENAI DEFENDANTS' POSITION STATEMENT REGARDING MOTION TO INTERVENE AND DISMISS, STAY, OR TRANSFER** |
| THE NEW YORK TIMES COMPANY,<br><br>            Plaintiff,<br>      v.<br>MICROSOFT CORPORATION, et al.,<br><br>            Defendants. | |

Defendants OpenAI, Inc., OpenAI LP, OpenAI GP LLC, OpenAI LLC, OpenAI OpCo LLC, OpenAI Global LLC, OAI Corporation, LLC, OpenAI Holdings LLC, OpenAI Startup Fund I LP, OpenAI Startup Fund GP I LLC, and OpenAI Startup Fund Management LLC (together, "OpenAI Defendants") hereby state that they do not take a position on the Motion to Intervene and

1

Dismiss, Stay or Transfer (ECF No. 71 in No. 1:23-cv-08292 and ECF No. 47 in No. 1:23-cv-11195) filed by the plaintiffs from the case *In re OpenAI ChatGPT Litigation*, No. 3:23-cv-03223 (N.D. Cal. 2023).

| | |
|---|---|
| Dated:  February 26, 2024 | Respectfully submitted, |
| | By:  */s/ Andrew M. Gass* |

LATHAM & WATKINS LLP
Andrew M. Gass (*pro hac vice*)
  andrew.gass@lw.com
Joseph R. Wetzel
  joseph.wetzel@lw.com
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: 415.391.0600

Sarang V. Damle
  sy.damle@lw.com
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone: 202.637.2200

Allison L. Stillman
  alli.stillman@lw.com
1271 Avenue of the Americas
New York, NY 10020
Telephone: 212.751.4864

MORRISON & FOERSTER LLP
Joseph C. Gratz (*pro hac vice*)
  jgratz@mofo.com
Vera Ranieri (*pro hac vice forthcoming*)
  vranieri@mofo.com
425 Market Street
San Francisco, CA 94105
Telephone: 415.258.7522

Allyson R. Bennett (*pro hac vice forthcoming*)
  abennett@mofo.com
Rose Lee (*pro hac vice*)
  roselee@mofo.com
707 Wilshire Boulevard, Suite 6000
Los Angeles, CA 90017-3543
Telephone: 213.892.5454

*Attorneys for OpenAI Defendants*