UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AUTHORS GUILD, DAVID BALDACCI, MARY BLY, MICHAEL CONNELLY, SYLVIA DAY, JONATHAN FRANZEN, JOHN GRISHAM, ELIN HILDERBRAND, CHRISTINA BAKER KLINE, MAYA SHANBHAG LANG, VICTOR LAVALLE, GEORGE R.R. MARTIN, JODI PICOULT, DOUGLAS PRESTON, ROXANA ROBINSON, GEORGE SAUNDERS, SCOTT TUROW, and RACHEL VAIL, individually and on behalf of others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> OPENAI INC., OPENAI OPCO LLC, OPENAI GP LLC, OPENAI LLC, OPENAI GLOBAL LLC, OAI CORPORATION LLC, OPENAI HOLDINGS LLC, OPENAI STARTUP FUND I LP, OPENAI STARTUP FUND GP I LLC, OPENAI STARTUP FUND MANAGEMENT LLC, and MICROSOFT CORPORATION, <br><br> Defendants. | Case No. 1:23-cv-08292-SHS; <br> Case No. 1:23-cv-10211-SHS <br><br> **NOTICE OF ERRATA AND CORRECTION TO DKT. 81 IN THE AUTHOR ACTIONS** <br><br> N |
| JONATHAN ALTER, KAI BIRD, TAYLOR BRANCH, RICH COHEN, EUGENE LINDEN, DANIEL OKRENT, JULIAN SANCTON, HAMPTON SIDES, STACY SCHIFF, JAMES SHAPIRO, JIA TOLENTINO, and SIMON WINCHESTER, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> OPENAI, INC., OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, OPENAI HOLDINGS, LLC, and MICROSOFT CORPORATION, <br><br> Defendants. | |

1

Please take notice of the following errata and correction to the parties' joint Opposition to Motion to Intervene and Dismiss, Stay or Transfer filed in the consolidated Author Actions, Dkt. 81: on page 5, Plaintiffs inadvertently listed the filing date for the Consolidated Amended Complaint as February 2, 2024; it has been corrected to read "February 5, 2024." Minor typographical errors, listed below, have also been corrected.[1]

A corrected copy of Plaintiff' Opposition to Motion to Intervene or Dismiss, Stay or Transfer is attached to this filing.

Dated: February 28, 2024

        Respectfully submitted,

        */s/ Rachel Geman*
        Rachel Geman
        LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
        250 Hudson Street, 8th Floor
        New York, NY  10013-1413
        Telephone:  212.355.9500
        rgeman@lchb.com

        Reilly T. Stoler (*pro hac vice forthcoming*)
        LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
        275 Battery Street, 29th Floor
        San Francisco, CA  94111-3339
        Telephone:  415.956.1000
        rstoler@lchb.com
        ibensberg@lchb.com

        Wesley Dozier (*pro hac vice*)
        LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
        222 2nd Avenue, Suite 1640
        Nashville, TN 37201
        Telephone:  615.313.9000
        wdozier@lchb.com

        */s/ Rohit Nath*
        Justin A. Nelson (*pro hac vice*)
        Alejandra C. Salinas (*pro hac vice*)
        SUSMAN GODFREY L.L.P.
        1000 Louisiana Street, Suite 5100
        Houston, TX 77002
        Telephone: 713-651-9366

---

[1] For ease of reading, Plaintiffs also removed various extra spaces.

jnelson@susmangodfrey.com
asalinas@susmangodfrey.com

Rohit D. Nath (*pro hac vice*)
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Telephone: 310-789-3100
rnath@susmangodfrey.com

J. Craig Smyser
SUSMAN GODFREY L.L.P.
1901 Avenue of the Americas, 32nd Floor
New York, New York 10019
Telephone: 212-336-8330
csmyser@susmangodfrey.com

