UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AUTHORS GUILD, DAVID BALDACCI, MARY BLY, MICHAEL CONNELLY, SYLVIA DAY, JONATHAN FRANZEN, JOHN GRISHAM, ELIN HILDERBRAND, CHRISTINA BAKER KLINE, MAYA SHANBHAG LANG, VICTOR LAVALLE, GEORGE R.R. MARTIN, JODI PICOULT, DOUGLAS PRESTON, ROXANA ROBINSON, GEORGE SAUNDERS, SCOTT TUROW, and RACHEL VAIL, individually and on behalf of others similarly situated., <br><br>                              Plaintiffs, <br><br>       v. <br><br> OPEN AI INC., OPENAI OPCO LLC, OPENAI GP LLC, OPENAI, LLC, OPENAI GLOBAL LLC, OAI CORPORATION LLC, OPENAI HOLDINGS LLC, OPENAI STARTUP FUND I LP, OPENAI STARTUP FUND GP I LLC, OPENAI STARTUP FUND MANAGEMENT LLC, and MICROSOFT CORPORATION, <br><br>                              Defendants. | Case No.: 1:23-cv-08292-SHS <br> Case No.: 1:23-cv-10211-SHS <br> Case No.: 1:24-cv-00084-SHS |
| JONATHAN ALTER, KAI BIRD, TAYLOR BRANCH, RICH COHEN, EUGENE LINDEN, DANIEL OKRENT, JULIAN SANCTON, HAMPTON SIDES, STACY SCHIFF, JAMES SHAPIRO, JIA TOLENTINO, and SIMON WINCHESTER, on behalf of themselves and all others similarly situated, <br><br>                              Plaintiffs, <br><br>       v. <br><br> OPEN AI INC., OPENAI OPCO LLC, OPENAI GP LLC, OPENAI, LLC, OPENAI GLOBAL LLC, OAI CORPORATION LLC, OPENAI HOLDINGS LLC, OPENAI STARTUP FUND I LP, OPENAI STARTUP FUND GP I LLC, OPENAI STARTUP FUND MANAGEMENT LLC, and MICROSOFT CORPORATION, <br><br>                              Defendants. | |

| |
|---|
| NICHOLAS A. BASBANES and NICHOLAS NGAGOYEANES (professionally known as Nicholas Gage), individually and on behalf of all others similarly situated, <br><br>                              Plaintiffs, <br><br>       v. <br><br> MICROSOFT CORPORATION, OPENAI, INC., OPENAI GP, L.L.C., OPENAI HOLDINGS, LLC, OAI CORPORATION, LLC, OPENAI GLOBAL, LLC, OPENAI, L.L.C., and OPENAI OPCO, LLC., <br><br>                              Defendants. |

## [PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE*

The motion of Sheryl Garko for admission to appear *pro hac vice* in the above captioned matter is granted.

Applicant has declared that she is a member in good standing of the Bar of the Commonwealth of Massachusetts; and that her contact information is as follows:

> Sheryl Garko
> ORRICK, HERRINGTON & SUTCLIFFE LLP
> 222 Berkeley Street, Suite 2000
> Boston, MA 02116
> Tel. (617) 880-1919
> Fax. (617) 880-1801
> sgarko@orrick.com

Sheryl Garko, having requested admission *pro hac vice* to appear for all purposes as counsel for Defendant Microsoft Corporation in the above-entitled action;

**IT IS HEREBY ORDERED** that Sheryl Garko is admitted to practice *pro hac vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing the discipline of attorneys.

Dated: March __, 2024

                                                                                                                  _____
                                                                                                                    Hon. Sidney H. Stein
                                                                                                    United States District Judge