**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| AUTHORS GUILD, *et al.*, individually and on behalf of others similarly situated,<br><br>    Plaintiffs,<br><br>        v.<br><br>OPENAI INC., OPENAI OPCO LLC, OPENAI GP LLC, OPENAI LLC, OPENAI GLOBAL LLC, OAI CORPORATION LLC, OPENAI HOLDINGS LLC, OPENAI STARTUP FUND I LP, OPENAI STARTUP FUND GP I LLC, OPENAI STARTUP FUND MANAGEMENT LLC, and MICROSOFT CORPORATION,<br><br>    Defendants. | Case No. 1:23-cv-08292-SHS |
| JONATHAN ALTER, *et al.*, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>        v.<br><br>OPENAI, INC., OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, OPENAI HOLDINGS, LLC, and MICROSOFT CORPORATION,<br><br>    Defendants. | Case No. 1:23-cv-10211-SHS |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE UNDER SEAL**

Pursuant to Your Honor's Individual Rules and Practices 5(B), Plaintiffs seek leave to file their letter motion to compel the production of documents from the OpenAI Defendants under seal. The motion attaches and refers to the contents of a March 22, 2024 letter from OpenAI's counsel regarding discovery. The motion also refers to information related to an ongoing government investigation of OpenAI.

OpenAI has designated the contents of their letter and the information related to this

investigation as highly confidential and for attorneys' eyes only. Plaintiffs dispute this

confidentiality designation.  In Plaintiffs' view, none of this information meets the standard of

confidential, let alone highly confidential. As such, in Plaintiffs' view, none of it should be

subject to sealing. However, in accordance with Defendants' designation, Plaintiffs' respectfully

request leave to file their letter motion to compel under seal.

 Dated:  April 12, 2024             Respectfully submitted,

                                    /s/ Rachel Geman
                                    Rachel Geman
                                    LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
                                    250 Hudson Street, 8th Floor
                                    New York, NY  10013-1413
                                    Telephone:  212.355.9500
                                    rgeman@lchb.com

                                    Reilly T. Stoler (*pro hac vice forth coming*)
                                    LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
                                    275 Battery Street, 29th Floor
                                    San Francisco, CA  94111-3339
                                    Telephone:  415.956.1000
                                    rstoler@lchb.com

                                    Wesley Dozier (*pro hac vice*)
                                    LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
                                    222 2nd Avenue, Suite 1640
                                    Nashville, TN 37201
                                    Telephone:  615.313.9000
                                    wdozier@lchb.com

                                    /s/ Justin Nelson
                                    Justin A. Nelson (*pro hac vice*)
                                    Alejandra C. Salinas (*pro hac vice*)
                                    SUSMAN GODFREY L.L.P.
                                    1000 Louisiana Street, Suite 5100
                                    Houston, TX 77002
                                    Telephone: 713-651-9366
                                    jnelson@susmangodfrey.com
                                    asalinas@susmangodfrey.com

                                    Rohit D. Nath (*pro hac vice*)
                                    SUSMAN GODFREY L.L.P.
                                    1900 Avenue of the Stars, Suite 1400
                                    Los Angeles, California 90067
                                    Telephone: 310-789-3100
                                    rnath@susmangodfrey.com

J. Craig Smyser
SUSMAN GODFREY L.L.P.
1901 Avenue of the Americas, 32nd Floor
New York, New York 10019
Telephone: 212-336-8330
csmyser@susmangodfrey.com

/s/ Scott Sholder
Scott J. Sholder
CeCe M. Cole
COWAN DEBAETS ABRAHAMS & SHEPPARD LLP
41 Madison Avenue, 38th Floor
New York, New York 10010
Telephone:  212.974.7474
ssholder@cdas.com
ccole@cdas.com

*Attorneys for Plaintiffs and the Proposed Classes*

## <u>PROOF OF SERVICE VIA ECF</u>

On April 12, 2024, I caused to be served the following document on all counsel of record

via ECF.

### PLAINTIFFS' MOTION FOR LEAVE TO FILE UNDER SEAL

<u>*/s/ Wesley Dozier*</u>
Wesley Dozier