Lieff Cabraser Heimann & Bernstein
Attorneys at Law

SUSMAN GODFREY L.L.P.
A REGISTERED LIMITED LIABILITY PARTNERSHIP



April 15, 2024

**VIA ECF**

Hon. Sidney H. Stein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

      RE:    *Authors Guild et al. v. OpenAI, Inc., et al.*, and *Alter et al. v. OpenAI Inc., et al.*, Nos. 1:23-cv-08292-SHS & 1:23-cv-10211-SHS

Dear Judge Stein:

      Plaintiffs write regarding their April 12, 2024, letter-motion for an informal discovery conference concerning (a) the FTC's interrogatories and (b) OpenAI's refusal to disclose the names of two third party witnesses. Dkt. No. 107.

      On April 14, 2024, OpenAI disclosed the names of the two witnesses, mooting Plaintiffs' request for a court order compelling them to do so. The parties, however, remain at an impasse with respect to the other issues and continue to respectfully request a pre-motion conference under Local Rule 37.1.

      Sincerely,

| LIEFF CABRASER HEIMANN & BERNSTEINS LLP | SUSMAN GODFREY LLP | COWAN, DEBAETS, ABRAHAMS & SHEPPARD LLP |
|---|---|---|
| */s/ Rachel Geman* <br> Rachel Geman | */s/ Rohit Nath* <br> Rohit Nath | */s/ Scott J. Sholder* <br> Scott J. Sholder |