**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| AUTHORS GUILD, DAVID BALDACCI, MARY BLY, MICHAEL CONNELLY, SYLVIA DAY, JONATHAN FRANZEN, JOHN GRISHAM, ELIN HILDERBRAND, CHRISTINA BAKER KLINE, MAYA SHANBHAG LANG, VICTOR LAVALLE, GEORGE R.R. MARTIN, JODI PICOULT, DOUGLAS PRESTON, ROXANA ROBINSON, GEORGE SAUNDERS, SCOTT TUROW, and RACHEL VAIL, individually and on behalf of others similarly situated,<br><br>                  Plaintiffs,<br><br>     v.<br><br>OPENAI INC., OPENAI LP, OPENAI LLC, OPENAI GP LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION LLC, OPENAI HOLDINGS LLC, OPENAI STARTUP FUND I LP, OPENAI STARTUP FUND GP I LLC, and OPENAI STARTUP FUND MANAGEMENT LLC,<br><br>                  Defendants. | Case No.: 1:23-cv-08292-SHS<br>Case No.: 1:23-cv-10211-SHS<br>Case No.: 1:24-cv-00084-SHS<br><br>Hon. Sidney H. Stein<br><br>**NOTICE OF APPEARANCE** |
| JONATHAN ALTER, KAI BIRD, TAYLOR BRANCH, RICH COHEN, EUGENE LINDEN, DANIEL OKRENT, JULIAN SANCTON, HAMPTON SIDES, STACY SCHIFF, JAMES SHAPIRO, JIA TOLENTINO, and SIMON WINCHESTER, on behalf of themselves and all others similarly situated,<br><br>                  Plaintiffs,<br><br>     v.<br><br>OPENAI INC., OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, OPENAI HOLDINGS, LLC, and MICROSOFT CORPORATION,<br><br>                  Defendants. | |

2641288

NICHOLAS A. BASBANES and NICHOLAS
NGAGOYEANES (professionally known as
Nicholas Gage), individually and on behalf of all
others similarly situated,

                            Plaintiffs,

     v.

MICROSOFT CORPORATION,
OPENAI, INC., OPENAI GP, LLC,
OPENAI HOLDINGS, LLC, OAI
CORPORATION, LLC, OPENAI
GLOBAL, LLC, OPENAI, LLC, and
OPENAI OPCO LLC,

                        Defendants.

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Thomas E. Gorman of Keker, Van Nest & Peters LLP

hereby appears as counsel for Defendants OpenAI Inc., OpenAI LP, OpenAI LLC, OpenAI GP

LLC, OpenAI OpCo LLC, OpenAI Global LLC, OAI Corporation LLC, OpenAI Holdings LLC,

OpenAI Startup Fund I LP, OpenAI Startup Fund GP I LLC, and OpenAI Startup Fund

Management LLC in the above-captioned matter.  He is admitted or otherwise authorized to

practice in this Court.  His address, telephone, facsimile, and email are as follows:

> Thomas E. Gorman
> KEKER, VAN NEST & PETERS LLP
> 633 Battery Street
> San Francisco, CA 94111
> Telephone:    (415) 391-5400
> Facsimile:    (415) 397-7188
> Email: tgorman@keker.com

Please serve said counsel with all pleadings, orders, motions, notices, and other filings in

this action.

Dated:  April 29, 2024

KEKER, VAN NEST & PETERS LLP

By:  */s/ Thomas E. Gorman*
THOMAS E. GORMAN  (*pro hac vice*)
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile:  415 397 7188
tgorman@keker.com

Attorneys for Defendants OPENAI INC.,
OPENAI LP, OPENAI LLC, OPENAI GP
LLC, OPENAI OPCO LLC, OPENAI
GLOBAL LLC, OAI CORPORATION
LLC, OPENAI HOLDINGS LLC,
OPENAI STARTUP FUND I LP, OPENAI
STARTUP FUND GP I LLC, and OPENAI
STARTUP FUND MANAGEMENT LLC

1

2641288