UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AUTHORS GUILD, DAVID BALDACCI, MARY BLY, MICHAEL CONNELLY, SYLVIA DAY, JONATHAN FRANZEN, JOHN GRISHAM, ELIN HILDERBRAND, CHRISTINA BAKER KLINE, MAYA SHANBHAG LANG, VICTOR LAVALLE, GEORGE R.R. MARTIN, JODI PICOULT, DOUGLAS PRESTON, ROXANA ROBINSON, GEORGE SAUNDERS, SCOTT TUROW, and RACHEL VAIL, individually and on behalf of others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>OPENAI INC., OPENAI LP, OPENAI LLC, OPENAI GP LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION LLC, OPENAI HOLDINGS LLC, OPENAI STARTUP FUND I LP, OPENAI STARTUP FUND GP I LLC, and OPENAI STARTUP FUND MANAGEMENT LLC,<br><br>　　　　　　Defendants. | No. 1:23-cv-08292-SHS<br><br><br><br><br><br><br><br><br><br>**JOINT MOTION AND STIPULATION AND PROPOSED ORDER REGARDING PLAINTIFFS' MOTION TO SEAL AND DEFENDANTS' MOTION TO SEAL** |
| JONATHAN ALTER, KAI BIRD, TAYLOR BRANCH, RICH COHEN, EUGENE LINDEN, DANIEL OKRENT, JULIAN SANCTON, HAMPTON SIDES, STACY SCHIFF, JAMES SHAPIRO, JIA TOLENTINO, and SIMON WINCHESTER, on behalf of themselves and all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>OPENAI, INC., OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LCC, OAI CORPORATION, LLC, OPENAI HOLDINGS, LLC, and MICROSOFT CORPORATION,<br><br>　　　　　　Defendants. | No. 1:23-cv-10211-SHS |

# JOINT MOTION AND STIPULATION REGARDING PLAINTIFFS' MOTION TO SEAL AND DEFENDANT OPENAI'S MOTION TO SEAL

WHEREAS on April 13, 2024, Plaintiffs filed a letter motion to compel containing information which the OpenAI Defendants ("OpenAI") considers confidential. Dkt. No. 106 in Case No. 1:23-cv-08292; Dkt. No. 82 in Case No. 1:23-cv-10211;

WHEREAS in connection with Plaintiffs' letter motion, Plaintiffs filed a motion to seal. Dkt No. 105 in Case No. 1:23-cv-08292, Dkt. No. 81 in Case No. 1:23-cv-10211;

WHEREAS on April 16, 2024, OpenAI responded to Plaintiffs' letter motion to compel. Dkt No. 112 in Case No. 1:23-cv-08292; Dkt. No. 88 in Case No. 1:23-cv-10211;

WHEREAS in connection with OpenAI's response to Plaintiffs' letter motion to compel, OpenAI responded to Plaintiffs' motion to seal and filed its own motion to seal. Dkt No. 111 in Case No. 1:23-cv-08292, Dkt. No. 86 in Case No. 1:23-cv-10211;

WHEREAS the parties have met and conferred, and in the interest of judicial economy, the parties have agreed to, and request that the Court order, the following:

1. The following information may be unsealed:

    a. Plaintiffs' Letter Motion to Compel (Dkt. No. 106 in Case No. 1:23-cv-08292; Dkt. No. 83 in Case No. 1:23-cv-10211), in its entirety;

    b. Exhibit D to Plaintiffs' Letter Motion to Compel, in its entirety;

    c. Defendants' Opposition to Plaintiffs' Letter Motion to Compel (Dkt No. 112 in Case No. 1:23-cv-08292; Dkt. No. 88 in Case No. 1:23-cv-10211), in large part, subject to section (2)(a), below;

    d. Affidavit Declaration of Bright Kellogg, in its entirety;

    e. Plaintiffs' Partial Opposition to Defendants' Motion to Seal (Dkt No. 118 in Case No. 1:23-cv-08292; Dkt. No. 93 in Case No. 1:23-cv-10211), in its entirety.

2. The following information should remain sealed, in light of the privacy interests of former OpenAI employees:

    a. Defendants' Opposition to Plaintiffs' Letter Motion to Compel (Dkt No. 112 in Case No. 1:23-cv-08292; Dkt. No. 88 in Case No. 1:23-cv-10211), the text that appears between the phrases ". . . have not worked for OpenAI" and "Second, OpenAI had already . . ." found in the last paragraph on page 3, such that the redacted version would read: ". . . have not worked for OpenAI [REDACTED]. Second, OpenAI had already . . ."

3. The pending motions to seal, Dkt No. 105 in Case No. 1:23-cv-08292, Dkt. No. 81 in Case No. 1:23-cv-10211 & Dkt No. 111 in Case No. 1:23-cv-08292, Dkt. No. 86 in Case No. 1:23-cv-10211, should be denied as moot.

The parties further agree that this joint motion and stipulation is made without prejudice to either parties' arguments in their respective motions to seal, or to either parties' ability to seek sealing of other information in the future. The parties further agree that this joint motion stipulation cannot be used to argue that any other information is not confidential.

