UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AUTHORS GUILD, DAVID BALDACCI, MARY BLY, MICHAEL CONNELLY, SYLVIA DAY, JONATHAN FRANZEN, JOHN GRISHAM, ELIN HILDERBRAND, CHRISTINA BAKER KLINE, MAYA SHANBHAG LANG, VICTOR LAVALLE, GEORGE R.R. MARTIN, JODI PICOULT, DOUGLAS PRESTON, ROXANA ROBINSON, GEORGE SAUNDERS, SCOTT TUROW, and RACHEL VAIL, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>OPENAI INC., OPENAI LP, OPENAI LLC, OPENAI GP LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION LLC, OPENAI HOLDINGS LLC, OPENAI STARTUP FUND I LP, OPENAI STARTUP FUND GP I LLC, and OPENAI STARTUP FUND MANAGEMENT LLC,<br><br>Defendants. | No. 1:23-cv-08292-SHS<br><br><br><br>ORDER REGARDING PLAINTIFFS' MOTION TO SEAL AND DEFENDANTS' MOTION TO SEAL |
| JONATHAN ALTER, KAI BIRD, TAYLOR BRANCH, RICH COHEN, EUGENE LINDEN, DANIEL OKRENT, JULIAN SANCTON, HAMPTON SIDES, STACY SCHIFF, JAMES SHAPIRO, JIA TOLENTINO, and SIMON WINCHESTER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>OPENAI, INC., OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LCC, OAI CORPORATION, LLC, OPENAI HOLDINGS, LLC, and MICROSOFT CORPORATION,<br><br>Defendants. | No. 1:23-cv-10211-SHS |

## ORDER

Pursuant to the stipulation and for good cause shown,

IT IS SO ORDERED that Plaintiffs' Letter Motion to Compel (Dkt. No. 106 in Case No. 1:23-cv-08292, Dkt. No. 83 in Case No. 1:23-cv-10211), Exhibit D to Plaintiffs' Letter Motion to Compel, Affidavit Declaration of Bright Kellogg, and Plaintiffs' Partial Opposition to Defendants' Motion to Seal (Dkt No. 118 in Case No. 1:23-cv-08292; Dkt. No. 93 in Case No. 1:23-cv-10211) are unsealed in their entirety. Public versions shall be filed by the original filing party within five business days of this order.

IT IS SO ORDERED that Defendants' Opposition to Plaintiffs' Letter Motion to Compel (Dkt No. 112 in Case No. 1:23-cv-08292; Dkt. No. 88 in Case No. 1:23-cv-10211) is unsealed other than the phrase identified in the parties' joint motion and stipulation. Defendant OpenAI shall file a redacted version of Dkt No. 112 in Case No. 1:23-cv-08292 and Dkt. No. 88 in Case No. 1:23-cv-10211 that conforms to this order within five business days of this order.

IT IS SO ORDERED that Plaintiffs' Motion to Seal (Dkt No. 105 in Case No. 1:23-cv-08292, Dkt. No. 81 in Case No. 1:23-cv-10211) and Defendants' Motion to Seal (Dkt No. 111 in Case No. 1:23-cv-08292, Dkt. No. 86 in Case No. 1:23-cv-10211) are denied as moot.

Dated: May 3, 2024

_____
Honorable Sidney H. Stein

-8-