# EXHIBIT A

PageVault

| | |
|---|---|
| Document title: | How do I use ChatGPT Browse with Bing to search the web? \| OpenAI Help Center |
| Capture URL: | https://help.openai.com/en/articles/8077698-how-do-i-use-chatgpt-browse-with-bing-to-search-the-web |
| Page loaded at (UTC): | Mon, 16 Oct 2023 03:10:55 GMT |
| Capture timestamp (UTC): | Mon, 16 Oct 2023 03:10:56 GMT |
| Capture tool: | 2.50.1 |
| Collection server IP: | 52.5.8.50 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.5555.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.5.1) |
| PDF length: | 3 |
| Capture ID: | 6ShF2Wd3SD42uivu1KZGEw |
| User: | automation@page-vaul |

PDF REFERENCE #:   tsXTsuq3t9ugDZ1XEp3svp

OPCO_SDNY_0000411

OpenAI    Go to OpenAI    🌐 English ⌄

All Collections > ChatGPT > How do I use ChatGPT Browse with Bing to search the web?

# How do I use ChatGPT Browse with Bing to search the web?

Written by Michael Schade
Updated over a week ago

ChatGPT Browse with Bing is a beta feature (available to paid users) that allows ChatGPT to search the internet to help answer questions that benefit from recent information. We have learned that the ChatGPT Browse beta can occasionally display content in ways we don't want. For example, if a user specifically asks for a URL's full text, it might inadvertently fulfill this request.

As of September 27th, 2023 the Browse with Bing beta feature is rolling out to all paid users (Plus and ChatGPT Enterprise).

To enable Browse with Bing in your Beta Features setting.

- Click on 'Settings & Beta'
- Select 'Beta features'
- Toggle on 'Browse with Bing'

Choose Browse with Bing in the model selector under GPT-4.

## Related Articles

| What is ChatGPT? | > |
| ChatGPT — Release Notes | > |
| How can I use GPT-4 in ChatGPT? | > |
| How can I use the ChatGPT API? | > |
| ChatGPT Enterprise Shared Links FAQ | > |

Did this answer your question?

ChatGPT Browse with Bing is a beta feature (available to paid users) that allows ChatGPT to search the internet to help answer questions that benefit from recent information. We have learned that the ChatGPT Browse beta can occasionally display content in ways we don't want. For example, if a user specifically asks for a URL's full text, it might inadvertently fulfill this request.

As of September 27th, 2023 the Browse with Bing beta feature is rolling out to all paid users (Plus and ChatGPT Enterprise).

To enable Browse with Bing in your Beta Features setting.

- Click on 'Settings & Beta'
- Select 'Beta features'
- Toggle on 'Browse with Bing'

Choose Browse with Bing in the model selector under GPT-4.

---

## Related Articles

| What is ChatGPT? | › |
| --- | --- |
| ChatGPT — Release Notes | › |
| How can I use GPT-4 in ChatGPT? | › |
| How can I use the ChatGPT API? | › |
| ChatGPT Enterprise Shared Links FAQ | › |

Did this answer your question?

☹  😐  😃



ChatGPT    API    DALL·E    Service Status



Document title: How do I use ChatGPT Browse with Bing to search the web? | OpenAI Help Center
Capture URL: https://help.openai.com/en/articles/8077698-how-do-i-use-chatgpt-browse-with-bing-to-search-the-web
Capture timestamp (UTC): Mon, 16 Oct 2023 03:10:56 GMT
Page 2 of 2
OPCO_SDNY_0000413

PageVault

| | |
|---|---|
| Document title: | Service terms |
| Capture URL: | https://openai.com/policies/service-terms |
| Page loaded at (UTC): | Sat, 27 Jan 2024 00:57:07 GMT |
| Capture timestamp (UTC): | Sat, 27 Jan 2024 00:57:08 GMT |
| Capture tool: | 2.56.0 |
| Collection server IP: | 54.174.78.137 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.5555.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.5.1) |
| PDF length: | 5 |
| Capture ID: | s6Rr911asmWhrnpC4DdLSm |
| User: | automation@page-vaul |

PDF REFERENCE #:     oB4yedhPtUxH5ziY4Aenwp

OPCO_SDNY_0000090

# Service terms

---

Updated
January 10, 2024

These Service Terms govern your use of the Services. Capitalized terms not defined here will have the meanings in the Terms of Use, Business Terms, or other agreement you have with us governing your use of the Services ("Agreement"). If there is a conflict between the Service Terms and your Agreement, the Service Terms will control. For purposes of these Terms, "Content" includes "Customer Content."

