# EXHIBIT E

| | |
|---|---|
| **From:** | Alter-AI-TT@simplelists.susmangodfrey.com on behalf of Levy, Max I. - MLevy at mofo.com (via Alter-AI-TT list) |
| **To:** | Geman, Rachel; "Alter-AI-TT@simplelists.susmangodfrey.com"; Charlotte Lepic; openaicopyrightlitigation.lwteam@lw.com; OpenAICopyright |
| **Subject:** | [Authors Guild, Alter] Follow Up re Meet and Confer |
| **Date:** | Thursday, April 4, 2024 5:34:02 PM |

==EXTERNAL Email==

Counsel,

We're following up with updates on the discovery requests that have been the subject of recent meet-and-confers with Plaintiffs.

OpenAI will supplement the following discovery responses:

- **Interrogatory Nos. 1 & 7:** We are actively investigating and anticipate that we will provide a supplement to at least part of the interrogatories within the next several weeks.
- **Interrogatory No. 5**: We are actively investigating and will supplement the response to at least part of the interrogatory pursuant to that investigation.
- **Interrogatory No. 6**: We are continuing to finalize the remaining notice letters and will deliver a rolling production of agreements.
- **RFP No. 16**: OpenAI will supplement its response to RFP No. 16 as follows:
  - Subject to the foregoing General and Specific Objections, OpenAI states that it will produce non-privileged documents in its possession, custody, or control, if any, that it locates pursuant to a reasonable and diligent search sufficient to show how, if at all, OpenAI uses retrieval augmented generation (RAG) in connection with ChatGPT.
- **RFP No. 17**: OpenAI will supplement its response to RFP No. 17 as follows:

  - Subject to the foregoing General and Specific Objections, OpenAI will produce non-privileged documents in its possession, custody, or control, if any, that it locates pursuant to a reasonable and diligent search sufficient to show OpenAI's understanding of how the models used for ChatGPT learn from the data used to train the model.
- **RFP No. 21:** OpenAI will supplement its responses to state that it will meet and confer with Plaintiffs on custodians and search terms, and produce non-privileged responsive documents (to the extent we understand what Plaintiffs are actually looking for) that can be located after a reasonable search, after the entry of a protective order.
- **RFP No. 22:** OpenAI will supplement its responses to state that it will meet and confer with Plaintiffs on custodians and search terms, and produce non-privileged responsive documents (to the extent we understand what Plaintiffs are actually looking for) that can be located after a reasonable search, after the entry of a protective order.
- **RFP No. 23:** OpenAI will supplement its responses to state that it will meet and confer with Plaintiffs on custodians and search terms, and produce non-privileged responsive documents (to the extent we understand what Plaintiffs are actually looking for) that can be located after a reasonable search, after the entry of a protective order.
- **RFP No. 26:** OpenAI will supplement its responses to state that it will meet and confer with Plaintiffs on custodians and search terms, and produce non-privileged responsive documents (to the extent we understand what Plaintiffs are actually looking for) that can be located after a reasonable search, after the entry of a protective order.
- **RFP No. 27:** We are actively investigating and will supplement the response to at least part of

this RFP pursuant to that investigation.

OpenAI is still investigating whether it will supplement the following discovery responses:

- **Interrogatory No. 2**
- **Interrogatory No. 4**

OpenAI will not supplement the following discovery responses:

- **Interrogatory No. 3**

Best,

Max

**MAX LEVY**

Associate | Morrison & Foerster LLP

755 Page Mill Road | Palo Alto, CA 94304-1018

**P:** +1 (650) 813-4063

================================================================
==========

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email. Learn about Morrison & Foerster LLP's Privacy Policy.
.

To unsubscribe from this list please go to https://simplelists.susmangodfrey.com/confirm/?u=6ZoUkt2ql6QFhVdZC1jLP4GrqTaScLcK