**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

AUTHORS GUILD, DAVID BALDACCI, MARY BLY, MICHAEL CONNELLY, SYLVIA DAY, JONATHAN FRANZEN, JOHN GRISHAM, ELIN HILDERBRAND, CHRISTINA BAKER KLINE, MAYA SHANBHAG LANG, VICTOR LAVALLE, GEORGE R.R. MARTIN, JODI PICOULT, DOUGLAS PRESTON, ROXANA ROBINSON, GEORGE SAUNDERS, SCOTT TUROW, and RACHEL VAIL, individually and on behalf of others similarly situated,

                    Plaintiffs,

          v.

OPENAI INC., OPENAI LP, OPENAI LLC, OPENAI GP LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION LLC, OPENAI HOLDINGS LLC, OPENAI STARTUP FUND I LP, OPENAI STARTUP FUND GP I LLC, and OPENAI STARTUP FUND MANAGEMENT LLC,

                    Defendants.

Case No. 1:23-cv-08292-SHS-OTW

**DECLARATION OF ELANA NIGHTINGALE DAWSON IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE***

---

I, Elana Nightingale Dawson, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury as follows:

1.      I am a member of the law firm of Latham & Watkins LLP.

2.      I submit this declaration in support of my Motion to Admit Counsel *pro hac vice* in the above-captioned matter.

3.      I have been a member in good standing of the Bar of the State of Illinois since November 10, 2011, and the Bar of the District of Columbia since May 13, 2016.

4.      I attach Certificates of Good Standing from the State of Illinois and the District of

Columbia, which were issued within thirty days of this filing, as **Exhibit A** to my Motion to Admit Counsel *pro hac vice*.

5.  I have never been convicted of a felony or been the subject of any criminal conviction.

6.  I have never been censured, suspended, disbarred or denied admission or readmission by any court.

7.  I have never been the subject of a disciplinary sanction and there are no disciplinary proceedings presently pending against me.

Wherefore your declarant respectfully submits that she be permitted to appear as counsel *pro hac vice* in this one case on behalf of Defendants OpenAI, Inc., OpenAI L.P., OpenAI GP, L.L.C., OpenAI, L.L.C., OpenAI OpCo, LLC, OpenAI Global, LLC, OAI Corporation LLC, OpenAI Holdings, LLC, OpenAI Startup Fund I, L.P., OpenAI Startup Fund GP I, L.L.C., and OpenAI Startup Fund Management, LLC (together, "OpenAI").

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Washington, D.C.

Dated: June 6, 2024

*/s/ Elana Nightingale Dawson*
Elana Nightingale Dawson