UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AUTHORS GUILD, DAVID BALDACCI, MARY BLY, MICHAEL CONNELLY, SYLVIA DAY, JONATHAN FRANZEN, JOHN GRISHAM, ELIN HILDERBRAND, CHRISTINA BAKER KLINE, MAYA SHANBHAG LANG, VICTOR LAVALLE, GEORGE R.R. MARTIN, JODI PICOULT, DOUGLAS PRESTON, ROXANA ROBINSON, GEORGE SAUNDERS, SCOTT TUROW, and RACHEL VAIL, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>OPEN AI INC., OPENAI OPCO LLC, OPENAI GP LLC, OPENAI, LLC, OPENAI GLOBAL LLC, OAI CORPORATION LLC, OPENAI HOLDINGS LLC, OPENAI STARTUP FUND I LP, OPENAI STARTUP FUND GP I LLC, OPENAI STARTUP FUND MANAGEMENT LLC, and MICROSOFT CORPORATION,<br><br>Defendants. | Consolidated Cases:<br>Case No. 1:23-cv-08292-SHS<br>Case No. 1:23-cv-10211-SHS<br>Case No. 1:24-cv-00084-SHS<br><br><br>**AFFIDAVIT OF KIRSTIN STOLL-DEBELL IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*** |
| JONATHAN ALTER, KAI BIRD, TAYLOR BRANCH, RICH COHEN, EUGENE LINDEN, DANIEL OKRENT, JULIAN SANCTON, HAMPTON SIDES, STACY SCHIFF, JAMES SHAPIRO, JIA TOLENTINO, and SIMON WINCHESTER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>OPENAI, INC., OPENAI OPCO LLC, OPENAI GP, LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, OPENAI HOLDINGS, LLC, OPENAI STARTUP FUND I LP, OPENAI STARTUP FUND GP I LLC, OPENAI STARTUP FUND | |

| |
|---|
| MANAGEMENT LLC, and MICROSOFT CORPORATION,<br><br>                    Defendants. |
| NICHOLAS A. BASBANES and NICHOLAS NGAGOYEANES (professionally known as Nicholas Gage), individually and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br><br>    v.<br><br>MICROSOFT CORPORATION, OPENAI, INC., OPENAI GP, L.L.C., OPENAI HOLDINGS, LLC, OAI CORPORATION, LLC, OPENAI GLOBAL, LLC, OPENAI, L.L.C., and OPENAI OPCO, LLC,<br><br>                    Defendants. |

STATE OF COLORADO        )
                         ) ss:
COUNTY OF DENVER         )

Kirstin Stoll-DeBell, of full age, being duly sworn, hereby deposes and says as follows:

1. I am a Partner with the law firm of Faegre Drinker Biddle & Reath LLP, attorneys for defendant Microsoft Corporation in the above-captioned action.

2. I am admitted to practice in the highest court of the State of Colorado and the highest court of the State of Arizona. I am a member in good standing of the highest court of the State of Colorado and highest court of the State of Arizona. Annexed hereto as Exhibit A is a Certificate of Good Standing from the Supreme Court of Colorado, dated June 17, 2024. Annexed hereto as Exhibit B is a Certificate of Good Standing from the Supreme Court of Arizona, dated June 18, 2024.

3. I have never been convicted of a felony.

4. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

5. There are no pending disciplinary proceedings against me in any state or federal court.

_____
Kirstin Stoll-DeBell

Sworn and subscribed to before me this 8th day of July, 2024

_____
Notary Public

```
ROBIN L ROLD
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20214034910
MY COMMISSION EXPIRES SEPTEMBER 01, 2025
```