# EXHIBIT A



# SUPREME COURT
# State of Colorado,

**STATE OF COLORADO, ss:**

I, ___**Cheryl Stevens**___, *Clerk of the Supreme Court of t h e   S t a t e*

*o f  Colorado, do hereby certify that*

**_KIRSTIN LEIGH STOLL-DEBELL_**

*has been duly licensed and admitted to practice as an*

## ATTORNEY AND COUNSELOR AT LAW

*within this State; and that this name appears upon the Roll of Attorneys*

*and Counselors at Law in my office of date the ___**30**th___*

*day of___**October**_____ A.D. ___**1998**___ and that at the date hereof*

*the said ___**KIRSTIN LEIGH STOLL-DEBELL**_____ is in good standing a t*

*this Bar.*



**IN  WITNESS  WHEREOF**, *I have hereunto subscribed my name and*

*affixed the Seal of said Supreme Court, at Denver, in said State, this*

___**17**th___ *day of* ___**June**_____ A.D.___**2024**_____

**_Cheryl Stevens_**

Clerk

By _____

Deputy Clerk