**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| AUTHORS GUILD, *et al.*, individually and on behalf of others similarly situated,<br><br>    Plaintiffs,<br><br>        v.<br><br>OPENAI INC., OPENAI OPCO LLC, OPENAI GP LLC, OPENAI LLC, OPENAI GLOBAL LLC, OAI CORPORATION LLC, OPENAI HOLDINGS LLC, OPENAI STARTUP FUND I LP, OPENAI STARTUP FUND GP I LLC, OPENAI STARTUP FUND MANAGEMENT LLC, and MICROSOFT CORPORATION,<br><br>    Defendants. | Case No. 1:23-cv-08292-SHS |
| JONATHAN ALTER, *et al.*, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>        v.<br><br>OPENAI, INC., OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, OPENAI HOLDINGS, LLC, and MICROSOFT CORPORATION,<br><br>    Defendants. | Case No. 1:23-cv-10211-SHS |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE UNDER SEAL**

Pursuant to Your Honor's Individual Rules and Practices 5(B), Plaintiffs seek leave to file a portion of their letter motion to compel the production of documents from Defendant Microsoft Corporation ("Microsoft"), and a portion of certain of the exhibits to that motion, under seal (together, the "Letter Motion").

The redactions in the Letter Motion (and exhibits thereto) – namely, one sentence on page 3 of the Letter Motion itself, two sentences and five bullet points of Exhibit 3 (May 24,

2024 ltr.), five sentences of Exhibit 4 (June 4, 2024 ltr.), and two sentences of Exhibit 5 (June 13,

2024 ltr.) – pertain to a quote from a Microsoft/OpenAI document that Microsoft has designated

as highly confidential, and/or refer to other documents produced by Microsoft on May 17, 2024

with confidential and/or highly confidential designations.

    In accordance with Microsoft's designations, and without prejudice to Plaintiffs' position

that the material may not warrant such designations (an issue they can agree to defer until

Summary Judgment and/or until the close of discovery), Plaintiffs respectfully request leave to

file their letter motion to compel partially under seal.

Dated:  July 22, 2024        Respectfully submitted,

/s/ *Rachel Geman*
Rachel Geman
Wesley Dozier (*pro hac vice*)
Anna J. Freymann
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY  10013-1413
Telephone:  212.355.9500
rgeman@lchb.com
wdozier@lchb.com
afreymann@lchb.com

Reilly T. Stoler (*pro hac vice*)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone:  415.956.1000
rstoler@lchb.com

/s/ *Justin Nelson*
Justin A. Nelson (*pro hac vice*)
Alejandra C. Salinas (*pro hac vice*)
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, TX 77002
Telephone: 713-651-9366
jnelson@susmangodfrey.com
asalinas@susmangodfrey.com

Rohit D. Nath (*pro hac vice*)
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Telephone: 310-789-3100
rnath@susmangodfrey.com

J. Craig Smyser
SUSMAN GODFREY L.L.P.
1901 Avenue of the Americas, 32nd Floor
New York, New York 10019
Telephone: 212-336-8330
csmyser@susmangodfrey.com

Charlotte Lepic
SUSMAN GODFREY L.L.P.
One Manhattan West
New York, NY 10001
clepic@susmangodfrey.com

*/s/ Scott Sholder*
Scott J. Sholder
CeCe M. Cole
COWAN DEBAETS ABRAHAMS & SHEPPARD LLP
41 Madison Avenue, 38th Floor
New York, New York 10010
Telephone:  212.974.7474
ssholder@cdas.com
ccole@cdas.com

*Attorneys for Plaintiffs and the Proposed Classes*

**PROOF OF SERVICE VIA ECF**

On July 22, 2024, I caused to be served the following document on all counsel of record

via ECF.

**PLAINTIFFS' MOTION FOR LEAVE TO FILE UNDER SEAL**


/s/ Rachel Geman
Rachel Geman