# EXHIBIT A

| | |
|---|---|
| **From:** | Burgoon, Emma Z. |
| **To:** | Geman, Rachel |
| **Cc:** | OpenAICopyright; openaicopyrightlitigation.lwteam@lw.com; KVP-OAI; ahurst@orrick.com; jared.briant@faegredrinker.com; lnajemy@orrick.com; ccariello@orrick.com; djustice@orrick.com |
| **Subject:** | [EXT] Authors Guild - Maya Lang |
| **Date:** | Tuesday, June 11, 2024 9:40:06 AM |
| **Attachments:** | image001.png |

Rachel,

OpenAI does not oppose the withdrawal of Maya Lang as a named plaintiff, so long as you agree that her withdrawal will not affect our ability to obtain discovery from her.

Thanks,

Emma

**Emma Z. Burgoon** (she/her/hers)
Associate
EBurgoon@mofo.com
T +1 (213) 892-5462
M +1 (213) 585-8668

**MORRISON FOERSTER**

===========================================================================

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email. Learn about Morrison & Foerster LLP's Privacy Policy.