# EXHIBIT B

| | |
|---|---|
| **From:** | Alter-AI-TT@simplelists.susmangodfrey.com on behalf of Geman, Rachel |
| **To:** | Emma Z. Burgoon; OpenAIcopyrightlitigation.lwteam@lw.com; OpenAICopyright; KVP-OAI |
| **Cc:** | Alter-AI-TT@simplelists.susmangodfrey.com |
| **Subject:** | [EXT] Maya Lang |
| **Date:** | Wednesday, June 12, 2024 11:29:06 AM |

Emma, as further follow up to my June 11 email responding to your email of the same date (which in turn followed up on our initial May 28 reach out), we will seek a contested withdrawal this week for Ms. Lang.

Ms. Lang's mother has worsening dementia that is requiring attention and we will state that in the motion.

Please let us know by midday tomorrow if you reconsider your position.

 Thank you.


This message is intended for the named recipients only. It may contain information protected by the attorney-client or work-product privilege. If you have received this email in error, please notify the sender immediately by replying to this email. Please do not disclose this message to anyone and delete the message and any attachments. Thank you. To unsubscribe from this list please go to https://simplelists.susmangodfrey.com/confirm/?u=GljfkAE4Sps0g3YC05GWwwQKrI8YvKc9