# EXHIBIT C

| | |
|---|---|
| **From:** | Burgoon, Emma Z. (via Alter-AI-TT list) |
| **To:** | Geman, Rachel; OpenAIcopyrightlitigation.lwteam@lw.com; OpenAICopyright; KVP-OAI |
| **Cc:** | Alter-AI-TT@simplelists.susmangodfrey.com |
| **Subject:** | [EXT] RE: Maya Lang |
| **Date:** | Wednesday, June 12, 2024 3:02:49 PM |

Rachel,

Thanks for providing this information. As this is the first we have learned of this information, and in light of competing deadlines in this case and related actions, we need some time to consider.

In any event, we think it may be best for the parties to meet and confer to see if there's agreement to be reached, rather than the parties expending resources on a noticed motion if it is unnecessary.

Can you propose some times Wednesday- Friday next week that you're available to meet and confer?

Thank you,

Emma

Emma Z. Burgoon (she/her/hers)
Associate
EBurgoon@mofo.com
T +1 (213) 892-5462
M +1 (213) 585-8668

-----Original Message-----
From: Geman, Rachel <rgeman@lchb.com>
Sent: Wednesday, June 12, 2024 11:29 AM
To: Burgoon, Emma Z. <EBurgoon@mofo.com>; OpenAIcopyrightlitigation.lwteam@lw.com; OpenAICopyright <OpenAICopyright@mofo.com>; KVP-OAI <KVPOAI@keker.com>
Cc: Alter-AI-TT@simplelists.susmangodfrey.com
Subject: Maya Lang

External Email

Emma, as further follow up to my June 11 email responding to your email of the same date (which in turn followed up on our initial May 28 reach out), we will seek a contested withdrawal this week for Ms. Lang.

Ms. Lang's mother has worsening dementia that is requiring attention and we will state that in the motion.

Please let us know by midday tomorrow if you reconsider your position.

 Thank you.

This message is intended for the named recipients only. It may contain information protected by the attorney-client or work-product privilege. If you have received this email in error, please notify the sender immediately by replying to this email. Please do not disclose this message to anyone and delete the message and any attachments. Thank you.

================================================================================

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email. Learn about Morrison & Foerster LLP's Privacy Policy<https://www.mofo.com/about/privacy-policy.html>.

.
To unsubscribe from this list please go to https://simplelists.susmangodfrey.com/confirm/?u=GljfkAE4Sps0g3YC05GWwwQKrI8YvKc9