UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

AUTHORS GUILD, *ET AL.*,  :  23-cv-8292 (SHS) (OTW)

        Plaintiffs,  :  And the Consolidated Cases:
                            23-cv-10211 (SHS) (OTW)
  -v-  :  24-cv-84 (SHS) (OTW)

OPEN AI INC., ET AL.,  :  ORDER OF REFERENCE
                              TO A MAGISTRATE JUDGE
        Defendants.  :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      The above-entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | |
|---|---|
| **X**   General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ____ Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| ____ Specific Non-Dispositive Motion/Dispute* | ____ Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) |
| If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | Purpose: |
| | ____ Habeas Corpus |
| ____ Settlement* | ____ Social Security |
| ____ Inquest After Default/Damages Hearing | ____ Dispositive Motion (i.e., motion requiring a Report and Recommendation) |

Dated:   New York, New York
            August 6, 2024

SO ORDERED:

/s/ Sidney H. Stein
Sidney H. Stein, U.S.D.J.

* Do not check if already referred for general pretrial