**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| AUTHORS GUILD, et al., | |
| Plaintiffs, | No. 23-cv-08292-SHS |
| | No. 23-cv-10211-SHS |
| v. | No. 24-cv-00084-SHS |
| OPENAI INC., et al., | |
| Defendants. | |
| JONATHAN ALTER, et al., | |
| Plaintiffs, | |
| v. | |
| OPENAI INC., et al., | |
| Defendants. | |
| NICHOLAS A. BASBANES, et. al., | |
| Plaintiffs, | |
| v. | |
| MICROSOFT CORPORATION, et al., | |
| Defendants. | |

**DECLARATION OF ALLYSON R. BENNETT
IN SUPPORT OF OPENAI'S OPPOSITION TO MOTION FOR
VOLUNTARY DISMISSAL OF PLAINTIFF MAYA SHANBHAG LANG**

I, Allyson R. Bennett, declare under penalty of perjury pursuant to 18 U.S.C. § 1746, as follows:

1. I am a partner at the law firm of Morrison & Foerster LLP and serve as an attorney of record for Defendants OpenAI, Inc., OpenAI OpCo, L.L.C., OpenAI GP, L.L.C., OpenAI, L.L.C., OpenAI Global, L.L.C., OAI Corporation, L.L.C., OpenAI Holdings, L.L.C., OpenAI Startup Fund I, L.P., OpenAI Startup Fund GP I, L.L.C., and OpenAI Startup Fund Management, LLC (together, "OpenAI"), in the above-captioned cases. I have been admitted pro hac vice to practice before this Court and am a member in good standing of the California bar. I have personal knowledge of the facts stated in this declaration and, if called as a witness, I could and would testify competently to them.

2. I am making this Declaration in Support of OpenAI's Opposition to Motion for Voluntary Dismissal of Plaintiff Maya Shanbhag Lang, filed concurrently herewith.

3. On November 13, 2023, OpenAI served its first set of requests for production on Plaintiff Maya Shanbhag Lang.

4. On March 22, 2024, OpenAI served its second set of requests for production on Ms. Lang. OpenAI also served interrogatories on Ms. Lang on the same day.

5. On April 18, 2024, OpenAI served its third set of requests for production on Ms. Lang.

6. On May 14, 2024, OpenAI served its fourth set of requests for production on Ms. Lang. OpenAI also served interrogatories on Ms. Lang on the same day.

7. On or around May 29, 2024, I had a call with Rachel Geman, counsel for Plaintiffs in this action. Ms. Geman informed me that Ms. Lang wished to withdraw from this action. She

did not provide a reason for the desired withdrawal. Ms. Geman asked if OpenAI would stipulate to Ms. Lang's voluntary withdrawal.

8. On June 14, 2024, Plaintiffs served their third set of requests for production on OpenAI. On July 16, 2024, Plaintiffs served their fourth set of requests for production on OpenAI.

9. OpenAI produced documents to Plaintiffs in this case in response to document requests served on behalf of Plaintiffs on the following dates: May 30, 2024; June 8, 2024; June 10, 2024; June 11, 2024; June 13, 2024; and June 14, 2024.

10. As of August 11, 2024, Plaintiffs have produced only a single document to OpenAI with Ms. Lang listed as the custodian. That document was produced on August 5, 2024.

11. As of August 11, 2024, Ms. Lang has not served any verified interrogatory responses on OpenAI.

12. As of August 11, 2024, OpenAI has produced over 33,000 documents to Plaintiffs in this case.

13. Plaintiffs have not represented during negotiations that any of Ms. Lang's responsive, relevant documents would be discoverable via requests to the Authors Guild.

14. Plaintiffs have not identified Ms. Lang as an Authors Guild custodian.

15. Attached as Exhibit A is a true and correct copy of Plaintiffs' Corrected Responses and Objections to Defendant OpenAI OpCo, LLC's First Set of Requests for Production of Documents, dated April 12, 2024.

16. Attached as Exhibit B is a true and correct copy of Plaintiffs' Third Set of Requests for Production served on OpenAI.

17. Attached as Exhibit C is a true and correct copy of Plaintiffs' Fourth Set of Requests for Production served on OpenAI.

18. Attached as Exhibit D is a true and correct copy of a June 11, 2024 email from Plaintiffs' Counsel Rachel Geman to OpenAI's counsel.

19. Attached as Exhibit E is a true and correct copy of a July 26, 2024 email from Plaintiffs' Counsel Rachel Geman to OpenAI's counsel.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 12, 2024 in Gold Beach, OR.

                                                                                          Allyson R. Bennett