| From: | Dozier, Wesley |
|---|---|
| To: | "Elana.NightingaleDawson@lw.com" |
| Cc: | OpenAICopyright@mofo.com; KVPOAI@keker.com; openaicopyrightlitigation.lwteam@lw.com |
| Subject: | RE: [EXT] Authors Guild v. OpenAI - follow up on meet and confer |
| Date: | Sunday, August 18, 2024 10:55:35 AM |

Elana,

Plaintiffs have been working diligently to come to a reasonable and proportional set of search terms for the Authors Guild, given that the terms applicable to the other plaintiffs are overbroad as applied to the AG, yielding approximately 37,000 unique emails that hit on at least one of search terms applied.

As such, we intend to modify Plaintiffs' search terms as applied to the AG to the following:

| Original Terms | Modified Terms |
|---|---|
| "Class Representative" | Same |
| "class rep*" | Same |
| Generative | "generative" w/10 "artificial intelligence" |
| OpenAI or "Open AI" | (OpenAI or Open AI) w/10 of licens*  (OpenAI or Open AI) w/10 copyright |
| ChatGPT* | Chatgpt w/10 of licens*  Chatgpt w/10 of copyright |
| "large language model" or LLM* | "large language model" or LLM* |

For the avoidance of doubt, these terms are being searched against AG custodians in addition to the terms related to Mignon Eberhart's Class Works. With these changes, there still remain approximately 13,000 emails. While we believe significant further modifications are warranted, we can agree to these if we have quick agreement as a compromise only.

The charts below demonstrates the high hit counts produced by the search terms applied to the AG custodians:

| Keyword | Metric | kamerB1 (Email) | MrasenbergerB1 (Email) | ralbuB1 (Email) | riurilliB1 (Email) | slongB1 (Email) | UkaziB1 (Email) | Total |
|---|---|---|---|---|---|---|---|---|
| "Class Representative" | Docs | 37 | 296 | 82 | 6 | 18 | 78 | 517 |
| "class rep*" | Docs | 203 | 734 | 189 | 38 | 183 | 331 | 1,678 |
| Generative | Docs | 1,469 | 8,083 | 2,228 | 1,714 | 2,639 | 5,180 | 21,313 |
| OpenAI or OAI or "Open AI" | Docs | 1,333 | 6,914 | 2,715 | 1,149 | 2,496 | 3,900 | 18,507 |
| ChatGPT* | Docs | 753 | 4,905 | 1,241 | 946 | 1,750 | 2,650 | 12,245 |
| "large language model" or LLM* | Docs | 663 | 2,520 | 776 | 377 | 709 | 1,661 | 6,706 |
| Search 1A TOTAL: | Docs | 2,642 | 14,454 | 4,264 | 2,599 | 4,973 | 8,589 | 37,521 |

| Keyword | Metric | DPrestonB2 (Email) | PresidentB2 (Email) | Total |
|---|---|---|---|---|
| "Class Representative" | Docs | 0 | 0 | 0 |
|  | MB | 0 | 0 | 0 |
| "class rep*" | Docs | 0 | 0 | 0 |
|  | MB | 0 | 0 | 0 |
| Generative | Docs | 5 | 37 | 42 |
|  | MB | 0 | 1 | 1 |
| OpenAI or OAI or "Open AI" | Docs | 0 | 112 | 112 |
|  | MB | 0 | 3 | 3 |
| ChatGPT* | Docs | 92 | 107 | 199 |
|  | MB | 6 | 4 | 10 |
| "large language model" or LLM* | Docs | 0 | 0 | 0 |
|  | MB | 0 | 0 | 0 |
| Search 1A TOTAL: | Docs | 93 | 142 | 235 |
|  | MB | 6 | 4 | 10 |

The chart below demonstrates the reduction in the hit count when the modified terms are applied:

| Keyword | Metric | kamerB1 (Email) | MrasenbergerB1 | PresidentB2 (Email) | ralbuB1 (Email) | riurilliB1 (Email) | slongB1 (Email) | UkaziB1 (Email) | Total |
|---|---|---|---|---|---|---|---|---|---|
| "generative" w/10 "artificial intelligence" | Docs | 335 | 1,329 | 2 | 151 | 164 | 257 | 926 | 3,164 |
| (OpenAI or Open AI) w/10 of licens* | Docs | 204 | 528 | 0 | 109 | 29 | 80 | 322 | 1,272 |
| (OpenAI or Open AI) w/10 copyright | Docs | 359 | 1,412 | 1 | 687 | 271 | 457 | 808 | 3,995 |
| Chatgpt w/10 of licens* | Docs | 71 | 154 | 0 | 12 | 7 | 15 | 107 | 366 |
| Chatgpt w/10 of copyright | Docs | 143 | 530 | 0 | 167 | 112 | 166 | 380 | 1,498 |
| class representative | Docs | 37 | 297 | 0 | 82 | 6 | 18 | 78 | 518 |
| class rep | Docs | 86 | 127 | 0 | 23 | 2 | 15 | 117 | 370 |
| large language model or LLM* | Docs | 666 | 2,539 | 0 | 780 | 378 | 716 | 1,666 | 6,745 |
| Search 8 TOTAL: | Docs | 1,160 | 4,964 | 3 | 1,444 | 757 | 1,366 | 3,196 | 12,890 |

Please let us know if you have any questions.

