UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AUTHORS GUILD, DAVID BALDACCI, MARY BLY, MICHAEL CONNELLY, SYLVIA DAY, JONATHAN FRANZEN, JOHN GRISHAM, ELIN HILDERBRAND, CHRISTINA BAKER KLINE, MAYA SHANBHAG LANG, VICTOR LAVALLE, GEORGE R.R. MARTIN, JODI PICOULT, DOUGLAS PRESTON, ROXANA ROBINSON, GEORGE SAUNDERS, SCOTT TUROW, and RACHEL VAIL, individually and on behalf of others similarly situated,<br><br>                          Plaintiffs,<br><br>          v.<br><br>OPENAI INC., OPENAI LP, OPENAI LLC, OPENAI GP LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION LLC, OPENAI HOLDINGS LLC, OPENAI STARTUP FUND I LP, OPENAI STARTUP FUND GP I LLC, and OPENAI STARTUP FUND MANAGEMENT LLC,<br><br>                          Defendants. | CONSOLIDATED CASES:<br>No. 1:23-cv-08292-SHS<br>No. 1:23-cv-10211-SHS<br>No. 1:24-cv-00084-SHS |
| JONATHAN ALTER, KAI BIRD, TAYLOR BRANCH, RICH COHEN, EUGENE LINDEN, DANIEL OKRENT, JULIAN SANCTON, HAMPTON SIDES, STACY SCHIFF, JAMES SHAPIRO, JIA TOLENTINO, and SIMON WINCHESTER, on behalf of themselves and all others similarly situated,<br><br>                          Plaintiffs,<br><br>          v.<br><br>OPENAI, INC., OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LCC, OAI CORPORATION, LLC, OPENAI HOLDINGS, LLC, and MICROSOFT CORPORATION,<br><br>                          Defendants. | |

| |
|---|
| NICHOLAS A. BASBANES and NICHOLAS NGAGOYEANES (professionally known as Nicholas Gage), individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>  v.<br><br>MICROSOFT CORPORATION, OPENAI, INC., OPENAI GP, LLC, OPENAI HOLDINGS, LLC, OAI CORPORATION, LLC, OPENAI GLOBAL, LLC, OPENAI, L.L.C., and OPENAI OPCO, LLC<br><br>      Defendants. |

## DECLARATION OF TIFFANY CHEUNG IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*

I, Tiffany Cheung, declare as follows:

1. I am an attorney at law licensed to practice in the state of California. I submit this Declaration in support of the motion to admit me *pro hac vice* before the United States District Court for the Southern District of New York to represent Defendants OpenAI Inc., OpenAI OpCo LLC, OpenAI GP, LLC, OpenAI, LLC, OpenAI Global LLC, OAI Corporation, LLC, OpenAI Holdings, LLC, OpenAI Startup Fund I LP, OpenAI Startup Fund GP I LLC, and OpenAI Startup Fund Management LLC in the above-captioned action.

2. I am a member in good standing at the bar of the state of California. A true and correct copy of my certificate of good standing issued by the Supreme Court of California within the past 30 days is attached hereto. There are no pending disciplinary proceedings against me in any state or federal court.

3. Pursuant to Local Rule 1.3(c), I state:

  a. I have never been convicted of a felony;

   b.  I have never been censured, suspended, disbarred or denied admission or readmission by any court; and

   c.  There are no disciplinary proceedings presently against me.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  August 22, 2024

_____
Tiffany Cheung

Sworn and subscribed to before
me this 22nd day of August, 2024.

_____
Notary Public

```
DARA LEWIS
Notary Public - California
Solano County
Commission # 2482102
My Comm. Expires Feb 17, 2028
```