# EXHIBIT 1
# Entirety of Exhibit Omitted Due to Complete Redaction