# EXHIBIT 2
# Entirety of Exhibit Omitted Due to Complete Redaction