# EXHIBIT 3
# Entirety of Exhibit Omitted Due to Complete Redaction