# EXHIBIT 4
# Entirety of Exhibit Omitted Due to Complete Redaction