# EXHIBIT 5
# Entirety of Exhibit Omitted Due to Complete Redaction