EXHIBIT 6
Entirety of Exhibit Omitted Due to Complete Redaction