

faegredrinker.com

**Jared B. Briant**
Partner
jared.briant@faegredrinker.com
+1 303 607 3588 direct

Faegre Drinker Biddle & Reath LLP
1144 15th Street, Suite 3400
Denver, Colorado  80202
+1 303 607 3500 main
+1 303 607 3600 fax

September 9, 2024

**VIA ECF**

The Honorable Ona T. Wang
United States District Judge
United States District Court for the Southern District of New York
500 Pearl Street, Room 1920
New York, New York 10007

Re:   *Authors Guild, et al. v. OpenAI, Inc., et al.*, No. 23-cv-08292 (SHS)(OTW) and consolidated cases: 23-cv-10211 (SHS)(OTW), 24-cv-84 (SHS)(OTW); *The New York Times Co. v. Microsoft Corp, et al*. 23-cv-11195 (SHS)(OTW); *Daily News, LP, et al. v. Microsoft Corp.,* et al. 24-cv-3285 (SHS)(OTW)

Dear Judge Wang:

We represent defendant Microsoft Corporation in the above-referenced matters. Pursuant to the Revised Standing Order M10-468, we write respectfully to request permission to bring the electronic devices listed below into the Courthouse for the In-Person Status Conference scheduled for September 12, 2024 at 10:00 a.m. *See* Scheduling Order filed August 29, 2024 at Docket 190.

| Attorney | Devices |
|---|---|
| 1. Jeffrey S. Jacobson | Cell phone, tablet |
| 2. Jared B. Briant | Cell phone, laptop |
| 3. Annette L. Hurst | Cell phone, tablet |
| 4. Laura Najemy | Cell phone, laptop or tablet |
| 5. Lisa T. Simpson | Cell phone, laptop or tablet |
| 6. Srecko Vidmar | Cell phone |
| 7. Nicholas Manheim | Cell phone, laptop or tablet |

A proposed order is attached hereto as Exhibit A.

The Honorable Ona T. Wang - 2 - September 9, 2024

Very truly yours,

*Jared B. Briant*

Jared B. Briant

Attachment