UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

―――――――――――――――――――――――――x

IN THE MATTER OF AN APPLICATION

TO BRING PERSONAL ELECTRONIC DEVICE(S) OR
GENERAL PURPOSE COMPUTING DEVICE(S) INTO
THE COURTHOUSES OF THE
SOUTHERN DISTRICT OF NEW YORK FOR
USE IN A PROCEEDING OR TRIAL

―――――――――――――――――――――――――x

The following Order is subject to the definitions, obligations and restrictions imposed pursuant to Standing Order M10-468, as Revised.  Upon submission of written application to this Court, it is hereby

ORDERED that the following attorney(s) are authorized to bring the Personal Electronic Device(s) and/or the General Purpose Computing Device(s) (collectively, "Devices") listed below into the Courthouse for use in a proceeding or trial in the action captioned:

<u>Authors Guild, et al. v. OpenAI, Inc., et al., No. 23-cv-08292 (SHS)(OTW) and consolidated cases: 23-cv-10211 (SHS)(OTW), 24-cv-84 (SHS)(OTW); The New York Times Co. v. Microsoft Corp, et al. 23-cv-11195 (SHS)(OTW); Daily News, LP, et al. v. Microsoft Corp., et al. 24-cv-3285 (SHS)(OTW)</u>

ORDERED that for the device(s) checked below SDNY Courtroom WI-FI access shall be provided.

The date(s) for which such authorization is provided is (are) __September 12, 2024__.

| Attorney | E-Mail | Device(s) | Courtroom | WIFI Granted |
|---|---|---|---|---|
| *See attached page.* | | | | |
| | | | | |
| | | | | |

*(Attach Extra Sheet If Needed)*

The attorney(s) identified in this Order must present a copy of this Order when entering the Courthouse.  Bringing any authorized Device(s) into the Courthouse or its Environs constitutes a certification by the attorney that he or she will comply in all respects with the restrictions and obligations set forth in Standing Order M10-468, as Revised.

SO ORDERED:

Dated: _____

_____
United States Judge

Revised: July 1, 2019.

| Attorney | E-Mail | Devices | Courtroom | WIFI Granted |
|---|---|---|---|---|
| Jeffrey S. Jacobson | Jeffrey.jacobson@faegredrinker.com | Cell phone, tablet | 20D | |
| Jared B. Briant | Jared.briant@faegredrinker.com | Cell phone, laptop | 20D | |
| Annette L. Hurst | ahurst@orrick.com | Cell phone, tablet | 20D | |
| Laura Najemy | lnajemy@orrick.com | Cell phone, laptop or tablet | 20D | |
| Lisa T. Simpson | lsimpson@orrick.com | Cell phone, laptop or tablet | 20D | |
| Srecko Vidmar | Lucky.Vidmar@microsoft.com | Cell phone | 20D | |
| Nicholas Manheim | nmanheim@microsoft.com | Cell phone, laptop or tablet | 20D | |