**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| AUTHORS GUILD, DAVID BALDACCI, MARY BLY, MICHAEL CONNELLY, SYLVIA DAY, JONATHAN FRANZEN, JOHN GRISHAM, ELIN HILDERBRAND, CHRISTINA BAKER KLINE, MAYA SHANBHAG LANG, VICTOR LAVALLE, GEORGE R.R. MARTIN, JODI PICOULT, DOUGLAS PRESTON, ROXANA ROBINSON, GEORGE SAUNDERS, SCOTT TUROW, and RACHEL VAIL, individually and on behalf of others similarly situated, | No. 1:23-cv-08292-SHS-OTW<br>No. 1:23-cv-10211-SHS-OTW<br>No. 1:24-cv-00084-SHS-OTW |

Plaintiffs,

v.

OPENAI INC., OPENAI LP, OPENAI LLC, OPENAI GP LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION LLC, OPENAI HOLDINGS LLC, OPENAI STARTUP FUND I LP, OPENAI STARTUP FUND GP I LLC, and OPENAI STARTUP FUND MANAGEMENT LLC,

Defendants.

**MOTION TO WITHDRAW ALLYSON R. BENNETT AS COUNSEL**

JONATHAN ALTER, KAI BIRD, TAYLOR BRANCH, RICH COHEN, EUGENE LINDEN, DANIEL OKRENT, JULIAN SANCTON, HAMPTON SIDES, STACY SCHIFF, JAMES SHAPIRO, JIA TOLENTINO, and SIMON WINCHESTER, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

OPENAI, INC., OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LCC, OAI CORPORATION, LLC, OPENAI HOLDINGS, LLC, and MICROSOFT CORPORATION,

Defendants.

NICHOLAS A. BASBANES and NICHOLAS
NGAGOYEANS (professionally known as Nicholas
Gage), individually and on behalf of all others
similarly situated,

        Plaintiffs,

        v.

MICROSOFT CORPORATION, OPENAI, INC.,
OPENAI GP, LLC, OPENAI HOLDINGS, LLC,
OAI CORPORATION, LLC, OPENAI GLOBAL,
LLC, OPENAI, LLC, and OPENAI OPCO LLC,

        Defendants.

**PLEASE TAKE NOTICE THAT,** Morrison & Foerster LLP hereby moves this court for an order pursuant to Local Civil Rule 1.4, relieving Allyson R. Bennett, as counsel for Defendants OpenAI Inc., OpenAI OpCo LLC, OpenAI GP LLC, OpenAI LLC, OpenAI Global LLC, OAI Corporation LLC, OpenAI Holdings LLC, OpenAI Startup Fund I LP, OpenAI Startup Fund GP I LLC, and OpenAI Startup Fund Management LLC (collectively, "Defendants") in the above-captioned action on the grounds that she is no longer an attorney with Morrison & Foerster LLP, and respectfully requests that she be removed from the CM/ECF noticing list and any other service list in this case.

**PLEASE TAKE FURTHER NOTICE** The undersigned counsel from Morrison & Foerster LLP will continue to represent Defendants in this action.

Dated: September 20, 2024                    MORRISON & FOERSTER LLP

By: */s/ Joseph C. Gratz*
     Joseph C. Gratz (*pro hac vice*)
     JGratz@mofo.com
     Tiffany Cheung (*pro hac vice*)
     TCheung@mofo.com
     Andrew L. Perito (*pro hac vice*)
     APerito@mofo.com
     Vera Ranieri (*pro hac vice*)
     VRanieri@mofo.com
     MORRISON & FOERSTER LLP
     425 Market Street
     San Francisco, CA  94105-2482
     Telephone:  (415) 268-7000
     Facsimile:  (415) 268-7522

     Rose S. Lee (*pro hac vice*)
     RoseLee@mofo.com
     MORRISON & FOERSTER LLP
     707 Wilshire Boulevard, Suite 6000
     Los Angeles, California 90017-3543
     Telephone:      (213) 892-5200
     Facsimile:      (213) 892-5454

     Attorneys for Defendants
     OPENAI INC., OPENAI LP, OPENAI
     LLC, OPENAI GP LLC, OPENAI OPCO
     LLC, OPENAI GLOBAL LLC, OAI
     CORPORATION LLC, OPENAI
     HOLDINGS LLC, OPENAI STARTUP
     FUND I LP, OPENAI STARTUP FUND
     GP I LLC, and OPENAI STARTUP
     FUND MANAGEMENT LLC

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on September 20, 2024 the within document was filed with the Clerk

of the Court using CM/ECF which will send notification of such filing to the attorneys of record

in this case.

*/s/ Joseph C. Gratz*
JOSEPH C. GRATZ
