UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------

Authors Guild et al

                Plaintiff,

Case No. 1:2023-cv-08292

-against-

OpenAI Inc. at al

                Defendant.

-------------------------------------------------------

## NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✔] I have cases pending    [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

                Scott J. Sholder
_____
                FILL IN ATTORNEY NAME

My SDNY Bar Number is: SS7410    My State Bar Number is 4571501

I am,

[✔] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Cowan, DeBaets, Abrahams & Sheppard LLP
                FIRM ADDRESS: 41 Madison Avenue, 38th Fl., New York, NY 10010
                FIRM TELEPHONE NUMBER:_____
                FIRM FAX NUMBER:_____

NEW FIRM:    FIRM NAME: Cowan, DeBaets, Abrahams & Sheppard LLP
                FIRM ADDRESS: 60 Broad Street, 30th Fl., New York, NY 10004
                FIRM TELEPHONE NUMBER:_____
                FIRM FAX NUMBER:_____

[✔] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: September 27, 2024            Scott J. Sholder
                                        ATTORNEY'S SIGNATURE