

# Supreme Court of California

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### <u>JOHN ROBERT LANHAM</u>

I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify that, JOHN ROBERT LANHAM #289382 was on the 23rd day of May, 2013 duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.

*Witness my hand and the seal of the court on the 5th day of September 2024.*

JORGE E. NAVARRETE
Clerk/Executive Officer of the Supreme Court

By: _____
Larry Blake, Jr., Senior Deputy Clerk