**MANDATE**

1:23-cv-08292-SHS-OTW

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 4th day of October, two thousand twenty-four.

_____

Authors Guild, et al.,

    Plaintiffs - Appellees,

Jonathan Alter, et al.,

    Consolidated-Plaintiffs-Appellees,

Julian Sancton,

    Consolidated-Plaintiff-Interested-Party-Appellee,

Microsoft Corporation,

    Defendant-Consolidated-Defendant-Appellee,

v.

Paul Tremblay, et al.,

    Third-Party-Plaintiffs-Appellants.

_____

**ORDER**

Docket No. 24-1007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __10/4/2024__

    Appellants move for voluntary dismissal of this appeal.

    IT IS HEREBY ORDERED that the motion is GRANTED.

    For the Court:
    Catherine O'Hagan Wolfe,
    Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 10/04/2024