# EXHIBIT D

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

_____

| | | |
|---|---|---|
| **Bartz, et al.,** | ) | |
| | ) | No. 3:24-CV-05417-WHA |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | San Francisco, California |
| **Anthropic PBC,** | ) | October 10, 2024 |
| | ) | 11:33 a.m. |
| Defendants. | ) | |
| _____ | ) | |

BEFORE:  THE HONORABLE WILLIAM H. ALSUP, JUDGE

<u>REPORTER'S TRANSCRIPT OF PROCEEDINGS</u>

<u>INITIAL CASE MANAGEMENT CONFERENCE</u>

Official Court Reporter:
**Cathy J. Taylor, RMR, CRR, CRC (By Zoom Videoconference)**
Sandra Day O'Connor U.S. Courthouse, Suite 312
401 West Washington Street, SPC 31
Phoenix, Arizona 85003-2151
(602) 322-7249

Proceedings Reported by Stenographic Court Reporter
Transcript Prepared by Computer-Aided Transcription

```
 1                      A P P E A R A N C E S

 2    For the Plaintiffs:
           SUSMAN GODFREY, LLP
 3         By:   Justin A. Nelson, Esq.
           1000 Louisiana Street, Suite 5100
 4         Houston, Texas  77002

 5         SUSMAN GODFREY, LLP
           By:  Rohit Dwarka Nath, Esq.
 6         1900 Avenue of the Stars, Suite 1400
           Los Angeles, California  90067
 7
           LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
 8         By:   Reilly Todd Stoler, Esq.
           275 Battery Street, 29th Floor
 9         San Francisco, California  94111-3339

10         LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
           By:  Rachel Geman, Esq.
11         250 Hudson Street, 8th Floor
           New York, New York  10013-1413
12
      For the Defendant:
13         ARNOLD & PORTER KAYE SCHOLER, LLP
           By:   Douglas Andrew Winthrop, Esq.
14               Estayvaine Bragg, Esq.
                 Jessica Lim Gillotte, Esq.
15         Three Embarcadero Center, 10th Floor
           San Francisco, California  94111-4024
16
           LATHAM & WATKINS
17         By:   Joseph Richard Wetzel, Esq.
           505 Montgomery Street, Suite 2000
18         San Francisco, California  94111

19

20

21

22

23

24

25
```

1          MR. NELSON:  Correct.

2          THE COURT:  All right.  So why is that not good

3     enough?

4          MR. WINTHROP:  Because that is not in the complaint,

5     and we talked this morning.  And if I -- they saw from the

6     statement one concern we have, and they told me they were going

7     to try to tell me and show me that, in fact, they have this

8     evidence.

9          I am skeptical, Your Honor, but I'm open-minded.  I

10    don't want to file a motion.

11         THE COURT:  Please don't file one when it's that easy.

12    I want you by the end of the week, show him the

13    Atlantic list.  Highlight the names of the three.

14         MR. NELSON:  Absolutely, Your Honor.

15         THE COURT:  All right.  Okay.  Now, do you deny that

16    your company uses Books3?

17         MR. WINTHROP:  I don't know at this point that the --

18    the full use of the training, but that's -- so that would be a

19    question --

20         THE COURT:  That's what's alleged.

21         MR. WINTHROP:  Yes --

22         THE COURT:  So --

23         MR. WINTHROP:  -- I understand.

24         THE COURT:  -- why don't you go take the deposition

25    tomorrow of a 30(b)(6) person to find out if they're using

```
 1   Books3.
 2          This ought to be -- the facts here should not be in
 3   dispute.   If it's truly fair use, you should be open about
 4   everything that happened --
 5          MR. WINTHROP:  Yeah.
 6          THE COURT:  -- and -- and so that they -- we -- okay.
 7          Now, what is your answer to his point?  His point is,
 8   we're not selling pirated copies.  We're not going out -- and
 9   what's the name of this book?  The Last -- the Lost Night, a
10   novel.
11          They're not going out and selling bootleg copies of
12   this novel.  Kind of the classic misuse of copyright.
13          What they're doing is, he says, a transformative use,
14   the words in that novel and, as you say, the expression to
15   train their -- what's it called?
16          MR. WINTHROP:  It'll a model.  Claude.
17          THE COURT:  Claude, yes.
18          So that -- I can see the argument.  I'm not saying I
19   agree with it.  I don't know yet.  But tell me, preview what
20   your response to that's going to be.
21          MR. NELSON:  Sure.  And we'll put aside the output
22   case, whether it actually is transformative.  But just this is
23   an input case.  The -- the copying of a pirated book is a
24   copyright violation.  And the American -- the *A&M Records vs.*
25   *Napster*, 239 F.3d 1004 at 1015, Ninth Circuit, I'm going to
```

UNITED STATES DISTRICT COURT

1

2

3

4                      **C E R T I F I C A T E**

5

6          I, CATHY J. TAYLOR, do hereby certify that I am duly

7    appointed and qualified to act as Official Court Reporter.

8          I FURTHER CERTIFY that the foregoing pages constitute

9    a full, true, and accurate transcript of all of that portion of

10   the proceedings contained herein, had in the above-entitled

11   cause on the date specified therein, and that said transcript

12   was prepared under my direction and control.

13          DATED this 10th day of October, 2024.

14

15

16

17                       /s/ Cathy J. Taylor
                         _____
18                       Cathy J. Taylor, RMR, CRR, CRC

19

20

21

22

23

24

25

UNITED STATES DISTRICT COURT