# EXHIBIT D

```
                    UNITED STATES DISTRICT COURT

              FOR THE NORTHERN DISTRICT OF CALIFORNIA

                      _____


    Bartz, et al.,                   )
                                     ) No. 3:24-CV-05417-WHA
                        Plaintiffs,  )
                                     )
              vs.                    )
                                     ) San Francisco, California
    Anthropic PBC,                   ) October 10, 2024
                                     ) 11:33 a.m.
                        Defendants.  )
    _____    )



         BEFORE:  THE HONORABLE WILLIAM H. ALSUP, JUDGE


              REPORTER'S TRANSCRIPT OF PROCEEDINGS

              INITIAL CASE MANAGEMENT CONFERENCE
```

Official Court Reporter:
**Cathy J. Taylor, RMR, CRR, CRC (By Zoom Videoconference)**
Sandra Day O'Connor U.S. Courthouse, Suite 312
401 West Washington Street, SPC 31
Phoenix, Arizona 85003-2151
(602) 322-7249

Proceedings Reported by Stenographic Court Reporter
Transcript Prepared by Computer-Aided Transcription

**A P P E A R A N C E S**

For the Plaintiffs:
    SUSMAN GODFREY, LLP
    By:  **Justin A. Nelson, Esq.**
    1000 Louisiana Street, Suite 5100
    Houston, Texas  77002

    SUSMAN GODFREY, LLP
    By:  **Rohit Dwarka Nath, Esq.**
    1900 Avenue of the Stars, Suite 1400
    Los Angeles, California  90067

    LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
    By:  **Reilly Todd Stoler, Esq.**
    275 Battery Street, 29th Floor
    San Francisco, California  94111-3339

    LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
    By:  **Rachel Geman, Esq.**
    250 Hudson Street, 8th Floor
    New York, New York  10013-1413

For the Defendant:
    ARNOLD & PORTER KAYE SCHOLER, LLP
    By:  **Douglas Andrew Winthrop, Esq.**
        **Estayvaine Bragg, Esq.**
        **Jessica Lim Gillotte, Esq.**
    Three Embarcadero Center, 10th Floor
    San Francisco, California  94111-4024

    LATHAM & WATKINS
    By:  **Joseph Richard Wetzel, Esq.**
    505 Montgomery Street, Suite 2000
    San Francisco, California  94111

```
1              MR. NELSON:  Correct.
2              THE COURT:  All right.  So why is that not good
3    enough?
4              MR. WINTHROP:  Because that is not in the complaint,
5    and we talked this morning.  And if I -- they saw from the
6    statement one concern we have, and they told me they were going
7    to try to tell me and show me that, in fact, they have this
8    evidence.
9              I am skeptical, Your Honor, but I'm open-minded.  I
10   don't want to file a motion.
11             THE COURT:  Please don't file one when it's that easy.
12             I want you by the end of the week, show him the
13   Atlantic list.  Highlight the names of the three.
14             MR. NELSON:  Absolutely, Your Honor.
15             THE COURT:  All right.  Okay.  Now, do you deny that
16   your company uses Books3?
17             MR. WINTHROP:  I don't know at this point that the --
18   the full use of the training, but that's -- so that would be a
19   question --
20             THE COURT:  That's what's alleged.
21             MR. WINTHROP:  Yes --
22             THE COURT:  So --
23             MR. WINTHROP:  -- I understand.
24             THE COURT:  -- why don't you go take the deposition
25   tomorrow of a 30(b)(6) person to find out if they're using
```

```
 1    Books3.
 2              This ought to be -- the facts here should not be in
 3    dispute.  If it's truly fair use, you should be open about
 4    everything that happened --
 5              MR. WINTHROP:  Yeah.
 6              THE COURT:  -- and -- and so that they -- we -- okay.
 7              Now, what is your answer to his point?  His point is,
 8    we're not selling pirated copies.  We're not going out -- and
 9    what's the name of this book?  The Last -- the Lost Night, a
10    novel.
11              They're not going out and selling bootleg copies of
12    this novel.  Kind of the classic misuse of copyright.
13              What they're doing is, he says, a transformative use,
14    the words in that novel and, as you say, the expression to
15    train their -- what's it called?
16              MR. WINTHROP:  It'll a model.  Claude.
17              THE COURT:  Claude, yes.
18              So that -- I can see the argument.  I'm not saying I
19    agree with it.  I don't know yet.  But tell me, preview what
20    your response to that's going to be.
21              MR. NELSON:  Sure.  And we'll put aside the output
22    case, whether it actually is transformative.  But just this is
23    an input case.  The -- the copying of a pirated book is a
24    copyright violation.  And the American -- the *A&M Records vs.*
25    *Napster*, 239 F.3d 1004 at 1015, Ninth Circuit, I'm going to
```

## **C E R T I F I C A T E**

    I, CATHY J. TAYLOR, do hereby certify that I am duly appointed and qualified to act as Official Court Reporter.

    I FURTHER CERTIFY that the foregoing pages constitute a full, true, and accurate transcript of all of that portion of the proceedings contained herein, had in the above-entitled cause on the date specified therein, and that said transcript was prepared under my direction and control.

    DATED this 10th day of October, 2024.

/s/Cathy J. Taylor
Cathy J. Taylor, RMR, CRR, CRC

UNITED STATES DISTRICT COURT