


# 2024-10-16 Sancton Aff in Supp of Mtn for Adm of Atty PHV AMAG.pdf

| | |
|---|---|
| **DocVerify ID:** | 2968AACA-63C9-4904-91C7-EDC883BC6B22 |
| **Created:** | October 16, 2024 14:51:51 -6:00 |
| **Pages:** | 2 |
| **Remote Notary:** | Yes / State: TX |

This document is a DocVerify VeriVaulted protected version of the document named above. It was created by a notary or on the behalf of a notary, and it is also a DocVerify E-Sign document, which means this document was created for the purposes of Electronic Signatures and/or Electronic Notary. Tampered or altered documents can be easily verified and validated with the DocVerify veriCheck system. This remote online notarization involved the use of communication technology.

Go to www.docverify.com at any time to verify or validate the authenticity and integrity of this or any other DocVerify VeriVaulted document.

## E-Signature Summary

**E-Signature 1: Amber B. Magee (ABM)**
October 16, 2024 15:10:10 -6:00 [7B5D5A2CA3C0] [76.243.177.140]
amagee@susmangodfrey.com (Principal)

**E-Signature Notary: Michelle Carlock (MC)**
October 16, 2024 15:10:10 -6:00 [A68A25848DB5] [38.113.147.41]
mcarlock@susmangodfrey.com
I, Michelle Carlock, did witness the participants named above electronically sign this document.



DocVerify documents cannot be altered or tampered with in any way once they are protected by the DocVerify VeriVault System. Best viewed with Adobe Reader or Adobe Acrobat. All visible electronic signatures contained in this document are symbolic representations of the persons signature, and not intended to be an accurate depiction of the persons actual signature as defined by various Acts and/or Laws.




UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AUTHORS GUILD, DAVID BALDACCI, MARY BLY, MICHAEL CONNELLY, SYLVIA DAY, JONATHAN FRANZEN, JOHN GRISHAM, ELIN HILDERBRAND, CHRISTINA BAKER KLINE, MAYA SHANBHAG LANG, VICTOR LAVALLE, GEORGE R.R. MARTIN, JODI PICOULT, DOUGLAS PRESTON, ROXANA ROBINSON, GEORGE SAUNDERS, SCOTT TUROW, and RACHEL VAIL, individually and on behalf of others similarly situated,<br><br>    Plaintiffs,<br><br> v.<br><br>OPEN AI INC., OPENAI OPCO LLC, OPENAI GP LLC, OPENAI, LLC, OPENAI GLOBAL LLC, OAI CORPORATION LLC, OPENAI HOLDINGS LLC, OPENAI STARTUP FUND I LP, OPENAI STARTUP FUND GP I LLC, OPENAI STARTUP FUND MANAGEMENT LLC, and MICROSOFT CORPORATION,<br><br>    Defendants. | Case No. 1:23-cv-08292-SHS |
| JONATHAN ALTER, KAI BIRD, TAYLOR BRANCH, RICH COHEN, EUGENE LINDEN, DANIEL OKRENT, JULIAN SANCTON, HAMPTON SIDES, STACY SCHIFF, JAMES SHAPIRO, JIA TOLENTINO, and SIMON WINCHESTER, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br> v.<br><br>OPENAI, INC., OPENAI OPCO LLC, OPENAI GP, LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, OPENAI HOLDINGS, LLC, OPENAI STARTUP FUND I LP, OPENAI STARTUP FUND GP I LLC, OPENAI STARTUP FUND MANAGEMENT LLC, and MICROSOFT CORPORATION,<br><br>    Defendants. | Case No. 1:23-cv-10211-SHS |

1

2968AACA-63C9-4904-91C7-EDC883BC6B22 --- 2024/10/16 14:51:51 -6:00 --- Remote Notary

DocVerify ID: 2968AACA-63C9-4904-91C7-EDC883BC6B22
www.docverify.com
Page 1 of 2   1EDC883BC6B22

## AFFIDAVIT IN SUPPORT OF MOTION FOR
## ADMISSION OF ATTORNEY PRO HAC VICE

Amber B. Magee, declares:

1. I am an Associate with the law firm of Susman Godfrey L.L.P.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3. As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the State Bar of Texas.

4. There are no pending disciplinary proceedings against me in any state or federal court.

5. I have never been convicted of a felony.

6. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

7. My attorney registration number for the State Bar of Texas is 24121572.

8. Wherefore, your declarant respectively submits that she be permitted to appear as counsel and advocate *pro hac vice* in case 1:23-cv-10211 for Plaintiff (Julian Sancton).

I, Amber B. Magee, declare under penalty of perjury that the foregoing is true and correct.

Dated: October 16, 2024

Respectfully submitted,

*Amber B. Magee*
Signed on 2024/10/16 15:10:10 -6:00

Amber B. Magee
State Bar of Texas No. 24121572
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Tel.: 713-651-9366
amagee@susmangodfrey.com

***Attorney for Plaintiff and the Proposed Class***

SWORN TO and SUBSCRIBED before me by Amber B. Magee on October 16, 2024.



Michelle Carlock
Commission # 788954-6
Notary Public
STATE OF TEXAS
My Comm Exp. Mar 17, 2025

*Michelle Carlock*
Signed on 2024/10/16 15:10:10 -6:00

Notary Public

Notarial act performed by audio-visual communication

2

12801987v1/018072