UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AUTHORS GUILD, DAVID BALDACCI, MARY BLY, MICHAEL CONNELLY, SYLVIA DAY, JONATHAN FRANZEN, JOHN GRISHAM, ELIN HILDERBRAND, CHRISTINA BAKER KLINE, MAYA SHANBHAG LANG, VICTOR LAVALLE, GEORGE R.R. MARTIN, JODI PICOULT, DOUGLAS PRESTON, ROXANA ROBINSON, GEORGE SAUNDERS, SCOTT TUROW, and RACHEL VAIL, individually and on behalf of others similarly situated,<br><br>                    Plaintiffs,<br><br>   v.<br><br>OPENAI INC., OPENAI LP, OPENAI LLC, OPENAI GP LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION LLC, OPENAI HOLDINGS LLC, OPENAI STARTUP FUND I LP, OPENAI STARTUP FUND GP I LLC, and OPENAI STARTUP FUND MANAGEMENT LLC,<br><br>                    Defendants. | Case No.: 1:23-cv-08292-SHS<br>Case No.: 1:23-cv-10211-SHS<br>Case No.: 1:24-cv-00084-SHS<br><br>Hon. Sidney H. Stein<br><br><br>**DECLARATION OF EDWARD A. BAYLEY IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*** |
| JONATHAN ALTER, KAI BIRD, TAYLOR BRANCH, RICH COHEN, EUGENE LINDEN, DANIEL OKRENT, JULIAN SANCTON, HAMPTON SIDES, STACY SCHIFF, JAMES SHAPIRO, JIA TOLENTINO, and SIMON WINCHESTER, on behalf of themselves and all others similarly situated,<br><br>                    Plaintiffs,<br><br>   v.<br><br>OPENAI INC., OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, OPENAI HOLDINGS, LLC, and MICROSOFT CORPORATION,<br><br>                    Defendants. | |

2807444

NICHOLAS A. BASBANES and NICHOLAS NGAGOYEANES (professionally known as Nicholas Gage), individually and on behalf of all others similarly situated,

                            Plaintiffs,

   v.

MICROSOFT CORPORATION, OPENAI, INC., OPENAI GP, LLC, OPENAI HOLDINGS, LLC, OAI CORPORATION, LLC, OPENAI GLOBAL, LLC, OPENAI, LLC, and OPENAI OPCO LLC,

                            Defendants.

2807444

I, Edward A. Bayley, pursuant to 28 U.S.C § 1746, declare under penalty of perjury as follows:

1. I am a member of the law firm of Keker, Van Nest & Peters LLP.

2. I submit this declaration in support of my Motion to Admit Counsel *Pro Hac Vice* in the above-captioned matter.

3. I have been a member in good standing of the Bar of the State of California since December 4, 2009.

4. I attach a Certificate of Good Standing from the State of California, which was issued within thirty days of this filing, as **Exhibit A** to my Motion to Admit Counsel *Pro Hac Vice*.

5. I have never been convicted of a felony or been the subject of any criminal conviction.

6. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

7. I have never been the subject of a disciplinary sanction and there are no disciplinary proceedings presently pending against me.

Wherefore your declarant respectfully submits that he be permitted to appear as counsel *Pro Hac Vice* in this one case on behalf of Defendants OpenAI Inc., OpenAI LP, OpenAI LLC, OpenAI GP LLC, OpenAI OpCo LLC, OpenAI Global LLC, OAI Corporation LLC, OpenAI Holdings LLC, OpenAI Startup Fund I LP, OpenAI Startup Fund GP I LLC, and OpenAI Startup Fund Management LLC.

2807444

2

      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  October 17, 2024

                                          */s/ Edward A. Bayley*
                                          EDWARD A. BAYLEY

2807444