EXHIBIT 7
Entirety of Exhibit Omitted Due to Complete Redaction