# EXHIBIT 10
# Entirety of Exhibit Omitted Due to Complete Redaction