# EXHIBIT 11
# Entirety of Exhibit Omitted Due to Complete Redaction