# EXHIBIT 14
# Entirety of Exhibit Omitted Due to Complete Redaction