# EXHIBIT 15
# Entirety of Exhibit Omitted Due to Complete Redaction