# EXHIBIT 16
# Entirety of Exhibit Omitted Due to Complete Redaction