# EXHIBIT 17
# Entirety of Exhibit Omitted Due to Complete Redaction