# EXHIBIT 18
# Entirety of Exhibit Omitted Due to Complete Redaction