# EXHIBIT 20
# Entirety of Exhibit Omitted Due to Complete Redaction