# EXHIBIT 21
# Entirety of Exhibit Omitted Due to Complete Redaction