# EXHIBIT 22
# Entirety of Exhibit Omitted Due to Complete Redaction