# EXHIBIT 23
# Entirety of Exhibit Omitted Due to Complete Redaction