# EXHIBIT 24
# Entirety of Exhibit Omitted Due to Complete Redaction