# EXHIBIT 25
# Entirety of Exhibit Omitted Due to Complete Redaction