# UNITED STATES COURT OF APPEALS
District of Columbia Circuit



## USE OF THE U.S. COURT OF APPEALS FILING DEPOSITORY

In order to facilitate filings, the Clerk's Office of the U.S. Court of Appeals for the District of Columbia Circuit provides a lockbox to be used as a depository for filings. It is located inside the William B. Bryant Annex on the Third Street side of the E. Barrett Prettyman U.S. Courthouse, 333 Constitution Ave., NW, Washington, D.C. This depository may be used only for materials that are to be filed in connection with Court of Appeals cases.

Documents may be deposited **24 hours a day, seven days a week**. The lockbox is marked **"U.S. COURT OF APPEALS"**. *Please Do Not Confuse this Depository with Similar Ones for the U.S. District Court or U.S. Bankruptcy Court.*

All filings must be enclosed in an envelope or otherwise securely wrapped. The U.S. Court of Appeals for the District of Columbia Circuit takes no responsibility for material that is lost or damaged. All filings must be in compliance with the General Rules of the U.S. Court of Appeals for the District of Columbia Circuit and the Federal Rules of Appellate Procedure.

The maximum dimensions for documents deposited are 14½"x11½"x10". Materials exceeding these dimensions should be split into packages small enough to fit the depository. All packages should be appropriately marked for easy identification (e.g., No. 89-1311, Pkg. 1 of 3, Contents: Brief).

To get a Court received-stamped copy of the materials deposited, the depositor must include in the package a stamped, self-addressed envelope of appropriate size.

A date/time clock is located next to the filings depository for date/time stamping of all packages. A form also located near the depository for this purpose must be filled out, date/time stamped, and affixed to each package to be deposited. Again, be certain that the date/time stamp for the U.S. Court of Appeals is used. It is the official clock for the receipt of submissions for filings. Documents will be considered timely filed until 12 midnight of the day they are due. Weekend filings deposited after midnight on Friday will be received stamped by the Clerk's Office on the next business day.

Emergency documents and confidential or sealed documents may not be placed in the depository. These materials require immediate attention and must be filed in Room 5205 of the Clerk's Office during normal business hours (9:00 a.m. to 4:00 p.m., Monday through Friday).

THE U.S. MARSHALS SERVICE TAKES NO RESPONSIBILITY FOR
ANY DOCUMENTS PLACED IN THE DEPOSITORY.

Mark J. Langer
Clerk of the Court

February 2000 (Rev. 5/2014)