UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AUTHORS GUILD, DAVID BALDACCI, MARY BLY, MICHAEL CONNELLY, SYLVIA DAY, JONATHAN FRANZEN, JOHN GRISHAM, ELIN HILDERBRAND, CHRISTINA BAKER KLINE, MAYA SHANBHAG LANG, VICTOR LAVALLE, GEORGE R.R. MARTIN, JODI PICOULT, DOUGLAS PRESTON, ROXANA ROBINSON, GEORGE SAUNDERS, SCOTT TUROW, and RACHEL VAIL, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>OPENAI INC., OPENAI LP, OPENAI LLC, OPENAI GP LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION LLC, OPENAI HOLDINGS LLC, OPENAI STARTUP FUND I LP, OPENAI STARTUP FUND GP I LLC, and OPENAI STARTUP FUND MANAGEMENT LLC,<br><br>Defendants. | CONSOLIDATED CASES:<br>No. 1:23-cv-08292-SHS<br>No. 1:23-cv-10211-SHS<br>No. 1:24-cv-00084-SHS<br><br>**[PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE*** |
| JONATHAN ALTER, KAI BIRD, TAYLOR BRANCH, RICH COHEN, EUGENE LINDEN, DANIEL OKRENT, JULIAN SANCTON, HAMPTON SIDES, STACY SCHIFF, JAMES SHAPIRO, JIA TOLENTINO, and SIMON WINCHESTER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>OPENAI, INC., OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LCC, OAI CORPORATION, LLC, OPENAI HOLDINGS, LLC, and MICROSOFT CORPORATION,<br><br>Defendants. | |

| |
|---|
| NICHOLAS A. BASBANES and NICHOLAS NGAGOYEANS (professionally known as Nicholas Gage), individually and on behalf of all others similarly situated, |
| Plaintiffs, |
| v. |
| MICROSOFT CORPORATION, OPENAI, INC., OPENAI GP, LLC, OPENAI HOLDINGS, LLC, OAI CORPORATION, LLC, OPENAI GLOBAL, LLC, OPENAI, LLC, and OPENAI OPCO LLC, |
| Defendants. |

The motion of Carolyn Homer for admission to appear *pro hac vice* in the above captioned matter is granted.

Applicant has declared that she is a member in good standing of the Bar of Washington D.C. and the State of California, and that her contact information is as follows:

> Carolyn Homer
> MORRISON & FOERSTER LLP
> 2100 L Street, NW Suite 900
> Washington, DC 20037, USA
> P: (202) 887-1500
> F: (202) 887-0763 or (202) 887-0764
> Email: CMHomer@mofo.com

Carolyn Homer, having requested admission pro hac vice to appear for all purposes as counsel for Defendants OpenAI, Inc., OpenAI GP, L.L.C., OpenAI, L.L.C., OpenAI OPCO L.L.C, OpenAI Global L.L.C, OAI Corporation, L.L.C. and, OpenAI Holdings, L.L.C., OpenAI StartUp Fund I L.L.P., OpenAI StartUp Fund GP I L.L.C.,and OpenAI StartUp Fund Management L.L.C., in the above-entitled action:

**IT IS HEREBY ORDERED** that Carolyn Homer is admitted to practice pro hac vice in the above-captioned case in the United States District Court for the Southern District of New York. All

attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing the discipline of attorneys.

Dated:                                             _____
                                                   United States District Court Judge