UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AUTHORS GUILD, et al., <br><br>              Plaintiffs, <br><br>    v. <br><br> OPENAI INC., et al., <br><br>              Defendants. | No. 1:23-cv-08292-SHS-OTW <br> No. 1:23-cv-10211-SHS-OTW <br> No. 1:24-cv-00084-SHS-OTW <br><br> **NOTICE OF APPEARANCE** |
| JONATHAN ALTER, et al., <br><br>              Plaintiffs, <br><br>    v. <br><br> OPENAI INC., et al., <br><br>              Defendants. | |
| NICHOLAS A. BASBANES, et al., <br><br>              Plaintiffs, <br><br>    v. <br><br> MICROSOFT CORPORATION, et al., <br><br>              Defendants. | |

PLEASE TAKE NOTICE that the following attorney appears as counsel in the above-captioned case on behalf of **Defendants OpenAI, Inc., OpenAI OpCo, LLC , OpenAI GP, LLC, OpenAI LLC, OpenAI Global LLC, OAI Corporation LLC, OpenAI Holdings, LLC, OpenAI Startup Fund I LP, OpenAI Startup Fund GP I LLC, and OpenAI Startup Fund Management LLC** (together, "OpenAI"):

Michael A. David
Latham & Watkins LLP
555 Eleventh Street, NW
Suite 1000
Washington, D.C. 20004
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
Email: *michael.david@lw.com*

Dated:  October 24, 2024                    Respectfully submitted,

**LATHAM & WATKINS LLP**

/s/ *Michael A. David*
Michael A. David
555 Eleventh Street, NW
Suite 1000
Washington, D.C. 20004
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
Email: *michael.david@lw.com*

*Attorneys for OpenAI*