# EXHIBIT 2

**Joshua Achiam** @jachiam0 · Sep 26
Going to spend some time researching the human alignment problem. Suggestions for textbooks, history books, great essays, and deep thinking of any kind – all very welcome.

💬 29   🔁 3   ♡ 147   📊 24K

**Chelsea Sierra Voss** ✓
@csvoss

Governing the Commons by Elinor Ostrom



12:17 AM · Sep 27, 2024 · **669** Views