# EXHIBIT 3

⇄ **Chelsea Sierra Voss reposted**

**roon** ✓ @tszzl · Sep 17

Trained by OpenAI in San Francisco

💬 79          ⇄ 40          ♡ 1.2K          ᯤ 81K