# EXHIBIT 4

⇄ **Chelsea Sierra Voss reposted**

 **roon** ✓ @tszzl · Sep 18
the o1 chains of thought are not that mysterious or alien or incomprehensible. you can read several examples in here:



From openai.com

💬 50    ⇄ 68    ♡ 884    📊 166K