# **EXHIBIT C**

| | |
|---|---|
| **From:** | Alter-AI-TT@simplelists.susmangodfrey.com on behalf of Geman, Rachel |
| **To:** | openaicopyrightlitigation.lwteam@lw.com; OpenAICopyright@mofo.com; KVPOAI@keker.com |
| **Cc:** | Alter-AI-TT@simplelists.susmangodfrey.com |
| **Subject:** | [EXT] Authors v. OAI: M/C on OAI"s Objections to Plaintiffs" 5th Set of RFPS (RFP No. 98) |
| **Date:** | Thursday, September 19, 2024 5:58:57 PM |

Counsel:

Thank you for serving your responses and objections to Plaintiffs' 5th Set of Requests (RFP No. 98). We do not believe your objections are well taken, and request a time to meet and confer next week if you are standing on them.

*First,* the request is not overbroad or vague, as it is limited to specific areas of concerns raised by 23 specifically-identified individuals. Each person has either been public about concerns with relevant issues to the case, or is the subject of documents or reporting leading to that inference. Indeed, we issued this very specific request in part based on your stated concerns about RFP Nos. 7-9 (which are still at issue).

*Second,* we do not agree with the relevance objections.  You implicitly acknowledge that at least some of the individuals raised concerns about issues that you agree are relevant to this case, yet you have not agreed to produce responsive documents about any of them. In addition, it seems you are redefining the issues in the case in your relevance objections: (a) this case is not limited to models that were used for ChatGPT, so the fact that someone may have raised relevant complaints or concerns about other models (or even only about other models) does not matter; and (b) you have not stated *which* categories of information are outside the scope of the case.

*Third,* your statement that you have already agreed to produce other documents - we observe that you stopped short of representing that are producing documents *responsive* to RFP No. 98 - is circular (to the extent that your concerns about and objections to earlier requests is in part what prompted this specific request) and also misplaced.  Specifically, you cited RFP Nos. 7-9, 25, 27, 28, 95, and 96.

- 7-9 - these have been the subject of extensive back-and-forth, and we are waiting on your response to our Sept. 17 email;
- 25, 27, 28 - these are not duplicative. In RFP No. 25, you only have agreed to produce formal written complaints (though it is not clear whether you have done so, given your statements in the m/c); in RFP No. 27, you have only agreed to produce documents about filtering, rather than any complaints or responses; and RFP No. 28 does not have sufficient overlap to be a substitute;
- Finally, RFP No. 95 was about comments by Mr. Altman to Senator Thomas Tillis—an entirely different person than any of the 23 at issue—and your response to RFP No. 96 was limited to your responses to him. We note that these responses are also the subject of current disputes.

Notwithstanding the above concerns, we want to work cooperatively to obtain the materials to which we are entitled. If your upshot position is that you are producing or have produced responsive documents to RFP No. 98, please identify the bates numbers of those documents by Sept. 24, so we

can review in advance of the status letter. In that case, you should supplement the responses so this is clear.

If, however, you are standing on your objections to search for and produce documents, please provide time for a meet and confer next week, as requested above, and please come prepared to explain why your responses to the identified eight requests are adequate to discharge your obligations under this request.

Best, Rachel

**Rachel Geman**
rgeman@lchb.com
t 212.355.9500
f 212.355.9592
Pronouns: she/her/hers
Lieff Cabraser Heimann & Bernstein, LLP
250 Hudson Street, 8th Floor
New York, NY 10013
www.lieffcabraser.com

This message is intended for the named recipients only. It may contain information protected by the attorney-client or work-product privilege. If you have received this email in error, please notify the sender immediately by replying to this email. Please do not disclose this message to anyone and delete the message and any attachments. Thank you.

To unsubscribe from this list please go to https://simplelists.susmangodfrey.com/confirm/?u=X6Pg6txcyqlld159vy6kOcBrRk9xfGYI