# Exhibit 4

**Page Vault**

| | |
|---|---|
| Document title: | (4) Jia Tolentino on X: "My one-person LLC is called "My Large Adult LLC" which is nice because even the most perfunctory emails sometimes look like this https://t.co/DzVYTVcZXe" / X |
| Capture URL: | https://x.com/jiatolentino/status/1126956932357591041 |
| Page loaded at (UTC): | Mon, 18 Nov 2024 22:48:58 GMT |
| Capture timestamp (UTC): | Mon, 18 Nov 2024 22:49:59 GMT |
| Capture tool: | 10.53.1 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Linux (Node 20.17.0) |
| PDF length: | 3 |
| Capture ID: | 2tfWqEQaLb6PJYvsBfio2j |
| Display Name: | Antonio.Pasillas |

PDF REFERENCE #:        okUpeaW8vCKgEEEKcdynmH

Home
Explore
Notifications 4
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More
Post

PSS Examiner
@ExaminerPss

← Post Reply

**Jia Tolentino**
@jiatolentino

My one-person LLC is called "My Large Adult LLC" which is nice because even the most perfunctory emails sometimes look like this

9:07 PM · May 10, 2019

3 · 21 · 1K · 4

Post your reply
Reply

**Annie K.** @anniekthelib · May 10, 2019
Genius.

**lexi** @LexxxAppeal · May 10, 2019
Honestly I aspire to be you

**Anna Merlan** @annamerlan · May 10, 2019
Mine has a name that was designed to mess with conspiracy theorists if they ever find it bc we are both relentlessly on brand
21

Search

## Relevant people

**Jia Tolentino** Follow
@jiatolentino
Rosie Perez in the credits of Do The Right Thing / writer @newyorker / author of Trick Mirror

## What's happening

**Warriors at Clippers**
Starts tomorrow

Actors · Trending
**Julie Andrews**
1,600 posts

Politics · Trending
**National Emergency**
59.2K posts

Politics · Trending
**PA Supreme Court**
52.6K posts

Trending in United States
**#AskShadow**
Trending with #AskSonic, To Shadow
2,750 posts

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ...
© 2024 X Corp.

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More

Post

PSS Examiner
@ExaminerPss

Post

Reply

**Anna Merlan** @annamerlan · May 10, 2019

Mine has a name that was designed to mess with conspiracy theorists if they ever find it bc we are both relentlessly on brand

21

Search

## Relevant people

**Jia Tolentino**
@jiatolentino
Follow

Rosie Perez in the credits of Do The Right Thing / writer @newyorker / author of Trick Mirror

## What's happening

**Warriors at Clippers**
Starts tomorrow

Actors · Trending
**Julie Andrews**
1,600 posts

Politics · Trending
**National Emergency**
59.2K posts

Politics · Trending
**PA Supreme Court**
52.6K posts

Trending in United States
**#AskShadow**
Trending with #AskSonic, To Shadow
2,750 posts

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2024 X Corp.



