# EXHIBIT 1

# ENTIRETY OF EXHIBIT REDACTED