# EXHIBIT 2

# ENTIRETY OF EXHIBIT REDACTED