# EXHIBIT 3

# ENTIRETY OF EXHIBIT REDACTED