# EXHIBIT 4

# ENTIRETY OF EXHIBIT REDACTED