# EXHIBIT 5

# ENTIRETY OF EXHIBIT REDACTED