# EXHIBIT 2

AO 88B (Rev. 12/13) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| JONATHAN ALTER, et al., *Plaintiff* v. OpenAI, Inc. et al. *Defendant* | Civil Action No. 1:23-cv-08292; 1:23-cv-10211 |

**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

To: Hachette Book Group

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

See Attachment A

| Place: Susman Godfrey LLP, One Manhattan West, New York, NY 10001 | Date and Time: 06/23/2024 5:00 pm |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 05/24/2024

| *CLERK OF COURT* | OR | /s/Reetu Sinha |
|---|---|---|
| Signature of Clerk or Deputy Clerk | | Attorney's signature |

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Fiction and Non-Fiction Plaintiffs and the Proposed Class, who issues or requests this subpoena, are:

Reetu Sinha and Alejandra Salinas, Susman Godfrey LLP, 1000 Louisiana St, Houston, TX 77002

**Notice to the person who issues or requests this subpoena**

A notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 12/13) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 1:23-cv-08292; 1:23-cv-10211

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:

AO 88B  (Rev.  12/13) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action(Page 3)

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

  **(1)** *For a Trial, Hearing, or Deposition.* A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
   **(A)** within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
   **(B)** within the state where the person resides, is employed, or regularly transacts business in person, if the person
     **(i)** is a party or a party's officer; or
     **(ii)** is commanded to attend a trial and would not incur substantial expense.

  **(2)** *For Other Discovery.* A subpoena may command:
   **(A)** production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
   **(B)** inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

  **(1)** *Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

  **(2)** *Command to Produce Materials or Permit Inspection.*
   **(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
   **(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
     **(i)** At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
     **(ii)** These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

  **(3)** *Quashing or Modifying a Subpoena.*
   **(A)** *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:
     **(i)** fails to allow a reasonable time to comply;
     **(ii)** requires a person to comply beyond the geographical limits specified in Rule 45(c);
     **(iii)** requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
     **(iv)** subjects a person to undue burden.
   **(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:
     **(i)** disclosing a trade secret or other confidential research, development, or commercial information; or
     **(ii)** disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
   **(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
     **(i)** shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
     **(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

  **(1)** *Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:
   **(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
   **(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
   **(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
   **(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

  **(2)** *Claiming Privilege or Protection.*
   **(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
     **(i)** expressly make the claim; and
     **(ii)** describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
   **(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

---

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AUTHORS GUILD, *et al.*, individually and on behalf of others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> OPENAI INC., *et al.*, <br><br> Defendants. | ECF CASE <br><br> No. 1:23-cv-08292-SHS <br> No. 1:23-cv-10211-SHS |
| JONATHAN ALTER, *et al.*, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> OPENAI, INC., *et al.*, <br><br> Defendants. | **Plaintiffs' Subpoena to Hachette Book Group** |

### ATTACHMENT A TO DOCUMENT SUBPOENA TO HACHETTE BOOK GROUP

Pursuant to Rule 45 of the Federal Rules of Civil Procedure, Plaintiffs in the above-captioned civil action command **You** to produce the materials described below, on or before June 23, 2024, at the location shown on the attached subpoena. Plaintiffs are also amenable to an electronic production.

## **DEFINITIONS**

1.      "**Action**" means the above captioned litigations, *Authors Guild, et. al., v. OpenAI, et. al.*, No. 1:23-cv-08292-SHS (S.D.N.Y.) and *Jonathan Atler, et al., v. Open AI Inc. et al.,* No. 1:23-cv-10211-SHS (S.D.N.Y.).

2.      "**BISAC code**" means the nine-digit alphanumeric code detailing a book's category and subcategory.

3.      "**You**" and "**Your**" means Hachette Book Group, Grand Central Publishing, Warner Books, Hodder and Stoughton, Vision, Public Affairs Press, Black Bay Books, Orion Books, and any of their directors, officers, employees, partners, members, representatives, agents (**Including** attorneys, accountants, consultants, investment advisors or bankers), and any other person acting or purporting to act on their behalf, as well as corporate parents, subsidiaries, affiliates, predecessor entities, successor entities, divisions, departments, groups, acquired entities, related entities, or any other entity acting or purporting to act on their behalf.

