# EXHIBIT B

# Entirety of Exhibit Redacted