UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AUTHORS GUILD, DAVID BALDACCI, MARY BLY, MICHAEL CONNELLY, SYLVIA DAY, JONATHAN FRANZEN, JOHN GRISHAM, ELIN HILDERBRAND, CHRISTINA BAKER KLINE, MAYA SHANBHAG LANG, VICTOR LAVALLE, GEORGE R.R. MARTIN, JODI PICOULT, DOUGLAS PRESTON, ROXANA ROBINSON, GEORGE SAUNDERS, SCOTT TUROW, and RACHEL VAIL, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>OPENAI INC., OPENAI LP, OPENAI LLC, OPENAI GP LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION LLC, OPENAI HOLDINGS LLC, OPENAI STARTUP FUND I LP, OPENAI STARTUP FUND GP I LLC, and OPENAI STARTUP FUND MANAGEMENT LLC,<br><br>Defendants. | No. 1:23-cv-08292-SHS-OTW |
| JONATHAN ALTER, KAI BIRD, TAYLOR BRANCH, RICH COHEN, EUGENE LINDEN, DANIEL OKRENT, JULIAN SANCTON, HAMPTON SIDES, STACY SCHIFF, JAMES SHAPIRO, JIA TOLENTINO, and SIMON WINCHESTER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>OPENAI, INC., OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LCC, OAI CORPORATION, LLC, OPENAI HOLDINGS, LLC, and MICROSOFT CORPORATION,<br><br>Defendants. | No. 1:23-cv-10211-SHS-OTW |

## DEFENDANTS' MOTION FOR LEAVE TO FILE UNDER SEAL

Pursuant to Section IV of this Court's Individual Practices in Civil Cases, defendants OpenAI, Inc., OpenAI LP, OpenAI GP, LLC, OpenAI LLC, OpenAI OpCo LLC, OpenAI Global LLC, OAI Corporation LLC, and OpenAI Holdings, LLC (collectively, "OpenAI") seek leave to file under seal:

- Limited portions of OpenAI's Opposition to Plaintiffs' letter brief regarding Plaintiffs' requests for production of documents on the Data Working Group ("DWG Opp.") that reference or summarize confidential materials;

- Limited portions of the Declaration of Ashley Pantuliano ("Pantuliano Declaration" or "Pantaliano Decl.") in support of the DWG Opp. that reference or summarize confidential materials; and

- Exhibit C to the Pantuliano Declaration, which contains business information or communications that have been designated as confidential or highly confidential pursuant to the Protective Order in this case (ECF No. 148).

For the reasons stated in OpenAI's accompanying memorandum of law, which is also submitted in support of OpenAI's Response to Plaintiff's Motion for Leave to File Under Seal, OpenAI respectfully requests the Court grant its motion for leave to file under seal.

Dated: November 22, 2024                    Respectfully Submitted,

By: /s/ *Vera Ranieri*

**MORRISON & FOERSTER LLP**
Joseph C. Gratz (*pro hac vice*)
  jgratz@mofo.com
Andrew L. Perito (*pro hac vice*)
  aperito@mofo.com
Vera Ranieri (*pro hac vice*)
  vranieri@mofo.com
425 Market Street
San Francisco, CA 94105
Telephone: 415.268.7000

Rose S. Lee (*pro hac vice*)
  roselee@mofo.com
707 Wilshire Boulevard, Suite 6000
Los Angeles, CA 90017-3543
Telephone: 213.892.5200

Carolyn M. Homer (*pro hac vice*)
  cmhomer@mofo.com
2100 L Street, NW, Suite 900
Washington, DC 20037
Telephone: 202.650.4597

Jocelyn E. Greer
  jgreer@mofo.com
Emily C. Wood
  ewood@mofo.com
Eric K. Nikolaides
  enikolaides@mofo.com
250 West 55th St.
New York, NY 10019-9601
Telephone: 212.468.8000

By: /s/ *Elana Nightingale Dawson*

**LATHAM & WATKINS LLP**
Andrew M. Gass (*pro hac vice*)
  andrew.gass@lw.com
Joseph R. Wetzel
  joseph.wetzel@lw.com
505 Montgomery Street, Suite 2000

    San Francisco, CA 94111
    Telephone: 415.391.0600

    Sarang V. Damle
     *sy.damle@lw.com*
    Elana Nightingale Dawson (*pro hac vice*)
     *elana.nightingaledawson@lw.com*
    555 Eleventh Street, NW, Suite 1000
    Washington, D.C. 20004
    Telephone: 202.637.2200

    Allison L. Stillman
     *alli.stillman@lw.com*
    Michael A. David
     *michael.david@lw.com*
    Rachel R. Blitzer
     *rachel.blitzer@lw.com*
    Herman H. Yue
     *herman.yue@lw.com*
    Luke A. Budiardjo
     *luke.budiardjo@lw.com*
    1271 Avenue of the Americas
    New York, NY 10020
    Telephone: 212.906.1200


By: /s/ *Christopher S. Sun*

  **KEKER, VAN NEST & PETERS LLP**
  Robert A. Van Nest (*pro hac vice*)
   *rvannest@keker.com*
  Paven Malhotra
   *pmalhotra@keker.com*
  Michelle S. Ybarra (*pro hac vice*)
   *mybarra@keker.com*
  Nicholas S. Goldberg (*pro hac vice*)
   *ngoldberg@keker.com*
  Thomas E. Gorman (*pro hac vice*)
   *tgorman@keker.com*
  Katie Lynn Joyce (*pro hac vice*)
   *kjoyce@keker.com*
  Sarah Salomon (*pro hac vice*)
   *ssalomon@keker.com*
  R. James Slaughter (*pro hac vice*)
   *rslaughter@keker.com*
  Christopher S. Sun (*pro hac vice*)

    *csun@keker.com*
Andrew S. Bruns (*pro hac vice*)
  *abruns@keker.com*
Andrew Dawson (*pro hac vice*)
  *adawson@keker.com*
Edward A. Bayley (*pro hac vice*)
  *ebayley@keker.com*

33 Battery Street
San Francisco, CA 94111-1809
Telephone: 415.391.5400

*Attorneys for OpenAI Defendants*

6