# EXHIBIT B

# Supreme Court of Virginia

## AT RICHMOND

## Certificate

I, Muriel-Theresa Pitney, Clerk of the Supreme Court of Virginia, do hereby certify that

Brianna Lynn Silverstein

was admitted to practice as an attorney and counsellor at the bar of this Court on January 13, 2010.

I further certify that so far as the records of this office are concerned, Brianna Lynn Silverstein is a member of the bar of this Court in good standing.

Witness my hand and seal of said Court
This 22nd day of November
A.D. 2024

By: _____
Deputy Clerk