UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AUTHORS GUILD, *et al.*, individually and on behalf of others similarly situated,<br><br>       Plaintiffs,<br><br>  v.<br><br>OPENAI INC., *et al.*,<br>       Defendants.<br><br>JONATHAN ALTER, *et al.*, on behalf of themselves and all others similarly situated,<br><br>       Plaintiffs,<br><br>  v.<br><br>OPENAI INC., *et al.*,<br>       Defendants. | Case No. 1:23-cv-08292 (SHS) (OTW) |

## NOTICE OF OBJECTION TO DISCOVERY ORDERS AT ECF 290

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, and all pleadings and proceedings referenced therein, OpenAI Inc., OpenAI OpCo LLC, OpenAI GP LLC, OpenAI LLC, OpenAI Global LLC, OAI Corporation LLC, OpenAI Holdings LLC, OpenAI Startup Fund I LP, OpenAI Startup Fund GP I LLC, and OpenAI Startup Fund Management LLC (the "OpenAI Defendants") move this Court, before the Honorable Sidney H. Stein in Courtroom 23A of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007, for an order pursuant to Federal Rule of Civil Procedure 72(a) setting aside the discovery order at ECF 290 and directing

Plaintiffs to provide the discovery at issue, and ordering any such other further relief as this Court may deem just and proper.

Dated:  December 23, 2024                Respectfully submitted,

By: /s/ *Elana Nightingale Dawson*

**LATHAM & WATKINS LLP**
    Andrew M. Gass (*pro hac vice*)
     andrew.gass@lw.com
    Joseph R. Wetzel
     joseph.wetzel@lw.com
    505 Montgomery Street, Suite 2000
    San Francisco, CA 94111
    Telephone: 415.391.0600
    Sarang V. Damle
     sy.damle@lw.com
    Michael A. David
     michael.david@lw.com
    Elana Nightingale Dawson (*pro hac vice*)
     elana.nightingaledawson@lw.com
    555 Eleventh Street, NW, Suite 1000
    Washington, D.C. 20004
    Telephone: 202.637.2200
    Allison L. Stillman
     alli.stillman@lw.com
    Rachel R. Blitzer
     rachel.blitzer@lw.com
    Herman H. Yue
     herman.yue@lw.com
    1271 Avenue of the Americas
    New York, NY 10020
    Telephone: 212.751.4864

By: /s/ *John R. Lanham*

**MORRISON & FOERSTER LLP**
    Joseph C. Gratz (*pro hac vice*)
     jgratz@mofo.com
    Vera Ranieri (*pro hac vice*)
     vranieri@mofo.com
    Andrew L. Perito (*pro hac vice*)
     aperito@mofo.com
    Tiffany Cheung (*pro hac vice*)
     tcheung@mofo.com
    425 Market Street

San Francisco, CA 94105
Telephone: 415.268.7000
Carolyn M. Homer
  *cmhomer@mofo.com*
2100 L Street, NW, Suite 900
Washington, DC 20037
Telephone: 202.650.4597

Eric K. Nikolaides
  *enikolaides@mofo.com*
Emily Wood
  *ewood@mofo.com*
250 West 55th Street
New York, NY 10019
Telephone: 212.336.4123

Rose S. Lee (*pro hac vice*)
  *roselee@mofo.com*
707 Wilshire Boulevard, Suite 6000
Los Angeles, CA 90017-3543
Telephone: 213.892.5200

John R. Lanham (*pro hac vice*)*
  *jlanham@mofo.com*
12531 High Bluff Drive
San Diego, CA 92130-2040
Telephone: 858.720.5100

By: /s/ *Andrew F. Dawson*

**KEKER, VAN NEST & PETERS LLP**
Robert A. Van Nest (*pro hac vice*)
  *rvannest@keker.com*
Paven Malhotra
  *pmalhotra@keker.com*
Michelle S. Ybarra (*pro hac vice*)
  *mybarra@keker.com*
Nicholas S. Goldberg (*pro hac vice*)
  *ngoldberg@keker.com*
Thomas E. Gorman (*pro hac vice*)
  *tgorman@keker.com*
Katie Lynn Joyce (*pro hac vice*)
  *kjoyce@keker.com*
Christopher S. Sun (*pro hac vice*)
  *csun@keker.com*
R. James Slaughter (*pro hac vice*)
  *rslaughter@keker.com*
Edward A. Bayley (*pro hac vice*)

      *ebayley@keker.com*
Andrew F. Dawson (*pro hac vice*)*
  *adawson@keker.com*
Andrew S. Bruns (*pro hac vice*)
  *abruns@keker.com*
Edward A. Bayley (pro hac vice)
  *ebayley@keker.com*
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415.391.5400

*Attorneys for OpenAI*

*All parties whose electronic signatures are included herein have consented to the filing of this document in accordance with Rule 8.5(b) of the Court's ECF Rules and Instructions.