# EXHIBIT C

## Ziff Davis Federally Trademarks and Pending Applications

| Trademark | Registration No. | Pending Application No. |
|---|---|---|
| ABERDEEN GROUP | 2256783; 2262547 | |
| ASKMEN | 5452659; 3494771 | |
| BABYCENTER | 6125634; 3230698; 3598894; 2237861; 6120142 | |
| BLACKFRIDAY.COM | 5980844 | |
| CAMPAIGNER | 6817295; 2790079; 4422673; 4448562; 4527938; 4531859; 4531859; 4637880; 4589601 | |
| CASTLE CONNOLLY | 3989297; 2242434; 6960288 | |
| CASTLE CONNOLLY TOP DOCTORS | 3989296 | |
| CNET | 7057152; 7057153; 7057154; 2129863; 2163213; 1888794; | 97249709 |

1

|  | 2175989; 5598925; 5598924 |  |
|---|---|---|
| DAILYOM | 5295177; 3001416 |  |
| DEALS OF AMERICA | 4133376; 5284571 |  |
| DIABETES DAILY | 5573565 |  |
| DIGITAL FOUNDRY | 6045599; 6045598 |  |
| DOWNDETECTOR | 5839013 |  |
| EKAHAU | 6026792; 7597859; 7597861; 3112653; 5900609; 5810287; 5906582; 5906581; 5673154; 5906583; 5538145; 5906584; 6041936; 5700974; 5803126 | 99084837 |
| EVERYDAY HEALTH | 3892193; 4158204; 5600448; 5901184 |  |
| EVOICE | 3232401; 3241256 |  |

| | | |
|---|---|---|
| EXCEL MICRO | 4747640; 4747641 | |
| EXTREMETECH | 7824215 | |
| FULLCONTACT | 7167505 | |
| GAMESINDUSTRY.BIZ | 6541470 | |
| GEEK.COM | 3224722 | |
| HEALTH ECAREERS | 5251656; 5477523 | |
| HOWLONGTOBEAT | 6626911 | |
| HUMBLE | 4501010; 4597050; 6090723; 6237436; 4609042; 7827005 | |
| I LOGO (ICONTACT) | 7511813 | |
| I LOGO DARK BACKGROUND (ICONTACT) | 7511812 | |
| I-CONTACT | 3219583; 3884692; 3891742 | |
| IGN | 2948245; 3913019; 3844480; 3844481; 3844482; 5021618; 5395751; 2681579; | |

3

|  | 5021616; 5021617 |  |
|---|---|---|
| INSPIRED ELEARNING | 6072679; 6246337; 5744859; 5931065; 5931064; 5744858 | 99126228 |
| IPVANISH | 4470572; 6140026; 4740063 |  |
| KICKBOX | 5179509; 5179511; 5179508; 5179512 |  |
| LIFEHACKER | 3274709 |  |
| LINE2 | 4026549 |  |
| LIVEDRIVE | 5222865; 5517605 |  |
| LOSE IT! | 3900303; 3900304; 4685086; 5064486; 7309756 |  |
| MAPGENIE | 7547119 |  |
| MASHABLE | 4339040 |  |
| MEDPAGE TODAY | 3130597 |  |
| MIGRAINEAGAIN | 6746693 |  |
| MOM 2.0 | 5154922; 4493995 |  |

| | | |
|---|---|---|
| MOZ | 4451758; 4755807; 4121632; 4237675 | |
| OFFERS.COM | 5598289 | |
| OOKLA | 3988191; 4239996; 5306685; 4913264; 7084505 | |
| OUTSIDE XTRA | 5981033 | |
| OXVENTURE | 7178521 | |
| PC | 4714983 | |
| PC MAGAZINE | 2590967; 4714982; 3542630; 4714984; 5136871; 7603781; 5640918; 5127192 | |
| PRIME | 2926142; 3010565 | |
| RETAILMENOT | 3935181; 4349252; 4349253; 4349254; 4349251; | |
| | 4349255; 5702462; 5871204 | |

| | | |
|---|---|---|
| ROCK PAPER SHOTGUN | 4216425; 5971114; 5971114 | |
| ROOTMETRICS | 4028006; 5018283; 5036907; 5036908; 5191525; 4028007; 5018284; 5036909; 5036910 | |
| SPEEDTEST | 4047266; 4982850; 5056423 | |
| SPICEWORKS | 3266430; 4477648; 5390477; 3767166; 4712605 | |
| STAT SEARCH ANALYTICS | 5010562 | |
| STREAMSEND | 3275060 | |
| STRONG VPN | 4724827; 6069221; 6074446; | |
| SUGARSYNC | 3577503; 3722938 | |
| TECHBARGAINS.COM | 2405796 | |

| | | |
|---|---|---|
| THESKIMM | 4320652; 5201042; 5570386; 6881473; 5905147; 6767956; 6487185; 6494185; 6487186; 6487367; 6522289; 6007135 | |
| VIPRE | 5674158; 3595400; 5770295 | |
| Z | 2619612 | |
| ZD | 6859318; 7034258 | |
| ZDB2B | 5821875 | |
| ZDNET | 2333430; 3900220; 3900221; 3900222; 7156979; 7489673; 7496429 | 97528798 |
| ZIFF DAVIS | 4107486; 7346739; 5821876 | |
| ZIFF MEDIA GROUP | 6182683 | |
| ZZZ ZIFF MEDIA GROUP | 6187764; 6202364 | |