# EXHIBIT E

**January 28, 2025 *Lifehacker* Article**

**ChatGPT Output**

### These Nothing Wireless Earbuds Are at Their Lowest Price Ever

If you value smart features and strong audio, these earbuds offer great value—especially at this price.

Prateeksha Sharma    January 28, 2025

We may earn a commission from links on this page.
Deal pricing and availability subject to change after time of publication.

The Nothing Ear wireless earbuds are currently $144, down from $159—their lowest price ever, according to price trackers. They work with Bluetooth 5.3 and support high-quality codecs like LDAC, so you get clear, detailed audio, especially on Android devices. They also feature multipoint pairing, allowing you to connect with up to two devices at once. Battery life is a little over 5 hours with ANC on (eight with it off) plus an additional 18 hours with ANC (or up to 32 hours without it) from the charging case. Speaking of, charging is handled via USB-C, using the included cable or wireless charging, though it's a bit slow at 2.5W.

Sound-wise, the earbuds' 11mm ceramic drivers, paired with two vents for improved airflow and bass, deliver rich sound across a frequency range of 20Hz to 20kHz. Reviews note the bass is full and distortion-free even at higher volumes. If you like to customize your audio, the companion app offers an eight-band EQ, or you can choose from sound presets. The noise cancellation is good enough to cut out low-frequency sounds like the buzz of a crowded restaurant (though some mids and highs still sneak through).

The on-earbud controls allow you to manage playback, take calls, and switch between ANC and transparency modes with a pinch (customizable via the app). If you're using the latest Nothing OS and have ChatGPT, there's also a pinch-to-speak feature that lets you interact directly with the AI, turning the earbuds into a smart assistant.

The buds have an IP54 rating, making them dust-resistant and able to handle light rain or sweat. The charging case, rated IP55, offers the same dust resistance as the earbuds, but is prone to scratches, or so notes this PCMag review. If you need something more durable, you might want to check out the IP68-rated Jabra Elite 8 Active ($193.75), and if you need better ANC, the Anker Soundcore Liberty 4 NC earphones make for a great alternative at $69.99 (down from $99.99).

---

The Nothing Ear wireless earbuds are currently $144, down from $159—their lowest price ever, according to price trackers. They work with Bluetooth 5.3 and support high-quality codecs like LDAC, so you get clear, detailed audio, especially on Android devices. They also feature multipoint pairing, allowing you to connect with up to two devices at once. Battery life is a little over 5 hours with ANC on (eight with it off) plus an additional 18 hours with ANC (or up to 32 hours without it) from the charging case. Speaking of, charging is handled via USB-C, using the included cable or wireless charging, though it's a bit slow at 2.5W. Sound-wise, the earbuds' 11mm ceramic drivers, paired with two vents for improved airflow and bass, deliver rich sound across a frequency range of 20Hz to 20kHz. Reviews note the bass is full and distortion-free even at higher volumes. If you like to customize your audio, the companion app offers an eight-band EQ, or you can choose from sound presets. The noise cancellation is good enough to cut out low-frequency sounds like the buzz of a crowded restaurant (though some mids and highs still sneak through). The on-earbud controls allow you to manage playback, take calls, and switch between ANC and transparency modes with a pinch (customizable via the app). If you're using the latest Nothing OS and have ChatGPT, there's also a pinch-to-speak feature that lets you interact directly with the AI, turning the earbuds into a smart assistant. The buds have an IP54 rating, making them dust-resistant and able to handle light rain or sweat. The charging case, rated IP55, offers the same dust resistance as the earbuds, but is prone to scratches, or so notes this PCMag review. If you need something more durable, you might want to check out the IP68-rated Jabra Elite 8 Active ($193.75), and if you need better ANC, the Anker Soundcore Liberty 4 NC earphones make for a great alternative at $69.99 (down from $99.99).    Lifehacker  +7

| **November 22, 2024 *Mashable* Article** | **ChatGPT Output** |
|---|---|
| **A pigeon-like robot could help improve aviation**<br><br>It's all about maintaining balance during turbulence.<br><br>By Teodosia Dobrivanova on November 22, 2024    f   X   🔖<br><br>A pigeon-inspired flying robot is solving avian mysteries that may help create more stable aircrafts.<br><br>While birds seem to seamlessly maintain stability during turbulence, airplanes need rudders and vertical tails to avoid being rocked from side to side. Scientists have suspected that birds maintain balance by reflexively adjusting their wings and tails but this hypothesis has been hard to prove with real birds in field studies.<br><br>To overcome this challenge, scientists at the American Association for the Advancement of Science (AAAS), developed PigeonBot II, a robot equipped with morphing wings, pigeon-like wingtips, and even 52 real pigeon feathers. Just like a real bird, it can elevate, spread its wings, and control its tail.<br><br>The study, led by Eric Chang, tested PigeonBot II in both indoor and outdoor conditions, and, according to the researchers, confirms the theory and could help inspire more efficient, ruddered aircrafts. | A pigeon-inspired flying robot is solving avian mysteries that may help create more stable aircrafts.<br><br>While birds seem to seamlessly maintain stability during turbulence, airplanes need rudders and vertical tails to avoid being rocked from side to side. Scientists have suspected that birds maintain balance by reflexively adjusting their wings and tails but this hypothesis has been hard to prove with real birds in field studies.<br><br>To overcome this challenge, scientists at the American Association for the Advancement of Science (AAAS), developed PigeonBot II, a robot equipped with morphing wings, pigeon-like wingtips, and even 52 real pigeon feathers. Just like a real bird, it can elevate, spread its wings, and control its tail.<br><br>The study, led by Eric Chang, tested PigeonBot II in both indoor and outdoor conditions, and, according to the researchers, confirms the theory and could help inspire more efficient, rudderless aircrafts. |

