

R. James Slaughter
(415) 773-6623
rslaughter@keker.com

January 15, 2025

**SENT VIA ECF**

Magistrate Judge Ona T. Wang
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   *The New York Times Co. v. Microsoft Corp., et al.*, No. 1:23-cv-11195
      *Daily News, LP, et al. v. Microsoft Corp., et al.*, No. 1:24-cv-3285
      *The Center for Investigative Reporting, Inc. v. Microsoft Corp., et al.*, No. 1:24-cv-04872
      *Authors Guild et al. v. OpenAI Inc. et al.,* No. 1:23-cv-8292
      *Alter et al. v. OpenAI Inc. et al.,* No. 1:23-cv-10211

Dear Magistrate Judge Wang:

Defendant OpenAI files this notice of supplemental authority to draw the Court's attention to an order issued late Monday, January 13, 2025, in the *In re ChatGPT* matter pending in the Northern District of California, attached hereto as Exhibit 1. Consistent with the deposition protocol Defendants propose here (ECF 307), Magistrate Judge Illman issued an order limiting the parties there to (1) 105 hours of fact depositions (including party and non-party witnesses); (2) 20 hours of Rule 30(b)(6) testimony; (3) 3.5 hours for any "apex" deposition, and (4) requiring the parties to informally coordinate the scheduling of depositions with the parties to the actions pending in the Southern District of New York so that they may attend and participate if possible. This structure and these time limits are consistent with the proposal submitted by Defendants to this Court.

Respectfully submitted,

/s/ R. James Slaughter                       /s/ Elana Nightengale Dawson
R. James Slaughter                           Elana Nightengale Dawson
Keker, Van Nest & Peters LLP                 Latham & Watkins LLP
Counsel for OpenAI Defendants


/s/ Rose S. Lee
Rose S. Lee
Morrison & Foerster LLP


2853075