UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
AUTHORS GUILD, et al.,

                Plaintiffs,

                -against-

OPENAI INC., et al.,

                Defendants.
------------------------------------------------------------x

23cv8292 (SHS) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

It has come to the Court's attention that there is an outstanding motion letter motion to compel at ECF 169. The motion at ECF 169 is a public, redacted version of an identical letter motion filed under seal at ECF 168. Because the Court denied ECF 168 at ECF 202, ECF 169 is **DENIED as moot.**

The Clerk of Court is respectfully directed to close ECF 168.

      **SO ORDERED.**

                                          *s/ Ona T. Wang*

Dated: January 17, 2025                  **Ona T. Wang**
       New York, New York          United States Magistrate Judge