**Deposition Coordination Proposal Comparison**

| | **Defendants' Proposal** | **NY Class Plaintiffs' Proposal** | **News Plaintiffs' "News-Only Coordination" Proposal** | **News Plaintiffs' "SDNY-Only Coordination" Proposal** | **California Consolidated Class Action** |
|---|---|---|---|---|---|
| **Scope of Coordination** | Applies to *all NY Cases* (both the *News Cases* and the *NY Class Cases*). Also provides a mechanism to coordinate with CA depositions of OpenAI-affiliated witnesses if scheduling permits. | Proposes informal coordination with NDCA only for *NY Class Case*. | Applies only to the *News Cases*. | Applies to *all NY Cases*, so long as they remain on the same discovery track. | Applies only to the *California Consolidated Class Action*. |
| **Plaintiff Side Allotted Hours** | *NY Class Cases*: **140 hours**, with no more than 70 hours for a single Defendant. *News Cases*: **140 hours**, with no more than 70 hours for a single Defendant. | **225-hour cap** for *NY Class* depositions, with no more than two-thirds of that time spent on any one Defendant Group. | **260-hour cap** for Plaintiffs in the *News Cases*. Maximum 175 hours per "Defendant Group." Max 50 hours for non-party witnesses. Cap includes 30(b)(6). | **260-hour cap** for the *News* Plaintiffs, and a separate **260-hour cap** for the *NY Class* Plaintiffs. Max 50 hours for non-party witnesses for each group. Each group may use up to 2/3 of that time on any one Defendant Group. | **105 hours** total for Plaintiffs covering all fact depositions (incl. party and non-party). |
| **Defendant Side Allotted Hours** | *NY Class Cases*: **120 hours** of NY Class. *News Cases*: **210 hours** total (70 hours each for NYT, Daily News group, CIR). | Do not oppose **120-hour cap** in NY Class Cases. | **250-hour cap** in *News Cases*. Max 200 hours for Plaintiffs' witnesses; 50 hours for non-party fact witnesses. No more than 105 hours per any one *News* Plaintiff. | **175-hour cap** in *NY Class Cases*. **250-hour cap** in *News Cases*. No more than 105 hours per any one *News* Plaintiff. | **105 hours** total for Plaintiffs covering all fact depositions (incl. party and non-party). |
| **Per-Witness Time (30(b)(1))** | **9 hours** for individuals (30(b)(1) only). **12 hours** if noticed under 30(b)(1) + 30(b)(6). | Standard **7-hour** limit. | **10 hours** for individuals (30(b)(1) only), if solely in the *News Cases*. | **14 hours** for individuals (30(b)(1) only), if noticed in *all NY Cases* (shared equally unless they reallocate). **10 hours** if noticed only in *News Cases*. | Standard **7-hour** limit. |
| **30(b)(6) Notices** | All *NY Class* & *News* Plaintiffs serve comprehensive 30(b)(6) notices on Defendants by Feb. 14, 2025. Single sitting if a witness is also 30(b)(1). | Default Rule 30(b)(6) rules. | *News* Plaintiffs serve one consolidated 30(b)(6) on OpenAI & one on Microsoft. | News Plaintiffs serve one consolidated 30(b)(6) on OpenAI & one on Microsoft; Class Plaintiffs do likewise. Defendants can serve one consolidated 30(b)(6) on each plaintiff entity. | Default Rule 30(b)(6) rules. |
| **30(b)(6) Time** | Combined into the total hours. | Requests a **minimum** of 18 hours and **maximum** of 25 hours for 30(b)(6) depositions *per Defendant* in NY Class Cases. | Plaintiffs: **18 hours** if 2 or fewer individuals are designated to cover all topics; up to **25 hours** per Defendant. Defendants: 25 hours in NYT and CIR, 38 hours in Daily News. | Plaintiffs: **18 hours** if 2 or fewer individuals are designated to cover all topics; up to **25 hours** per Defendant. Defendants: 25 hours in NYT and CIR, 38 hours in Daily News, 25 hours in NY Class Cases. | **20 hours total** for 30(b)(6) depositions (shared among topics/designees), counted separately from apex or standard fact depositions. |
| **Apex Witnesses** | **5 hours** total (all NY Cases). | No separate apex rule. | No separate apex rule. | No separate apex rule. | **3.5-hour cap** for apex depositions. |
| **Cross-Production** | No required cross-production. | Cross-production of documents from the *NY Class Cases* to *California Consolidated Class Action* and vice versa. | No mention of cross-production with *NY Class Cases*. | Documents and written discovery cross-produced across *all NY Cases*. | Declined to mandate cross-production with *NY Class Cases*. |