**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

AUTHORS GUILD, et al.,

          Plaintiffs,

          -against-

OPENAI INC., et al.,

          Defendants.

------------------------------------------------------------x

23cv8292 (SHS) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of the parties' motions at ECF Nos. 306, 308, and 310.

Plaintiffs' motion at ECF 306 is **DENIED as premature, but without prejudice** to renewal after Defendants have served responses and/or objections to Plaintiffs' request for production of certain categories of source code.

Plaintiffs' letter motion at ECF 308 is **GRANTED.** Plaintiffs' custodial 30(b)(6) deposition of OpenAI's designee shall be 5 hours, split between and among the Class Plaintiffs and News Plaintiffs. OpenAI's custodial 30(b)(6) deposition of the Authors Guild's designee shall be 3 hours.

Defendants' request in ECF 310 to limit all custodial 30(b)(6) depositions to three hours is **DENIED without prejudice.**

The Clerk of Court is respectfully directed to close ECF 306 and 308.

**SO ORDERED.**

Dated: January 21, 2025
New York, New York

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge