

**Orrick, Herrington & Sutcliffe LLP**
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669

+1 415 773 5700
**orrick.com**

January 27, 2025

**Annette Hurst**

E  ahurst@orrick.com
D  +1 415 773 4585
F  +1 415 773 5759

*Sent via ECF*

Hon. Sidney H. Stein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

RE:   *The New York Times Co. v. Microsoft Corp., et al.*, No. 1:23-cv-11195; *The Daily News, LP, et al. v. Microsoft Corp., et al.*, No. 1:24-cv-03285; *The Center for Investigative Reporting, Inc. v. Microsoft Corp., et al.*, No. 1:24-cv-04872-SHS; *Authors Guild et al. v. OpenAI Inc. et al.*, No. 1:23-cv-8292; *Alter et al. v. OpenAI Inc. et al.*, No. 1:23-cv-10211 – Oral Argument Request

Dear Judge Stein:

On behalf of Defendant Microsoft Corporation, I write pursuant to Rule 2.F of Your Honor's Individual Practices to request that oral argument be held with respect to Microsoft's Rule 72(a) Objections to NYT ECF 344, 351, 354, and 355 and AG ECF 289.

Thank you for your consideration.

Respectfully submitted,

/s/ *Annette Hurst*
_____
Annette Hurst

*Counsel for Microsoft Corporation*