UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

| | | |
|---|---|---|
| AUTHORS GUILD, et al., | : | |
| Plaintiff, | : | 23-cv-8292 (SHS) (OTW) |
| -against- | : | |
| OPENAI INC., et al., | : | **ORDER** |
| Defendants. | : | |

------------------------------------------------------------x

| | | |
|---|---|---|
| THE NEW YORK TIMES COMPANY., | : | |
| Plaintiff, | : | 23-cv-11195 (SHS) (OTW) |
| -against- | : | |
| MICROSOFT CORPORATION, et al., | : | |
| Defendants. | : | **ORDER** |

------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court will hold an In-Person "Settlement Conference" on deposition protocols on **March 7, 2025, at 2:00 p.m.** in Courtroom 20D, 500 Pearl Street, New York, NY 10007. Each party in attendance shall send no more than two attorneys to the settlement conference. The parties are not to submit anything to the Court in advance of this conference.

SO ORDERED.

Dated: February 26, 2025      _s/ Ona T. Wang_
       New York, New York          **Ona T. Wang**
                                    United States Magistrate Judge