UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

AUTHORS GUILD, et al.,

        Plaintiff,

        -against-

OPENAI INC., et al.,

        Defendants.

------------------------------------------------------------x

23-cv-8292 (SHS) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

It has come to the Court's attention that there is an outstanding motion regarding the entry of a deposition coordination protocol, (ECF 218), and three outstanding motions for conferences regarding various discovery disputes. (ECF 234, 235, 264).

Because the parties have held several conferences with respect to the deposition protocol (ECF 321, 330) and the Court held a status conference on January 22, 2025, (*see* ECF 321), and has scheduled another status conference for April 10, 2025, these motions are all denied as moot.

The Clerk of Court is respectfully directed to close ECF Nos. 218, 234, 235, and 264.

**SO ORDERED.**

Dated: March 25, 2025
New York, New York

        *s/ Ona T. Wang*
        **Ona T. Wang**
        United States Magistrate Judge