Hon. Sidney H. Stein
July 14, 2025
Page 1

**VIA ECF**

Hon. Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 23A
New York, New York 10007

RE:     **OpenAI's Oral Argument Request —** *In Re: OpenAI, Inc., Copyright Infringement Litigation*, No. 1:25-md-3143

This Document Relates To: Case No. 1:23-cv-08292, Case No. 1:23-cv-10211, Case No. 1:24-cv-00084, Case No. 1:25-cv-03291, Case No. 1:25-cv-03297, Case No. 1:25-cv-03482, Case No. 1:25-cv-03483

Dear Judge Stein:

On behalf of the OpenAI Defendants ("OpenAI") and pursuant to Rule 2.F. of Your Honor's Individual Practices, we submit this letter to request oral argument in the above-captioned matters in support of OpenAI's Motion to Dismiss Plaintiffs' Consolidated Class Action Complaint and OpenAI's Motion to Strike Plaintiffs' Consolidated Class Action Complaint. We respectfully request that argument on both OpenAI's Motion to Dismiss and Motion to Strike be coordinated with Microsoft's Motion to Strike Portions of Class Plaintiffs' Consolidated Class Action Complaint, and that counsel for each party be afforded appropriate time to present arguments in support of their respective motions.

Sincerely,

MORRISON & FOERSTER LLP
*/s/ Caitlin Sinclaire Blythe*
Caitlin Sinclaire Blythe (*admission pro hac vice pending*)

KEKER, VAN NEST & PETERS LLP
*/s/ Thomas E. Gorman*
Thomas E. Gorman

LATHAM & WATKINS LLP
*/s/ Allison S. Blanco*
Allison S. Blanco