# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AUTHORS GUILD, et al.<br><br>        Plaintiffs,<br><br>    v.<br><br>OPEN AI INC., et al.,<br><br>        Defendants.<br><br>JONATHAN ALTER, et al.<br><br>        Plaintiffs,<br><br>    v.<br><br>OPEN AI INC., et al.,<br><br>        Defendants | ECF CASE<br><br>No. 1:23cv-08292-SHS-OTW<br>No. 1:23-cv-10211-SHS-OTW<br><br>**DEFENDANT MICROSOFT CORPORATION'S RESPONSES AND OBJECTIONS TO PLAINTIFFS' THIRD SET OF INTERROGATORIES**<br><br>**CONTAINS INFORMATION DESIGNATED AS CONFIDENTIAL UNDER THE PROTECTIVE ORDER** |

**MICROSOFT CORPORATION'S RESPONSES TO PLAINTIFFS' THIRD SET OF INTERROGATORIES**

Pursuant to Federal Rule of Civil Procedure 33, Microsoft Corporation responds to Plaintiffs' Third Set of Interrogatories to Microsoft as follows:

**GENERAL OBJECTIONS**

Microsoft's responses are subject to the following objections to the "Definitions" and "Instructions" provided with the Interrogatories, each of which is hereby incorporated by reference into Microsoft's responses below. If Microsoft objects to a definition of a term and that term is used in the definition of a subsequent term, Microsoft's objections to the term used in the subsequent definition are incorporated by reference therein.

1

**INTERROGATORY NO. 8:**

Identify anyone at Microsoft who had communications Regarding and Concerning Library Genesis or Libgen, Internet Archive, Z-Library, Common Crawl, WebText, Project Gutenberg, Anna's Archive, Open Library, Reddit, DuXiu, and E-Libra.

**RESPONSE TO INTERROGATORY NO. 8:**

Microsoft incorporates by reference and reasserts its General Objections to Plaintiffs' "Definitions" set forth above. Microsoft objects to this Interrogatory as irrelevant and/or vague, ambiguous, overly broad, and not proportional to the needs of the case because it requests information concerning "anyone" at Microsoft who had such communications, without limitation as to time, scope, or purpose. Microsoft further objects to this Interrogatory as irrelevant and/or vague, ambiguous, overly broad, and not proportional to the needs of the case because it requests information that does not bear any relation to the allegations and conduct alleged in these Actions and/or to any claim or defense in these Actions. Microsoft further objects to this Interrogatory as

8

compound and constituting at least eleven (11) interrogatories under Federal Rule of Civil Procedure 33(a)(1) because it has discrete subparts seeking discrete categories of information, including information about Microsoft individuals who communicated regarding eleven (11) different topics. Microsoft also objects to this Interrogatory to the extent it seeks information that is subject to the attorney-client privilege, work product doctrine, joint defense privilege, common interest protection, or any other applicable privilege, immunity, or protection provided by law, or that are trial preparation materials.

      Subject to these objections, Microsoft states as follows: Microsoft will not provide a response to this Interrogatory.

Dated:  February 28, 2025                              Respectfully submitted,

                                                                         */s/ Jared B. Briant*

Jared B. Briant (Admitted Pro Hac Vice)
Kirstin Stoll-DeBell (Admitted Pro Hac Vice)
FAEGRE DRINKER BIDDLE & REATH LLP
1144 Fifteenth Street, Suite 3400
Denver, CO 80202
Telephone: (303) 607-3500
Facsimile: (303) 607-3600
Email: jared.briant@faegredrinker.com

Annette L. Hurst (Admitted Pro Hac Vice)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: (415) 773-5700
Facsimile: (415) 773-5759
Email: ahurst@orrick.com

Sheryl Garko (Admitted Pro Hac Vice)
Laura Najemy (Admitted Pro Hac Vice)
ORRICK, HERRINGTON & SUTCLIFFE LLP
222 Berkley Street

9

Boston, MA 02116
Telephone: (617) 880-1800
Facsimile: (617) 880-1801
Email: sgarko@orrick.com
      lnajemy@orrick.com

Christopher Cariello
Marc Shapiro
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY 10019
Telephone: (212) 506-3778
Facsimile: (212) 506-5151
Email: ccariello@orrick.com
      mrshapiro@orrick.com

Jeffrey S. Jacobson
FAEGRE DRINKER BIDDLE & REATH LLP
1177 Avenue of the Americas, 41st Floor
New York, New York 10036
Telephone: (212) 248-3140
Facsimile: (212) 248-3141
Email: jeffrey.jacobson@faegredrinker.com

*Attorneys for Defendant Microsoft Corporation*

## PROOF OF SERVICE VIA ELECTRONIC MAIL

On February 28, 2025, per the parties' agreements, I directed **DEFENDANT MICROSOFT CORPORATION'S RESPONSES TO PLAINTIFFS' THIRD SET OF INTERROGATORIES** to be served via electronic mail upon:

*Alter-AI-TT@simplelists.susmangodfrey.com*

Rachel Geman
Anna Josefine Freymann
Danna Z. Elmasry
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Telephone: 212.355.9500

Reilly T. Stoler
Ian M. Bensberg
LIEFF CABRASER HEIMANN &
BERNSTEIN LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: 415.956.1000

Rohit D. Nath
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Telephone: 310.789.3100

Scott J. Sholder
CeCe M. Cole
COWAN DEBAETS ABRAHAMS &
SHEPPARD LLP
60 Broad St., 30th Floor
New York, NY 10004
Telephone: 212.974.7474

J. Craig Smyser
Charlotte Lepic
SUSMAN GODFREY L.L.P.
One Manhattan West
Ste. 50th Fl.
New York, NY 100001
Telephone: 212.336.8330

Wesley Dozier
LIEFF CABRASER HEIMANN &
BERNSTEIN LLP
222 2nd Avenue, Suite 1640
Nashville, TN 37201
Telephone: 615.313.9000

*KVPOAI@keker.com*

Robert A. Van Nest
R. James Slaughter
Katie L. Joyce
Michelle S. Ybarra
Nicholas S. Goldberg
Thomas E. Gorman
Paven Malhotra
Christopher S. Sun
Andrew S. Bruns

11

Andrew Dawson
Edward A. Bayley
KEKER & VAN NEST LLP
633 Battery Street
San Francisco, CA 94111
Telephone: 415.391.5400

*OpenAICopyrightLitigation.lwteam@lw.com*

Sarang Damle
Elana N. Dawson
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
Telephone: 202.637.2200

Allison Levine Stillman
Rachel R. Blitzer
Herman Heng Yue
Michael A. David
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
Telephone: 212.906.1200

Andrew Gass
Joseph Richard Wetzel, Jr.
LATHAM & WATKINS, LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: 415.391.0600

Allison S. Blanco
LATHAM & WATKINS LLP
650 Town Center Drive, Ste. 2000
Costa Mesa, CA 92626
Telephone: 714.540.1235

*OpenAICopyright@mofo.com*

Joseph C. Gratz
Vera Ranieri
Andrew L. Perito
Tiffany Cheung
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
Telephone: 415.268.7522

Eric Nikolaides
Emily Claire Wood
MORRISON & FOERSTER LLP
250 W. 55th Street
New York, NY 10019
Telephone: 212.468.8000

Allyson R. Bennett
Rose S. Lee
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, CA 90017-3543
Telephone: 213.892.5200

Carolyn M. Homer
MORRISON & FOERSTER LLP
2100 L. Street, NW, Suite 900
Washington D.C. 20037
Telephone: 202.650.4597

    */s/ Shelley M. Meyer*
     Shelley M. Meyer