# EXHIBIT A

| | |
|---|---|
| **From:** | Freymann, Anna J. |
| **To:** | #Microsoft.NYClassAction.FDBR; "nyclassactions_microsoft_ohs@orrick.com" |
| **Cc:** | "Alter-AI-TT@simplelists.susmangodfrey.com" |
| **Subject:** | RE: [EXT] RE: AG v. OAI - Discovery Status Letter - Request for M&C |
| **Date:** | Thursday, February 13, 2025 4:50:08 PM |

**This Message originated outside your organization.**

Counsel,

Based on documents we have reviewed, it appears that Microsoft provided web crawling data to OpenAI and that the crawler data captured books datasets. At next week's conferral, in addition to the items listed in our February 4 letter, please be prepared to discuss making the crawler data that Microsoft acquired available for inspection by Plaintiffs.

Thank you.

**Anna J. Freymann**
Attorney at Law
afreymann@lchb.com
t 212.355.9500
f 212.355.9592
Lieff Cabraser Heimann & Bernstein, LLP
250 Hudson Street, 8th Floor
New York, NY 10013
www.lieffcabraser.com

**From:** Scheibel, Elizabeth M.C. <elizabeth.scheibel@faegredrinker.com>
**Sent:** Wednesday, February 12, 2025 10:16 AM
**To:** Freymann, Anna J. <afreymann@lchb.com>; #Microsoft.NYClassAction.FDBR <MicrosoftNYClassActionFDBR@faegredrinker.com>; 'nyclassactions_microsoft_ohs@orrick.com' <nyclassactions_microsoft_ohs@orrick.com>
**Cc:** 'Alter-AI-TT@simplelists.susmangodfrey.com' <Alter-AI-TT@simplelists.susmangodfrey.com>
**Subject:** [EXT] RE: AG v. OAI - Discovery Status Letter - Request for M&C

Hi Anna-

We can do Tuesday the 18th at 4:30pm ET. Thanks!
Liz

**Elizabeth M.C. Scheibel**
Associate
Pronouns: she/her/hers
elizabeth.scheibel@faegredrinker.com
Connect: vCard / LinkedIn

+1 612 766 7628 direct

**Faegre Drinker Biddle & Reath** LLP
2200 Wells Fargo Center, 90 South Seventh Street
Minneapolis, Minnesota 55402, USA

---

**From:** Freymann, Anna J. <afreymann@lchb.com>
**Sent:** Tuesday, February 11, 2025 11:45 AM
**To:** #Microsoft.NYClassAction.FDBR <MicrosoftNYClassActionFDBR@faegredrinker.com>; 'nyclassactions_microsoft_ohs@orrick.com' <nyclassactions_microsoft_ohs@orrick.com>
**Cc:** 'Alter-AI-TT@simplelists.susmangodfrey.com' <Alter-AI-TT@simplelists.susmangodfrey.com>
**Subject:** RE: AG v. OAI - Discovery Status Letter - Request for M&C

**This Message originated outside your organization.**

---

Counsel:

We would like to schedule a meet and confer to discuss the issues set forth in our February 4 letter. We are available as follows:

- Friday, Feb. 14, at 3 or 3:30 pm ET
- Tuesday, Feb. 18, at 4 or 4:30 pm ET

As stated in the letter, we would like to set aside 1.5 h for the call.

Please let us know what time would work best for you.

Thank you.

**Anna J. Freymann**
Attorney at Law
afreymann@lchb.com
t 212.355.9500
f 212.355.9592
Lieff Cabraser Heimann & Bernstein, LLP
250 Hudson Street, 8th Floor
New York, NY 10013
www.lieffcabraser.com

---

**From:** Freymann, Anna J.
**Sent:** Tuesday, February 4, 2025 5:37 PM
**To:** #Microsoft.NYClassAction.FDBR <MicrosoftNYClassActionFDBR@faegredrinker.com>; 'nyclassactions_microsoft_ohs@orrick.com' <nyclassactions_microsoft_ohs@orrick.com>
**Cc:** Alter-AI-TT@simplelists.susmangodfrey.com
**Subject:** AG v. OAI - Discovery Status Letter - Request for M&C

Counsel:

Please see attached Plaintiffs' discovery status letter re. Microsoft's Supplemental Responses to

Plaintiffs' Second Set of RFPs, and other discovery related issues.

Best regards,
Anna

**Anna J. Freymann**
Attorney at Law
afreymann@lchb.com
t 212.355.9500
f 212.355.9592
Lieff Cabraser Heimann & Bernstein, LLP
250 Hudson Street, 8th Floor
New York, NY 10013
www.lieffcabraser.com

This message is intended for the named recipients only. It may contain information protected by the attorney-client or work-product privilege. If you have received this email in error, please notify the sender immediately by replying to this email. Please do not disclose this message to anyone and delete the message and any attachments. Thank you.


This message is intended for the named recipients only. It may contain information protected by the attorney-client or work-product privilege. If you have received this email in error, please notify the sender immediately by replying to this email. Please do not disclose this message to anyone and delete the message and any attachments. Thank you.