April 4, 2025 <u>**VIA ECF**</u>

Hon. Ona T. Wang
United States District Court
500 Pearl Street
New York, NY 10007

Re: <u>***Request to Continue the April 10 Status Conference***</u>
*The New York Times Co. v. Microsoft Corp. et al.*, No. 23-cv-11195 (consolidated)
*Authors Guild et al. v. OpenAI Inc. et al.*, No. 23-cv-8292 (consolidated)

Dear Magistrate Judge Wang:

As this Court is likely aware, on Thursday, April 3, the Judicial Panel on Multidistrict Litigation (JPML) issued an order centralizing twelve actions before Judge Stein, including these cases, another case pending in this District, and four cases pending in the Northern District of California. *See* Transfer Order, MDL No. 3143, Dkt. 85 (Apr. 3, 2025).

In light of the JPML Order, Defendants OpenAI and Microsoft respectfully request that the Court continue the April 10, 2025, status conference. OpenAI and Microsoft look forward to working with the Court and plaintiffs in all the centralized actions to "eliminate the potential for duplicative discovery." JPML Order at 3. The April 10 status conference is set to address various discovery issues among a subset of the centralized actions that are better addressed with all parties to the centralized proceeding present after the cases are formally organized before Judge Stein. In addition, the subset of plaintiffs in the actions listed above have expressed an intent to raise MDL case management issues at the April 10 conference, which Defendants don't believe would be efficient or appropriate to address before all cases have been formally organized before Judge Stein and without all parties present. OpenAI and Microsoft intend to meet-and-confer with N.D. Cal. and S.D.N.Y. plaintiffs together to present a consolidated set of issues to the court.

For these reasons, OpenAI and Microsoft respectfully request that the Court continue the April 10 conference. Defendants understand the S.D.N.Y. plaintiffs oppose this request.

Sincerely,

| KEKER, VAN NEST & PETERS LLP | LATHAM & WATKINS LLP | MORRISON & FOERSTER LLP |
|---|---|---|
| */s/ R. James Slaughter* | */s/ Herman Yue* | */s/ Carolyn Homer* |
| R. James Slaughter | Herman Yue | Carolyn Homer |
| *Counsel for OpenAI Defendants* | | |

ORRICK, HERRINGTON & SUTCLIFFE LLP

*/s/ Annette Hurst*

Annette Hurst
*Counsel for Defendant Microsoft Corporation*