**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x
AUTHORS GUILD, et al.,

        Plaintiff,

        -against-

OPENAI INC., et al.,

        Defendants.

-----------------------------------------------------------x

23-cv-8292 (SHS) (OTW)

**ORDER**

-----------------------------------------------------------x
THE NEW YORK TIMES COMPANY.,

        Plaintiff,

        -against-

MICROSOFT CORPORATION, et al.,

        Defendants.

-----------------------------------------------------------x

23-cv-11195 (SHS) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of Defendants' requests to (1) adjourn the April 10, 2025, status conference, (23-CV-8292, ECF 394; 23-CV-11195, ECF 516); and (2) extend Defendants' time to answer in Case No. 23-CV-11195, (ECF 515).

On April 3, 2025, the Judicial Panel on Multidistrict Litigation issued a transfer order that centralized (1) four cases pending in the Northern District of California; (2) one case currently pending in the Southern District of New York, but not assigned to Judge Stein or myself; and (3) the six actions pending under the two above-captioned consolidated cases, and assigned them to Judge Stein for coordinated and/or consolidated proceedings. (MDL No. 3143, ECF 85).

In the interests of judicial economy and coordinating the twelve actions now pending under MDL No. 3143, Defendants' motions are **GRANTED**. The April 10 conference is hereby **ADJOURNED sine die.** Defendants' time to answer in the Newspaper cases is hereby **EXTENDED** to **April 29, 2025, without prejudice** to further extensions.

The Clerk of Court is respectfully directed to close ECF Nos. 394 in Case No. 23-CV-8292; and ECF Nos. 515 and 516 in Case No. 23-CV-11195.

**SO ORDERED.**

Dated: April 7, 2025
New York, New York

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge