UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AUTHORS GUILD, *et al.*, individually and on behalf of others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　　　　v.<br><br>OPENAI INC., *et al.*,<br><br>　　　　　Defendants. | Case No. 1:23-cv-08292-SHS (OTW)<br>Case No. 1:23-cv-10211-SHS (OTW)<br><br>**PLAINTIFFS' MOTION TO SEAL** |
| JONATHAN ALTER, *et al.*, on behalf of themselves and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　　　　v.<br><br>OPENAI, INC., *et al.*,<br><br>　　　　　Defendants. | |

　　　　Under paragraph 25 of the Stipulated Protective Order in this case (Dkt. 338), Plaintiffs' in the *Authors Guild* and *Alter* actions ("Plaintiffs") respectfully seek to provisionally file under seal portions of their motion for leave to amend the complaint. Plaintiffs seek to file portions of this motion under seal because portions of the motion and exhibits to the motion include and discuss documents that Defendants have designated as Protected Discovery Material under the Protective Order. Dkt. 338 ¶ 25. Plaintiffs do not affirmatively seek to seal any material. Under the Protective Order, Defendants have five business days to file a statement of reasons for why the material should be sealed. *Id*. Plaintiffs will review Defendants' filings, and if necessary, confer about any disagreement.

Dated:  April 11, 2025

1

| | |
|---|---|
| */s/ Rachel Geman* | */s/ Rohit D. Nath* |
| Rachel Geman | Justin A. Nelson (*pro hac vice*) |
| Anna J. Freymann | Alejandra C. Salinas (*pro hac vice*) |
| Wesley Dozier (*pro hac vice*) | Amber Magee (*pro hac vice*) |
| Danna Elmasry | SUSMAN GODFREY L.L.P. |
| LIEFF CABRASER HEIMANN & BERNSTEIN, LLP | 1000 Louisiana Street, Suite 5100 |
| 250 Hudson Street, 8th Floor | Houston, TX 77002 |
| New York, NY 10013 | Tel.: 713.651.9366 |
| Tel.: 212.355.9500 | jnelson@susmangodfrey.com |
| rgeman@lchb.com | asalinas@susmangodfrey.com |
| afreymann@lchb.com | amagee@susmangodfrey.com |
| wdozier@lchb.com | |
| delmasry@lchb.com | |
| | |
| Kenneth S. Byrd (*pro hac vice*) | Rohit D. Nath (*pro hac vice*) |
| LIEFF CABRASER HEIMANN & BERNSTEIN, LLP | SUSMAN GODFREY L.L.P. |
| 222 2nd Avenue S. Suite 1640 | 1900 Avenue of the Stars, Suite 1400 |
| Nashville, TN 37201 | Los Angeles, CA 90067 |
| Tel.: 615-313-9000 | Tel.: 310.789.3100 |
| kbyrd@lchb.com | rnath@susmangodfrey.com |
| | |
| Reilly T. Stoler (*pro hac vice*) | J. Craig Smyser |
| LIEFF CABRASER HEIMANN & BERNSTEIN, LLP | Charlotte Lepic |
| 275 Battery Street, 29th Floor | SUSMAN GODFREY L.L.P. |
| San Francisco, CA 94111 | One Manhattan West, 51st Floor |
| Tel.: 415.956.1000 | New York, NY 10001 |
| rstoler@lchb.com | Tel.: 212.336.8330 |
| | csmyser@susmangodfrey.com |
| | clepic@susmangodfrey.com |
| | |
| */s/ Scott J. Shoulder* | Jordan W. Connors (*pro hac vice*) |
| Scott J. Shoulder | SUSMAN GODFREY L.L.P. |
| CeCe M. Cole | 401 Union Street, Suite 3000 |
| COWAN DEBAETS ABRAHAMS & SHEPPARD LLP | Seattle, WA 98101 |
| 60 Broad Street, 30th Floor | Tel.: 206.516.3880 |
| New York, NY 10010 | jconnors@susmangodfrey.com |
| Tel.: 212.974.7474 | |
| ssholder@cdas.com | ***Interim Class Counsel*** |
| ccole@cdas.com | |

2

## **CERTIFICATE OF SERVICE**

I hereby certify this 11 day of April 2025, I caused a true and correct copy of the foregoing to be electronically filed with the Clerk of the court using the CM/ECF system which will send notification to the attorneys of record and is available for viewing and downloading.

*/s/ Rachel Geman*
Rachel Geman