UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

| | | |
|---|---|---|
| IN RE: | : | 25-md-3143 (SHS) (OTW) |
| OPENAI, INC., COPYRIGHT INFRINGEMENT LITIGATION. | : | <u>ORDER</u> |
| | : | |
| This Document Relates To:  All Cases | : | |

---------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      OpenAI's request for an adjournment of the initial case management conference scheduled for May 22 at 10:00 a.m. [Doc. No. 18] is denied. Mr. Van Nest may appear by MS Teams as long as OpenAI has an attorney in the courtroom with authority to speak on behalf of OpenAI.

Dated: New York, New York
       May 7, 2025

SO ORDERED

*[signature]*

SIDNEY H. STEIN
U.S.D.J.