UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:

OPENAI, INC.,
COPYRIGHT INFRINGEMENT LITIGATION

This Document Relates To:

23-cv-11195

25-md-3143 (SHS) (OTW)

ORDER

SIDNEY H. STEIN, U.S. District Judge.

The Court has received by mail a request from non-party John P. Springett II for leave to file an *amicus* brief "in support of neither party" regarding Magistrate Judge Ona Wang's May 13, 2025 preservation order. "An *amicus* brief should normally be allowed when a party is not represented competently or is not represented at all, when the *amicus* has an interest in some other case that may be affected by the decision in the present case . . . , or when the *amicus* has unique information or perspective that can help the court beyond the help that lawyers for the parties are able to provide. Otherwise, leave to file an *amicus curiae* brief should be denied." *In re Terrorist Attacks on Sep. 11, 2001*, No. 03-md-1570, 2022 WL 17326181, at *2 (S.D.N.Y. Nov. 29, 2022) (quoting *Ryan v. Commodity Futures Trading Comm'n*, 125 F.3d 1062, 1063 (7th Cir. 1997)). None of the circumstances supporting leave to file an *amicus* brief is present here. The request for leave to file an *amicus* brief is denied.

Dated: New York, New York
August 7, 2025

SO ORDERED:

Sidney H. Stein, U.S.D.J.