AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE: OPEN AI, INC. COPYRIGHT INFRINGEMENT LITIGATION | : : : : | 1:25-md-03143-SHS<br><br>Hon. Sidney H. Stein<br>Hon. Ona T. Wang |
| THIS DOCUMENT RELATES TO:<br><br>All Actions. | : : : : | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The Individually Named Plaintiffs and the Proposed Class.

Date: August 13, 2025

/s/ *Henry Walter*
*Attorney's signature*

Henry Walter (6060610)
*Printed name and bar number*

One Manhattan West,
50th Fl.
New York, NY 10001
*Address*

hwalter@susmangodfrey.com
*E-mail address*

(212) 336-8330
*Telephone number*

(212) 336-8340
*FAX number*