UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
AUTHORS GUILD, et al.,                          :
                                                :
                    Plaintiff,                  :     23-cv-8292 (SHS) (OTW)
                                                :
        -against-                               :
                                                :
OPENAI INC., et al.,                            :     **ORDER**
                                                :
                    Defendants.                 :
                                                :
------------------------------------------------------------x

------------------------------------------------------------x
THE NEW YORK TIMES COMPANY.,                    :
                                                :
                    Plaintiff,                  :     23-cv-11195 (SHS) (OTW)
                                                :
        -against-                               :
                                                :
MICROSOFT CORPORATION, et al.,                  :
                                                :
                    Defendants.                 :     **ORDER**
                                                :
------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court will hold an In-Person "Settlement Conference" on deposition protocols on **March 7, 2025, at 2:00 p.m.** in Courtroom 20D, 500 Pearl Street, New York, NY 10007. Each party in attendance shall send no more than two attorneys to the settlement conference. The parties are not to submit anything to the Court in advance of this conference.

   **SO ORDERED.**

                                                        _s/ Ona T. Wang_____
Dated: February 26, 2025                                **Ona T. Wang**
   New York, New York                                   United States Magistrate Judge