**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
AUTHORS GUILD, et al.,                          :
                                                :
                          Plaintiff,            :        23-cv-8292 (SHS) (OTW)
                                                :
                          -against-             :
                                                :
OPENAI INC., et al.,                            :        **ORDER**
                                                :
                          Defendants.           :
                                                :
                                                :
-------------------------------------------------------------x

THE NEW YORK TIMES COMPANY.,                    :
                                                :
                          Plaintiff,            :        23-cv-11195 (SHS) (OTW)
                                                :
                          -against-             :
                                                :
MICROSOFT CORPORATION, et al.,                  :
                                                :
                          Defendants.           :        **ORDER**
                                                :
-------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court has scheduled a status conference for April 10, 2025. Ahead of the April 10 conference, the parties in each consolidated case are directed to file a joint chart by close of business on **April 4, 2025,** that identifies (1) all outstanding disputes, (2) each party's position in no more than two paragraphs, and (3) the relevant ECF numbers (with hyperlinks) for such dispute (including oppositions and replies). If there are any outstanding motions on the dockets that are not included in the parties' joint dispute charts, the Court will consider any such motions as resolved and deny them as moot.

If there are any other topics the parties wish to discuss at the April 10 conference, the parties may submit a separate joint agenda of no more than 1 page by close of business on **April 4, 2025.**

**SO ORDERED.**

_s/ Ona T. Wang_

Dated: April 1, 2025          **Ona T. Wang**
New York, New York          United States Magistrate Judge