UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KAI BIRD, JONATHAN ALTER, MARY BLY, VICTOR LAVALLE, EUGENE LINDEN, DANIEL OKRENT, HAMPTON SIDES, JIA TOLENTINO, RACHEL VAIL, SIMON WINCHESTER, AND ELOISA JAMES, INC., individually and on behalf of others similarly situated,<br><br>                          Plaintiffs,<br>v.<br>MICROSOFT CORPORATION,<br>                          Defendant. | ECF CASE<br><br>No. 25-md-3143 (SHS) and 1:25-cv-05282-SHS<br><br>JOINT STIPULATION AND [PROPOSED] ORDER TO STAY PROCEEDINGS |

The Parties through their respective counsel of record stipulate, subject to approval by the Court, to a stay of all proceedings in the above-captioned action (the "Action") until the resolution of dispositive motions in *In re OpenAI, Inc. Copyright Infringement Litigation* (Case No. 1:25-md-03143) ("MDL"). The Parties agree that good cause exists for such a stay, and in support of this stipulation state as follows:

**WHEREAS,** on November 30, 2023, this Court entered an order, ECF No. 36, in *Authors Guild et al. v. OpenAI, Inc. et al.* (No. 1:23-cv-08292-SHS), stating discovery commenced on November 6, 2023. On January 22, 2024, *Authors Guild et al. v. OpenAI, Inc. et al.* (No. 1:23-cv-08292-SHS) was consolidated with *Alter et al. v. OpenAI, Inc. et al.* (No. 1:23-cv-10211-SHS) for pre-trial purposes (collectively, "Consolidated SDNY Class Cases").

**WHEREAS,** on April 3, 2025, the United States Judicial Panel on Multidistrict Litigation entered a transfer order, ECF No. 1 in the MDL (1:25-md-03143-SHS-OTW), centralizing the Consolidated SDNY Class Cases and ten other proceedings in the Northern District of California and the Southern District of New York. The actions were transferred to the

Southern District of New York and assigned to this Court.

**WHEREAS,** on June 20, 2025, this Court entered an order, ECF No. 238, in the MDL, setting the deadline for dispositive motions on August 14, 2026; setting the deadline for responses to dispositive motions on September 18, 2026; and setting the deadline for replies to dispositive motions on October 16, 2026.

**WHEREAS,** on June 25, 2025, this Action, *Bird et al v. Microsoft Corporation* (No. 1:25-cv-05282) was filed in the Southern District of New York.

**WHEREAS,** both this Action and the MDL involve allegations concerning the use of copyrighted literary works to train large language models ("LLMs"), raising potentially overlapping issues. *See* No. 1:25-cv-05282-SHS, Dkt. No. 3 at 2 (Plaintiffs' Statement of Relatedness).

**WHEREAS,** on July 2, 2025, this Action was accepted as related to the MDL.

**WHEREAS,** the forthcoming rulings in the MDL may address questions that overlap with questions presented in this action, and thus may inform and streamline the resolution of similar issues in this Action;

**WHEREAS,** all but one of the named Plaintiffs in this Action were originally named Plaintiffs in the Consolidated SDNY Class Cases,[1] and all Named Plaintiffs in this Action are part of the class as defined in the MDL such that coordinating the resolution of common issues in the MDL will streamline this litigation and may narrow or resolve the claims asserted here;

**WHEREAS,** a stay of this Action will promote judicial economy and consistency, which will be of finite duration and will allow the Court and Parties to proceed more efficiently;

**WHEREAS,** judicial comity, and the principles underlying 28 U.S.C. §1407, support

---

[1] Eloisa James, Inc., while not previously named, is a loan-out company owned by Mary Bly, a previously named Plaintiff.

deference to the MDL proceedings where the Court has been tasked with resolving common factual and legal issues among overlapping cases;

**NOW, THEREFORE,** in consideration of the foregoing, which are incorporated into this Stipulation, the Parties hereby stipulate and agree, subject to the Court's approval, as follows:

1. All proceedings and deadlines in the above-captioned Action are hereby stayed until the MDL court has ruled on any dispositive motions filed in the MDL pursuant to the schedule set in 1:25-md-03143-SHS-OTW ECF No. 238 or any amendment thereto.

