<u>**VIA ECF**</u>

August 21, 2025

Hon. Ona T. Wang
Southern District of New York

RE:   *In re OpenAI Copyright Litigation*, 25-md-3143 (SHS) (OTW)

Dear Magistrate Judge Wang:

      In June, the Plaintiffs and OpenAI Defendants in the above-referenced MDL filed a letter advising that the parties had agreed upon a Training Data Inspection Protocol (the "Protocol"). Dkt. No. 101.  The June Protocol included placeholders to indicate where information cross-referencing the Stipulated Protective Order would be inserted upon its entry.  *See* Dkt. No. 101-1 at ¶¶ 5, 7(i).  Now that the Court has entered the Stipulated Protective Order, the parties respectfully submit a finalized Protocol.  The only changes are in paragraphs 5 and 7(i), where the parties have inserted cross references to the Protective Order.

August 21, 2025                                                            Respectfully submitted,


                                                        <u>*/s/ Justin Nelson*</u>
                                                        Justin Nelson
                                                        Susman Godfrey L.L.P.
                                                        *On behalf of Class Plaintiffs*

                                                        <u>*/s/ Jennifer Maisel*</u>
                                                        Jennifer Maisel
                                                        Rothwell, Figg, Ernst & Manbeck P.C.
                                                        *On behalf of News Plaintiffs*

                                                        <u>*/s/ Thomas Gorman*</u>
                                                        Thomas Gorman
                                                        Keker, Van Nest & Peters LLP
                                                        *On behalf of OpenAI*