**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------x
IN RE:                                         :
                                               :
OPENAI, INC.,                                  :      25-md-3143 (SHS) (OTW)
COPYRIGHT INFRINGEMENT LITIGATION,             :
                                               :
                                               :      ORDER
                                               :
This Document Relates To:                      :
23-CV-8292                                     :
23-CV-10211                                    :
-------------------------------------------------------------x
```

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of the parties' joint letter at ECF 281.

Because the parties jointly represent that they have resolved the disputes at ECF Nos. 149 and 151, these motions are **DENIED as moot.**

The Clerk of Court is respectfully directed to close ECF Nos. 149 and 151.

**SO ORDERED.**

_s/ Ona T. Wang_

Dated: September 3, 2025          **Ona T. Wang**
       New York, New York          United States Magistrate Judge