KEKER
VAN NEST
&PETERS

LATHAM&WATKINS LLP

MORRISON
FOERSTER

September 4, 2025                                                        <u>**VIA ECF**</u>

Hon. Ona T. Wang
U.S. District Judge for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007


Re:    News Plaintiffs' Motion for Leave to File Overly-Long Letter, *In re OpenAI, Inc.*
       *Copyright Infringement Litigation*, No. 1:25-md-03143 (SHS) (OTW); This Document
       Relates To: All Cases


Dear Magistrate Judge Wang:

       As OpenAI informed Plaintiffs—both in email correspondence and during a meet and
confer just hours before Plaintiffs filed their motion—OpenAI does not oppose Plaintiffs' motion
for leave to file a 3,500-word letter so long as OpenAI is afforded the opportunity to file a response
of equal length to Plaintiffs' filing.  If the Court is inclined to grant Plaintiffs' motion, OpenAI
respectfully requests that the Court also grant OpenAI leave to file a 3,500-word response within
six business days after the entry of any order granting Plaintiffs' motion.


                              Sincerely,


KEKER, VAN NEST &          LATHAM & WATKINS LLP       MORRISON & FOERSTER
PETERS LLP                                            LLP

*/s/ Paven Malhotra*        */s/ Herman H. Yue*         */s/ Rose S. Lee*