UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:

OPENAI, INC.,

COPYRIGHT INFRINGEMENT LITIGATION

25-md-3143 (SHS) (OTW)

ORDER

This Document Relates To:

23-cv-8292
23-cv-10211
24-cv-84
25-cv-3291
25-cv-3297
25-cv-3482
25-cv-3483
25-cv-4315

SIDNEY H. STEIN, U.S. District Judge.

    The Court will hear oral argument on OpenAI's motion to dismiss the Consolidated Class Action Complaint (Dkt. No. 324), OpenAI's motion to strike portions of the Consolidated Class Action Complaint (Dkt. No. 336), Microsoft's motion to strike portions of the Consolidated Class Action Complaint (Dkt. No. 326), OpenAI's motion to dismiss the First Amended Complaint in *Ziff Davis, Inc. v. OpenAI, Inc.*, No. 25-cv-4315 (Dkt. No. 405), and OpenAI's motion to partially stay that action (Dkt. No. 134) in Courtroom 23A of the Daniel Patrick Moynihan United States Courthouse on October 8, 2025, at 2:15 p.m.

Dated: New York, New York
       September 22, 2025

SO ORDERED:

*[signature]*

Sidney H. Stein, U.S.D.J.