UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>OPENAI, INC. COPYRIGHT INFRINGEMENT LITIGATION<br><br>This Document Relates To:<br><br>Civil Action No. 1:23-cv-11195-SHS-OTW<br>Civil Action No. 1:24-cv-03285-SHS-OTW<br>Civil Action No. 1:24-cv-04872-SHS OTW<br>Civil Action No. 1:23-cv-08292-SHS-OTW<br>Civil Action No. 1:23-cv-10211-SHS-OTW | Case No. 1:25-md-3143-SHS-OTW<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Lora A. Brzezynski of the law firm Faegre Drinker Biddle & Reath LLP, 1500 K Street NW, Suite 1100, Washington, D.C. 20005, hereby enters her appearance as counsel for Defendant Microsoft Corporation in the above-captioned actions.

Dated: October 8, 2025

**FAEGRE DRINKER BIDDLE & REATH LLP**

*/s/ Lora A. Brzezynski*
Lora A. Brzezynski
1500 K Street NW, Suite 1100
Washington, D.C. 20005
Tel: (202) 842-8800
lora.brzezynski@faegredrinker.com

*Counsel for Microsoft Corporation*

DMS_US.373891807.1