KEKER VAN NEST & PETERS          LATHAM & WATKINS LLP          MORRISON FOERSTER

October 21, 2025

**VIA ECF**
Hon. Ona T. Wang
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

      RE:   *In re: OpenAI Inc., Copyright Infringement Litigation*, 25-md-3143 (SHS) (OTW)
             This Document Relates To: All Actions

Dear Judge Wang:

    On behalf of all parties, counsel for OpenAI hereby respectfully submit the following charts for discussion at the upcoming October 29, 2025 discovery conference:

- **Exhibit A**, which summarizes the discovery disputes in the Class Cases;
- **Exhibit B**, which summarizes the global issues impacting all parties across cases; and
- **Exhibit C**, which summarizes the discovery disputes in the News Cases.

Sincerely,

| KEKER, VAN NEST & PETERS LLP | LATHAM & WATKINS LLP | MORRISON & FOERSTER LLP |
|---|---|---|
| */s/ Christopher S. Sun* | */s/ Margaret Graham* | */s/ Rose S. Lee* |
| Christopher S. Sun | Margaret Graham | Rose S. Lee |