## SUSMAN GODFREY L.L.P.

A REGISTERED LIMITED LIABILITY PARTNERSHIP

1000 LOUISIANA
SUITE 5100
HOUSTON, TX 77002-5096
(713) 651-9366
FAX (713) 654-6666
WWW.SUSMANGODFREY.COM

_____

| 401 UNION STREET<br>SUITE 3000<br>SEATTLE, WA 98101-2668<br>(206) 516-3880 | ONE MANHATTAN WEST<br>NEW YORK, NY 10001-8602<br>(212) 336-8330 | 1900 AVENUE OF THE STARS<br>SUITE 1400<br>LOS ANGELES, CA 90067<br>(310) 789-3100 |
|---|---|---|

JUSTIN A. NELSON
DIRECT DIAL 713-653-7895

E-MAIL jnelson@susmangodfrey.com

October 29, 2025

**VIA ECF**

Hon. Ona T. Wang
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

      RE: In re OpenAI, Inc. Copyright Infringement Litigation (No. 1:25-md-03143) – This document relates to the following Class Cases: Case No. 1:23-cv-08292, Case No. 1:23-cv-10211, Case No. 1:24-cv-00084, Case No. 1:25-cv-03291, Case No. 1:25-cv-03482, Case No. 1:25-cv-03483 – Update on Seven Clawbacks in Dkt. 662

Dear Judge Wang:

      Consistent with Your Honor's instructions at this morning's hearing, Class Plaintiffs and OpenAI conferred this afternoon on the seven clawbacks in Dkt. 662. The parties have reached a resolution and agree that *in camera review* is not necessary at this time.

Sincerely,

*/s/ Justin A. Nelson*
Justin A. Nelson
Susman Godfrey, LLP
Interim Lead Class Counsel