

November 12, 2025

**VIA ECF**

Hon. Ona T. Wang
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

cc: All Counsel of Record (via ECF)

Re:   **The Court's Order, Dkt. 721, re the "LibGen Test File"**; *In re OpenAI Inc. Copyright Infringement Litigation*, Case No. 1:25-md-03143-SHS-OTW; This Document Relates to: Case Nos. 1:23-cv-08292, 1:23-cv-10211, 1:24-cv-00084, 1:25-cv-03291, 1:25-cv-03482, 1:25-cv-03483.

Dear Judge Wang:

OpenAI submits this letter pursuant to the Court's Order regarding the "LibGen Test File." Dkt. 721 at 2. Counsel for OpenAI met and conferred with counsel for Class Plaintiffs on November 6, 2025. OpenAI selects the second option from the Court's Order: "a 30(b)(6) deposition of up to 4 hours on this topic." *Id.* at 1.

Respectfully,

| KEKER, VAN NEST & PETERS LLP[1] | LATHAM & WATKINS LLP | MORRISON & FOERSTER LLP |
|---|---|---|
| */s/ Thomas E. Gorman*<br>Thomas E. Gorman<br>*(pro hac vice)* | */s/ Allison S. Blanco*<br>Allison S. Blanco<br>*(pro hac vice)* | */s/ Caitlin Sinclaire Blythe*<br>Caitlin Sinclaire Blythe<br>*(pro hac vice)* |

---

[1] All parties whose electronic signatures are included herein have consented to the filing of this document.

3366733