**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------ X
IN RE:                                                       :
                                                             :
OPEN AI, INC.,                                               :  No. 25-md-3143 (SHS) (OTW)
COPYRIGHT INFRINGEMENT LITIGATION                            :
                                                             :  [PROPOSED] ORDER
This Document Relates To:                                    :
                                                             :
All Actions                                                  :
------------------------------------------------------------ X
```

**ONA T. WANG, United States Magistrate Judge:**

The parties have filed motions to seal at ECFs 781, 783, 784, and ___ in Case No. 25-md-3143 seeking to seal material identified in the chart below. This material includes or discusses (i) documents that OpenAI has designated as Protected Discovery Material under the Protective Order and (ii) information of the type that is normally kept strictly confidential.

| Description | ECF | Redact or Seal |
|---|---|---|
| Plaintiffs' Letter Motion to Compel OpenAI to Search and Produce Relevant Documents from the Files of 3 Additional Custodians | 786, 801 | Redact |
| Exhibit A to Plaintiffs' Letter Motion to Compel OpenAI to Search and Produce Relevant Documents from the Files of 3 Additional Custodians | 786-1, 801-1 | Seal |
| Exhibit B to Plaintiffs' Letter Motion to Compel OpenAI to Search and Produce Relevant Documents from the Files of 3 Additional Custodians | 786-2, 801-2 | Seal |
| Exhibit D to Plaintiffs' Letter Motion to Compel OpenAI to Search and Produce Relevant Documents from the Files of 3 Additional Custodians | 786-4, 801-4 | Seal |
| Exhibit E to Plaintiffs' Letter Motion to Compel OpenAI to Search and Produce Relevant Documents from the Files of 3 Additional Custodians | 786-5, 801-5 | Seal |
| Exhibit G to Plaintiffs' Letter Motion to Compel OpenAI to Search and Produce Relevant Documents from the Files of 3 Additional Custodians | 786-7, 801-7 | Seal |

| Description | ECF | Redact or Seal |
|---|---|---|
| Exhibit H to Plaintiffs' Letter Motion to Compel OpenAI to Search and Produce Relevant Documents from the Files of 3 Additional Custodians | 786-8, 801-8 | Seal |
| Exhibit I to Plaintiffs' Letter Motion to Compel OpenAI to Search and Produce Relevant Documents from the Files of 3 Additional Custodians | 786-9, 801-9 | Redact |
| Exhibit J to Plaintiffs' Letter Motion to Compel OpenAI to Search and Produce Relevant Documents from the Files of 3 Additional Custodians | 786-10, 801-10 | Seal |
| Exhibit K to Plaintiffs' Letter Motion to Compel OpenAI to Search and Produce Relevant Documents from the Files of 3 Additional Custodians | 786-11, 801-11 | Seal |
| Exhibit L to Plaintiffs' Letter Motion to Compel OpenAI to Search and Produce Relevant Documents from the Files of 3 Additional Custodians | 786-12, 801-12 | Seal |
| Exhibit M to Plaintiffs' Letter Motion to Compel OpenAI to Search and Produce Relevant Documents from the Files of 3 Additional Custodians | 786-13, 801-13 | Seal |
| Exhibit N to Plaintiffs' Letter Motion to Compel OpenAI to Search and Produce Relevant Documents from the Files of 3 Additional Custodians | 786-14, 801-14 | Seal |
| Exhibit O to Plaintiffs' Letter Motion to Compel OpenAI to Search and Produce Relevant Documents from the Files of 3 Additional Custodians | 786-15, 801-15 | Seal |
| Exhibit P to Plaintiffs' Letter Motion to Compel OpenAI to Search and Produce Relevant Documents from the Files of 3 Additional Custodians | 786-16, 801-16 | Seal |

For the reasons described in ECF _____, OpenAI's motion to seal is **GRANTED**.

**SO ORDERED.**

Dated: _____          _____
       New York, New York           **Ona T. Wang**
                                    United States Magistrate Judge