UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>OPENAI, INC.<br><br>COPYRIGHT INFRINGEMENT LITIGATION<br><br>This Document Relates To:<br><br>Class Cases | Case No. 1:25-md-3143-SHS-OTW |

**DECLARATION OF LUCKY VIDMAR IN SUPPORT OF
MICROSOFT'S RESPONSE TO PLAINTIFFS' MOTION TO SEAL**

I, Lucky Vidmar, hereby declare as follows:

1. I have personal knowledge of the facts stated in this declaration and, if called upon as a witness, I would and could competently testify thereto. I submit this declaration in support of Microsoft's Response to Class Plaintiffs' Motion to Seal (ECF 781/783/784[1]) filed in connection with Class Plaintiffs' Letter Motion to compel OpenAI search and produce relevant documents from the files of three additional custodians ("Letter Motion") (ECF 786/801[2]).

2. I am Associate General Counsel and I lead Microsoft's IP and AI litigation team. I have been at Microsoft since June 2020. In this role, I am responsible for the overall conduct of discovery and factual investigation for this case. I am also part of a team at Microsoft that provides legal guidance to the business on the development of our generative AI tools in connection with managing litigation and regulatory risk.

---

[1] I understand that Class Plaintiffs filed the same motion to seal at ECF 781, 783, and 784.

[2] I understand that Class Plaintiff originally filed their Letter Brief at ECF 789 and then re-filed a highlighted version at ECF 801.

3.      Exhibit P (ECF 786-16/801-16) to the Letter Motion contains nonpublic, confidential information about Microsoft's work with OpenAI.  Specifically, this exhibit is a document produced in litigation that contains information that is confidential and highly sensitive to Microsoft and Microsoft only shares the information revealed in this exhibit on a need-to-know basis whether internally or externally with proper non-disclosure protections in place.  Similarly, the portions of the Letter Motion that Microsoft seeks to redact quote or describe this document. Disclosure of such information to the public would be harmful to Microsoft because it reflects highly sensitive and confidential business strategy and decision-making that, if disclosed, could harm Microsoft's competitive advantage and its business relationships.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on November 22, 2025 in Washington, D.C.

_____
Lucky Vidmar