AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: OPEN AI, INC. COPYRIGHT INFRINGEMENT LITIGATION | 1:25-md-03143-SHS <br><br> Hon. Sidney H. Stein <br> Hon. Ona T. Wang |
| THIS DOCUMENT RELATES TO: <br><br> 1:23-cv-08292-SHS | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Individually Named Plaintiffs and the Proposed Classes                                              .

Date: December 3, 2025

/s/ Sean A. Petterson
*Attorney's signature*

Sean A. Petterson (5412663)
*Printed name and bar number*

Lieff Cabraser Heimann & Bernstein
250 Hudson Street, 8th Floor
New York, NY 10013
*Address*

spetterson@lchb.com
*E-mail address*

(212) 355-9500
*Telephone number*

(212) 355-9592
*FAX number*