**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE:<br><br>OPENAI, INC.,<br>COPYRIGHT INFRINGEMENT LITIGATION<br><br>This document relates to:<br>23-cv-8292<br>23-cv-10211<br>24-cv-84<br>25-cv-3297<br>25-cv-3482<br>25-cv-3483 | 25-md-3143 (SHS) (OTW)<br><br>**ORDER GRANTING MOTION OF EDWARD PICKUP FOR ADMISSION TO PRACTICE *PRO HAC VICE*** |

The motion of Edward Pickup for admission to practice *pro hac vice* in the above-captioned action is **GRANTED**. Applicant has declared that he is a member in good standing of the bar of Maryland, and that his contact information is as follows:

Edward Pickup
WILLIAMS AND CONNOLLY LLP
680 Maine Avenue, S.W.
Washington, DC  20024
Telephone: (202) 434-5000
E-Mail: epickup@wc.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Defendants OpenAI Inc., OpenAI OpCo LLC, OpenAI GP LLC, OAI Corporation LLC, OpenAI Holdings LLC, OpenAI Startup Fund I LP, OpenAI Startup Fund GP I LLC, and OpenAI Startup Fund Management LLC;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:  December 8   , 2025

_____
United States Magistrate Judge