```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
IN RE:                                              :
                                                    :
OPENAI, INC.,                                       :    25-md-3143 (SHS) (OTW)
COPYRIGHT INFRINGEMENT LITIGATION,                  :
                                                    :
                                                    :    ORDER
This Document Relates To:                           :
23-CV-8292                                          :
24-CV-1514                                          :
--------------------------------------------------------------x
```

**ONA T. WANG**, **United States Magistrate Judge**:

It has come to the Court's attention that there are multiple outstanding motions in the above-captioned cases that have already been addressed at the Court's periodic discovery status conferences and prior orders. (*See* 25-MD-3143, ECF Nos. 78, 270, 459, 612, 715, 910, 928, 931).

The following discovery motions are **DENIED as moot**:

- **Case No. 23-CV-8292**: ECF 414.

- **Case No. 24-CV-1514**: ECF Nos. 211, 214, 226, 262, 285.

For the reasons discussed in 25-MD-3143, ECF 931, the following sealing motions are **GRANTED**:

- **Case No. 23-CV-8292**: ECF Nos. 403, 563.

- **Case No. 24-CV-1514**: ECF Nos. 179, 193, 209, 227, 235, 237, 247, 250, 266, 267, 276, 294, 300.

The following *pro hac vice* motions are **GRANTED**:

- **Case No. 23-CV-8292**: ECF Nos. 342, 369, 370, 372, 399, 413, 618.

The following motions to withdraw are **GRANTED**:

- **Case No. 23-CV-8292**: ECF Nos. 677, 762.
- **Case No. 24-CV-1514**: ECF 258.

The Clerk of Court is respectfully directed to close the following ECF Nos. in each respective case:

- **Case No. 23-CV-8292**: ECF Nos. 342, 370, 372, 399, 403, 413, 414, 563, 618, 677, 762.
- **Case No. 24-CV-1514**: ECF Nos. 179, 193, 209, 211, 214, 226, 227, 235, 237, 247, 250, 258, 262, 266, 267, 276, 285, 294, 300.

**SO ORDERED.**

Dated: December 12, 2025  
New York, New York

_s/ Ona T. Wang_  
**Ona T. Wang**  
United States Magistrate Judge

2