# Susman Godfrey l.l.p.

a registered limited liability partnership

1000 LOUISIANA

SUITE 5100

HOUSTON, TX 77002-5096

(713) 651-9366

FAX (713) 654-6666

www.susmangodfrey.com

_____

| | | |
|---|---|---|
| 401 Union Street<br>Suite 3000<br>Seattle, WA 98101-2668<br>(206) 516-3880<br>_____ | One Manhattan West<br>New York, NY 10001-8602<br>(212) 336-8330<br>_____ | 1900 Avenue of the Stars<br>Suite 1400<br>Los Angeles, CA 90067<br>(310) 789-3100<br>_____ |

Justin A. Nelson
Direct Dial 713-653-7895

E-Mail jnelson@susmangodfrey.com

December 15, 2025

**VIA ECF**

Hon. Magistrate Judge Ona T. Wang
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 20D
New York, New York 10007

    *In re: OpenAI, Inc. Copyright Infringement Litigation*, No. 1:25-md-03143-SHS-OTW
    Update re Additional Custodians – Dispute Resolved

Dear Judge Wang:

    Class Plaintiffs write to update the Court concerning OpenAI's potential addition of custodians, as briefed at ECF Nos. 786, 810, 948, and 956. The parties have resolved their dispute with respect to Mr. Clark and Ms. Amodei.

    Respectfully submitted,

                                 By:    /s/ *Justin Nelson*

                                        Justin Nelson
                                        **SUSMAN GODFREY LLP**
                                        1000 Louisiana, Street, Suite 5100
                                        Houston, TX 77002
                                        (713) 651-9366
                                        jnelson@susmangodfrey.com