UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>OPENAI, INC. COPYRIGHT INFRINGEMENT LITIGATION<br><br>This document relates to:<br><br>*The New York Times Company v. Microsoft Corporation, et al.*; Case No. 1:23-cv-11195-SHS-OTW<br><br>*The Center for Investigative Reporting, Inc. v. OpenAI, Inc., et al.*; Case No. 1:24-cv-04872-SHS-OTW<br><br>*Raw Story Media, Inc., et al. v. OpenAI Inc., et al.*; Case No. 1:24-cv-01514-SHS-OTW<br><br>*The Intercept Media, Inc. v. OpenAI, Inc., et al.*; Case No. 1:24-cv-01515-SHS-OTW<br><br>*Authors Guild, et al. v. OpenAI Inc., et al.*; Case No. 1:23-cv-08292-SHS-OTW<br><br>*Alter, et al. v. OpenAI Inc., et al.*; Case No. 1:23-cv-10211-SHS-OTW<br><br>*Tremblay, et al. v. OpenAI, Inc., et al.*; Case No. 1:25-cv-03482-SHS-OTW | Case No. 1:25-md-03143-SHS-OTW<br><br>**<u>DECLARATION OF ROSE S. LEE IN SUPPORT OF MOTION TO WITHDRAW ERIC NIKOLAIDES AS COUNSEL OF RECORD</u>** |

I, Rose S. Lee, pursuant to 28 U.S.C. §1746, hereby declare as follows:

1. I am a partner with the law firm of Morrison & Foerster LLP. Pursuant to Local Civil Rule 1.4, I submit this declaration in support of the motion to withdraw the appearance of Eric Nikolaides as counsel of record for defendants OpenAI Inc.; OpenAI GP LLC; OpenAI LLC; OpenAI OpCo LLC; OpenAI Global LLC; OAI Corporation LLC; OpenAI, Inc.; OpenAI

MF-364860298

LP; OpenAI GP, LLC; OAI Corporation, LLC; OpenAI Holdings, LLC; OpenAI Startup Fund I LP; OpenAI Startup Fund GP I LLC; OpenAI Startup Fund Management LLC; OpenAI LP; OpenAI OpCo LLC; OpenAI Startup Fund GP I LLC; OpenAI Startup Fund I LP; OpenAI Startup Fund Management LLC; and OpenAI, LLC ("OpenAI Defendants") in the above-referenced actions.

  2. As of December 5, 2025, Mr. Nikolaides is no longer be affiliated with the law firm of Morrison & Foerster LLP.

  3. I will continue to represent the OpenAI Defendants, along with other attorneys from Morrison & Foerster LLP, Latham & Watkins LLP; and Keker, Van Nest & Peters LLP.

  4. The withdrawal of Mr. Nikolaides as counsel of record will not cause or result in any delay or prejudice.

I declare under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| Dated: December 16, 2025<br>Palo Alto, California | MORRISON & FOERSTER LLP<br><br>By:   /s/ Rose S. Lee_____<br>    Rose S. Lee<br>    755 Page Mill Road<br>    Palo Alto, CA 94304-1018<br>    Telephone: (650) 813-5600<br>    Fax: (650) 494-0792<br>    Email: RoseLee@mofo.com<br><br>*Attorneys for Defendants OpenAI Inc.; OpenAI GP LLC; OpenAI LLC; OpenAI OpCo LLC; OpenAI Global LLC; OAI Corporation LLC; OpenAI, Inc.; OpenAI LP; OpenAI GP, LLC; OAI Corporation, LLC; OpenAI Holdings, LLC; OpenAI Startup Fund I LP; OpenAI Startup Fund GP I LLC; OpenAI Startup Fund Management LLC; OpenAI LP; OpenAI OpCo LLC; OpenAI Startup Fund GP I LLC; OpenAI Startup Fund I LP; OpenAI Startup Fund Management LLC; and OpenAI, LLC* |

MF-364860298