AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York 

| | |
|---|---|
| *In Re: OpenAI, Inc. Copyright Infringement Litigation* )<br>)<br>This Document Relates To:   )<br>Case No. 1:23-cv-08292   )<br>Case No. 1:23-cv-10211   ) | Case No.  1:25-md-03143-SHS-OTW<br>Hon. Sidney H. Stein<br>Hon. Ona T. Wang |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Individually Named Plaintiffs and the Proposed Classes.

Date: 01/21/2026

/s/ Michael Adamson
*Attorney's signature*

Michael Adamson (5519434)
*Printed name and bar number*

Susman Godfrey L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA  90067
*Address*

madamson@susmangodfrey.com
*E-mail address*

(310) 789-3100
*Telephone number*

(310) 789-3150
*FAX number*