UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: OPENAI, INC. COPYRIGHT INFRINGEMENT LITIGATION<br><br>This Document Relates To:<br>All Actions | Case No. 1:25-md-03143 (SHS) (OTW)<br><br>**MOTION TO WITHDRAW AS COUNSEL OF RECORD** |

       PLEASE TAKE NOTICE that Defendants OpenAI, Inc., OpenAI GP, LLC, OpenAI, LLC, OpenAI OpCo LLC, OpenAI Global LLC, OpenAI LP, OpenAI Holdings, LLC, OpenAI Startup Fund I LP, OpenAI Startup Fund GP I LLC, OpenAI Startup Fund Management LLC, and OAI Corporation (collectively "OpenAI Defendants") move this Court for an order in compliance with Local Rule 1.4 permitting the withdrawal in the above-captioned action of the following attorneys:

       Allison L. Stillman
       Latham & Watkins LLP
       1271 Avenue of the Americas
       New York, NY 10020

       Joseph R. Wetzel, Jr.
       Latham & Watkins LLP
       505 Montgomery Street
       Ste. 2000
       San Francisco, CA 94111

       Rachel R. Blitzer
       Latham & Watkins LLP
       1271 Avenue of the Americas
       New York, NY 10020

       Michael A. David
       Latham & Watkins LLP
       1271 Avenue of the Americas
       New York, NY 10020

      The OpenAI Defendants will continue to be represented by Latham & Watkins LLP as well as other firms in this proceeding including Morrison & Foerster LLP and Keker, Van Nest & Peters LLP, and no party will be prejudiced if this Motion is granted.

Dated: January 30, 2026　　　　　　　　　　　　Respectfully submitted,

**LATHAM & WATKINS LLP**

<u>*/s/ Elana Nightingale Dawson*</u>
Elana Nightingale Dawson

*Attorneys for Defendants OpenAI, Inc., OpenAI GP, LLC, OpenAI, LLC, OpenAI OpCo LLC, OpenAI Global LLC, OpenAI LP, OpenAI Holdings, LLC, OpenAI Startup Fund I LP, OpenAI Startup Fund GP I LLC, OpenAI Startup Fund Management LLC, and OAI Corporation*

SO ORDERED:

_____