February 13, 2026

      *In re OpenAI, Inc.*, *Copyright Infringement Litigation*, 25-md-3143 (SHS) (OTW)
      This Document Relates To: All Actions

Dear Magistrate Judge Wang:

      Plaintiffs and OpenAI have resolved their dispute relating to Plaintiffs' motion for additional deposition hours (Dkt. 1216). The agreement includes additional time for Plaintiffs to depose OpenAI witnesses and additional time for OpenAI to depose News Plaintiffs' witnesses. The parties will file a stipulation on Tuesday that describes the details of the agreement.

      The parties thank the Court for its attention to this dispute.


Dated: February 13, 2026


| /s/ *Justin Nelson* | /s/ *R. James Slaughter* |
|---|---|
| Justin Nelson | R. James Slaughter |
| SUSMAN GODFREY LLP | KEKER, VAN NEST & PETERS LLP |
| *Counsel for Class Plaintiffs* | *Counsel for OpenAI* |


/s/ *Davida Brook*
Davida Brook
SUSMAN GODFREY LLP

*Counsel for News Plaintiffs*