**KEKER VAN NEST & PETERS**          **LATHAM & WATKINS LLP**          **MORRISON FOERSTER**

March 5, 2026

**VIA ECF**

Hon. Ona T. Wang
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

RE:   **Letter Re ECF 1388**, *In Re: OpenAI, Inc., Copyright Infringement Litigation*, No. 1:25-md-3143, This Document Relates To: All Actions

Dear Judge Wang:

On March 4, 2026, OpenAI moved to seal certain materials (*see* ECF 1388), and sought the Court's assistance removing one exhibit from the Court's public docket that had been inadvertently filed. It has come to OpenAI's attention that, as of March 4, the exhibit at issue, ECF 1218-7, is no longer accessible from the Court's public docket and accordingly the Court may disregard Section II of OpenAI's motion to seal.

Sincerely,

| KEKER, VAN NEST & PETERS LLP | LATHAM & WATKINS LLP | MORRISON & FOERSTER LLP |
|---|---|---|
| */s/ Christopher S. Sun* | */s/ Margaret Graham* | */s/ Caitlin Sinclaire Blythe* |
| Christopher S. Sun (*pro hac vice*) | Margaret Graham (*pro hac vice*) | Caitlin Sinclaire Blythe (*pro hac vice*) |