AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| IN RE: OPEN AI, INC. COPYRIGHT INFRINGEMENT LITIGATION | ) ) ) |
| _____ | ) Case No.    1:25-md-03143-SHS-OTW |
| THIS DOCUMENT RELATES TO: All Actions. | ) ) ) |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants OpenAI Inc., OpenAI LP, OpenAI LLC, OpenAI GP LLC, OpenAI OpCo LLC, OpenAI Global LLC, OAI Corporation LLC, OpenAI Holdings LLC, OpenAI Startup Fund I LP, OpenAI Startup Fund GP I LLC, and OpenAI Startup Fund Management LLC

_____.

Date:    03/17/2026

/s/ Asim M. Bhansali
*Attorney's signature*

Asim M. Bhansali, Reg. No. 2823318
*Printed name and bar number*

Kwun Bhansali Lazarus LLP
555 Montgomery Street, Suite 750
San Francisco, CA 94111

*Address*

abhansali@kblfirm.com
*E-mail address*

(415) 630-2350
*Telephone number*

N/A
*FAX number*