**VIA ECF**

March 18, 2026

Hon. Sidney H. Stein
U.S. District Court
Southern District of New York
500 Pearl Street, Room 24A
New York, NY 10007-1312

RE:     *In Re OpenAI, Inc., Copyright Infringement Litig.,* **Case No. 25-md-3143 (SHS)(OTW)**
        **This filing pertains to all matters.**

Dear Judge Stein:

All parties write to report on the status of MDL discovery and to jointly request a slight
modification of existing deadlines.

After completing thousands of written discovery requests (including serving responses to
contention interrogatories), producing more than a million total documents (exclusive of source
code and multiple "big data" repositories), and conducting more than 180 depositions, the parties
have nearly completed the MDL fact discovery. What currently remains outstanding are a limited
number of depositions, compliance with Judge Wang's recent (March 10) order to produce
additional "big data" reservoirs, as well as the motions pending before Judge Wang.

The parties now collectively estimate that they will serve on the order of 35-40 expert reports in
the Consolidated Class and News Cases (including the cases brought by The New York Times,
the eight Daily News Plaintiffs, Center for Investigative Reporting, Intercept, and Ziff Davis).

All parties agree that they would benefit from additional time to prepare opening expert reports.
Further, given the estimated total volume of reports and corresponding number of expected
deposition days necessary to complete expert discovery (which brackets the July 4th holiday), it
is impossible to adjust the expert report deadlines without also somewhat affecting the deadline
for filing of motions for summary judgment and Rule 702 (*Daubert*) motions.

Accordingly, the parties met and conferred and, with the assistance of Judge Wang at last
Friday's discovery settlement conference, agreed to jointly present the following request for
adjustment of the existing case deadlines regarding expert reports and filing of summary
judgment and Rule 702 (*Daubert*) motions:

|  | Current Deadline | Parties' Proposal |
|---|---|---|
| **Opening Reports** | April 10 | April 24 |
| **Rebuttal Reports** | May 8 | May 29 |
| **Reply Reports** | June 5 | June 26 |
| **Close of Expert Discovery** | July 17 | August 3 |
| **MSJ/Rule 702 Filing** | August 14 | September 4 |
| **MSJ/Rule 702 Opp** | September 18 | October 9 |
| **MSJ/Rule 702 Reply** | October 16 | November 6 |

This modest adjournment to the MSJ/Rule 702 deadline will result in complete briefing of summary judgment only three weeks later than the original target deadline. The parties therefore respectfully request that the Court order the requested changes as set forth in the table above.

Respectfully submitted,

| */s/ Annette L. Hurst* | */s/ Robert Van Nest* | */s/ Justin A. Nelson* | */s/ David Brook* |
|---|---|---|---|
| Annette L. Hurst | Robert Van Nest | Justin A. Nelson | Davida Brook |
| Orrick | Keker & Van Nest | Susman Godfrey | Susman Godfrey |
| *On Behalf of Microsoft* | *On Behalf of OpenAI* | *On Behalf of Class Plaintiffs* | *On Behalf of News Plaintiffs* |

*All parties whose electronic signatures are included herein have consented to the filing of this document.

cc:    All Counsel of Record (via ECF)