UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br><br>OPENAI, INC.,<br>COPYRIGHT INFRINGEMENT LITIGATION<br><br><br>This Document Relates To:<br><br>*All Cases* | 25-md-3143 (SHS) (OTW)<br><br>ORDER |

SIDNEY H. STEIN, U.S. District Judge.

At the request of the parties (Dkt. No. 1441), the Joint Case Schedule in this multidistrict litigation is modified as follows:

The last day to serve opening expert reports is April 24, 2026.

The last day to serve rebuttal expert reports is May 29, 2026.

The last day to serve reply expert reports is June 26, 2026.

The close of expert discovery is August 3, 2026.

The last day to file motions for summary judgment and *Daubert* motions pursuant to Federal Rule of Evidence 702 is September 4, 2026.

The last day to file oppositions to motions for summary judgment and *Daubert* motions is October 9, 2026.

The last day to file replies in support of motions for summary judgment and *Daubert* motions is November 6, 2026.

Dated:  New York, New York
        March 23, 2026

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.