**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE:<br><br>OPENAI, INC. COPYRIGHT INFRINGEMENT LITIGATION<br><br>This document relates to:<br><br>All Actions | Case No. 1:25-md-03143-SHS-OTW<br><br>**MOTION TO WITHDRAW EMILY C. WOOD AS COUNSEL OF RECORD** |

PLEASE TAKE NOTICE that Emily C. Wood respectfully moves this Court for an Order permitting the withdrawal of appearance as counsel for Defendants OpenAI Inc.; OpenAI GP LLC; OpenAI LLC; OpenAI OpCo LLC; OpenAI Global LLC; OAI Corporation LLC; OpenAI, Inc.; OpenAI LP; OpenAI GP, LLC; OAI Corporation, LLC; OpenAI Holdings, LLC; OpenAI Startup Fund I LP; OpenAI Startup Fund GP I LLC; OpenAI Startup Fund Management LLC; OpenAI LP; OpenAI OpCo LLC; OpenAI Startup Fund GP I LLC; OpenAI Startup Fund I LP; OpenAI Startup Fund Management LLC; and OpenAI, LLC ("OpenAI Defendants") in the above-referenced actions.

As of March 26, 2026, I will no longer be associated with the firm of Morrison & Foerster LLP.  In accordance with Local Civil Rule 1.4(b), a declaration in support of this motion is not required because other attorneys at Morrison & Foerster LLP have entered notices of appearance on behalf of the OpenAI Defendants and will continue to represent the OpenAI Defendants in this matter.  This withdrawal will not affect any deadlines or cause any delay in this case.

Accordingly, Emily C. Wood requests that her withdrawal as counsel be granted and that she be removed from this action's electronic case filing (ECF) service list.

Dated: March 26, 2026

Respectfully submitted,

MORRISON & FOERSTER LLP

By:  */s/ Emily C. Wood*
    Emily C. Wood

*Attorney for Defendants OpenAI Inc.; OpenAI GP LLC; OpenAI LLC; OpenAI OpCo LLC; OpenAI Global LLC; OAI Corporation LLC; OpenAI, Inc.; OpenAI LP; OpenAI GP, LLC; OAI Corporation, LLC; OpenAI Holdings, LLC; OpenAI Startup Fund I LP; OpenAI Startup Fund GP I LLC; OpenAI Startup Fund Management LLC; OpenAI LP; OpenAI OpCo LLC; OpenAI Startup Fund GP I LLC; OpenAI Startup Fund I LP; OpenAI Startup Fund Management LLC; and OpenAI, LLC*