UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IN RE:


OPENAI, INC.,

COPYRIGHT INFRINGEMENT LITIGATION


This Document Relates To:

   *All Cases*

---

25-md-3143 (SHS) (OTW)

ORDER

SIDNEY H. STEIN, U.S. District Judge.

On March 4, 2026, defendant OpenAI Holdings, LLC moved (Dkt. No. 1385) pursuant to Federal Rule of Civil Procedure 25(c) to substitute OpenAI Group PBC in place of OpenAI Holdings, LLC.  No party has opposed that motion to date. Accordingly, the motion is granted and OpenAI Group BPC is substituted in the place of defendant OpenAI Holdings, LLC.


Dated:  New York, New York
         March 26, 2026


                                          SO ORDERED:


                                          _____
                                          Sidney H. Stein, U.S.D.J.