**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
IN RE:                                                      :
                                                            :
OPENAI, INC.,                                               :          25-md-3143 (SHS) (OTW)
COPYRIGHT INFRINGEMENT LITIGATION,                          :
                                                            :
                                                            :          <u>**SCHEDULING ORDER**</u>
This Document Relates To:                                   :
**All Actions**                                             :
                                                            :
------------------------------------------------------------------x

        **ONA T. WANG**, **United States Magistrate Judge**:

        The Court held a confidential discovery settlement conference for all actions in this matter on Monday, March 30, 2026. The Court will conduct another confidential discovery settlement conference on **Thursday, April 16, 2026, at 12:00 p.m. ET.** The parties shall submit any pre-settlement submissions to Chambers via email no later than **Tuesday, April 14, 2026.** The parties shall also provide a joint agenda for the conference by emailing it to Chambers by **Wednesday, April 15, 2026**. Plaintiffs are directed to circulate a Zoom link to all parties in advance of the conference.

        Parties are directed to meet and confer and propose a briefing schedule and dates for an in-person Status Conference in early May by **Friday, April 3, 2026**.

        **SO ORDERED.**

                                        *s/ Ona T. Wang*
Dated: March 30, 2026                    **Ona T. Wang**
       New York, New York          United States Magistrate Judge