**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

IN RE:

OPENAI, INC. COPYRIGHT
INFRINGEMENT LITIGATION

This document relates to:

*The New York Times Company v. Microsoft
Corporation, et al.*; Case No. 1:23-cv-11195-
SHS-OTW

*The Center for Investigative Reporting, Inc. v.
OpenAI, Inc., et al.*; Case No. 1:24-cv-04872-
SHS-OTW

*Raw Story Media, Inc., et al. v. OpenAI Inc.,
et al.*; Case No. 1:24-cv-01514-SHS-OTW

*The Intercept Media, Inc. v. OpenAI, Inc., et
al.*; Case No. 1:24-cv-01515-SHS-OTW

*Authors Guild, et al. v. OpenAI Inc., et al.*;
Case No. 1:23-cv-08292-SHS-OTW

*Alter, et al. v. OpenAI Inc., et al.*; Case No.
1:23-cv-10211-SHS-OTW

*Tremblay, et al. v. OpenAI, Inc., et al.*; Case
No. 1:25-cv-03482-SHS-OTW

Case No. 1:25-md-03143-SHS-OTW

**ORDER GRANTING MOTION FOR ERIC NIKOLAIDES TO
WITHDRAW AS COUNSEL OF RECORD**

Upon consideration of the motion to withdraw the appearance of Eric Nikolaides, this

Court hereby orders that Mr. Nikolaides be withdrawn as counsel of record from this and all

related cases, and further orders that Mr. Nikolaides be removed from the Court's electronic

service list.

MF-364861354

SO ORDERED:

Dated: March 31, 2026

_____
Hon. Ona T. Wang
United States Magistrate Judge

MF-364861354