**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: | 25-md-03143 (SHS) (OTW) |
| OPENAI, INC.,<br>COPYRIGHT INFRINGEMENT LITIGATION | **ORDER GRANTING MOTION TO ADMIT COUNSEL *PRO HAC VICE*** |
| This Document Relates To:<br><br>1:24-cv-03285-SHS-OTW<br>1:24-cv-04872-SHS-OTW<br>1:25-cv-03297-SHS-OTW<br>1:25-cv-03482-SHS-OTW<br>1:23-cv-08292-SHS-OTW<br>1:23-cv-11195-SHS-OTW<br>1:25-cv-04315-SHS-OTW<br>1:24-cv-01514-SHS-OTW<br>1:24-cv-01515-SHS-OTW | |

The motion of David Rosenstein for admission to practice *pro hac vice* in the above-captioned-action is granted.

Applicant has declared that he is a member in good standing of the Bar of the State of New York and that his contact information is as follows:

David Rosenstein
Latham & Watkins LLP
1271 Avenue of the Americas,
New York, New York 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email: david.rosenstein@lw.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Defendants OpenAI, Inc., OpenAI GP, LLC, OpenAI, LLC, OpenAI OpCo LLC, OpenAI Global LLC, OpenAI LP, OpenAI Holdings, LLC, OpenAI Startup Fund I LP, OpenAI Startup

2

Fund GP I LLC, OpenAI Startup Fund Management LLC, and OAI Corporation in the above-captioned action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:_____March 31, 2026
        New York, New York

_____
**Ona T. Wang**
United States Magistrate Judge

2