UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>OPENAI, INC.,<br>COPYRIGHT INFRINGEMENT LITIGATION<br><br>This Document Relates To:<br><br>*All Actions.* | 25-md-03143 (SHS) (OTW)<br><br>**AMENDED RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

Defendants OpenAI, Inc.,[1] OpenAI OpCo, LLC, OpenAI GP, L.L.C., OpenAI L.L.C.,[2] OpenAI Global, LLC, OpenAI Corporation, L.L.C.,[3] OpenAI Group PBC, OpenAI Startup Fund I, L.P., OpenAI Startup Fund GPI, L.L.C., and OpenAI Startup Fund Management, L.L.C. (collectively, "OpenAI"), by and through their undersigned counsel, pursuant to Federal Rule of Civil Procedure 7.1, amends their disclosure as follows:[4]

1. OpenAI, Inc. changed its name in October 2025 to OpenAI Foundation, and states that it has no parent corporation and that no publicly held corporation has a financial interest in OpenAI Foundation of 10% or more.

2. OpenAI Group PBC states that it is partially owned by OpenAI Foundation, who also has certain contractual rights as to OpenAI Group PBC and its board of directors. OpenAI Group PBC further states that Microsoft Corporation and Softbank Group Corporation are

---

[1] OpenAI, Inc. changed its name in October 2025 to OpenAI Foundation.

[2] OpenAI, L.L.C. converted from a limited liability company to a corporation named OAI International, Inc. on December 31, 2025.

[3] OpenAI Corporation, LLC converted in September 2023 from a limited liability company to a corporation named OAI Corporation.

[4] This disclosure is intended to be comprehensive across the MDL for purposes of Rule 7.1. Not all entities listed herein are named in every individual member action.

1

publicly held corporations that each have a financial interest in OpenAI Group PBC of 10% or more on an as-converted basis.

3. OpenAI Global, LLC states that it is a subsidiary of OAI Corporation, which is a subsidiary of OpenAI Group PBC (*see* Paragraph 2).   OpenAI Global, LLC further states that Microsoft Corporation is a publicly held corporation that has a financial interest in OpenAI Global, LLC of 10% or more.

4. OpenAI OpCo, LLC states that it is a subsidiary of OpenAI Global, LLC, which is a subsidiary of OAI Corporation (*see* Paragraph 3), which in turn is a subsidiary of OpenAI Group PBC (*see* Paragraph 2), and that no publicly traded corporation holds a financial interest in OpenAI OpCo, LLC of 10% or more.

5. OpenAI GP, L.L.C. states that it is a subsidiary of OpenAI Group PBC (*see* Paragraph 2) and that no publicly held corporation has a financial interest in OpenAI GP, L.L.C. of 10% or more.

6. OpenAI L.L.C. states that it converted from a limited liability company to a corporation named OAI International, Inc. effective on December 31, 2025. It further states that it is a subsidiary of OpenAI OpCo, LLC, and an indirect subsidiary of OpenAI Global, LLC (*see* Paragraph 3) and in turn OpenAI Group PBC (*see* Paragraph 2).   It further states that no publicly held corporation has a financial interest in OAI International, Inc. of 10% or more.

7. OpenAI Corporation, L.L.C. states that it converted from a limited liability corporation to OAI Corporation in September 2023.  It further states that it is a subsidiary of OpenAI Group PBC (*see* Paragraph 2), and that no publicly held corporation has a financial interest in OAI Corporation of 10% or more.

8. OpenAI Startup Fund I, L.P. states that OpenAI Startup Fund GP I, L.L.C. is a corporate parent, and that Microsoft Corporation is a publicly held corporation that has a financial interest in OpenAI Startup Fund I, L.P. of 10% or more.

9. OpenAI Startup Fund GP I, L.L.C. states that it has no parent corporation and that no publicly held corporation has a financial interest in OpenAI Startup Fund GP I, L.L.C. of 10% or more.

10. OpenAI Startup Fund Management, L.L.C. states that it has no parent corporation and that no publicly held corporation has a financial interest in OpenAI Startup Fund Management, L.L.C. of 10% or more.

Dated: March 31, 2026

| | |
|---|---|
| */s/ Margaret Graham* | */s/ Rose S. Lee* |
| **LATHAM & WATKINS LLP** | **MORRISON & FOERSTER LLP** |

*/s/ Margaret Graham*
**LATHAM & WATKINS LLP**
Andrew M. Gass (*pro hac vice*)
  *andrew.gass@lw.com*
San Francisco, CA 94111
Telephone: 415.391.0600

Margaret Graham
  *margaret.graham@lw.com*
Sarang V. Damle
  *sy.damle@lw.com*
Luke A. Budiardjo
  *luke.budiardjo@lw.com*
1271 Avenue of the Americas
New York, NY 10020
Telephone: 212.906.1200

Elana Nightingale Dawson (*pro hac vice*)
  *elana.nightingaledawson@lw.com*
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone: 202.637.2200

Allison S. Blanco (*pro hac vice*)
  *allison.blanco@lw.com*
650 Town Center Drive, Suite 2000
Costa Mesa, CA 92626
Telephone: (714) 540-1235

*/s/ Rose S. Lee*
**MORRISON & FOERSTER LLP**
Joseph C. Gratz (*pro hac vice*)
  *jgratz@mofo.com*
Tiffany Cheung (*pro hac vice*)
  *tcheung@mofo.com*
Caitlin Sinclaire Blythe (*pro hac vice*)
  *cblythe@mofo.com*
425 Market Street
San Francisco, CA 94105
Telephone: 415.268.7000

Rose S. Lee (*pro hac vice*)
  *roselee@mofo.com*
755 Page Mill Road
Palo Alto, CA 94304
Telephone: 650.813.5600

*/s/ Thomas E. Gorman*
**KEKER, VAN NEST & PETERS LLP**
Robert A. Van Nest (*pro hac vice*)
  *rvannest@keker.com*
R. James Slaughter (*pro hac vice*)
  *rslaughter@keker.com*
Paven Malhotra
  *pmalhotra@keker.com*
Christopher S. Sun (*pro hac vice*)
  *csun@keker.com*
Michelle S. Ybarra (*pro hac vice*)
  *mybarra@keker.com*
Thomas E. Gorman *(pro hac vice)*
  *tgorman@keker.com*
633 Battery St.
San Francisco, CA 94111
Telephone: 415.391.5400

*Attorneys for OpenAI*