**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

IN RE:                                                      :
                                                            :
OPENAI, INC.,                                               :           25-md-3143 (SHS) (OTW)
COPYRIGHT INFRINGEMENT LITIGATION,                          :
                                                            :
                                                            :           **SCHEDULING ORDER**
This Document Relates To:                                   :
**All Actions**                                             :
                                                            :
-------------------------------------------------------------x

      **ONA T. WANG**, **United States Magistrate Judge**:

The Court, having received the parties' proposed briefing schedule for an in-person

Status Conference (ECF 1490), hereby **ORDERS** as follows:

An in-person Status Conference shall be held on **Tuesday, May 12, 2026, at 9:30 AM** in

Courtroom 20D, 500 Pearl Street, New York, NY 10007.

The parties shall adhere to the following briefing schedule in advance of the conference:

opening briefs are due by **Wednesday, April 29, 2026;** opposing briefs are due by **Monday, May**

**4, 2026**; and the parties' joint dispute chart is due by **Tuesday, May 5, 2026.**

      **SO ORDERED.**

                                           *s/ Ona T. Wang*

Dated: April 6, 2026                                        **Ona T. Wang**
      New York, New York                             United States Magistrate Judge