**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE:<br><br>OPENAI, INC.,<br>COPYRIGHT INFRINGEMENT LITIGATION<br><br>This Document Relates To:<br><br>Case No. 1:23-cv-08292<br>Case No. 1:23-cv-10211<br>Case No. 1:25-cv-03482 | 25-md-3143 (SHS) (OTW)<br><br>Hon. Sidney H. Stein<br>Hon. Ona T. Wang |

**JOINT STIPULATION AND ~~[PROPOSED]~~ ORDER**

Class Plaintiffs and Defendants OpenAI, Inc., OpenAI GP, L.L.C., OpenAI, L.L.C., OpenAI OpCo LLC, OpenAI Global LLC, OAI Corporation, LLC, and OpenAI Group PBC, OpenAI Startup Fund I LP, OpenAI Startup Fund GP I, LLC, and OpenAI Startup Fund Management, LLC (together, "OpenAI", and with Class Plaintiffs, the "Parties"), through their undersigned counsel, submit the following stipulation and agreement with respect to Class Plaintiffs' March 3, 2026 request for "Google Cloud Data Related to Torrenting" (ECF 1383 at 3):

WHEREAS, on March 3, 2026, Class Plaintiffs filed a letter brief raising questions about whether OpenAI usage of internet data under the Google Cloud Platform "project IDs" "rapid-191902" (for the time period of January 2019 to August 2019) and "infra-sci" (for the time periods of November 2019 and May 2020) is attributable to "books torrenting" (ECF 1383 at 3; *see also* ECF 1383 at Ex. 13) and seeking documents and information regarding such torrenting (if it occurred);

WHEREAS, Class Plaintiffs asked for a Court order to "compel OpenAI either (1) to confirm that the Google Cloud data referenced in Exhibit 13 (ECF 1383 at Ex. 13) is unrelated to book torrenting or (2) to produce datasets and documents related to this torrenting";

WHEREAS, OpenAI has represented that there is "*zero* evidence to support Plaintiffs suspicion that these billing codes are tied to book torrenting" (ECF 1402 at 3);

WHEREAS, OpenAI has represented that it would be willing to stipulate to the request to produce "datasets and documents related to this torrenting" because it has conducted a reasonable inquiry and confirmed that the Google Cloud data referenced in Exhibit 13 of ECF 1383 did not reflect any torrenting of full, partial, or excerpts of books in any format and confirmed there are no datasets or documents to produce;

1

**NOW, THEREFORE**, in consideration of the foregoing, the Parties stipulate and agree:

1.      OpenAI shall produce, to the extent that they exist, datasets or documents related to "book torrenting" that was billed under the Google Cloud Platform project IDs "rapid-191902" (for the time period of January 2019 to August 2019) or "infra-sci" (for the time periods of November 2019 and May 2020).

///

**IT IS SO STIPULATED.**

Dated: April 16, 2026                                Respectfully submitted,


                                                     By:___/s/Justin Nelson_____
                                                     SUSMAN GODFREY LLP
                                                     Justin A. Nelson

                                                     *Attorney for Class Plaintiffs*



Dated: April 16, 2026                                By:_____/s/Thomas E. Gorman_____
                                                     KEKER, VAN NEST & PETERS LLP
                                                     Thomas E. Gorman

                                                     *Attorney for OpenAI Defendants*



**SO ORDERED.**


Dated: ___**April 16, 2026**_____        _____
                                                     Hon. Ona T. Wang
                                                     United States Magistrate Judge


2