

April 20, 2026

**_Sent via ECF_**

Hon. Ona T. Wang
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

**Orrick, Herrington & Sutcliffe LLP**
222 Berkeley Street
Boston, MA 02116
+1 617 880 1800
**orrick.com**

**Laura B. Najemy**
**E** lnajemy@orrick.com
**D** +1 617 880 1889
**F** +1 617 880 1881

RE:   *In Re: OpenAI, Inc. Copyright Infringement Litig.*, No. 1:25-md-03143, This document
      relates to Class Case No. 1:23-cv-08292, and No. 1:23-cv-10211

Dear Judge Wang:

   Pursuant to Section V.f of Your Honor's Individual Practices—and per the discussion at the
Confidential Discovery Dispute Settlement Zoom Conference held on April 16, 2026—Defendant
Microsoft submits this letter confirming its prioritization of motions to compel subpoena
compliance against certain publishers of Class Plaintiffs' works.  ECF 1436, 1456.

   Below is a chart that depicts the parties' briefing on this matter:

| Motion | Date Filed | Opp. | Topic in Dispute | Moving Party | Responding Party | Status |
|---|---|---|---|---|---|---|
| _MDL_ Dkt. 1436 (Sealed Filing)<br><br>Dkt. 1437 (Public Filing) | 03/17/26 | _MDL_ Dkt. 1470 (Sealed Filing)<br><br>Dkt. 1474 (Public Filing) | Publishing houses' agreements with Amazon covering the allegedly infringed Asserted Works | Microsoft | HarperCollins, Macmillan, Hachette, and Penguin Random House | The Court has not yet heard oral arguments on these motions. |
| _MDL_ Dkt. 1456 (Sealed Filing)<br><br>Dkt. 1457 (Public Filing) | 03/24/26 | _MDL_ Dkt. 1472 | | | Simon & Schuster | |

2

    Microsoft hereby requests that these motions be addressed prior to or at the May 12 Discovery Status Conference.

Respectfully submitted,

*Laura B. Najemy*

Laura B. Najemy

*Counsel for Defendant*
*Microsoft Corporation*

2