**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

IN RE:                                                      :
                                                            :
OPENAI, INC.,                                               :          25-MD-3143 (SHS) (OTW)
COPYRIGHT INFRINGEMENT LITIGATION,                          :
                                                            :
                                                            :          **ORDER**
This Document Relates To:                                   :
**All Actions**                                             :
                                                            :
---------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court has reviewed the parties' briefing concerning OpenAI's clawback and redaction of the document related to the "Multimodal Data Sources project." (ECF Nos. 1517, 1519, 1531). OpenAI is hereby directed to file a letter brief in support of its motion for a protective order, not to exceed three pages, along with the disputed document, and the related document if necessary, for *in camera* review by **Friday, May 15, 2026**. Opposition to the motion is due **Tuesday, May 19, 2026**.

If parties are able to resolve this issue, they shall file a joint status letter no later than **May 15, 2026**, apprising the Court of such resolution.

       **SO ORDERED.**

 

_s/ Ona T. Wang_

Dated: May 12, 2026                                **Ona T. Wang**
      New York, New York                     United States Magistrate Judge