**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
IN RE:                                                          :
                                                                :
OPENAI, INC.,                                                   :          25-md-3143 (SHS) (OTW)
COPYRIGHT INFRINGEMENT LITIGATION,                              :
                                                                :
                                                                :          **ORDER**
This Document Relates To:                                       :
**All Actions**                                                 :
                                                                :
------------------------------------------------------------------x

        **ONA T. WANG**, **United States Magistrate Judge**:

The Court held a discovery status conference for all actions in this matter on Tuesday,

May 12, 2026. As **ORDERED** at the Conference:

### I.    ALL ACTIONS

1.  **Plaintiffs' motion to compel further "Project Giraffe" discovery (ECF 1520)**

On Plaintiffs' three categories of information sought, I ordered the following:

    A.  The parties are to meet and confer on the "five questions" about raw evaluation data;
    B.  The clawed-back data will be logged and OpenAI will meet and confer on whether they can provide additional information requested concerning the clawed back document; and
    C.  OpenAI is to log an evaluations that are withheld because they post-date the litigation.

2.  **News Plaintiffs' motion to amend the protective order (ECF 1518).**

Parties were directed to further meet and confer on this issue and file a joint status

letter on a resolution of this issue, or by **Friday, May 15, 2026**, a proposed briefing schedule.

3.  **Microsoft's motion for NYT Brand Tracker Survey data (ECF 1506)**

This motion is **DENIED** without prejudice. Parties are directed to continue meeting and

conferring on production, including third-party Kantar in those efforts.

**4.    Rule 30(b)96) deposition on OpenAI's click-through data (ECF 1513)**

This motion is **DENIED** as moot in light of the parties' representation at ECF 1542-1 at 6 that this issue has been resolved.

**5.    Microsoft Financials (ECF 1310)**

Parties are directed to cross-file supplemental briefs by **Friday, May 15, 2026**, with responses due **Wednesday, May 20, 2026**. Parties are to discuss why production of the financial information tied to LLM integration licenses is or is not a sufficient response to this request.

The Clerk of Court is respectfully directed to close the following ECF Nos. in **Case No. 25-MD-3143**: 1506, 1513, 1518, 1520.

**SO ORDERED.**

_s/ Ona T. Wang_

Dated: May 15, 2026          **Ona T. Wang**
New York, New York     United States Magistrate Judge