**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

IN RE:                                                                          :

                                                                                      :

OPENAI, INC.,                                                            :                    25-MD-3143 (SHS) (OTW)
COPYRIGHT INFRINGEMENT LITIGATION,        :

                                                                                      :

                                                                                      :          **SEALING ORDER**

This Document Relates To:                                    :
**All Actions**                                                        :

                                                                                      :

------------------------------------------------------------x

       **ONA T. WANG**, **United States Magistrate Judge**:

       It has come to the Court's attention that a document previously deemed privileged (*See* ECF 1550) appears on the docket at ECF 546-6 in this case; ECF 638-6 in 23-cv-8292; and ECF 495-6 in 23-cv-10211. Accordingly, the Clerk of the Court is respectfully directed to seal the following docket entries to be <u>visible to the Court only</u>, pending Microsoft's motion to seal the privileged documents:

- **ECF 546 in 25-md-3143;**

- **ECF 638 in 23-cv-8292; and**

- **ECF 495 in 23-cv-10211.**

       Microsoft is directed to file a motion to seal by **Friday, June 5, 2026**. The public, redacted version of ECF 546 shall remain unsealed and is found at ECF 547.

       **SO ORDERED.**


                                       *s/ Ona T. Wang*

Dated: May 21, 2026                                       **Ona T. Wang**
      New York, New York                         United States Magistrate Judge