**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x

IN RE:                                                          :
                                                                :
OPENAI, INC.,                                                   :          25-MD-3143 (SHS) (OTW)
COPYRIGHT INFRINGEMENT LITIGATION,                              :
                                                                :
                                                                :          **ORDER**
This Document Relates To:                                       :
**All Actions**                                                 :
                                                                :

----------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court writes to clarify its written Order dated May 15, 2026, which ordered OpenAI

to log evaluations that post-date the litigation. (ECF 1551). As reasoned at the May 12, 2026,

Conference, this request is DENIED without prejudice for Plaintiffs to raise at a later date. This

Order supersedes the directive to log the evaluations at this time.


        **SO ORDERED.**


                                                   _s/ Ona T. Wang_
Dated: May 22, 2026                                **Ona T. Wang**
        New York, New York                         United States Magistrate Judge