

May 29, 2026

**<u>VIA ECF</u>**

Hon. Ona T. Wang
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

       RE:    *In re OpenAI, Inc., Copyright Infringement Litig.*, 1:25-md-3143-SHS-OTW
              This Document Relates to Class Cases Nos. 1:23-cv-08292 and 1:23-cv-10211

              Motion Requesting that Privileged Document Be Removed from Dockets

Dear Honorable Judge Wang:

Microsoft writes pursuant to the Court's May 21, 2026 Sealing Order, directing Microsoft to file a motion to seal certain docket entries. *See* ECF 1565. To be clear, Microsoft is not seeking to seal these docket entries. Instead, Microsoft asks that these docket entries be fully *removed* from the Court's electronic filing system because the document filed at these docket entries is privileged material that should not be accessible by anyone.

The Court's May 14 Opinion & Order re: *In Camera* Review of Microsoft's Privilege Assertions (ECF Nos. 1196, 1205, 1246, 1259) concluded that the document at issue here, Exhibit A from the Court's *in camera* review, is privileged. *See* ECF 1550. Accordingly, Microsoft requested that the following documents be removed from PACER:

- ECF 546-6 in Case No. 1:25-md-03143-SHS-OTW,
- ECF 638-6 in Case No. 1:23-cv-08292-SHS-OTW, and
- ECF 495-6 in Case No. 1:23-cv-10211-SHS-OTW.

Because the document contained in these filings has been found by the Court to be privileged, Microsoft respectfully requests that the Court direct the Clerk of Court to remove the above-listed filings from PACER.

Microsoft does not request further sealing relief with respect to the main docket entries for the above exhibits, as the Court has already ordered those entries to be sealed. ECF 931 (granting sealing motion at ECF 545).

Respectfully submitted,

*/s/ Jared B. Briant*
Jared B. Briant

*Counsel for Defendant Microsoft Corporation*