# EXHIBIT A

**Tuesday, May 26, 2026 at 3:30:46 PM Pacific Daylight Time**

---

**Subject:** RE: In re OAI - Musk Depositions

**Date:** Tuesday, May 26, 2026 at 1:51:16 PM Pacific Daylight Time

**From:** Nicholas S. Goldberg <NGoldberg@keker.com>

**To:** Emily Cronin <ECronin@susmangodfrey.com>, KVP-OAI <KVPOAI@keker.com>, openaicopyright@mofo.com <openaicopyright@mofo.com>, openaicopyrightlitigation.lwteam@lw.com <openaicopyrightlitigation.lwteam@lw.com>

**CC:** oai-ndca-sdny@simplelists.susmangodfrey.com <oai-ndca-sdny@simplelists.susmangodfrey.com>, Tyler Alabanza-Behard (via NewsPlaintiffs-Service list) <newsplaintiffs-service@simplelists.susmangodfrey.com>, NewYorkTimes_Microsoft_OHS <NewYorkTimes_Microsoft_OHS@orrick.com>, #NewYorkTimes-Microsoft-FDBR <newyorktimes-microsoft-fdbr@faegredrinker.com>

==EXTERNAL Email==

Emily,

OpenAI has fully and timely complied with Judge Wang's May 21 Order (ECF 1566). The Order directs OpenAI to "produce these **depositions** by 5:00 PM EDT on May 22, 2026."  We timely produced the depositions of Sam Altman, Greg Brockman, Satya Nadella, and OpenAI's 30(b)(6) designee in compliance with the Court's deadline. OpenAI's obligation under the Order is satisfied.

The Order does not require, contemplate, or reference the production of deposition exhibits. That is not surprising given that Plaintiffs narrowed the scope of their request and focused on an impeachment theory of relevance, which necessarily implicates only testimony, not exhibits. This is reflected in the Order, where the Court notes that "Plaintiffs have significantly narrowed [their] request since their initial motion" and that their motion "now seeks **only the deposition testimony** of four Musk witnesses."  Order at 1 (emphasis added).  No separate directive addresses exhibits.

This result follows directly from Plaintiffs' theory of relevance, which, by the time of the May 12 hearing, had crystallized around impeachment. At that hearing, Plaintiffs' counsel confirmed that these witnesses' "**testimony** is needed here for impeachment purposes." May 12, 2026 Hr'g Tr. at 104:13-15 (emphasis added). Plaintiffs' impeachment theory implicates a witness's testimony—*i.e.,* the transcript—not whatever documents happened to be marked as exhibits during the deposition.

We also note the broader pattern of Plaintiffs' efforts to move the goalposts. Plaintiffs' request for *Musk* litigation materials began in January 2026 as an expansive demand for all documents and all deposition transcripts.  Over the course of many months and multiple rounds of briefing, Plaintiffs narrowed their request—from all depositions, to six, to four—in an effort to demonstrate relevance and proportionality.  Plaintiffs cannot now seek to belatedly re-open this issue and expand the scope of relief beyond what the Court ordered, after having narrowed their request to secure that very order.

1 of 3

OpenAI has fully and timely complied with the Court's Order. We trust this resolves the issue.

Thanks,
Nick

P.S. Because your email appears to request documents produced by Microsoft in the *Musk* litigation (presumably, exhibits to Mr. Nadella's deposition), we have added Microsoft's counsel to this email thread.

---

**Nicholas S. Goldberg**
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809
415 676 2298 direct | 415 391 5400 main
ngoldberg@keker.com | vcard | keker.com

---

**From:** Emily Cronin <ECronin@susmangodfrey.com>
**Sent:** Tuesday, May 26, 2026 9:43 AM
**To:** KVP-OAI <KVPOAI@keker.com>; openaicopyright@mofo.com; openaicopyrightlitigation.lwteam@lw.com
**Cc:** oai-ndca-sdny@simplelists.susmangodfrey.com; Tyler Alabanza-Behard (via NewsPlaintiffs-Service list) <newsplaintiffs-service@simplelists.susmangodfrey.com>
**Subject:** Re: In re OAI - Musk Depositions

[EXTERNAL]

Counsel for OpenAI,

Please let us know by 5pm ET today if OpenAI is planning to produce the exhibits, which were due last Friday at 5pm ET.

Thanks,
Emily

**Emily Cronin Stillman** | **Susman Godfrey LLP**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
310-789-3157 (o) | 949-436-3222 (c) | ecronin@susmangodfrey.com

This e-mail contains privileged and confidential information which may constitute attorney/client privileged information and/or attorney work product. If you received this message in error, please notify the sender and delete it immediately.

**From:** Emily Cronin Stillman <ECronin@susmangodfrey.com>
**Date:** Friday, May 22, 2026 at 1:15 PM
**To:** "kvpoai@keker.com" <kvpoai@keker.com>, "openaicopyright@mofo.com" <openaicopyright@mofo.com>, "openaicopyrightlitigation.lwteam@lw.com" <openaicopyrightlitigation.lwteam@lw.com>
**Cc:** "oai-ndca-sdny@simplelists.susmangodfrey.com" <oai-ndca-sdny@simplelists.susmangodfrey.com>, "Tyler Alabanza-Behard (via NewsPlaintiffs-Service list)" <newsplaintiffs-service@simplelists.susmangodfrey.com>
**Subject:** In re OAI - Musk Depositions

Counsel for OpenAI,

We received OpenAI's production of the four *Musk* deposition transcripts but have not yet received the deposition exhibits.  Please confirm that OpenAI is planning to produce the deposition exhibits before the Court's deadline 5pm ET deadline today as well.

Thanks,
Emily

**Emily Cronin Stillman** | **Susman Godfrey LLP**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
310-789-3157 (o) | 949-436-3222 (c) | ecronin@susmangodfrey.com

This e-mail contains privileged and confidential information which may constitute attorney/client privileged information and/or attorney work product. If you received this message in error, please notify the sender and delete it immediately.