**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| IN RE: OPENAI, INC. COPYRIGHT INFRINGEMENT LITIGATION | Case No. 1:25-md-03143 (SHS) (OTW) |
| | **MOTION TO WITHDRAW AS COUNSEL OF RECORD** |
| This Document Relates To: All Actions | |

PLEASE TAKE NOTICE that Defendants OpenAI, Inc., OpenAI GP, LLC, OpenAI, LLC, OpenAI OpCo LLC, OpenAI Global LLC, OpenAI LP, OpenAI Holdings, LLC, OpenAI Startup Fund I LP, OpenAI Startup Fund GP I LLC, OpenAI Startup Fund Management LLC, and OAI Corporation (collectively "OpenAI Defendants") move this Court for an order in compliance with Local Rule 1.4 permitting the withdrawal in the above-captioned action of the following attorneys:

Andrew L. Perito
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105- 2482

Brian M. Kramer
Morrison & Foerster LLP
12531 High Bluff Drive, Ste. 200
San Diego, CA 92130

Drew Alan Hillier
Morrison & Foerster LLP
12531 High Bluff Drive, Ste. 200
San Diego, CA 92130

John R. Lanham
Morrison & Foerster LLP
12531 High Bluff Drive, Ste. 200
San Diego, CA 92130

Alexandra Ward
Morrison & Foerster LLP
707 Wilshire Boulevard
Los Angeles, CA 90017-3543

Joyce C. Li
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105- 2482

Allyson Bennett*

Vera Ranieri*

Max I. Levy*

The OpenAI Defendants will continue to be represented by Morrison & Foerster LLP as well as other firms in this proceeding including Latham & Watkins LLP and Keker, Van Nest & Peters LLP, and no party will be prejudiced if this Motion is granted.

Dated: January 29, 2026

Respectfully submitted,

**MORRISON & FOERSTER LLP**

/s/ *Rose S. Lee*
Rose S. Lee
755 Page Mill Road
Palo Alto, CA 94304-1018
Telephone: (650) 813-5600
Fax: (650) 494-0792
Email: RoseLee@mofo.com

*Attorneys for Defendants OpenAI, Inc., OpenAI GP, LLC, OpenAI, LLC, OpenAI OpCo LLC, OpenAI Global LLC, OpenAI LP, OpenAI Holdings, LLC, OpenAI Startup Fund I LP, OpenAI Startup Fund GP I LLC, OpenAI Startup Fund Management LLC, and OAI Corporation*

SO ORDERED:

_____
  Ona T. Wang        6/2/26
  United States Magistrate Judge

* Ms. Bennett, Ms. Ranieri, and Mr. Levy are no longer affiliated with the law firm of Morrison & Foerster LLP.

2

3