

June 2, 2026

> *In re OpenAI, Inc., Copyright Infringement Litigation*, 25-md-3143 (SHS) (OTW)
> This Document Relates To: All Cases

Dear Magistrate Judge Wang:

The New York Times ("The Times") and *Daily News* Plaintiffs (collectively, "Plaintiffs") submit this letter motion requesting clarification of the Court's May 21, 2026 Order at Dkt. 1566 ("Order"), which required OpenAI to produce "the deposition materials" from four witness depositions in *Musk v. Altman*, No. 4:24-cv-4722 (YGR) (N.D. Cal.) ("*Musk*") by 5pm EDT on May 22, 2026. *See* Dkt. 1566 at 4.

Although OpenAI produced the four deposition transcripts by the Court-ordered deadline, it did not produce any of the accompanying deposition exhibits. These were clearly contemplated by Plaintiffs' briefs, *see, e.g.*, Dkt. 1449 at 4 ("Plaintiffs respectfully ask the Court to grant their request and order OpenAI to produce the four deposition transcripts and their exhibits."), and this Court's Order, Dkt. 1566 at 1 ("The Court has reviewed the parties' briefing on the deposition transcripts and accompanying exhibits from *Musk v. Altman*... Because Plaintiffs have demonstrated relevance and proportionality of the discovery sought, Plaintiffs' motions are GRANTED...").

The Times reached out to OpenAI on Friday, May 22 to ask whether and when it planned to complete its production but received no response. Ex. A.

On Tuesday, May 26, The Times again reached out to OpenAI. It responded by incorrectly asserting that Plaintiffs did not seek the deposition exhibits and that the Court's Order did not require or reference the production of deposition exhibits. *See id.* OpenAI also unhelpfully recast Plaintiffs' repeated efforts since January 2026 to narrow their request and reach a compromise as improperly "mov[ing] the goalposts" via. *See id.* As the Court noted in the Order, Plaintiffs "significantly narrowed this request" "over the course of many months," Dkt. 1566 at 1, 4, so that the request was more narrowly tailored in response to OpenAI's proportionality objections, and ultimately moved to compel the production of just four deposition transcripts and their accompanying exhibits, Dkt. 1449 at 4. This is the request the Court ultimately granted. Dkt. 1566 at 1.

The Times filed a letter on May 26 notifying the Court that OpenAI had not complied with the Order. *See* Dkt. 1574. OpenAI filed a response letter the same day arguing that (1) the Court's Order was limited to the deposition transcripts, not the accompanying exhibits, and (2) production of the exhibits accompanying the four deposition transcripts would be overbroad and disproportionate. *See* Dkt. 1575.

Plaintiffs disagree. As stated above, the Court's Order plainly applies to the deposition transcripts and accompanying exhibits. And this makes sense, because the exhibits accompanying the four deposition transcripts are part of the deposition record. *See, e.g.*, *U.S. v. Int'l Business Machines Corp.*, 66 F.R.D. 219, 221 (S.D.N.Y. 1974) (stating that the documents marked as exhibits to a deposition "became part and parcel of [the] deposition"); *Johnson v. Holway*, 522 F. Supp. 2d 12, 19 (D.D.C. 2007) ("Exhibits attached to a deposition 'are essential to the deposition

1

transcript'…") (internal citations omitted).  The exhibits are necessary to contextualize and fully understand the testimony.

Regarding (2), Plaintiffs will not be drawn into yet another round of briefing on whether production of these materials is appropriate under Rule 26.  The parties briefed and argued this issue for many months, the Court took it under submission, and then provided a written Order making clear what was to happen next.  Producing the exhibits that are attached to the four deposition transcripts OpenAI already produced is not difficult or burdensome.  Plaintiffs respectfully request that the Court clarify its Order at Dkt. 1566 and compel OpenAI to produce the exhibits accompanying four deposition transcripts from *Musk*.

Respectfully,

*/s/ Davida Brook*___
Davida Brook
Susman Godfrey LLP
Counsel for The New York Times Company
News Plaintiffs' Liaison Counsel

cc:   All Counsel of Record (via ECF)

OpenAI is directed to produce the Exhibits FORTHWITH. If they are not produced by June 3, 2026 at 5pm Eastern, sanctions shall accrue at the rate of $100/day, without prejudice to any future motion or award of sanctions on this or any other issue.

So ordered.

June 2, 2026

2