**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

IN RE:                                             :
                                                   :
OPENAI, INC.,                                      :          25-MD-3143 (SHS) (OTW)
COPYRIGHT INFRINGEMENT LITIGATION,                 :
                                                   :
                                                   :          **ORDER**
This Document Relates To:                          :
**All Actions**                                    :
                                                   :

-------------------------------------------------------------x

       **ONA T. WANG**, **United States Magistrate Judge**:

       The Court is in receipt of News Plaintiffs' motion for sanctions against Defendant

OpenAI at ECF 1618. Parties are directed to meet and confer and file a proposed briefing

schedule for the reply and response briefs by **Friday, July 17, 2026**.


       **SO ORDERED.**


                                           *s/ Ona T. Wang*

Dated: July 14, 2026                               **Ona T. Wang**
      New York, New York                       United States Magistrate Judge