**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE:<br><br>OPENAI, INC.,<br>COPYRIGHT INFRINGEMENT LITIGATION<br><br>This document relates to:<br>23-cv-8292<br>23-cv-10211<br>24-cv-84<br>25-cv-3297<br>25-cv-3482<br>25-cv-3483 | 25-md-3143 (SHS) (OTW)<br><br>**MOTION TO WITHDRAW**<br>**MAX G. ALVAREZ AS COUNSEL** |

PLEASE TAKE NOTICE that Max G. Alvarez respectfully moves this Court for an Order permitting the withdrawal of appearance as counsel for Defendants OpenAI, Inc.; OpenAI LP; OpenAI GP, LLC; OpenAI, LLC; OpenAI OpCo LLC; OpenAI Global LLC, OAI Corporation, LLC; and OpenAI Holdings, LLC (the "OpenAI Defendants") in the above-captioned actions.

As of July 17, 2026, I will no longer be associated with the firm of Williams & Connolly LLP. In accordance with Local Civil Rule 1.4(b), a declaration in support of this motion is not required because other attorneys at Williams & Connolly LLP have entered notices of appearance on behalf of the OpenAI Defendants in this matter. The withdrawal will not affect any deadlines, prejudice any party, or cause any delay in this case.

Accordingly, I request that my withdrawal as counsel be granted and that I be removed from this action's electronic case filing (ECF) service list.

1

Respectfully Submitted

Dated:  July 14, 2026

By:   /s/ Max G. Alvarez

MAX G. ALVAREZ
WILLIAMS & CONNOLLY LLP
*680 Maine Avenue SW*
*Washington, DC 20024*
*(202) 434-5000*
*malvarez@wc.com*

---

**SO ORDERED:**

Application **GRANTED**.

**Ona T. Wang**        7/16/26
United States Magistrate Judge

2