**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: | |
| OPENAI, INC., | 25-md-3143 (SHS) (OTW) |
| COPYRIGHT INFRINGEMENT LITIGATION | **[JOINT PROPOSED] ORDER REGARDING DUE DATE FOR AMICUS BRIEFS IN CONNECTION WITH SUMMARY JUDGMENT** |
| This Document Relates To: | |
| All Cases | |

Plaintiffs and Defendants, through their respective counsel of record, hereby submit this stipulation and proposed order regarding a due date for amicus briefs in connection with summary judgment.

Whereas, pursuant to this Court's March 23, 2026 Order (Dkt. 1452), motions for summary judgment are due September 4, 2026; oppositions to motions for summary judgment are due October 9, 2026; and replies in support of motions for summary judgment are due November 6, 2026;

Whereas, there is currently no deadline set for amicus briefs that may be filed in connection with summary judgment;

Whereas, the parties agree that the parties' motions are likely to attract a significant number of amici and that it would be helpful to potential amici and the Court to set a deadline for amicus briefs;

IT IS HEREBY STIPULATED AND AGREED, by and between undersigned counsel for the parties, subject to approval of the Court, that:

1

1. All amicus briefs in support of any party's argument on any issue in connection with summary judgment shall be filed no later than October 16, 2026.

2. Except as expressly set forth herein, nothing in this Order modifies any other deadline or order in this action.

**[PROPOSED] ORDER**
The foregoing Stipulation is SO ORDERED.

Dated: _____, 2026                    New York, New York

Dated: August 5, 2026

/s/ Steven Lieberman
Steven Lieberman (SL8687)
Rothwell, Figg, Ernst & Manbeck, P.C.
901 New York Avenue, N.W., Suite 900 East
Washington, DC 20001
Telephone: (202) 783-6040
Facsimile: (202) 783-6031
slieberman@rothwellfigg.com

Counsel for Daily News Plaintiffs

/s/ Matthew Topic
Matthew Topic (pro hac vice)
LOEVY & LOEVY
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
312-243-5900 (p)
312-243-5902 (f)
matt@loevy.com

Counsel for Plaintiffs The Center for Investigative
Reporting, Inc. and The Intercept Media, Inc

/s/ Justin A. Nelson
Justin A. Nelson (admitted pro hac vice)
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, TX 77002
Telephone: 713-651-9366
jnelson@susmangodfrey.com

Interim Class Counsel for Class Plaintiffs

/s/ R. James Slaughter
R. James Slaughter (pro hac vice)
KEKER, VAN NEST & PETERS LLP
633 Battery St.
San Francisco, CA 94111
Telephone: 415.391.5400
rslaughter@keker.com

Counsel for OpenAI

/s/ Davida Brook
Davida Brook (pro hac vice)
SUSMAN GODFREY L.L.P.
1900 Ave of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
dbrook@susmangodfrey.com

Counsel for Plaintiff
The New York Times Company

/s/ Lacy H. Koonce, III
Lacy H. ("Lance") Koonce, III
Klaris Law PLLC
161 Water Street
New York, NY 10038
Telephone: (646) 779-4882
lance.koonce@klaris.com

Counsel for Plaintiffs Ziff Davis, Inc., Ziff
Davis, LLC, IGN Entertainment, Inc.,
Everyday Health Media, LLC, Mashable,
Inc., and CNET Media, Inc.

/s/ Lisa T. Simpson
Lisa T. Simpson
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street New York, NY 10019
Telephone: (212) 506-3767
lsimpson@orrick.com

Counsel for Microsoft