UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:

OPENAI, INC.,

COPYRIGHT INFRINGEMENT LITIGATION

This Document Relates To:

*All Cases*

25-md-3143 (SHS) (OTW)

ORDER

SIDNEY H. STEIN, U.S. District Judge.

Anyone wishing to file an amicus brief in connection with the summary judgment motions in this multidistrict litigation shall file a motion requesting leave to file an amicus brief no later than October 16, 2026. The motion requesting such leave shall include the proposed amicus brief, which shall be no more than 6,000 words.

Dated: New York, New York
August 7, 2026

SO ORDERED:

Sidney H. Stein, U.S.D.J.