UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IN RE:


OPENAI, INC.,

COPYRIGHT INFRINGEMENT LITIGATION


This Document Relates To:

 *All Cases*

---

25-md-3143 (SHS) (OTW)

ORDER

SIDNEY H. STEIN, U.S. District Judge.

 The Court has received the parties' submissions regarding adjustments to the word limits for summary judgment briefing and modification of the schedule for briefing *Daubert* motions. (Dkt. Nos. 1656; 1658.)

 Pursuant to the Court's March 23, 2026 Order (Dkt. No. 1452), summary judgment motions are due September 4, 2026, oppositions to summary judgment motions are due October 9, 2026, and replies in support of motions for summary judgment are due November 6, 2026.

 The following word limits shall apply to summary judgment motions in the News Cases[1]:

- Opening Briefs:  8,750 words for Microsoft; 8,750 words for OpenAI; 17,500 words for News Plaintiffs,[2] divided as they see fit.
- Opposition Briefs:  17,500 words for defendants, divided as they see fit; 17,500 words for News Plaintiffs, divided as they see fit.
- Reply Briefs:  8,750 words for defendants, divided as they see fit; 8,750 words for News Plaintiffs, divided as they see fit.

---

[1] "News Cases" refers to Case Nos. 23-cv-11195, 24-cv-4872, 24-cv-3285, 24-cv-1515, and 25-cv-4315.

[2] "News Plaintiffs" refers to plaintiffs in the News Cases.

The following limits shall apply to summary judgment motions in the consolidated class cases[3]:

- Class plaintiffs, OpenAI, and Microsoft may each make only one motion for summary judgment.
- Class plaintiffs, OpenAI, and Microsoft shall each have 12,500 words for opening and opposition briefs, and 7,500 words each for replies.

The following limits and schedule shall apply for *Daubert* motions in all cases:

- The Court adopts plaintiffs' proposal for a global word count to cover all *Dabuert* motions, with all plaintiffs sharing a set word limit and with Microsoft and OpenAI sharing a set word limit. (*See* Dkt. No. 1658 at 3–4.) Plaintiffs and defendants shall have 12,000 words for opening and opposition briefs and 6,000 for reply briefs.
- *Daubert* motions shall be filed on or before September 24, 2026.
- Oppositions to *Daubert* motions shall be filed on or before October 29, 2026.
- Replies in support of *Daubert* motions shall be filed on or before November 25, 2026.

Dated:  New York, New York
        August 7, 2026

SO ORDERED:

Sidney H. Stein, U.S.D.J.

---

[3] The consolidated class cases are Case Nos. 23-cv-8292, 23-cv-10211, and 25-cv-3482.