KEKER VAN NEST & PETERS | LATHAM & WATKINS LLP | MORRISON FOERSTER

September 4, 2026

**VIA ECF**

Hon. Sidney H. Stein
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re: *In Re: OpenAI, Inc., Copyright Infringement Litigation*, No. 1:25-md-3143
This Document Relates To: *Authors Guild, et al. v. OpenAI, Inc., et al.*, No. 1:23-cv-08292

Dear Judge Stein:

On behalf of the OpenAI Defendants,[1] we write pursuant to Rule 2.F of Your Honor's Individual Practices to respectfully request oral argument be held with respect to OpenAI's concurrently filed Motion for Summary Judgment.

Respectfully,

KEKER, VAN NEST & PETERS LLP
Robert A. Van Nest

LATHAM & WATKINS LLP
Sarang V. Damle

MORRISON & FOERSTER LLP
Joseph C. Gratz

cc: All Counsel of Record (via ECF)

[1] OpenAI Foundation, OAI International, Inc., OpenAI GP, L.L.C., OpenAI OpCo, LLC, OpenAI Global, LLC, OAI Corporation, OpenAI Group PBC, OpenAI Startup Fund I L.P., OpenAI Startup Fund GP I L.L.C., OpenAI Startup Fund Management, LLC.