# EXHIBIT 57

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
IN RE: OPENAI, INC. : Case No.
COPYRIGHT INFRINGEMENT LITIGATION : 1:25-md-03143
------------------------------------x

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Videotaped Deposition of
BENJAMIN MANN
Conducted Virtually
Friday, February 20, 2026
9:06 a.m.

Stenographically reported by:
Erica Field, RDR, CRR, CA-CSR, TX-CSR,
GA-CSR, WA-CSR, NM-CCR, IL-CSR, NJ-CCR,
FL-FPR, OR-CSR, NY Notary, FL Notary,
AK Notary, DC Notary
Job No. 620904

INDEX OF PROCEEDINGS

| WITNESS | PAGE |
|---|---|
| BENJAMIN MANN | |
| DIRECT EXAMINATION BY MR. FRAWLEY | 7 |
| CERTIFICATE OF REPORTER | 105 |

EXHIBITS

| EXHIBIT | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 1 | OPCO_MDL_004412023 | 10 |
| Exhibit 2 | OPCO_MDL_000495790 | 14 |
| Exhibit 3 | OPCO_MDL_00479314 | 17 |
| Exhibit 4 | OPCO_MDL_001686982 | 22 |
| Exhibit 5 | OPCO_MDL_001938901 | 36 |
| Exhibit 6 | OPCO_MDL_000478522 | 41 |
| Exhibit 7 | OPCO_MDL_000494603 | 43 |
| Exhibit 8 | OPCO_MDL_000492829 | 53 |
| Exhibit 9 | OPCO_MDL_000479741 | 59 |
| Exhibit 10 | OPCO_MDL_000479619 | 71 |
| Exhibit 11 | OPCO_MDL_000482605 | 77 |
| Exhibit 12 | ANT0000014 | 90 |
| Exhibit 13 | ANT0000149 | 90 |

Keker, Van Nest & Peters, for OpenAI. 09:07:13
MR. SCHWARTZ: Robert Schwartz, Orrick, Herrington & Sutcliffe, on behalf of Microsoft. 09:07:20 09:07:24
MR. NISHIMOTO: Ryan Nishimoto of Arnold & Porter on behalf of the witness. With me today physically in the room is Karl Johnston, in-house counsel for Mr. Mann's current employer, Anthropic. For the record, I'm also physically present in the room with Mr. Mann. 09:07:24 09:07:26 09:07:27 09:07:28 09:07:30 09:07:32 09:07:35 09:07:37
THE VIDEOGRAPHER: The court reporter is Erica Field representing Planet Depos, and the witness will now be sworn. 09:07:39 09:07:40 09:07:42 09:07:46
Whereupon,
BENJAMIN MANN,
having been first duly sworn or affirmed, was examined and testified as follows: 07:06:33
DIRECT EXAMINATION 07:06:33
BY MR. FRAWLEY: 09:07:59
Q. Good morning, Mr. Mann. 09:08:04
A. Good morning. 09:08:07
Q. My name is Alex Frawley. 09:08:07

on datasets? 10:05:47

A. So in general, for scientific purposes, we wanted to be sure that when we ran evaluations on our models that there wasn't a contamination between what we trained on and what we evaluated on because we were looking for generalization, not memorization. And if we trained on something, then it's possible we would just measuring memorization. 10:05:47 10:05:56 10:06:01 10:06:01 10:06:04 10:06:08 10:06:11 10:06:14 10:06:17

And so a big project that I did over many, many months was what we called this overlap analysis. And you can see in these further bullets scale overlap analysis for big datasets, run overlap analysis for big and new datasets. Those are both referring to this overlap analysis which ended up in the GPT-3 paper that we published in a few months after this. 10:06:19 10:06:23 10:06:26 10:06:29 10:06:32 10:06:35 10:06:38 10:06:40 10:06:46

So training a Bloom filter is describing our method at the time or one of the methods that we used to do this overlap analysis and doesn't refer to doing generative fine-tuning but, instead, just taking the words in the dataset in sort of 10:06:48 10:06:52 10:06:55 10:06:58 10:07:04 10:07:07

So what happens is you take a 10:54:48
batch of training data, you run it through 10:54:49
the model in what's called the forward pass. 10:54:54
You compute the loss in the model's ability 10:54:57
to predict the next token, and then you 10:54:59
backwards propagate that through the model. 10:55:02
And you do that a bunch of times, 10:55:06
computing all these different loss signals, 10:55:08
aggregating them and then computing the 10:55:11
weights, what the weights should be in the 10:55:13
next step. And the process of model training 10:55:15
is take many, many, many of these steps. 10:55:17
And a snapshot comes from some 10:55:20
periodic recording of what the weights are in 10:55:22
the model at a given time and serializing 10:55:27
them to some storage like cloud storage. 10:55:32
So it's quite arbitrary what a 10:55:37
model is because it could be any of those 10:55:39
steps, and there's no theoretical reason, 10:55:43
and, in fact, there are many theoretical and 10:55:46
practical reasons that you wouldn't want to 10:55:49
enforce that you only ever train forward in 10:55:50
time. 10:55:55
And we have a lot of 10:55:55
infrastructure to make sure that those 10:55:56

CERTIFICATE OF REPORTER

UNITED STATES DISTRICT COURT )
SOUTHERN DISTRICT OF NEW YORK )

I, ERICA FIELD, RDR, CRR, certify that I was authorized to and did stenographically report the deposition of BENJAMIN MANN, pages 1 through 104; that a review of the transcript was not requested; and that the transcript is a true and complete record of my stenographic notes.

I further certify that I am not a relative, employee, attorney, or counsel of any of the parties, nor am I a relative or employee of any of the parties' attorney or counsel connected with the action, nor am I financially interested in the action.

DATED this 3rd day of March, 2026.

Erica Field
_____________________________
Erica Field, RDR, CRR