# EXHIBIT 74

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

-----------------------------------x

IN RE: OPENAI, INC. : Case No.

COPYRIGHT INFRINGEMENT LITIGATION : 1:25-md-03143

-----------------------------------x

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Videotaped Deposition of OPENAI

By and through its Designated Representative

JOHANNES HEIDECKE

San Francisco, California

Thursday, February 12, 2026

9:13 a.m.

Reported Stenographically by:
MARY J. GOFF
CSR No. 13427
WA CSR No. 21030779
Job No. 619815
PAGES 1-267

INDEX

| WITNESS | | EXAMINATION |
|---|---|---|
| JOHANNES HEIDECKE | | |
| Volume I | | |
| | ATTORNEY MATCH | 10 |
| | ATTORNEY BAYLEY | -- |
| | ATTORNEY PRITT | 107 |
| | ATTORNEY BAYER | -- |
| | ATTORNEY NAGGAR | -- |

| NUMBER | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 1 | Copyright Policy OPCO_MDL_000999211-19 | 36 |
| Exhibit 2 | 2-9-24 email from Pronin Option to include Bing snippets from blocked domains OPCO_MDL_002129144 | 46 |
| Exhibit 3 | Slack message, 3-2-23 tmp incorrect training data responses OPCO_MDL_001936736-40 | 58 |
| Exhibit 4 | Slack message, 11-29-23 Johannes OPCO_MDL_001669756 | 61 |
| Exhibit 5 | Antiregurgitation, Harmony 6-26-2023 OPCO_MDL_002138928-41 | 68 |

ATTORNEY BAYLEY: Edward Bayley, Keker, 09:14:11
Van Nest & Peters on behalf of OpenAI and the 09:14:14
witness. And with me from OpenAI is Nora Puckett. 09:14:19
THE VIDEOGRAPHER: The court reporter 09:14:22
today is Mary Goff, representing Planet Depos. The 09:14:23
witness will now be sworn. 09:14:23
THE COURT STENOGRAPHER: My name is Mary 09:14:23
Goff. I am a California Certified Shorthand 09:14:23
Reporter, CSR Number 13427. Today's proceedings are 09:14:23
being captured by stenographic means. 09:14:23
JOHANNES HEIDECKE, 09:14:23
Being first duly sworn or affirmed to testify to the 09:14:23
truth, the whole truth, and nothing but the truth, 09:14:23
was examined and testified as follows: 09:14:23
EXAMINATION 09:14:23
BY ATTORNEY MATCH: 09:14:41
Q Good morning, Mr. Heidecke. 09:14:42
Is that how you pronounce it -- 09:14:44
A That's good, yes. 09:14:46
Q -- roughly? My name is Stephen Match. 09:14:46
I'll be taking your deposition today on behalf of 09:14:48
the News Plaintiffs. 09:14:51
So right now you understand that you're 09:14:53
testifying in your capacity as a corporate witness 09:14:55
for OpenAI, correct? 09:14:59

actually happen. 09:26:11
Q (BY ATTORNEY MATCH) Okay. You have -- 09:26:12
OpenAI has used post-training mitigation measures 09:26:19
for -- well, you -- actually, you tell me. 09:26:24
How long has OpenAI been using 09:26:26
post-training regurgitation prevention measures? 09:26:30
ATTORNEY BAYLEY: Objection, form. 09:26:46
A Part of this is hard for me to answer 09:26:47
because we employed human data campaigns that might 09:26:48
be relevant to this topic. The targeted work that 09:26:53
I'm familiar with started in or around March 2020 -- 09:26:59
I believe March 2023 and took a couple of months. 09:27:08
So maybe until June, July of 2023. 09:27:14
Q (BY ATTORNEY MATCH) Okay. So since 09:27:17
March -- so roughly -- a little bit less than three 09:27:19
years, roughly? 09:27:21
ATTORNEY BAYLEY: Objection, form. 09:27:23
A Under the same caveats that I made before, 09:27:26
I -- that is a correct calculation. 09:27:28
Q (BY ATTORNEY MATCH) Okay. So in those 09:27:32
almost three years, has OpenAI discovered that its 09:27:33
other mitigation measures are sufficient to prevent 09:27:35
regurgitation? 09:27:41
ATTORNEY BAYLEY: Objection, form. 09:27:42
A I think the answer to this question 09:27:46

