SUSMAN GODFREY L.L.P.
A REGISTERED LIMITED LIABILITY PARTNERSHIP
1000 LOUISIANA
SUITE 5100
HOUSTON, TEXAS 77002
(713) 651-9366
FAX (713) 654-6666
WWW.SUSMANGODFREY.COM

SUITE 1400
1900 AVENUE OF THE STARS
LOS ANGELES, CALIFORNIA 90067-6029
(310) 789-3100

SUITE 3000
401 UNION STREET
SEATTLE, WASHINGTON 98101-2683
(206) 516-3880

ONE MANHATTAN WEST
NEW YORK, NEW YORK 10001-8602
(212) 336-8330

JUSTIN A. NELSON
DIRECT DIAL (713) 653-7895

E-MAIL JNELSON@SUSMANGODFREY.COM

September 4, 2026

Hon. Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 23A
New York, New York 10007

Re: *In re OpenAI Inc., Copyright Infringement Litigation*, 25-md-3143

Dear Judge Stein:

Pursuant to Rule 2.F of Your Honor's Individual Practices, Class Plaintiffs respectfully request oral argument on their motion for partial summary judgment. Thank you for the Court's consideration.

Sincerely,

*/s/ Justin A. Nelson*
Justin A. Nelson
Susman Godfrey, LLP
1000 Louisiana Street, Suite 5100
Houston, TX 77002
Tel.: 713-651-9366
jnelson@susmangodfrey.com
***Interim Lead Class Counsel for Class Plaintiffs***