**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x

IN RE: :
:
OPENAI, INC., : 25-md-3143 (SHS) (OTW)
COPYRIGHT INFRINGEMENT LITIGATION, :
: **NOTICE TO THE PARTIES**
This Document Relates To: :
**ALL MATTERS**

-----------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

It has come to my attention that I own stock in Microsoft Corporation. My ownership of this stock has not affected or impacted any decision in this case.

Although my ownership of this stock would ordinarily require recusal, Canon 3C(4) of the Code of Conduct for United States Judges states that a magistrate judge is not disqualified because of "a financial interest in a party" if the magistrate judge "divests the interest that provides the grounds for disqualification," unless the interest could be substantially affected by the outcome of the proceeding. Advisory Opinion No. 69 from the Judicial Conference's Committee on Codes of Conduct explains that a magistrate judge may divest the disqualifying interest under Canon 3C(4) at the beginning of the case, after the judge has spent substantial time on the case, or anytime in between.

Based on the issues presented in this case, I have concluded that my interest in Microsoft Corporation could not be substantially affected by the outcome of the proceeding and have divested my interest. Further, the public interest will be served by my continuing to preside over this case because it will avoid having the matter reassigned to another magistrate judge.

Dated: September 11, 2026
New York, New York

*s/ Ona T. Wang*

**Ona T. Wang**
United States Magistrate Judge