**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x

| | | |
|---|---|---|
| IN RE:<br><br>OPENAI, INC.,<br>COPYRIGHT INFRINGEMENT LITIGATION,<br><br><br>This Document Relates To:<br>**23-CV-8292**<br>**23-CV-10211**<br>**23-CV-11195**<br>**24-CV-1515**<br>**24-CV-3285**<br>**25-CV-3482** | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | 25-MD-3143 (SHS) (OTW)<br><br>**ORDER** |

-----------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

It has come to the Court's attention that there are multiple outstanding motions in the above-captioned cases that have already been addressed at the Court's periodic discovery status conferences and prior orders.

The following discovery motions are **DENIED as moot**:

- **Case No. 23-CV-8292**: ECF Nos. 866, 889, 896, 897, 899, 900, 901, 902, 977, and 980;
- **Case No**. **23-CV-10211**: ECF Nos. 650 and 651;
- **Case No. 23-CV-11195**: ECF Nos. 1090, 1094, 1099, 1104, 1179, 1180, 1187, 1192; and
- **Case No**. **24-CV-3285**: ECF Nos. 561, 566, 615, 616.

For the reasons discussed in 25-MD-3143, ECF 1926, the following sealing motions are **GRANTED**:

- **Case No. 23-CV-10211**: ECF Nos. 599, 600, 610, and 618;

- **Case No. 23-CV-11195**: ECF Nos. 1141, 1152, 1159, 1216, 1248, and 1256;
- **Case No**. **24-CV-1515**: ECF Nos. 350 and 399;
- **Case No**. **24-CV-3285**: ECF Nos. 671; and
- **Case No**. **25-CV-3482**: ECF Nos. 689, 696, 700, 722, 740, 756.

The Clerk of Court is respectfully directed to close the following ECF Nos. in each respective case:

- **Case No. 23-CV-8292**: ECF Nos. 866, 889, 896, 897, 899, 900, 901, 902, 977, and 980;
- **Case No**. **23-CV-10211**: ECF Nos. 599, 600, 610, 618, 650, 651;
- **Case No. 23-CV-11195**: ECF Nos. 1090, 1094, 1099, 1104, 1141, 1152, 1159, 1179, 1180, 1187, 1192, 1216, 1248, and 1256;
- **Case No**. **24-CV-1515:** ECF Nos. 350, 399;
- **Case No**. **24-CV-3285**: ECF Nos. 561, 566, 615, 616, and 671; and
- **Case No**. **25-CV-3482**: ECF Nos. 689, 696, 700, 722, 740, 756.

If parties seek further guidance on any of these motions, or are still seeking the materials subject to any of these motions, they are directed to file a joint letter by **October 2, 2026.**

**SO ORDERED.**

*s/ Ona T. Wang*

**Ona T. Wang**
United States Magistrate Judge

Dated: September 16, 2026
New York, New York