**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE:<br><br>OPENAI, INC.,<br>COPYRIGHT INFRINGEMENT LITIGATION<br><br>This Documents Relates To:<br><br>23-cv-8292<br>23-cv-10211<br>23-cv-11195<br>24-cv-3285<br>24-cv-4872 | 25-md-3143-SHS-OTW |

**MOTION TO WITHDRAW ANA MENDEZ-VILLAMIL**
**AS *PRO HAC VICE* COUNSEL**

**PLEASE TAKE NOTICE** that Ana Mendez-Villamil respectfully moves this Court for an Order permitting her withdrawal as *pro hac vice* counsel for Defendant Microsoft Corporation ("Microsoft") in the above-referenced actions as she is ending her employment with the firm of Orrick, Herrington & Sutcliffe LLP ("Orrick"). In accordance with Local Civil Rule 1.4(b), a declaration in support of this motion is not required because other attorneys at Orrick have entered notices of appearance on behalf of Microsoft and will continue to represent Microsoft in these actions. This withdrawal will not affect any deadlines or cause any delay in this case.

Accordingly, Ana Mendez-Villamil requests that her withdrawal as counsel be granted and that she be removed from this action's electronic case filing (ECF) service list.

Dated: September 23, 2026

By: */s/ Ana Mendez-Villamil*

Ana Mendez-Villamil
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone (415) 773-4554
Amendez-villamil@orrick.com

*Attorneys for Defendant*
*Microsoft Corporation*