**VIA ECF**

September 23, 2026

Hon. Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 23A
New York, NY 10007

RE: **Defendants' Oral Argument Request** – *In re OpenAI Inc. Copyright Infringement Litigation*, No. 1:25-md-03143 (SHS) (OTW)

This Document Relates To: Case No. 1:23-cv-08292 (SHS) (OTW), Case No. 1:23-cv-10211 (SHS) (OTW)

Dear Judge Stein:

On behalf of Defendants OpenAI and Microsoft Corporation ("Defendants") and pursuant to Rule 2.F. of Your Honor's Individual Practices, we submit this letter to request oral argument in the above-captioned matter in support of Defendants' Motion to Strike Susman Godfrey L.L.P.-Funded Study and Supplemental Report of Michael Lasinski.

Respectfully submitted,[1]

KEKER, VAN NEST & PETERS LLP

Dated: September 23, 2026

By: */s/ Victor Chiu*

[1] All parties whose electronic signatures are included herein have consented to the filing of this document.

VICTOR CHIU *(pro hac vice)*
633 Battery Street
San Francisco, CA 94111-1809
pmalhotra@keker.com
Telephone: 415 391 5400
Facsimile: 415 397 7188

Attorneys for Defendants
OPENAI, INC., OPENAI GP, LLC,
OPENAI, LLC, OPENAI OPCO LLC,
OPENAI GLOBAL LLC, OAI
CORPORATION, LLC, OPENAI
HOLDINGS, LLC

ORRICK, HERRINGTON & SUTCLIFFE LLP

Dated: September 23, 2026

By: */s/ Annette L. Hurst*

ANNETTE L. HURST *(pro hac vice)*
The Orrick Bldg.
405 Howard Street
San Francisco, CA 94105
ahurst@orrick.com
Telephone: 415 773 5700
Facsimile: 415 773 5759

Attorneys for Defendants
MICROSOFT CORPORATION