*/s/ Scott Sholder*
Scott J. Sholder
CeCe M. Cole
COWAN DEBAETS ABRAHAMS & SHEPPARD LLP
41 Madison Avenue, 38th Floor
New York, New York 10010
Telephone:  212.974.7474
ssholder@cdas.com
ccole@cdas.com

*Attorneys for Plaintiffs and the Proposed Class*

**List of Typographical Error Corrections**

| Page | As in Original | Correction |
|---|---|---|
| 3 | "The Authors Actions" | "The Author Actions"[2] |
| 3 | (LMMs), | (LMMs); |
| 3 | Proposed Intervenors' | Proposed Intervenors |
| 4 | a the Authors Guild | the Authors Guild |
| 5 | Subsequently, Plaintiffs | Plaintiffs |
| 6 | issue for Plaintiffs the proposed Classes | issue for the proposed Classes |
| 6 | Class' | Classes' |
| 11 | intervention" | intervention." |
| 12 | regime for artificial intelligence." | regime for artificial intelligence. |
| 15 | (and Author Classes) give | (and Author Classes) to give |
| 15 | bogged down Rule 12 motions | bogged down by Rule 12 motions |

---

[2] Plaintiffs made similar corrections to "Author Actions" on pages 16, 17, 18, 19, 20, and 23.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AUTHORS GUILD, DAVID BALDACCI, MARY BLY, MICHAEL CONNELLY, SYLVIA DAY, JONATHAN FRANZEN, JOHN GRISHAM, ELIN HILDERBRAND, CHRISTINA BAKER KLINE, MAYA SHANBHAG LANG, VICTOR LAVALLE, GEORGE R.R. MARTIN, JODI PICOULT, DOUGLAS PRESTON, ROXANA ROBINSON, GEORGE SAUNDERS, SCOTT TUROW, and RACHEL VAIL, individually and on behalf of others similarly situated,<br><br>      Plaintiffs,<br><br>      v.<br><br>OPENAI INC., OPENAI OPCO LLC, OPENAI GP LLC, OPENAI LLC, OPENAI GLOBAL LLC, OAI CORPORATION LLC, OPENAI HOLDINGS LLC, OPENAI STARTUP FUND I LP, OPENAI STARTUP FUND GP I LLC, OPENAI STARTUP FUND MANAGEMENT LLC, and MICROSOFT CORPORATION,<br><br>      Defendants. | Case No. 1:23-cv-08292-SHS;<br>Case No. 1:23-cv-10211-SHS<br><br>**DECLARATION OF SERVICE BY ROHIT D. NATH IN SUPPORT OF AUTHOR CLASS PLAINTIFFS' NOTICE OF ERRATA AND CORRECTION TO DKT. 81 IN THE AUTHORS ACTION** |
| JONATHAN ALTER, KAI BIRD, TAYLOR BRANCH, RICH COHEN, EUGENE LINDEN, DANIEL OKRENT, JULIAN SANCTON, HAMPTON SIDES, STACY SCHIFF, JAMES SHAPIRO, JIA TOLENTINO, and SIMON WINCHESTER, on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br><br>      v.<br><br>OPENAI, INC., OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, OPENAI HOLDINGS, LLC, and MICROSOFT CORPORATION,<br><br>      Defendants. | |

I, Rohit D. Nath, declare:

1. I am over eighteen years of age, I am not a party to this action, and I am an employee with the law firm of Susman Godfrey L.L.P., in the Los Angeles, California office.

2. My business address is 1901 Avenue of the Stars, Suite 950, Los Angeles, California 90067.

3. On February 28, 2024, I served a copy of the Author Class Plaintiffs' Opposition to Motion to Intervene and Dismiss, Stay or Transfer via email upon the following persons:

*Attorneys for Defendant,*
 *OpenAI Inc.,*

*Attorneys for Defendant,*
*Microsoft Corporation*

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 28, 2024, at Los Angeles, California.

<u>*Rohit D. Nath*</u>
Rohit D. Nath