Dated:  April 29, 2024                                          MORRISON & FOERSTER LLP

By: */s/ Allyson R. Bennett*
    Joseph C. Gratz (*pro hac vice*)
    JGratz@mofo.com
    Vera Ranieri (*pro hac vice*)
    VRanieri@mofo.com
    425 Market Street
    San Francisco, CA  94105-2482
    Telephone:  (415) 268-7000
    Facsimile:  (415) 268-7522

    Allyson R. Bennett (*pro hac vice*)
    ABennett@mofo.com
    Rose S. Lee (*pro hac vice*)
    RoseLee@mofo.com
    MORRISON & FOERSTER LLP
    707 Wilshire Boulevard
    Los Angeles, California 90017-3543
    Telephone:      (213) 892-5200
    Facsimile:       (213) 892-5454

    Attorneys for Defendants
    OPENAI INC., OPENAI LP, OPENAI LLC, OPENAI GP LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION LLC, OPENAI HOLDINGS LLC, OPENAI STARTUP FUND I LP, OPENAI STARTUP FUND GP I LLC, and OPENAI STARTUP FUND MANAGEMENT LLC

Dated: April 29, 2024

LATHAM & WATKINS LLP

By: */s/ Joseph R. Wetzel*
    Andrew Gass
    andrew.gass@lw.com
    Joseph R. Wetzel
    joe.wetzel@lw.com
    505 Montgomery Street, Suite 2000
    San Francisco, CA 94111
    Telephone: (415) 391-0600
    Facsimile: (415) 395-8095

    Sarang Damle
    sy.damle@lw.com
    555 Eleventh Street NW
    Suite 100
    Washington, DC 20004
    Telephone: (202) 637-2200
    Facsimile: (202) 637-2201

    Allison Levine Stillman
    alli.stillman@lw.com
    1271 Avenue of the Americas
    New York, NY 10020
    Telephone: (212) 906-1200
    Facsimile: (212) 751-4864

    Attorneys for Defendants
    OPENAI INC., OPENAI LP, OPENAI LLC, OPENAI GP LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION LLC, OPENAI HOLDINGS LLC, OPENAI STARTUP FUND I LP, OPENAI STARTUP FUND GP I LLC, and OPENAI STARTUP FUND MANAGEMENT LLC

| | |
|---|---|
| Dated: April 29, 2024 | KEKER, VAN NEST & PETERS LLP |
| | By: */s/ Thomas E. Gorman* |
| |     Robert A. Van Nest |
| |     R. James Slaughter |
| |     Paven Malhotra |
| |     Michelle Ybarra |
| |     Nicholas S. Goldberg |
| |     Thomas E. Gorman |
| |     Katie Lynn Joyce |
| |     633 Battery Street |
| |     San Francisco, CA 94111-1809 |
| |     Telephone: (415) 391-5400 |
| |     Facsimile: (415) 397-7188 |
| |     Attorneys for Defendants OPENAI INC., OPENAI LP, OPENAI LLC, OPENAI GP LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION LLC, OPENAI HOLDINGS LLC, OPENAI STARTUP FUND I LP, OPENAI STARTUP FUND GP I LLC, and OPENAI STARTUP FUND MANAGEMENT LLC |
| Dated: April 29, 2024 | LIEFF CABRASER HEIMANN & BERNSTEIN LLP |
| | By: */s/ Rachel Geman* |
| |     Rachel Geman |
| |     rgeman@lchb.com |
| |     250 Hudson Street, 8th Floor |
| |     New York, NY 10013 |
| |     Telephone: (212) 355-9500 |
| |     Facsimile: (212) 355-9592 |
| |     Attorneys for FICTION AUTHOR CLASS and NONFICTION AUTHOR CLASS |

Dated:  April 29, 2024                                  SUSMAN GODFREY LLP

                                                        By: */s/ Rohit Nath*
                                                            Rohit Nath
                                                            rnath@susmangodfrey.com
                                                            1900 Avenue of the Stars, Suite 1400
                                                            Los Angeles, CA 90067
                                                            Telephone:  (310) 789-3100
                                                            Facsimile:  (310) 789-3150

                                                            Attorneys for
                                                            FICTION AUTHOR CLASS and
                                                            NONFICTION AUTHOR CLASS

**[PROPOSED] ORDER**

Pursuant to the stipulation and for good cause shown,

IT IS SO ORDERED that Plaintiffs' Letter Motion to Compel (Dkt. No. 106 in Case No. 1:23-cv-08292, Dkt. No. 83 in Case No. 1:23-cv-10211), Exhibit D to Plaintiffs' Letter Motion to Compel, Affidavit Declaration of Bright Kellogg, and Plaintiffs' Partial Opposition to Defendants' Motion to Seal (Dkt No. 118 in Case No. 1:23-cv-08292; Dkt. No. 93 in Case No. 1:23-cv-10211) are unsealed in their entirety. Public versions shall be filed by the original filing party within five business days of this order.

IT IS SO ORDERED that Defendants' Opposition to Plaintiffs' Letter Motion to Compel (Dkt No. 112 in Case No. 1:23-cv-08292; Dkt. No. 88 in Case No. 1:23-cv-10211) is unsealed other than the phrase identified in the parties' joint motion and stipulation. Defendant OpenAI shall file a redacted version of Dkt No. 112 in Case No. 1:23-cv-08292 and Dkt. No. 88 in Case No. 1:23-cv-10211 that conforms to this order within five business days of this order.

IT IS SO ORDERED that Plaintiffs' Motion to Seal (Dkt No. 105 in Case No. 1:23-cv-08292, Dkt. No. 81 in Case No. 1:23-cv-10211) and Defendants' Motion to Seal (Dkt No. 111 in Case No. 1:23-cv-08292, Dkt. No. 86 in Case No. 1:23-cv-10211) are denied as moot.

Dated: _____                          _____
                                                Honorable Sidney H. Stein