## 1. API

OpenAI's indemnification obligations to API customers under the Agreement include any third party claim that Customer's use or distribution of Output infringes a third party's intellectual property right. This indemnity does not apply where: (i) Customer or Customer's End Users knew or should have known the Output was infringing or likely to infringe, (ii) Customer or Customer's End Users disabled, ignored, or did not use any relevant citation, filtering or safety features or restrictions provided by OpenAI, (iii) Output was modified, transformed, or used in combination with products or services not provided by or on behalf of OpenAI, (iv) Customer or its End Users did not have the right to use the Input or fine-tuning files to generate the allegedly infringing Output, (v) the claim alleges violation of trademark or related rights based on Customer's or its End Users' use of Output in trade or commerce, and (vi) the allegedly infringing Output is from content from a Third Party Offering.

## 2. Beta Services

This section governs your use of services or features that OpenAI offers on an alpha, preview, early access, or beta basis ("Beta Services"). Beta Services are offered "as-is" to allow testing and evaluation and are excluded from any indemnification obligations OpenAI may have to you.

OpenAI makes no representations or warranties for Beta Services, including any warranty that Beta Services will be generally available, uninterrupted or error-free, or that Content will be secure or not lost or damaged. Except to the extent prohibited by law, OpenAI expressly disclaims all warranties for Beta Services, including any implied warranties of merchantability, satisfactory quality, fitness for a particular purpose, non-infringement, or quiet enjoyment, and any warranties arising out of any course of dealing or usage of trade.

## 3. ChatGPT Enterprise and Team

(a) **Administrators.** ChatGPT Enterprise and Team accounts are managed by End Users with administrative privileges ("Administrators"). Administrators may be able to add, remove and suspend End Users' access to the organization's workspace. In addition, ChatGPT Enterprise Administrators may be able to (a) access, share and remove Content; and (b)

## 3. ChatGPT Enterprise and Team

(a) **Administrators.** ChatGPT Enterprise and Team accounts are managed by End Users with administrative privileges ("Administrators"). Administrators may be able to add, remove and suspend End Users' access to the organization's workspace. In addition, ChatGPT Enterprise Administrators may be able to (a) access, share and remove Content; and (b) access logging and information about End Users' use of ChatGPT Enterprise. Customers are responsible for obtaining and maintaining all necessary consents from End Users to take the actions above and to allow OpenAI to deliver the Services.

(b) **Output indemnity.** OpenAI's indemnification obligations to ChatGPT Enterprise customers under the Agreement include claims that Customer's use or distribution of Output infringes a third party's intellectual property right. This indemnity does not apply where: (i) Customer or Customer's End Users knew or should have known the Output was infringing or likely to infringe, (ii) Customer or Customer's End Users disabled, ignored, or did not use any relevant citation, filtering or safety features or restrictions provided by OpenAI, (iii) Output was modified, transformed, or used in combination with products or services not provided by or on behalf of OpenAI, (iv) Customer or its End Users did not have the right to use the Input or fine-tuning files to generate the allegedly infringing Output, (v) the claim alleges violation of trademark or related rights based on



Menu

## 4. Codex and Code Generation

Output generated by code generation features of our Services, including OpenAI Codex, may be subject to third party licenses, including, without limitation, open source licenses.

## 5. GPTs

Users can create and share access to their own customized versions of ChatGPT called "GPTs".