Best,
Wesley Dozier

---

**From:** Elana.NightingaleDawson at lw.com (via Alter-AI-TT list) <Alter-AI-TT@simplelists.susmangodfrey.com>
**Sent:** Friday, August 16, 2024 3:13 PM
**To:** Dozier, Wesley <wdozier@lchb.com>
**Cc:** Alter-AI-TT@simplelists.susmangodfrey.com; OpenAICopyright@mofo.com; KVPOAI@keker.com; openaicopyrightlitigation.lwteam@lw.com
**Subject:** RE: [EXT] Authors Guild v. OpenAI - follow up on meet and confer

Wesley,

Over a week ago, you said you would be providing "Authors Guild-specific search terms" by the end of last week. It is not clear to me to what you were referring; please clarify what you meant and confirm whether you sent the information last week, as promised.

Thank you.
Elana

**Elana Nightingale Dawson** (she/her/hers) | **LATHAM & WATKINS LLP**
Tel: 202-637-2303 | Cell: 213-703-8628 | Fax: 202-637-2201

---

**From:** Dozier, Wesley <wdozier@lchb.com>
**Sent:** Wednesday, August 7, 2024 12:10 PM
**To:** Nightingale Dawson, Elana (DC) <Elana.NightingaleDawson@lw.com>
**Cc:** 'Alter-AI-TT@simplelists.susmangodfrey.com' <Alter-AI-TT@simplelists.susmangodfrey.com>; 'OpenAICopyright' <OpenAICopyright@mofo.com>; 'KVPOAI@keker.com' <KVPOAI@keker.com>; #C-M OPENAI COPYRIGHT LITIGATION - LW TEAM <openaicopyrightlitigation.lwteam@lw.com>
**Subject:** RE: [EXT] Authors Guild v. OpenAI - follow up on meet and confer

Correcting a typo in my original email:

Hi Elana—

I am responding to your email below.

Subject to reaching agreement on search terms, and in particular on adjusting downward the terms and/or altering them to add sensible modifiers, we would agree to add an additional custodian: "presidents@authorsguild.org." As of approximately 2024, this email has been used by the organization to send messages from the president and receive messages. The hit counts are likely duplicative of the multiple other custodians. Nonetheless, we are willing to add this custodian for completeness and a show of good faith.

To clarify the other points on the call:
1. Maya Lang did not have an AG address.
2. The president prior to Ms. Lang, Doug Preston, had an email address, but none of the search terms to which we agree have hits, which comports with our understanding there is no relevant material here.
3. The AG has not sent any emails from the presidents@authorsguild.org account on behalf of the interim president.

As explained earlier, no other non-staff Authors Guild title holder (i.e., President, Vice President, Secretary, etc.) has an @authorguild.org email address.

We will also send proposed Authors Guild-specific search terms by the end of the week.

Best,
Wesley Dozier

---

**From:** Dozier, Wesley
**Sent:** Wednesday, August 7, 2024 9:31 AM
**To:** Dozier, Wesley <wdozier@lchb.com>; 'Elana.NightingaleDawson@lw.com' <Elana.NightingaleDawson@lw.com>
**Cc:** Alter-AI-TT@simplelists.susmangodfrey.com; OpenAICopyright <OpenAICopyright@mofo.com>; KVPOAI@keker.com; openaicopyrightlitigation.lwteam@lw.com
**Subject:** RE: [EXT] Authors Guild v. OpenAI - follow up on meet and confer

Resending with the correct address for the LW team.

---

**From:** Alter-AI-TT@simplelists.susmangodfrey.com <Alter-AI-TT@simplelists.susmangodfrey.com> **On Behalf Of** Dozier, Wesley
**Sent:** Wednesday, August 7, 2024 9:29 AM
**To:** 'Elana.NightingaleDawson@lw.com' <Elana.NightingaleDawson@lw.com>
**Cc:** Alter-AI-TT@simplelists.susmangodfrey.com; OpenAICopyright <OpenAICopyright@mofo.com>; 'opaicopyrightlitigation.lwteam@lw.com' <opaicopyrightlitigation.lwteam@lw.com>; KVPOAI@keker.com
**Subject:** RE: [EXT] Authors Guild v. OpenAI - follow up on meet and confer

Hi Elana—

I am responding to your email below.

Subject to reaching agreement on search terms, and in particular on adjusting downward the terms and/or altering them to add sensible modifiers, we would agree to add an additional custodian: "presidents@authorsguild.org." As of approximately 2024, this email has been used by the organization to send messages from the president and receive messages. The hit counts are likely duplicative of the multiple other custodians. Nonetheless, we are willing to add this custodian for completeness and a show of good faith.

To clarify the other points on the call:
1. Maya Lang did not have an AG address.
2. The president prior to Ms. Lang, Doug Preston, had an email address, but none of the search terms to which we agree have hits, which comports with our understanding there is no relevant material here.
3. The AG has not sent any emails form the presidents@authorsguild.org account from the interim president , an AG president would have his or her own address.

As explained earlier, no other non-staff Authors Guild title holder (i.e., President, Vice President, Secretary, etc.) has an @authorguild.org email address.

We will also send proposed Authors Guild-specific search terms by the end of the week.