4.      "**OpenAI**" means OpenAI, Inc., OpenAI GP, LLC, OpenAI, LLC, OpenAI OPCO LLC, OpenAI Global LLC, OAI Corporation, LLC, OpenAI Holdings, LLC, and any of their directors, officers, employees, partners, members, representatives, agents (**Including** attorneys, accountants, consultants, investment advisors or bankers), and any other person acting or purporting to act on their behalf, as well as corporate parents, subsidiaries, affiliates, predecessor entities, successor entities, divisions, departments, groups, acquired entities, related entities, or any other entity acting or purporting to act on their behalf.

5.      "**Microsoft**" means Microsoft Corporation, any of their directors, officers, employees, partners, members, representatives, agents (**Including** attorneys, accountants, consultants, investment advisors or bankers), and any other person acting or purporting to act on their behalf, as well as corporate parents, subsidiaries, affiliates, predecessor entities, successor

entities, divisions, departments, groups, acquired entities, related entities, or any other entity acting or purporting to act on their behalf.

6. "**Defendants**" means the defendants in this **Action**, **OpenAI** and **Microsoft**, as defined above.

7. "**Communication**" means the conveyance (in the form of facts, ideas, thoughts, opinions, data, inquiries or otherwise) of information and **Includes** correspondence, memoranda, reports, presentations, face-to-face conversations, telephone conversations, text messages, instant messages, voice messages, negotiations, agreements, inquiries, understandings, meetings, letters, notes, mail, email, exchanges of recorded information, and postings of any type. **Communications Includes** instances where one party disseminates information that the other party receives but does not respond to.

8. "**Concern**" or "**Concerning**" means to be the subject of, make reference to, comment on, discuss, describe, identify, or contain text or images about the stated topic.

9. "**Documents**" means all materials within the full scope of Federal Rule of Civil Procedure 34 **Including** all writings and recordings, **Including** the originals, drafts and all non-identical copies, whether different from the original by reason of any notation made on such copies or otherwise (**Including** email and attachments, correspondence, memoranda, notes, diaries, statistics, letters, telegrams, minutes, contracts, reports, studies, checks, statements, tags, labels, invoices, brochures, periodicals, receipts, returns, summaries, pamphlets, books, interoffice and intra-office communications, instant messages, chats, offers, notations of any sort of conversations, working papers, applications, permits, file wrappers, indices, telephone calls, meetings or printouts, teletypes, telefax, invoices, worksheets, and all drafts, alterations, modifications, changes and amendments of any of the foregoing), graphic or aural representations of any kind (**Including** photographs, charts, microfiche, microfilm, videotape, recordings, motion

pictures, plans, drawings, surveys), and electronic, mechanical, magnetic, optical, or electric records or representations of any kind (**Including** computer files and programs, tapes, cassettes, discs, and recordings), **Including** metadata.

10. "**Including**" means including but not limited to.

11. "**Large Language Model**" or "**LLM**" means deep learning algorithm that can perform a variety of natural language processes, trained on large datasets, including, but not limited to, ChatGPT, GPT-3.5, and GPT-4.

12. "**Relate to**" or "**Relating**" means concerning, referring to, describing, evidencing or constituting, in whole or in part.

## INSTRUCTIONS

1. Please produce each **Document** requested herein in its entirety and without deletion or excisions, regardless of whether **You** consider the entire document to be relevant or responsive.

2. If any **Document** is known to have existed but no longer exists, has been destroyed, or is otherwise unavailable, please identify the **Document**, the reason for its loss, destruction, or unavailability, the name of each person known or reasonably believed by **You** to have had possession, custody, or control of the original and any copy thereof (if applicable), and a description of the disposition of each copy of the **Document**.

3. If no **Documents** responsive to a particular request exist, please state that no responsive **Documents** exist.

4. Construe the conjunctions "and" and "or" non-restrictively or nonexclusively if doing so would bring within the scope of these Requests **Documents** that might otherwise be construed to be outside of their scope.

5. Construe the use of the singular to include the plural; the use of the masculine,

feminine, or neuter gender to include the others; and the use of one form of the verb to include the others if doing so would bring within the scope of these Requests **Documents** that might otherwise be construed to be outside of their scope.

## DOCUMENT REQUESTS

**Request No 1:** Text-searchable copies of the final, as-published version of the work for each work detailed in Exhibit 1, in PDF format.

**Request No 2:** All **Documents** and **Communications** between **You** and **Defendants** made after January 1, 2019.