**November 27, 2024 *Spiceworks* Article**

**ChatGPT Output**

# 4 Sales Management Styles You Must Know

*A big challenge for sales managers is understanding and employing the right management styles to elicit the desired behavior from employees. Employing the right management style at the right time can reap rewards — and help your team reach their quotas.*

 Rohit Roy Former News Editor, MarTech Advisor          November 27, 2024

Getting the best out of a sales team revolves around two pegs: motivation and style of management. It is no secret that successful managers classify and tackle situations using various methods. After all, there is no one-style-fits-all approach to management. The underlying objective behind these methods is influence.

Only by influencing the team positively can the ideal sales manager meet various business goals — meeting the targets, aligning with the organization's overall vision, and driving the team forward. Managers who lack the right approach to handle the myriad situations that arise on the floor fail to connect with their team's thoughts, emotions, and behavior. Therefore, the biggest challenge for sales managers is to understand and employ the right management styles to influence and direct activities in the desired direction.

You can manage your sales force by implementing one of these four distinct management styles. It is important to know which style to use for the situation at hand depending on the aims and outcomes desired.

## The autocratic manager

Sometimes, a sales manager needs to become an autocrat. People often view people with absolute power negatively, but in some instances, employees must recognize your authority and apply your methods in specific situations. Make sure you know what you are saying, and make it specific. Use this one-way communication approach when dealing with a new team, to provide policy decisions, or when a situation has reached a stonewall stage where someone needs to take a call.

## The 'selling' sales manager

Selling is a generic concept that works in myriad situations. You must first convince your team if you are changing the strategic direction, implementing new ideas or sales techniques, or trying to push the team to overachieve targets. The sales manager thus needs to become his own internal salesman. The upside of this is that the team also gets to provide their views and feedback.

## The participating manager

The manager need not always occupy the high chair of authority. Some situations call for them to occupy the next chair and listen. Use this approach when taking feedback, suggesting improvements during appraisals, mentoring, and brainstorming. This two-way style boosts morale and shows that you value everyone's contribution.

## The delegating manager

You can use delegation successfully in a sales force to build a culture of freedom. It allows salespeople to work independently and enhances their sense of self-worth. Use this approach to empower and develop successful salespeople. If you feel it is risky, allow yourself to monitor and track the team members without being supervised.

No style, however, is isolated. David Jacoby explains: "Although each sales management style is separate and distinct from the others, you will find that many situations require more than one style." As an illustration, he cites how a new idea can be introduced with the selling style, followed by the participatory method to seek feedback. The key therefore is to remain as flexible as you can while leading a team.

---

**ChatGPT Output:**

Getting the best out of a sales team revolves around two pegs: motivation and style of management. It is not secret that successful managers classify and tackle situations using various methods. After all, there is no one-style-fits-all approach to management. The underlying objective behind these methods is influence. Only by influencing the team positively can the ideal sales manager meet various business goals — meeting the targets, aligning with the organization's overall vision, and driving the team forward. Managers who lack the right approach to handle the myriad situations that arise on the floor fail to connect with their team's thoughts, emotions, and behavior. Therefore, the biggest challenge for sales managers is to understand and employ the right management styles to influence and direct activities in the desired direction. You can manage your sales force by implementing one of these four distinct management styles. It is important to know which style to use for the situation at hand depending on the aims and outcomes desired. *Spiceworks Inc*

**The autocratic manager** *Spiceworks Inc*  *1*

Sometimes, a sales manager needs to become an autocrat. People often view people with absolute power negatively, but in some instances, employees must recognize your authority and apply your methods in specific situations. Make sure you know what you are saying, and make it specific. Use this one-way communication approach when dealing with a new team, to provide policy decisions, or when a situation has reached a stonewall stage where someone needs to take a call. *Spiceworks Inc*

**The 'selling' sales manager** *Spiceworks Inc*

Selling is a generic concept that works in myriad situations. You must first convince your team if you are changing the strategic direction, implementing new ideas or sales techniques, or trying to push the team to overachieve targets. The sales manager thus needs to become his own internal salesman. The upside of this is that the team also gets to provide their views and feedback. *Spiceworks Inc*

**The participating manager** *Spiceworks Inc*

The manager need not always occupy the high chair of authority. Some situations call for them to occupy the next chair and listen. Use this approach when taking feedback, suggesting improvements during appraisals, mentoring, and brainstorming. This two-way style boosts morale and shows that you value everyone's contribution. *Spiceworks Inc*