2. Within 30 days of rulings on such dispositive motion(s) in the MDL, the Parties shall file a joint status report in this Action to propose a case management conference and any appropriate further proceedings in light of the MDL decision.

3. While this stay is in effect, any party may move to lift the stay for good cause shown. Nothing in this stipulation shall preclude a Party from seeking such relief, if necessary, or from seeking any other appropriate relief from the Court.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:                                                     _____
                                                           Honorable Sidney H. Stein
                                                           United States District Judge

Dated: September 5, 2025                                   Dated: September 5, 2025

By: _/s/ Justin Nelson_                                    By: _/s/ Annette Hurst_

**LIEFF CABRASER HEIMANN & BERNSTEIN LLP**                 **ORRICK, HERRINGTON & SUTCLIFFE LLP**
Rachel Geman                                               Annette L. Hurst (admitted *pro hac vice*)
Anna J. Freymann                                           The Orrick Building
Wesley Dozier*                                             405 Howard Street
Danna Elmasry                                              San Francisco, CA 94105-2669
250 Hudson Street, 8th Floor                               Telephone (415) 773-5700
                                                           Email: ahurst@orrick.com

New York, NY 10013-1413
Telephone: (212) 355-9500
Email: rgeman@lchb.com
Email: afreyman@lchb.com
Email: wdozier@lchb.com
Email: delmasry@lchb.com

**SUSMAN GODFREY LLP**
Justin A. Nelson*
Alejandra C. Salinas*
1000 Louisiana Street, Suite 5100
Houston, TX 77002
Telephone: (713) 651-9366
Email: jnelson@susmangodfrey.com
Email: asalnias@susmangodfrey.com

Rohit Nath
1900 Avenue of The Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100
Email: rnath@susmangodfrey.com

J. Craig Smyser
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (212) 336-8330
Email: csmyser@susmangodfrey.com

**COWAN, DEBAETS, ABRAHAMS & SHEPPARD LLP**
Scott J. Sholder
CeCe Cole
41 Madison Avenue, 38th Floor
New York, NY 10010
Telephone: (212) 974-7474
Email: ssholder@cdas.com
Email: ccole@cdas.com

*Attorneys for Plaintiffs*

Dated: New York, New York
September 9, 2025

Christopher J. Cariello
Marc R. Shapiro
51 West 52nd Street
New York, NY 10019-6142
Telephone: (212) 506-5000
Email: ccariello@orrick.com
Email: mrshapiro@orrick.com

Sheryl Koval Garko (admitted *pro hac vice*)
Laura Brooks Najemy (admitted *pro hac vice*)
222 Berkeley Street, Suite 2000
Boston, MA 02116
Telephone: (617) 880-1800
Email: sgarko@orrick.com
Email: lnajemy@orrick.com

**FAEGRE DRINKER BIDDLE & REATH LLP**
Jeffrey S. Jacobson
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 248-3191
jeffrey.jacobson@faegredrinker.com

Jared B. Briant (admitted pro hac vice)
Kirstin L. Stoll-DeBell (admitted pro hac vice)
1144 15th Street, Suite 3400
Denver, Colorado 80202
Telephone: (303) 607-3588
jared.briant@faegredrinker.com
kirstin.stolldebell@faegredrinker.com

Carrie A. Beyer (admitted pro hac vice)
320 South Canal Street, Suite 3300
Chicago, IL 60606-5707
Telephone: (312) 569-1000
Facsimile: (312) 569-3000
carrie.beyer@faegredrinker.com

Elizabeth M.C. Scheibel (admitted pro hac vice)
2200 Wells Fargo Center, 90 S. 7th Street
Minneapolis, MN 55402
Telephone: (612) 766-7000
Facsimile: (612) 766-1600
elizabeth.scheibel@faegredrinker.com

*Attorneys for Defendant Microsoft Corporation*

**SO ORDERED:**

_____
Sidney H. Stein, U.S.D.J.

4