A Yeah. Apologies. Can you repeat the question -- 09:39:40 09:39:44
Q Yes -- 09:39:45
A -- for me? 09:39:45
Q What were the post-training methods that OpenAI employed to reduce regurgitation of copyrighted training data? 09:39:45 09:39:48 09:39:53
A My understanding is there were two parallel workstreams, one on the general model behavior and one targeted at the browsing capability of the model. 09:40:01 09:40:03 09:40:06 09:40:09
Q Okay. 09:40:11
A Which one would you like me to start with? 09:40:14
Q Why don't you start with general model behavior, and then we'll move to browsing. 09:40:16 09:40:18
A Yeah. The general model behavior targeted post-training campaign from the first half of 2023 was a synthetic data campaign where we created both demonstrations that the model would learn from, as well as preference data that we train a -- a broad model -- a preference model with that can give training signal during the reinforcement learning stage. 09:40:22 09:40:26 09:40:28 09:40:35 09:40:38 09:40:43 09:40:47 09:40:50
Q Okay. So can you tell me what this demonstrations -- what these demonstrations were? 09:40:51 09:40:56

A Those demonstrations were pairs of inputs to the model that are relevant to copyright and regurgitation paired with ideal model behaviors according to our copyright policy. 09:41:03 09:41:07 09:41:11 09:41:16

Q So -- okay. 09:41:23

And what about the preference data? What are the -- what is the preference data? 09:41:27 09:41:30

A The preference data has a similar or possibly the same distribution of inputs combined with multiple completions for each input of varying quality or varying levels of adherence to the copyright policy. 09:41:34 09:41:38 09:41:45 09:41:49 09:41:54

These multiple completions are then both scored with a Likert score, which is just an integer value where -- between 1 and 7 where "higher" means better, as well as ranked from best to worst. 09:41:56 09:42:00 09:42:04 09:42:07

Q So let me just see if I'm understanding this. And correct me if I'm not. 09:42:15 09:42:18

On this approach, OpenAI would supply a prompt to the model, supply a sequence of human-written possible outputs; it would rank those outputs and it would score those outputs according to the copyright policy? 09:42:24 09:42:32 09:42:38 09:42:41 09:42:44

ATTORNEY BAYLEY: Objection, form. 09:42:48

A I think that is not fully accurate. 09:42:49

in Exhibit 1 is that we do allow the model to repeat 02:07:36
text that is limited to text that was exactly 02:07:42
inputted by the user already. 02:07:46

Q Okay. Thank you. 02:07:49

Can you turn to Slide 30? The title of 02:07:50
this slide is "Red-Teaming and Robustness." 02:08:02

Are you there yet? 02:08:06

A Yes. 02:08:07

Q Is red-teaming part of post-training? 02:08:08

A I think not in any typical interpretation 02:08:13
of the term "post-training." 02:08:16

Q Well, then I guess how does red-teaming 02:08:18
and post-training interact? 02:08:24

ATTORNEY BAYLEY: Objection, outside the 02:08:27
scope. 02:08:27

A Red-teaming is the general activity of 02:08:32
proactively trying to identify failures or gaps in a 02:08:37
safety or mitigation stack which can be applied to 02:08:42
post-training mitigations, but can also be applied 02:08:47
to entire systems or to other levels of mitigations. 02:08:49

Q (BY ATTORNEY PRITT) Meaning red-team can 02:08:53
happen at other phases of training? 02:08:58

ATTORNEY BAYLEY: Objection, form. 02:09:03

A I think it's less about the time of when 02:09:06
it happens and more about the object that the 02:09:09

a user's request and refusing it. 03:40:17
Q And how is a refusal different from the BLOOMFILTER? 03:40:20 03:40:22
ATTORNEY BAYLEY: Objection to form. 03:40:24
A Under this current definition of a "post-training mitigation," the refusal is outputted as tokens by the model itself, whereas the BLOOMFILTER is a system-level or inference-level mitigation whose output can be used to, for example, completely stop the model from outputting any further tokens. 03:40:30 03:40:32 03:40:37 03:40:41 03:40:43 03:40:48 03:40:52
Q (BY ATTORNEY PRITT) So when a copyright refusal occurs, does the model generate regurgitated content that is not displayed to the user? 03:40:54 03:40:57 03:41:02
A Under -- under our current definition -- and there's multiple definitions for what people call a "refusal" -- the refusal is outputted by the model, and thus, it cannot counterfactually output any copyrighted text. 03:41:08 03:41:10 03:41:13 03:41:17 03:41:22
Q So the model -- so in that context the model never generates any answer that might contain copyrighted text; it simply outputs a refusal; is that correct? 03:41:23 03:41:26 03:41:33 03:41:36
A When the model works as intended under the Copyright Policy of Exhibit 1, then yes, the model 03:41:37 03:41:41