For Builders of GPTs:

(a) **GPT Content.** The information or content that you upload to or include with your GPT (for example your GPT name, instructions, and description) ("GPT Content") is your Content. As between you and OpenAI, you are solely responsible for your GPT Content, Actions, and configurations that you use or enable to create your GPT as well as any Output that is based on your GPT Content, Actions, and configurations. You must ensure your GPT complies with the Agreement and our Usage Policies.

(b) **Distribution and Promotion of GPTs.** By sharing your GPT with others, you grant a nonexclusive, worldwide, irrevocable, royalty-free license: (i) to OpenAI to use, test, store, copy, translate, display, modify, distribute, promote, and otherwise make available to other users all or any part of your GPT (including GPT Content); and (ii) to the extent Output from your GPT includes your GPT Content, to users of your GPT to use, store, copy, display, distribute, prepare derivative works of and otherwise use your GPT Content. You will ensure that all information that you publish about your GPT is, at all times, complete, accurate, and not misleading.

(c) **Actions.** Any API, website, or service that interacts with a GPT (an "Action") is subject to our Plugins and Actions Terms and you are responsible for ensuring that any Action included with your GPT operates in compliance with those terms.

(d) **Removal.** We may reject or remove any GPT from our Services at any time for any reason without notice to you, such as for legal or security reasons or if your GPT violates our Terms.

For Users of GPTs:

(a) **Third Party GPTs.** Except where OpenAI is identified as the builder of a GPT, GPTs are created by other users and they may rely on content or third party applications that are not controlled by OpenAI. Use of "GPT" in the name of a GPT created by other users does not imply that OpenAI created, supports or endorses the GPT. Only use GPTs that you know and trust.

(b) **Abuse Reporting.** You can report GPTs that violate our Usage Policies using our reporting feature within ChatGPT.

(c) **Actions.** GPTs may allow you to interact with Actions. Those Actions are subject to our terms for Plugins and Actions below.

(a) **Third Party GPTs.** GPTs provided by OpenAI are intended to be builder of a GPT. GPTs created by other users may rely on content or third party applications that are not controlled by OpenAI. Use of "GPT" in the name of a GPT created by other users does not imply that OpenAI created, supports or endorses the GPT. Only use GPTs that you know and trust.

(b) **Abuse Reporting.** You can report GPTs that violate our Usage Policies using our reporting feature within ChatGPT.

(c) **Actions.** GPTs may allow you to interact with Actions. Those Actions are subject to our terms for Plugins and Actions below.

(d) **Changes and Removal.** OpenAI and creators of GPTs can remove GPTs at any time for any reason without prior notice.

# 6. Image Capabilities

Our models can accept images as part of Inputs to the Service ("Image Capabilities").

(a) **Not for Medical Advice.** Image Capabilities are not designed or intended to be used as a medical device or to perform any medical function and should not be used as a substitute for professional medical advice, diagnosis, or treatment, or judgment.

(b) **Images with People.** You may not use Image Capabilities to assist in identifying a person or to solicit or infer private or sensitive information about a person.

# 7. Plugins and Actions

(a) **Overview.** Plugins and Actions (together "Plugins") are features in ChatGPT that allow you to send instructions to and receive information from another application or website ("Application") while using our Services. Each Plugin is made available by the developer of the Application, which is typically a third party not affiliated with OpenAI. You may take action on an Application through one or more Plugins. For example, you may enable a plugin for a restaurant reservation website to request a reservation via the Services. You are solely responsible for the actions you take using Plugins. You must manually enable each plugin, which allows the applicable Service to access and use the enabled plugin. OpenAI may (but will have no obligation) to review, refuse, or remove Applications from ChatGPT. However, by using Plugins, you may be exposed to Applications or content that you may find offensive, inappropriate or objectionable. You agree that you use Plugins at your own risk. DO NOT ENABLE A PLUGIN UNLESS YOU KNOW AND TRUST THE UNDERLYING APPLICATION AND HAVE REVIEWED ITS TERMS AND PRIVACY POLICY.