**Request No 3:** All **Documents** and **Communications** between **You** and any person or entity, including, but not limited to **Defendants**, related to licensing for **Large Language Models**, including, but not limited to, Generative AI licenses and licenses for text and data mining.

**Request No 4: Documents** sufficient to demonstrate the **BISAC code** for each work detailed in Exhibit 1.

Dated: May 24, 2024

                                           */s/ Rohit Nath*
                                           Justin A. Nelson (*pro hac vice*)
                                           Alejandra C. Salinas (*pro hac vice*)
                                           SUSMAN GODFREY L.L.P.
                                           1000 Louisiana Street, Suite 5100

Houston, TX 77002
Tel.: 713-651-9366
jnelson@susmangodfrey.com
asalinas@susmangodfrey.com

Rohit D. Nath (*pro hac vice*)
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Tel.: 310-789-3100
rnath@susmangodfrey.com

Charlotte Lepic
J. Craig Smyser
SUSMAN GODFREY L.L.P.
One Manhattan
New York, New York 10001
Tel.: 212-336-8330
clepic@susmangodfrey.com
csmyser@susmangodfrey.com

*/s/ Rachel Geman*
Rachel Geman
LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, New York 10013-1413
Tel.: 212-355-9500
rgeman@lchb.com

Reilly T. Stoler (*pro hac vice*)
LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Tel.: 415-956-1000
rstoler@lchb.com

Wesley Dozier (*pro hac vice*)
LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP
222 2nd Avenue, Suite 1640
Nashville, TN 37201
Tel.: 615-313-9000
wdozier@lchb.com

/s/ *Scott J. Sholder*
Scott J. Sholder
CeCe M. Cole
COWAN DEBAETS ABRAHAMS
& SHEPPARD LLP
41 Madison Avenue, 38th Floor
New York, New York 10010
Tel.: 212-974-7474
ssholder@cdas.com
ccole@cdas@com

***Attorney for Plaintiffs and the Proposed Fiction and Nonfiction Author Classes***

# EXHIBIT 1

# Exhibit 1

| Imprint | Author | Work | ISBN |
|---|---|---|---|
| Black Bay Books | Connelly, Michael | The Blue Religion: An Introduction | 9780316012652 |
| Grand Central Publishing | Baldacci, David | A Gambling Man | 9781538719688 |
| Grand Central Publishing | Baldacci, David | A Minute to Midnight | 9781538761632 |
| Grand Central Publishing | Baldacci, David | Daylight | 9781538761656 |
| Grand Central Publishing | Baldacci, David | Deliver Us from Evil | 9781538737811 |
| Grand Central Publishing | Baldacci, David | Divine Justice | 9780446544887 |
| Grand Central Publishing | Baldacci, David | End Game | 9781455586615 |
| Grand Central Publishing | Baldacci, David | First Family | 9780446539746 |
| Grand Central Publishing | Baldacci, David | Hell's Corner | 9780446571418 |
| Grand Central Publishing | Baldacci, David | Hour Game: a Novel | 9781538709580 |
| Grand Central Publishing | Baldacci, David | Long Road to Mercy | 9781538761533 |
| Grand Central Publishing | Baldacci, David | Memory Man | 9781455559817 |
| Grand Central Publishing | Baldacci, David | No Man's Land | 9781455586530 |
| Grand Central Publishing | Baldacci, David | No Time Ledt | 9781455504398 |
| Grand Central Publishing | Baldacci, David | One Good Deed | 9781538750568 |
| Grand Central Publishing | Baldacci, David | One Summer | 9780446583169 |
| Grand Central Publishing | Baldacci, David | Redemption | 9781538761458 |
| Grand Central Publishing | Baldacci, David | Saving Faith | 9781538701133 |
| Grand Central Publishing | Baldacci, David | Simple Genius | 9780446618731 |
| Grand Central Publishing | Baldacci, David | Split Second | 9781538720042 |