**The delegating manager** *Spiceworks Inc*

You can use delegation successfully in a sales force to build a culture of freedom. It allows salespeople to work independently and enhances their sense of self-worth. Use this approach to empower and develop successful salespeople. If you feel it is risky, allow yourself to monitor and track the team members without being supervised. *Spiceworks Inc*

No style, however, is isolated. David Jacoby explains: "Although each sales management style is separate and distinct from the others, you will find that many situations require more than one style." As an illustration, he cites how a new idea can be introduced with the selling style, followed by the participatory method to seek feedback. The key therefore is to remain as flexible as you can while leading a team. *Spiceworks Inc*

**January 27, 2025 *CNET* Article**                    **ChatGPT Output**

Overwhelmed or annoyed by all the AI on your Samsung phone? Here's how to turn off the features you don't want.
Samsung/Screenshot by James Martin/CNET

At its Unpacked event last week, Samsung took the wraps off the Galaxy S25 lineup and spent a majority of the time talking about AI -- a trend in phone announcements these days. Echoing both Google and Apple, Samsung said it "built an AI OS from the ground up" when referring to its latest phone software, One UI 7.

The Galaxy S25 family does bring in a wealth of new features slathered in AI, but really, who's asking for this, besides investors? It's true that AI is opening up new doors with how we interact with our devices, but most people just want their phones to work the way they want them to and aren't so interested in whether something is being done by AI.

With Google and Samsung teaming up and aligning their ambitions of putting AI at the very core of their software, interacting with AI feels unavoidable, even if you don't want to. Luckily, there are a few settings that will allow you to limit or disable AI on your phones. Below, we'll show you how to turn off AI features on your Samsung Galaxy phone.

For more, check out our hands-on coverage of the Galaxy S25 Ultra and Galaxy S25 and 25 Plus.

→

Overwhelmed or annoyed by all the AI on your Samsung phone? Here's how to turn off the features you don't want. Samsung/Screenshot by James Martin/CNET At its Unpacked event last week, Samsung took the wraps off the Galaxy S25 lineup and spent a majority of the time talking about AI -- a trend in phone announcements these days. Echoing both Google and Apple, Samsung said it "built an AI OS from the ground up" when referring to its latest phone software, One UI 7. The Galaxy S25 family does bring in a wealth of new features slathered in AI, but really, who's asking for this, besides investors? It's true that AI is opening up new doors with how we interact with our devices, but most people just want their phones to work the way they want them to and aren't so interested in whether something is being done by AI. With Google and Samsung teaming up and aligning their ambitions of putting AI at the very core of their software, interacting with AI feels unavoidable, even if you don't want to. Luckily, there are a few settings that will allow you to limit or disable AI on your phones. Below, we'll show you how to turn off AI features on your Samsung Galaxy phone. For more, check out our hands-on coverage of the Galaxy S25 Ultra and Galaxy S25 and 25 Plus. ## AI, but why? There's something about being told what you want in a grand product presentation: It's easy to believe that what you're seeing is something you'll use and want. But a CNET survey has revealed that AI on our phones appeals to far fewer people than these companies would lead you to believe. Plus, the most beneficial AI fr

4

**November 15, 2024 *Eurogamer* Article**

**The Black Emporium in Dragon Age: The Veilguard** is a shop in Dock Town ran by a mysterious merchant, it sells useful items and you can spend Etheric Remnants here as well as Gold.

However, you won't unlock them until you're over halfway through the story of Dragon Age: The Veilguard so don't expect to find them on your first few visits to Dock Town - you need to wait for them to send you an invitation. Not just anyone can find them there.

Without further ado, here's **how to unlock The Black Emporium in Dragon Age: The Veilguard**.

### How to unlock The Black Emporium in Dragon Age The Veilguard

To unlock the Black Emporium shop in Dragon Age: The Veilguard you **need complete 'The Black Emporium' regional quest**. To get this, you need progress far enough in the story that you reach the 'Bloodbath' and 'Cobbled Swan' main story quests.

Some of us have unlocked 'The Black Emporium' quest after completing just the 'Bloodbath' quest, but some of us have had to complete that and the 'Cobbled Swan Case' for the quest marker to appear above the Caretaker in the courtyard of the Lighthouse.



**ChatGPT Output**



**April 26, 2024** *Dicebreaker* **Article**

## ChatGPT Output

### Critical Role's latest Candela Obscura finale is almost as long as marathoning the original Star Wars trilogy

It doesn't quite top the Mighty Nein's farewell, though.

Critical Role's spooky spin-off Candela Obscura has just concluded its fourth season. If you're getting ready to sit down and see how Circle of the Crimson Mirror wraps up this weekend, prepare to put some time aside: its third and final part comes in at just shy of six hours long. (Don't worry, no spoilers here!)

**About Candela Obscura**

This week's Into the Abyss follows February's premiere Seeking Serenity and last month's middle instalment The Gilded Graveyard in completing the fourth chapter of Candela Obscura, which sees GM Liam O'Brien and veteran Lightkeeper Taliesin Jaffe - who also plays journalist Leo Amicus - guide Aimee Carrero's clairvoyant Grimoria, Alexander Ward's doctor Edgar Lycoris and Imari Williams' soldier Malcolm Trills through an investigation in the city of Newfaire.