I, MARY J. GOFF, CSR No. 13427, Certified Shorthand Reporter of the State of California, certify;

That the foregoing proceedings were taken before me at the time and place herein set forth, at which time the witness declared under penalty of perjury; that the testimony of the witness and all objections made at the time of the examination were recorded stenographically by me and were thereafter transcribed under my direction and supervision; that the foregoing is a full, true, and correct transcript of my shorthand notes so taken and of the testimony so given;

That before completion of the deposition, review of the transcript ( ) was (xx) was not requested: ( ) that the witness has failed or refused to approve the transcript.

I further certify that I am not financially interested in the action, and I am not a relative or employee of any attorney of the parties, nor of any of the parties.

I declare under penalty of perjury under the laws of California that the foregoing is true and correct, dated this 24th day of February, 2026.

Mary J. Goff
______________________
MARY J. GOFF

# ERRATA SHEET

CASE NAME: *In re OpenAI, Inc. Copyright Infringement Litigation*, 1:25-md-3143-SHS-OTW (S.D.N.Y.)

DATE OF DEPOSITION: February 12, 2026

DEPONENT NAME: Johannes Heidecke (30b6)

| PAGE | LINE | CORRECTION FROM | TO | REASON |
|---|---|---|---|---|
| 13 | 15 | locked | log | Transcription Error |
| 20 | 16 | defense and | defense in | Transcription Error |
| 21 | 7 | nonpost-training | non-post-training | Transcription Error |
| 21 | 11 | as aware | as I'm aware | Transcription Error |
| 33 | 14 | directed | direct | Transcription Error |
| 35 | 1-2 | there's hypotheticals in there in order | this hypothetical scenario | Transcription Error |
| 35 | 13 | words wherein such a word | worlds wherein such a world | Transcription Error |
| 35 | 24 | You're | Your | Transcription Error |
| 55 | 19 | that is also the | that there is also the | Transcription Error |
| 57 | 11 | model | moral | Transcription Error |
| 62 | 25 | his | its | Transcription Error |
| 68 | 21 | But mitigation | But the mitigation | Transcription Error |
| 73 | 13 | for certainty | for full certainty | Transcription Error |
| 75 | 12 | called by | caught by | Transcription Error |
| 91 | 24 | eval car regurg | eval card regurg | Transcription Error |
| 97 | 12 | cybersecurity personal | cybersecurity | Transcription Error |
| 100 | 5 | What actually by | What do you mean by | Transcription Error |
| 103 | 1 | sickofancy | sycophancy | Transcription Error |
| 105 | 5 | are run | are running | Transcription Error |
| 110 | 10 | serious date | serious stage | Transcription Error |
| 123 | 9 | idea | ideal | Transcription Error |
| 131 | 2 | who is | rules | Transcription Error |
| 149 | 18 | columns | column | Transcription Error |
| 153 | 5 | list -- | listed | Transcription Error |
| 157 | 20 | defense and depth | defense in depth | Transcription Error |
| 157 | 21 | resilience of robustness of reliability | resilience or robustness or reliability | Transcription Error |
| 159 | 12 | defense and depth | defense in depth | Transcription Error |
| 178 | 2 | irreversible | reversible | Transcription Error |
| 179 | 10 | irreversibility | reversibility | Transcription Error |
| 190 | 6 | strokes | drops | Transcription Error |
| 194 | 13 | "eval bot" | "eval board" | Transcription Error |
| 194 | 20 | evaluations | evaluation | Transcription Error |
| 201 | 18 | pertraining | pretraining | Transcription Error |
| 207 | 2 | where | were | Transcription Error |
| 226 | 1 | seen | see | Transcription Error |

| PAGE | LINE | CORRECTION FROM | TO | REASON |
|---|---|---|---|---|
| 235 | 16 | Proximate | Proximal | Transcription Error |
| 236 | 12 | rates | weights | Transcription Error |
| 246 | 13 | hedge a voice | hedge or voice | Transcription Error |
| 254 | 12 | a presentation | representation | Transcription Error |

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Johannes Heidecke

6/11/2026

Johannes Heidecke

DATE