(b) **Plugin Operation and Content.** When you enable a plugin, the Services will send applicable portions of your Content and certain information such as your country and state ("Plugin Data") via the plugin to the Application. By enabling the plugin, you authorize and instruct us to send your Plugin Data to the applicable Application, which will be handled in accordance with its terms. We are not responsible for Plugin Data after it has been provided to an Application other than Applications owned by us. The Plugin will retrieve information and content from the Application, which may be included in Output you receive from the Services. This information and content included in the Output is not owned by you or OpenAI, and may be subject to the terms of the Application.

# 8. Voice Conversations

Voice conversations is a ChatGPT feature that allows you to speak to our models and have them speak back ("ChatGPT Voice Output"). ChatGPT Voice Output is for non-commercial use only and may not be distributed or repackaged as a standalone audio recording or any other sound file. Any rights in Output assigned to you do not include ChatGPT Voice Output.


OpenAI



Name :            **OpenAI GP, L.L.C.**

Service :         **Certified Copies**

Jurisdiction :    **US - DE - Secretary of State**

Thru Date:        **08/16/2023**

Results :

                    **Obtained – See Attached**

---

Reasonable care is exercised in the completion of all requests, however, as the responsibility for the accuracy of the public records rests with the filing officer, we accept no liability for the report contained herein.

# Delaware

The First State

Page 1

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED ARE TRUE AND CORRECT COPIES OF ALL DOCUMENTS ON FILE OF "OPENAI GP, L.L.C." AS RECEIVED AND FILED IN THIS OFFICE.

THE FOLLOWING DOCUMENTS HAVE BEEN CERTIFIED:

CERTIFICATE OF FORMATION, FILED THE NINETEENTH DAY OF SEPTEMBER, A.D. 2018, AT 2:52 O`CLOCK P.M.

CERTIFICATE OF AMENDMENT, CHANGING ITS NAME FROM "SUMMERSAFE GP, L.L.C." TO "OPENAI GP, L.L.C.", FILED THE THIRD DAY OF JANUARY, A.D. 2019, AT 3:58 O`CLOCK P.M.

AND I DO HEREBY FURTHER CERTIFY THAT THE AFORESAID CERTIFICATES ARE THE ONLY CERTIFICATES ON RECORD OF THE AFORESAID LIMITED LIABILITY COMPANY, "OPENAI GP, L.L.C.".



7063642  8100H
SR# 20233264058

Authentication: 203976149
Date: 08-16-23

You may verify this certificate online at corp.delaware.gov/authver.shtml

```
State of Delaware
Secretary of State
Division of Corporations
Delivered 02:52 PM 09/19/2018
FILED 02:52 PM 09/19/2018
SR 20186734359 - File Number 7063642
```

# CERTIFICATE OF FORMATION
# OF
# SUMMERSAFE GP, L.L.C.

September 19, 2018

The undersigned, for the purpose of forming a limited liability company under the Delaware Limited Liability Company Act (6 *Del. C.* § 18-101, *et seq.*), hereby certifies as follows:

1. **Name.** The name of the limited liability company formed hereby is SummerSafe GP, L.L.C. (the "Company").

2. **Registered Office.** The address of the registered office of the Company in the State of Delaware is c/o Corporation Service Company, 251 Little Falls Drive, Wilmington, New Castle County, Delaware 19808.

3. **Registered Agent.** The name and address of the registered agent for service of process of the Company in the State of Delaware is Corporation Service Company, 251 Little Falls Drive, Wilmington, New Castle County, Delaware 19808.

IN WITNESS WHEREOF, the undersigned has executed this Certificate of Formation as of the date first above written.

David Lansky, Authorized Person

10

# CERTIFICATE OF AMENDMENT

## TO THE

## CERTIFICATE OF FORMATION

## OF

## SUMMERSAFE GP, L.L.C.

### A DELAWARE LIMITED LIABILITY COMPANY

In accordance with the provisions of Section 18-202 of the Limited Liability Company Act of the State of Delaware, the Certificate of Formation (the "Certificate") of SummerSafe GP, L.L.C. (the "Company") is hereby amended as follows:

FIRST:  The name of the Company is hereby changed from:

SummerSafe GP, L.L.C.

to

OpenAI GP, L.L.C.