| Grand Central Publishing | Baldacci, David | Stone Cold | 9780446615648 |
|---|---|---|---|
| Grand Central Publishing | Baldacci, David | The Christmas Train | 9781455532940 |
| Grand Central Publishing | Baldacci, David | The Collectors | 9780446615631 |
| Grand Central Publishing | Baldacci, David | The Fallen | 9781538761380 |
| Grand Central Publishing | Baldacci, David | The Fix | 9781455586547 |
| Grand Central Publishing | Baldacci, David | The Guilty | 9781455586400 |
| Grand Central Publishing | Baldacci, David | The Last Mile | 9781455586462 |
| Grand Central Publishing | Baldacci, David | The Simple Truth | 9781538711903 |
| Grand Central Publishing | Baldacci, David | The Sixth Man | 9780446573092 |
| Grand Central Publishing | Baldacci, David | The Target | 9781455521180 |
| Grand Central Publishing | Baldacci, David | The Whole Truth | 9781538701140 |
| Grand Central Publishing | Baldacci, David | True Blue | 9780446561976 |
| Grand Central Publishing | Baldacci, David | Walk the Wire | 9781538761472 |
| Grand Central Publishing | Baldacci, David | Zero Day | 9780446573023 |
| Grand Central Publishing | Connelly, Michael | City of Bones: a novel | 9781455550685 |
| Grand Central Publishing | Connelly, Michael | Lost Light | 9781455550692 |
| Grand Central Publishing | Connelly, Michael | The Closers | 9781455550715 |
| Grand Central Publishing | Connelly, Michael | The Concrete Blonde | 9781455550630 |
| Grand Central Publishing | Connelly, Michael | The Narrows | 9781455550708 |
| Grand Central Publishing | Connelly, Michael | The Poet | 9781478948315 |
| Grand Central Publishing | Connelly, Michael | The Poet | 9781478948315 |
| Grand Central Publishing | Connelly, Michael | The Scarecrow | 9781478948285 |
| Grand Central Publishing | Connelly, Michael | The Wrong Side of Goodbye | 9781455524204 |

| | | | |
|---|---|---|---|
| Grand Central Publishing | Eberhart, Mignon G. | Alpine condo crossfire | 9780394537665 |
| Grand Central Publishing | Eberhart, Mignon G. | Three Days for Emeralds | 9780446352475 |
| Grand Central Publishing | Turow, Scott | Identical | 9781455527205 |
| Grand Central Publishing | Turow, Scott | Innocent | 9780446562423 |
| Grand Central Publishing | Turow, Scott | Ordinary Heroes | 9780446697422 |
| Grand Central Publishing | Turow, Scott | Personal Injuries | 9780446584142 |
| Grand Central Publishing | Turow, Scott | Pleading Guilty | 9780446584159 |
| Grand Central Publishing | Turow, Scott | Presumed Innocent | 9781478948445 |
| Grand Central Publishing | Turow, Scott | Reversible Errors | 9780446584166 |
| Grand Central Publishing | Turow, Scott | Testimony | 9781455553549 |
| Grand Central Publishing | Turow, Scott | The Burden of Proof | 9780446584173 |
| Grand Central Publishing | Turow, Scott | The Last Trial | 9781538748138 |
| Grand Central Publishing | Turow, Scott | The Last Trial | 9781538748138 |
| Grand Central Publishing | Turow, Scott | The Law of Our Fathers | 9780374184230 |
| Hachette | Baldacci, David | Bullseye: An Original Will Robie / Camel Club Short Story | 9781455557288 |
| Hodder & Stoughton | James, Eloisa | An Affair Before Christmas | 9780061245541 |
| Hodder & Stoughton | James, Eloisa | When the Duke Returns | 9780061245602 |
| Hodder and Stoughton | Winchester, Simon | Outposts | 9780060598617 |
| Orion Books | Connelly, Michael | A darkness more than night: a novel | 9781455550678 |
| Orion Books | Connelly, Michael | The Last Coyote | 9781455550647 |
| Public Affairs Press | Okrent, Daniel | Public Editor #1 | 9781586484002 |
| Vision | Connelly, Michael | The Black Ice | 9781455550623 |
| Warner Books | Baldacci, David | Absolute power | 9780446603584 |
| Warner Books | Baldacci, David | The Winner | 9781538711798 |
| Warner Books | Baldacci, David | Total Control | 9781538711804 |

| Warner Books | Baldacci, David | Wish You Well | 9780446699488 |
| Warner Books | Baldacci, David | Wish You Well | 9780446699488 |
| Warner Books | Connelly, Michael | Blood work | 9781478948322 |
| Warner Books | Connelly, Michael | Chasing the dime | 9780446611626 |
| Warner Books | Connelly, Michael | Chasing the Dime: a novel | 9780446611626 |