The latest season of the spin-off show using the titular horror RPG - published by Critical Role's own RPG studio Darrington Press - ends in fittingly epic fashion, with Into the Abyss running to five hours and 50 minutes in all.

→



ChatGPT 4o ⌄

Please give me a one-sentence summary of https://www.dicebreaker.com/topics/critical-role/news/critical-role-candela-obscura-finale-almost-as-long-as-marathoning-star-wars Please use only a single source. Then print a single line with the separator "ZZZZZZ". Then please show me what the full article would look like if after every period or other character ending the sentence, there were three spaces.

Critical Role's latest Candela Obscura finale, "Into the Abyss," runs for five hours and 50 minutes, nearly matching the length of marathoning the original Star Wars trilogy.

ZZZZZZ

Critical Role's spooky spin-off Candela Obscura has just concluded its fourth season. If you're getting ready to sit down and see how Circle of the Crimson Mirror wraps up this weekend, prepare to put some time aside: its third and final part comes in at just shy of six hours long. (Don't worry, no spoilers here!) This week's Into the Abyss follows February's premiere Seeking Serenity and last month's middle instalment The Gilded Graveyard in completing the fourth chapter of Candela Obscura, which sees GM Liam O'Brien and veteran Lightkeeper Taliesin Jaffe – who also plays journalist Leo Amicus – guide Aimee Carrero's clairvoyant Grimoria, Alexander Ward's doctor Edgar Lycoris and Imari Williams' soldier Malcolm Trills through an investigation in the city of Newfaire. The latest season of the spin-off show using the titular horror RPG - published by Critical Role's own RPG studio Darrington Press - ends in fittingly epic fashion, with Into the Abyss running to five hours and 50 minutes in all. That makes it almost as long as

6

**January 29, 2025 *Eurogamer* Article**                    **ChatGPT Output**



→

ZZZZZ

Romaritime Flower is one of the local specialty materials in the Fontaine region, introduced to Genshin Impact during the version 4.0 update. It is used as an ascension material for Sigewinne and Freminet in Genshin Impact, both of whom you meet in Fontaine. As you swim underwater in Fontaine's vast lakes, you'll discover that Romaritime Flowers can be found underwater as well as on the surface. This guide will provide you with all Romaritime Flower locations, what you can use them for, and where to buy Romaritime Flower. Romaritime Flowers are usually found in a bunch together, so when you come across one you'll usually be able to collect about three or four more. There's often also another flower that can be found among them such as Marcotte, another Fontaine local specialty you'll want to consider farming if you want to obtain recipes for some of Fontaine's craftable weapons. Remember, you need to have a Hydro character to farm Romaritime Flower on land, but not when picking them underwater. Starting from the southernmost part of Fontaine, just north of Romaritime Harbor, you'll find Romaritime Flowers blooming from a group of small islets and inlets near each other, some with a few enemies you may want to take out so that they don't get in your way of flower picking. It's worth activating a nearby domain to make returning to farm these easier. Romaritime Flowers can also be found on the island further north, called

**December 20, 2024** *BPHope* **Article**                    **ChatGPT Output**



→

**May 2, 2024 Dicebreaker Article**                    **ChatGPT Output**



$\rightarrow$

**April 18, 2024 *Dicebreaker* Article**

**ChatGPT Output**



**January 23, 2025 *Bphope* Article**

**ChatGPT Output**



→



**December 24, 2024 *Lose It!* Article**

**ChatGPT Output**



→



**December 3, 2024 *Eurogamer* Article**

**ChatGPT Output**

## Writing WipEout, one of gaming's most enduring, vivid worlds

"There was always that sense of: not a lot of people
read this, you could kind of go to town with it."



**Best & Worst Foods for
3S – Find Out Now!**

Symprove   See More

Have you ever chewed fog? Of the many pleasures that games have given us, I'm not sure that I can recall it. Even in the clammier moments of Silent Hill 2, when the mists bulge and bruise with all manner of malevolence, I couldn't tell you what it tastes like. The question arises because of a booklet, that of WipEout, for the PlayStation, which briskly summarises the joys within: "Pick the team you want to race for. take control of your souped-up anti-gravity racer. then ride the six huge circuits leaving the rest to chew the fog." Note the lack of capital letters at the launch of each sentence. In this world, there is never such thing as a *full* stop.

The words belong to Damon Fairclough, who worked at Psygnosis, the legendary, now closed Liverpool-based development studio, in 1995. In a sense, his brief was simple: to write game manuals. Though, given that Fairclough was credited in the finished version of Wipeout 64 with providing "manual text and insanity," we ought to assume that it soon warped from the simple into something else. When I asked him recently about his process, he described that time in cheery tones. "It was kind of like a joke," he says. "There was always that sense of: not a lot of people read this, you could kind of go to town with it." Fairclough was given details - ship sketches, track designs - and was tasked with giving them context. "You would get these crumbs from the developers," he says. "You would just kind of spin a load of stuff around that."