Except as specifically set forth above, the Certificate is unchanged hereby.

IN WITNESS WHEREOF, the undersigned has executed this Certificate of Amendment to the Certificate of Formation effective the 3rd of January, 2019.

/s/ David Lansky
David Lansky, Authorized Person

State of Delaware
Secretary of State
Division of Corporations
Delivered 03:58 PM 01/03/2019
FILED 03:58 PM 01/03/2019
SR 20190050535 - File Number 7063642

PageVault

| | |
|---|---|
| Document title: | Scaling laws for neural language models |
| Capture URL: | https://openai.com/research/scaling-laws-for-neural-language-models |
| Page loaded at (UTC): | Tue, 17 Oct 2023 07:00:57 GMT |
| Capture timestamp (UTC): | Tue, 17 Oct 2023 07:01:36 GMT |
| Capture tool: | 10.33.1 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 4 |
| Capture ID: | uPL4as53kYbSWsKZaUadxK |
| User: | pv-services6 |

PDF REFERENCE #:   1vS4hGoHrvbWcwYed2qJP9

# Scaling laws for neural language models

January 23, 2020        Read paper                                    Scaling properties, Publication

## Abstract

We study empirical scaling laws for language model performance on the cross-entropy loss. The loss scales as a power-law with model size, dataset size, and the amount of compute used for training, with some trends spanning more than seven orders of magnitude. Other architectural details such as network width or depth have minimal effects within a wide range. Simple equations govern the dependence of overfitting on model/dataset size and the dependence of training speed on model size. These relationships allow us to determine the optimal allocation of a fixed compute budget. Larger models are significantly more sample-efficient, such that optimally compute-efficient training involves training very large models on a relatively modest amount of data and stopping significantly before convergence.

| Authors | |
|---|---|
| | Jared Kaplan |
| | Sam McCandlish |
| | Tom Henighan |
| | Tom Brown |
| | Benjamin Chess |
| | Rewon Child |
| | Scott Gray |
| | Alec Radford |
| | Jeffrey Wu |
| | Dario Amodei |

Dario Amodei

## Related research

View all research



**DALL·E 3 system card**
Oct 3, 2023



**GPT-4V(ision) system card**
Sep 25, 2023



**Confidence-Building Measures for Artificial Intelligence: Workshop proceedings**
Aug 1, 2023



**Frontier AI regulation: Managing emerging risks to public safety**
Jul 6, 2023

---

OpenAI

| Research | API | ChatGPT | Company |
|---|---|---|---|
| Overview | Overview | Overview | About |
| Index | Data privacy | Enterprise | Blog |
| GPT-4 | Pricing | Try ChatGPT ↗ | Careers |
| DALL·E 3 | Docs ↗ | | Charter |
| | | | Security |
| | | | Customer stories |
| | | | Safety |

OpenAI © 2015–2023      Twitter   YouTube   GitHub   SoundCloud   LinkedIn
Terms & policies
Privacy policy
Brand guidelines      Back to top ↑

OpenAI

| Research | API | ChatGPT | Company |
| --- | --- | --- | --- |
| Overview | Overview | Overview | About |
| Index | Data privacy | Enterprise | Blog |
| GPT-4 | Pricing | Try ChatGPT ↗ | Careers |
| DALL·E 3 | Docs ↗ | | Charter |
| | | | Security |
| | | | Customer stories |
| | | | Safety |

OpenAI © 2015–2023  Twitter  YouTube  GitHub  SoundCloud  LinkedIn
Terms & policies
Privacy policy
Brand guidelines  Back to top ↑

Written Testimony
of
Sam Altman
Chief Executive Officer
OpenAI
Before the U.S. Senate Committee on the Judiciary
Subcommittee on Privacy, Technology, & the Law