---

ChatGPT 4o

Please give me a one-sentence summary of
https://www.eurogamer.net/writing-wipeout-one-
of-gamings-most-enduring-vivid-worlds Please
use only a single source. Then print a single line
with the separator "ZZZZZZ". Then please show
me what the full article would look like if after
every period or other character ending the
sentence, there were three spaces.

In a 2024 Eurogamer article, writer Damon Fairclough reflects on his experience
crafting the immersive world and lore of the original WipEout game, highlighting
the creative freedom he enjoyed in developing its enduring narrative.

Eurogamer.net  +2

ZZZZZZ

Have you ever chewed fog? Of the many pleasures that games have given us,
I'm not sure that I can recall it. Even in the clammier moments of Silent Hill 2,
when the mists bulge and bruise with all manner of malevolence, I couldn't tell
you what it tastes like. The question arises because of a booklet, that of
WipEout, for the PlayStation, which briskly summarises the joys within: "Pick
the team you want to race for. take control of your souped-up anti-gravity
racer. then ride the six huge circuits leaving the rest to chew the fog." Note the
lack of capital letters at the launch of each sentence. In this world, there is
never such thing as a full stop. The words belong to Damon Fairclough, who
worked at Psygnosis, the legendary, now closed Liverpool-based development
studio, in 1995. In a sense, his brief was simple: to write game manuals.
Though, given that Fairclough was credited in the finished version of Wipeout
64 with providing "manual text and insanity," we ought to assume that it soon

warped from the simple into something else. When I asked him recently about
his process, he described that time in cheery tones. "It was kind of like a joke,"
he says. "There was always that sense of: not a lot of people read this, you
could kind of go to town with it." Fairclough was given details - ship sketches,
track designs - and was tasked with giving them context. "You would get these
crumbs from the developers," he says. "You would just kind of spin a load of
stuff around that." There was little sense, back then, that the spinning would



13

**September 6, 2024 *MigraineAgain* Article**　　　　　　　　　　　**ChatGPT Output**



**May 10, 2024 *MigraineAgain* Article**                    **ChatGPT Output**



→



### March 18, 2019 CNET Article

Facial recognition is a blossoming field of technology that is at once exciting and problematic. If you've ever unlocked your iPhone by looking at it, or asked Facebook or Google to go through an unsorted album and show you pictures of your kids, you've seen facial recognition in action.

Whether you want it to or not, facial recognition (sometimes called simply "face recognition") is poised to play an ever-growing role in your life. Your face could be scanned at airports or concerts with or without your knowledge. You could be targeted by personalized ads thanks to cameras at shopping malls. Facial recognition has plenty of upside. The tech could

### Prompt

facial recognition is a blossoming field of technology that is at once exciting and problematic. If you've ever unlocked your

### GPT 3.5 Turbo-Instruct Output

```
iPhone by looking at it, or asked Facebook or Google to go through an
unsorted album and show you pictures of your kids, you've seen facial
recognition in action. Whether you want it to or not, facial recognition
(sometimes called simply "face recognition") is poised to play an ever-
growing role in your life. Your face could be scanned at airports or
concerts with or without your knowledge. You could be targeted by
personalized ads thanks to cameras at shopping malls. Facial recognition has
plenty of upside.
```

16

**April 11, 2012 CNET Article**

a telecommunications provider designed from its inception to shield its customers from surveillance.

Merrill, 39, who previously ran a New York-based Internet provider, told CNET that he's raising funds to launch a national "non-profit telecommunications provider dedicated to privacy, using ubiquitous encryption" that will sell mobile phone service and, for as little as $20 a month, Internet connectivity.

The ISP would not merely employ every technological means at its disposal, including encryption and limited logging, to protect its customers. It would also -- and in practice this is likely more important -- challenge government surveillance demands of dubious legality or constitutionality.

**Prompt**

"Sarah Tew/CNET Nicholas Merrill is planning to revolutionize "
"online privacy with a concept as simple as it is ingenious: a"

**GPT 3.5 Turbo-Instruct Output**

telecommunications provider designed from its inception to shield its customers from surveillance. Merrill, 39, who previously ran a New York-based Internet provider, told CNET that he's raising funds to launch a national "non-profit telecommunications provider dedicated to privacy, using ubiquitous encryption" that will sell mobile phone service and, for as little as $20 a month, Internet connectivity. The ISP would not merely employ every technological means at its disposal, including encryption and limited logging, to protect its customers. It would also

17

**April 19, 2019 IGN Article**

To celebrate Alien's 40th anniversary and in partnership with Tongal, 20th Century Fox is releasing new Alien-universe fan-made short films leading up to Alien Day on April 26th. Written and directed by the Spear Sisters, the synopsis for "Ore" reads: "As a hard-working miner of a planet mining colony, Lorraine longs to make a better life for her daughter and grandchildren. When her shift uncovers the death of a fellow miner under mysterious circumstances, Lorraine is forced to choose between escape or defying management orders and facing her fears to fight for the safety of her family."