Chairman Blumenthal, Senator Hawley, and members of the Judiciary Committee, thank you for the opportunity to testify today about large neural networks. I am Sam Altman, Chief Executive Officer of OpenAI, a company that studies, builds, and deploys artificial intelligence (AI) and has created AI tools such as ChatGPT, Whisper, and DALL·E 2. OpenAI was founded on the belief that safe and beneficial AI offers tremendous possibilities for humanity. I am grateful for the opportunity to speak about our experiences developing cutting-edge AI technology and studying AI safety, and our interest in working collaboratively with governments to ensure the development and widespread availability of safe and beneficial AI tools. We believe it is essential to develop regulations that incentivize AI safety while ensuring that people are able to access the technology's many benefits.

About OpenAI

OpenAI is a San Francisco based company created in 2015 to ensure that artificial general intelligence (AGI) benefits all of humanity. OpenAI's work is driven by our charter, in which we commit to working toward the broad distribution of the benefits of AGI, to maximizing the long term safety of AI systems, to cooperating with other research and policy institutions, and to serving as a technical leader in AI to accomplish these objectives.

OpenAI has an unusual structure that ensures that it remains focused on this long-term mission. We have a few key economic and governance provisions:

- First, the principal entity in our structure is our Nonprofit, which is a 501(c)(3) public charity.
- Second, our for-profit operations are subject to profit caps and under a subsidiary that is fully controlled by the Nonprofit.
- Third, because the board serves the Nonprofit, each director must perform their fiduciary duties in furtherance of its mission—safe AGI that is broadly beneficial. While the for-profit subsidiary is permitted to make and distribute profit, it is subject to this mission. The Nonprofit's principal beneficiary is humanity, not OpenAI investors.
- Fourth, the board remains majority independent. Independent directors do not hold equity in OpenAI.
- Fifth, profit for investors and employees is capped by binding legal commitments. The Nonprofit retains all residual value for the benefit of humanity.

16

This structure enables us to prioritize safe and beneficial AI development while helping us secure the necessary capital to develop increasingly powerful AI models. For example, in January, Microsoft announced a multiyear, multibillion dollar investment in OpenAI, following previous investments in 2019 and 2021.[1] This investment provides necessary capital and advanced supercomputing infrastructure for OpenAI to develop, test, and improve our technology. Microsoft is an important investor in OpenAI, and we value their unique alignment with our values and long-term vision, including their shared commitment to building AI systems and products that are trustworthy and safe. At the same time, OpenAI remains an entirely independent company governed by the OpenAI Nonprofit. Microsoft has no board seat and does not control OpenAI. Furthermore, AGI technologies are explicitly reserved for the Nonprofit to govern.

OpenAI Technology and Tools

OpenAI is a leading developer of large language models (LLMs) and other AI tools. Fundamentally, the current generation of AI models are large-scale statistical prediction machines – when a model is given a person's request, it tries to predict a likely response. These models operate similarly to auto-complete functions on modern smartphones, email, or word processing software, but on a much larger and more complex scale.[2] The model learns from reading or seeing data about the world, which improves its predictive abilities until it can perform tasks such as summarizing text, writing poetry, and crafting computer code. Using variants of this technology, AI tools are also capable of learning statistical relationships between images and text descriptions and then generating new images based on natural language inputs.

Our models are trained on a broad range of data that includes publicly available content, licensed content, and content generated by human reviewers.[3] Creating these models requires not just advanced algorithmic design and significant amounts of training data, but also substantial computing infrastructure to train models and then operate them for millions of users.