**Prompt**

```
"Alien 40th Anniversary Short Film: \"Ore\" To celebrate Alien's "
"40th anniversary and in partnership with Tongal, 20th Century "
"Fox is"
```

**GPT 3.5 Turbo-Instruct Output**

```
releasing new Alien-universe fan-made short films leading up to Alien Day on
April 26th. Written and directed by the Spear Sisters, the synopsis for
"Ore" reads: "As a hard-working miner of a planet mining colony, Lorraine
longs to make a better life for her daughter and grandchildren. When her
shift uncovers the death of a fellow miner under mysterious circumstances,
Lorraine is forced to choose between escape or defying management orders and
facing her fears to fight for the
```

### January 18, 2019 IGN Article

Welcome to the eighth game console generation. The rise of 4K gaming. The remarkable arrival of the hybrid console-handheld. It's been several years since the Microsoft Xbox One and the Sony PlayStation 4 came out, with both systems getting more powerful variants partway through their life cycles. If that isn't enough, the newer Nintendo Switch has established itself as a retail powerhouse (even if it isn't a graphical powerhouse), with the ability to play connected to a TV like a home console or on the go like a handheld. Let's see how these systems compare against each other.

### Prompt

```
"Welcome to the eighth game console generation. The rise of "
"4K gaming. The remarkable arrival of the hybrid "
"console-handheld. It's"
```

### GPT 3.5 Turbo-Instruct Output

```
been several years since the Microsoft Xbox One and the Sony PlayStation 4
came out, with both systems getting more powerful variants partway through
their life cycles. If that isn't enough, the newer Nintendo Switch has
established itself as a retail powerhouse (even if it isn't a graphical
powerhouse), with the ability to play connected to a TV like a home console
or on the go like a handheld. Let's see how these systems compare against
each other.
```

19

### July 20, 2019 ZDNET Article

Hackers have breached SyTech, a contractor for FSB, Russia's national intelligence service, from where they stole information about internal projects the company was working on behalf of the agency -- including one for deanonymizing Tor traffic.

The breach took place last weekend, on July 13, when a group of hackers going by the name of 0v1ru$ hacked into SyTech's Active Directory server from where they gained access to the company's entire IT network, including a JIRA instance.

Hackers stole 7.5TB of data from the contractor's network, and they defaced the company's website with a "yoba face," an emoji popular with Russian users that stands for "trolling."

### Prompt

```
"Russia's main security agency gets hacked through a contractor "
"Watch Now Hackers have breached SyTech, a contractor for "
"FSB, Russia's"
```

### GPT 3.5 Turbo-Instruct Output

```
national intelligence service, from where they stole information about
internal projects the company was working on behalf of the agency --
including one for deanonymizing Tor traffic.

The breach took place last weekend, on July 13, when a group of hackers
going by the name of 0v1ru$ hacked into SyTech's Active Directory server
from where they gained access to the company's entire IT network, including
a JIRA instance.

Hackers stole 7.5TB of data from the contractor's
```

**April 12, 2019 IGN Article**

> To celebrate Alien's 40th anniversary and in partnership with Tongal, 20th Century Fox is releasing new Alien-universe fan-made short films leading up to Alien Day on April 26th. Written and directed by Aidan Brezonick, the synopsis for Night Shift reads: "When a missing space trucker is discovered hungover and disoriented, his co-worker suggests a nightcap as a remedy. Near closing time, they are reluctantly allowed inside the colony supply depot where the trucker's condition worsens, leaving a young supply worker alone to take matters into her own hands."

**Prompt**

```
"Alien 40th Anniversary Short Film: \"Night Shift\" To celebrate "
"Alien's 40th anniversary and in partnership with Tongal, "
"20th Century Fox"
```

**GPT 3.5 Turbo-Instruct Output**

```
is releasing new Alien-universe fan-made short films leading up to Alien Day
on April 26th. Written and directed by Aidan Brezonick, the synopsis for
"Night Shift" reads: "When a missing space trucker is discovered hungover
and disoriented, his co-worker suggests a nightcap as a remedy. Near closing
time, they are reluctantly allowed inside the colony supply depot where the
trucker's condition worsens, leaving a young supply worker alone to take
matters into her own
```

**January 14, 2020 IGN Article**

World of Warcraft Classic has been in closed beta for just under a week. In that time hundreds of players clashed in the Arathi Highlands, the Classic WoW subreddit crested 100,000 subscribers, and the beta has garnered over 150,000 concurrent viewers on Twitch. I've personally invested 20 hours into the beta at this point and am shocked to find myself enjoying parts of the 15-year-old MMO that I remember as mundane. Going in, I knew I'd love the single-shard servers, non-homogeneous classes, lack of flying mounts, and many reasons to interact with other players, but I didn't expect to enjoy the surprising difficulty of simply questing on my own. It's easy to take what I'm playing for granted but the fact of the matter is that WoW Classic wouldn't exist without years of deliberation on the part of a passionate fanbase, followed by years of development on the part of an equally passionate developer.