Our major recent releases include tools that can generate images and text. In early 2022, we launched a research preview of DALL·E 2, an AI system that can create realistic images and art from a description in natural language.[4] Millions of users are now creating and improving images using DALL·E and sharing their creations with the world. Since the initial preview, we have expanded DALL·E's capabilities, including launching a DALL·E Application Programming Interface (API) to help developers integrate DALL·E into apps and products.[5]

---

[1] "Microsoft and OpenAI Extend Partnership." *Microsoft*, 23 Jan. 2023, https://blogs.microsoft.com/blog/2023/01/23/microsoftandopenaiextendpartnership/.
[2] Johnson, Steven. "A.I. Is Mastering Language. Should We Trust What It Says?" *New York Times Magazine*, 15 Apr. 2022, https://www.nytimes.com/2022/04/15/magazine/ai-language.html.
[3] "Our Approach to AI Safety." *OpenAI*, 5 Apr. 2023, https://openai.com/blog/our-approach-to-ai-safety.
[4] "DALL·E 2." *OpenAI*, https://openai.com/product/dall-e-2. Accessed 14 May 2023.
[5] "DALL·E API Now Available in Public Beta." *OpenAI*, 3 Nov. 2022, https://openai.com/blog/dall-e-api-now-available-in-public-beta.

OPCO_SDNY_0000002

On the text side, we have trained and publicly released a number of LLMs, beginning with the GPT-2 family of models in 2019[6] and the GPT-3 family of models in 2020.[7] In November 2022, we released ChatGPT.[8] These models can be used to organize, summarize, or generate new text. They "understand" user queries and instructions, then generate plausible responses based on those queries. The models generate responses by predicting the next likely word in response to the user's request, and then continuing to predict each subsequent word after that. The models are available for free in most of the world; we also have launched a pilot subscription service, ChatGPT Plus, that provides additional benefits to users,[9] and we make the models available as an API for developers to build applications and services.

In March of this year, we released GPT-4, our most advanced system, which is capable of producing more useful, more creative, more collaborative, and more accurate outputs than previous OpenAI products.[10] GPT-4 is available on ChatGPT Plus and (as with other GPT models) as an API for developers to build applications and services.

AI Continues to Improve People's Lives

OpenAI's mission is to ensure that AI systems are built, deployed, and used safely and beneficially. We see firsthand both the potential and the actual positive impact that these systems have in improving people's lives. We hear from users all over the world about how much they love our tools and how AI helps them in many ways, including helping them write complex computer code more quickly, enhancing their productivity and creativity, augmenting their existing strengths, helping them learn new skills, and expanding their businesses.[11] Here are just some of the ways that customers are using our products:

- Educational non-profit Khan Academy is piloting a program that uses GPT-4 to power a personalized virtual tutor for students and a classroom assistant for teachers.[12]
- Morgan Stanley is using GPT-4 to power an internal-facing chatbot that performs a comprehensive search of wealth management content and "effectively unlocks the cumulative knowledge of Morgan Stanley Wealth Management," helping their financial advisors better serve their clients.[13]

---

[6] "GPT-2: 1.5B Release." *OpenAI*, 5 Nov. 2019, https://openai.com/research/gpt-2-1-5b-release.
[7] "OpenAI API." *OpenAI*, 11 June 2020, https://openai.com/blog/openai-api.
[8] "Introducing ChatGPT." *OpenAI*, 30 Nov. 2022, https://openai.com/blog/chatgpt.
[9] "Introducing ChatGPT Plus." *OpenAI*, 1 Feb. 2023, https://openai.com/blog/chatgpt-plus.
[10] "GPT-4 Is OpenAI's Most Advanced System, Producing Safer and More Useful Responses." *OpenAI*, https://openai.com/product/gpt-4. Accessed 14 May 2023. Vincent, James. "OpenAI Announces GPT-4 — The Next Generation of Its AI Language Model." *The Verge*, 14 Mar. 2023, https://www.theverge.com/2023/3/14/23638033/openai-gpt-4-chatgpt-multimodal-deep-learning.
[11] Paris, Francesca and Larry Buchanan. "35 Ways Real People Are Using A.I. Right Now." *New York Times: The Upshot*, 14 Apr. 2023, https://www.nytimes.com/interactive/2023/04/14/upshot/up-ai-uses.html.
[12] "Khan Academy." *OpenAI*, 14 Mar. 2023, https://openai.com/customer-stories/khan-academy.
[13] "Morgan Stanley." *OpenAI*, 14 Mar. 2023, https://openai.com/customer-stories/morgan-stanley.

OPCO_SDNY_0000003