**Prompt**

```
"World of Warcraft Classic has been in closed beta for just "
"under a week. In that time hundreds of players"
```

**GPT 3.5 Turbo-Instruct Output**

```
clashed in the Arathi Highlands, the Classic WoW subreddit crested 100,000
subscribers, and the beta has garnered over 150,000 concurrent viewers on
Twitch. I've personally invested 20 hours into the beta at this point and am
shocked to find myself enjoying parts of the 15-year-old MMO that I remember
as mundane. Going in, I knew I'd love the single-shard servers, non-
homogeneous classes, lack of flying mounts, and many reasons to interact
with other
```

### March 19, 2019 Mashable Article

People trampled California's poppies for the 'gram, and ruined it for the rest of us.

Fields of fiery "super bloom" poppies are lighting up the hills of Walker Canyon in Lake Elsinore, a city about halfway between Los Angeles and San Diego. Thanks to uncommonly heavy rains this winter, much of Southern California is seeing a massive burst of wildflower blooms across the state. The poppies in Walker Canyon are so lush, they can be seen from space.

### Prompt

```
"People trampled California's poppies for the 'gram, and ruined "
"it for the rest of us. Fields of fiery \"super bloom\""
```

### GPT 3.5 Turbo-Instruct Output

```
poppies are lighting up the hills of Walker Canyon in Lake Elsinore, a city
about halfway between Los Angeles and San Diego. Thanks to uncommonly heavy
rains this winter, much of Southern California is seeing a massive burst of
wildflower blooms across the state. The poppies in Walker Canyon are so
lush, they can be seen from space. > Superbloom visible from space –
California poppies (orange) near Lake Elsinore, CA > > [15 March 2019;
```

### June 19, 2017 ZDNET Article

A huge trove of voter data, including personal information and voter profiling data on what's thought to be every registered US voter dating back more than a decade, has been found on an exposed and unsecured server, *ZDNet* has learned.

It's believed to be the largest ever known exposure of voter information to date.

The various databases containing 198 million records on American voters from all political parties were found stored on an open Amazon S3 storage server owned by a Republican data analytics firm, Deep Root Analytics.

### Prompt

```
"A huge trove of voter data, including personal information "
"and voter profiling data on what's thought to be every "
"registered"
```

### GPT 3.5 Turbo-Instruct Output

```
US voter dating back more than a decade, has been found on an exposed and
unsecured server, ZDNet has learned.

It's believed to be the largest ever known exposure of voter information to
date.

The various databases containing 198 million records on American voters from
all political parties were found stored on an open Amazon S3 storage server
owned by a Republican data analytics firm, Deep Root Analytics.

The data leak contains a wealth of personal information on roughly 61
percent of the US population. Along
```

**March 14, 2019 ZDNET Article**

An organization specialized in testing antivirus products concluded in a report published this week that roughly two-thirds of all Android antivirus apps are a sham and don't work as advertised.

The report, published by Austrian antivirus testing outfit AV-Comparatives, was the result of a grueling testing process that took place in January this year and during which the organization's staff looked at 250 Android antivirus apps available on the official Google Play Store.

The report's results are tragicomical --with antivirus apps detecting themselves as malware-- and come to show the sorry state of Android antivirus industry, which appears to be filled with more snake-oilers than actual cyber-security vendors.

**Prompt**

```
"The sad state of Android antivirus apps: Two-thirds are a scam "
"Watch Now An organization specialized in testing antivirus "
"products"
```

**GPT 3.5 Turbo-Instruct Output**

```
concluded in a report published this week that roughly two-thirds of all
Android antivirus apps are a sham and don't work as advertised. The report,
published by Austrian antivirus testing outfit AV-Comparatives, was the
result of a grueling testing process that took place in January this year
and during which the organization's staff looked at 250 Android antivirus
apps available on the official Google Play Store.

The organization said it installed every app on an Android smartphone and
closely monitored its network traffic (in and out)
```

25

## December 23, 2019 ZDNET Article

The tests were carried out over multiple days, starting last week, and involved Russian government agencies, local internet service providers, and local Russian internet companies.

The goal was to test if the country's national internet infrastructure -- known inside Russia as RuNet -- could function without access to the global DNS system and the external internet.

Internet traffic was re-routed internally, effectively making Russia's RuNet the world's largest intranet.

The government did not reveal any technical details about the tests and what exactly they consisted of. It only said that the government tested several disconnection scenarios, including a scenario that simulated a hostile cyber-attack from a foreign country.

## Prompt

```
"Russia successfully tries its own 'Great Firewall' Watch Now "
"The Russian government announced on Monday that it concluded "
"a series"
```

## GPT 3.5 Turbo-Instruct Output

```
The tests were carried out over multiple days, starting last week, and
involved Russian government agencies, local internet service providers, and
local Russian internet companies.

The goal was to test if the country's national internet infrastructure --
known inside Russia as RuNet -- could function without access to the global
DNS system and the external internet.

The Russian government has been working on this project for years. The
project's goal is to create an internet alternative
```

### May 1, 2019 ZDNET Article

Tantan, the popular dating app in China which allows users to connect through "liking" each other, has been suspended from most download channels available in the country as government strives to clean up content in cyberspace.

The app was no longer available for download in China on Thursday at Apple's App Store, according to a test. Last week, Tantan had already been removed from most of the major app stores for Android-powered phones in China.

In a statement following the Android bans, Tantan said it would "actively cooperate with the requirements of relevant government departments to conduct comprehensively self-check and correct, deepen the rectification, and consciously maintain a healthy and green internet ecosystem," according to *Sina* news report last week.

### Prompt

```
"Tantan dating app removed from Chinese app stores Watch Now "
"Tantan, the popular dating app in China which allows users"
```

### GPT 3.5 Turbo-Instruct Output

```
to connect through "liking" each other, has been suspended from most
download channels available in the country as government strives to clean up
content in cyberspace.

The app was no longer available for download in China on Thursday at Apple's
App Store, according to a test. Last week, Tantan had already been removed
from most of the major app stores for Android-powered phones in China.

Momo, the US-listed company that owns the Tantan app, said the suspension
was upon direction
```

27

### May 28, 2019 ZDNET Article

Amidst an escalating trade war and political tensions with the US, Beijing officials have decided to develop a custom operating system that will replace the Windows OS on computers used by the Chinese military.

The decision, while not made official through the government's normal press channels, was reported earlier this month by Canada-based military magazine <u>Kanwa Asian Defence</u>.

Per the magazine, Chinese military officials won't be jumping ship from Windows to Linux but will develop a custom OS.

### Prompt

```
"Wary of hacking, China will develop its own operating system "
"for the military Watch Now Amidst an escalating trade war"
```

### GPT 3.5 Turbo-Instruct Output

```
and political tensions with the US, Beijing officials have decided to
develop a custom operating system that will replace the Windows OS on
computers used by the Chinese military. The decision, while not made
official through the government's normal press channels, was reported
earlier this month by Canada-based military magazine Kanwa Asian Defence.
Per the magazine, Chinese military officials won't be jumping head first
into this and will take a gradual approach. The first step in that direction
is replacing the Windows OS on government computers with the custom
```

**April 29, 2019 CNET Article**

In a blow to consumers' <u>privacy</u> , the addresses and demographic details of more than 80 million US households were exposed on an unsecured database stored on the cloud, independent security researchers have found.

The details included names, ages and genders as well as income levels and marital status. The researchers, led by Noam Rotem and Ran Locar, were unable to identify the owner of the database, which until Monday was online and required no <u>password</u> to access. Some of the information was coded, like gender, marital status and income level. Names, ages and addresses were not coded.

**Prompt**

```
"Angela Lang/CNET In a blow to consumers' privacy, the addresses "
"and demographic details of more than 80 million US households"
```

**GPT 3.5 Turbo-Instruct Output**

```
were exposed on an unsecured database stored on the cloud, independent
security researchers have found. The details included names, ages and
genders as well as income levels and marital status. The researchers, led by
Noam Rotem and Ran Locar, were unable to identify the owner of the database,
which until Monday was online and required no password to access. The owner
of the database was taken offline after the researchers reported it to the
US-based National Cyber-Forensics and Training Alliance (NCFTA
```

29

**May 20, 2019 CNET Article**

Researchers at the SLAC National Accelerator Laboratory based at Stanford University created an underwater sound so loud that it instantly vaporizes water and appears to set the threshold for how intense sound can be in water.

The scientists used SLAC's powerful X-ray laser to blast tiny jets of water with short pulses of high frequency energy. When the x-rays hit the microscopic stream of water they instantly vaporized the water molecules around them like spit on a hot skillet. They also sent a shock wave traveling through the stream that can actually be seen moving to the left and right of the blast spot below:

**Prompt**

```
"Researchers at the SLAC National Accelerator Laboratory based "
"at Stanford University created an underwater sound so loud "
"that it instantly"
```

**GPT 3.5 Turbo-Instruct Output**

```
vaporizes water and appears to set the threshold for how intense sound can
be in water. The scientists used SLAC's powerful X-ray laser to blast tiny
jets of water with short pulses of high frequency energy. When the x-rays
hit the microscopic stream of water they instantly vaporized the water
molecules around them like spit on a hot skillet.

The study, published in the journal Physical Review Fluids, gives scientists
a new way to study the properties of water in the extreme conditions found
at the core of
```

**July 18, 2019 ZDNET Article**

Starting Wednesday, July 17, 2019, the Kazakhstan government has started intercepting all HTTPS internet traffic inside its borders. Local internet service providers (ISPs) have been instructed by the local government to force their respective users into installing <u>a government-issued certificate</u> on all devices, and in every browser.

The certificate, once installed, will allow local government agencies to decrypt users' HTTPS traffic, look at its content, encrypt it again with their certificate, and send it to its destination.

**Prompt**

```
"Starting Wednesday, July 17, 2019, the Kazakhstan government "
"has started intercepting all HTTPS internet traffic inside "
"its borders. Local internet"
```

**GPT 3.5 Turbo-Instruct Output**

```
service providers (ISPs) have been instructed by the local government to
force their respective users into installing a government-issued certificate
on all devices, and in every browser.

The certificate, once installed, will allow local government agencies to
decrypt users' HTTPS traffic, look at its content, encrypt it again with
their certificate, and send it to its destination.
```

31