UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: OpenAI, Inc. Copyright Infringement Litigation<br><br>This Document Relates To:<br><br>No. 1:23-cv-08292<br>No. 1:23-cv-10211<br>No. 1:23-cv-11195<br>No. 1:24-cv-03285<br>No. 1:24-cv-04872<br>No: 1:24-cv-01515<br>No: 1:25-cv-04315 | Case No. 1:25-md-3143 (SHS) (OTW) |

**DEFENDANTS' NOTICE OF MOTION AND RULE 702 MOTION TO EXCLUDE EXPERT TESTIMONY**

PLEASE TAKE NOTICE that upon this Motion and the accompanying (1) Memorandum of Law in Support of Defendants' Rule 702 Motion to Exclude Expert Testimony,[1] (2) the Declaration of Paven Malhotra in Support of Defendants' Rule 702 Motion to Exclude Expert Testimony and the exhibits attached thereto, (3) the Declaration of On Amir, Ph.D., in Support of Defendants' Rule 702 Motion to Exclude Expert Testimony and the exhibits attached thereto, (4) the Declaration of Padma Gaggara in Support of Defendants' Rule 702 Motion to Exclude Expert Testimony and the appendix attached thereto, and (5) the Declaration of Fabrice Canel in Support of Defendants' Rule 702 Motion to Exclude Expert Testimony, all filed concurrently herewith, the undersigned will, and hereby do, move this Court on behalf of Defendants Microsoft and OpenAI, before the Honorable Sydney H. Stein in Courtroom 23A of the United

[1] This motion relates to all currently active cases in the MDL as listed in the caption above. Microsoft is not a party to the actions brought by Ziff Davis (No: 1:25-cv-04315) nor The Intercept (No: 1:24-cv-01515), nor to any claims asserted under 17 U.S.C. § 1202 for CMI removal, and therefore does not join as to opinions pertaining exclusively to those matters.

States District Court for the Southern District of New York, Daniel Patrick Moyniham Courthouse, 500 Pearl Street, New York, New York, 10007, on a date and at a time to be set by the Court, for an order pursuant to Federal Rule of Evidence 702 excluding the opinions and testimony of Plaintiffs' various experts identified in the below chart (**Table 1**), and granting such other relief as the Court deems just and proper.

*[Intentionally left blank]*

**TABLE 1**

| Books Plaintiffs' Expert | Document/Testimony Defendants Move to Exclude Pursuant to F.R.E. 702 | Specific Sections or Paragraphs Defendants Move to Exclude Pursuant to F.R.E. 702 |
|---|---|---|
| Mr. Michael Lasinski[2] | Lasinski Decl., Ex. A - Opening Report (4/24/26) [ECF No. 1825][3] | Section 2.0 (second-to-last bullet in ¶ 14)<br><br>Section 6.3 (¶¶ 208, 211, 214)<br><br>Section 6.4 (last bullet point in ¶ 215) |
| | Lasinski Decl., Ex. B - Rebuttal Report (5/24/26) [ECF No. 1825] | Section 2.1 (last sentence of ¶ 10)<br><br>Section 2.2 (last sentence of ¶ 12)<br><br>Section 2.5 (third bullet of ¶ 16 starting with "Plaintiffs have been harmed…")<br><br>Entire Sections 9.0 to 9.6 (¶¶ 362-412)<br><br>Entire Section 9.7.1 (¶¶ 414-419)<br><br>Section 9.7.5 (the last two sentences of ¶442) |
| | Lasinski Decl., Ex. C - Reply Report (6/26/26) [ECF No. 1825] | Section 2.4 (bullet points 5-8 in ¶ 12)<br><br>Entire Sections 6.0 to 6.5 (¶¶ 77-109) |

[2] Lasinski also offered opinions on damages. Should Books Plaintiffs prevail on the merits of any of their claims, Defendants reserve the right to challenge those damages opinions on at least the following grounds: his failure to assess causation in any but-for analysis; his improper hypothetical license analysis; and his improper recitation and narration of extensive record evidence without any expert analysis.

[3] All ECF citations are to the version of the expert report that was filed by Plaintiffs under seal.

| | | |
|---|---|---|
| | Lasinski Decl., Ex. D - Supplemental Report (8/2/26) [ECF No. 1825] | Entire Report |
| Mr. Mark Seeley | Seeley Decl., Ex. A - Opening Report (4/24/26) [ECF No. 1804] | Section I (¶ 4)<br><br>Section IV (¶¶ 13-15)<br><br>Entire Section VI (¶¶ 36-52)<br><br>Entire Section VII (¶¶ 53-62)<br><br>Entire Section VIII (¶¶ 63-76) |
| | Seeley Decl., Ex. B - Rebuttal Report (5/24/26) [ECF No. 1804] | Section I (¶¶ 3-4)<br><br>Section IV(a) (¶¶ 14-21)<br><br>Entire Section IV(c) (¶¶ 41-46) |
| | Seeley Decl., Ex. C - Reply Report (6/26/26) [ECF No. 1804] | Entire Section I (¶¶ 3-7)<br><br>Section IV (¶¶ 13-47)<br><br>Entire Section V (¶¶ 48-70) |
| Dr. Ben Zhao | Zhao Decl., Ex. A - Opening Report [ECF No. 1787] | Section II (¶¶ 7-8)<br><br>Entire Section III (¶12)<br><br>Entire Section IV (¶¶14-72)<br><br>Entire Section V (¶¶73-81) |
| | Zhao Decl., Ex. B - Rebuttal Report (5/24/26) [ECF No. 1787] | Section III (¶12(a), (c), (d), (f))<br><br>Entire Section IV.A<br><br>Section IV. B (¶¶ 15-17, 23-35, 38-41, last sentence of ¶43, ¶44 (“reduce the distance between the model representation and ideal compressed representation of the training data”), ¶¶ 49-52 |

| | | |
|---|---|---|
| | | Section IV. C (Last sentence of ¶54)<br><br>Section IV. E (¶¶62-69)<br><br>Entire Section IV.F<br><br>Section IV. G (last sentence of ¶79)<br><br>Entire Section IV.H (¶¶ 80-82)<br><br>Entire Section V.B (¶¶ 92-98)<br><br>Section VI (¶¶ 103-111)<br><br>Entire Section VII |
| | Zhao Decl., Ex. C - Reply Report (6/26/26) [ECF No. 1787] | Section III (¶ 5)<br><br>Section IV (¶¶ 9-11, 13-15)<br><br>Entire Section V. A (¶¶ 17-19)<br><br>Entire Section V.B (¶¶ 20-24)<br><br>Entire Section V.C (¶¶ 25-31)<br><br>Entire Section V.F. (¶ 36) |

| **News Plaintiffs' Expert** | **Parties for Whom Expert Offers Opinions** | **Document/Testimony Defendants Move to Exclude Pursuant to F.R.E. 702** | **Specific Sections or Paragraphs Defendants Move to Exclude Pursuant to F.R.E. 702** |
|---|---|---|---|
| Ms. Emily Bell | The New York Times | Bell Decl., Ex. A - Opening Report (4/24/26) [ECF No. 1794] | Section IV (¶¶ 34-37)<br><br>Section VI (¶¶ 79-81)<br><br>Entire Section VII (¶¶ 112-151)<br><br>Entire Section VIII (¶¶ 152-170) |
| | | Bell Decl., Ex. B - Rebuttal Report (5/24/26) [ECF No. 1794] | Section V (¶¶ 25-27, 29)<br><br>Section VI (¶¶ 31-34, 36, 39-40, 41-43, 59, 64, 66, 78, 79, 81, 82, 88, 90-92, 98, 103-106, 108-121)<br><br>Section VII (¶¶ 140-144, 147-149, 156, 158)<br><br>Section VIII (¶¶ 185–186, 190, 193, 196, 198, 201)<br><br>Entire Section IX.B (¶¶ 206-214)<br><br>Exhibits B and C |
| | | Malhotra Decl., Ex. 53 - Bell Reply Report (6/26/26) | Section V (¶ 15)<br><br>Section VI (¶¶ 22–23, 33, 39, 55, 57–59) |

| | | | |
|---|---|---|---|
| Ms. Sue Cross | CIR; The Intercept | Cross Decl., Ex. A - Rebuttal Report (5/24/26) [ECF No. 1821] | Section I (¶¶ 2, 4)<br><br>Section VII (pg. 16-20)<br><br>Section VIII (pg. 20-29)<br><br>Section XI.H (pg. 42)<br><br>Section X (pg. 31-34)<br><br>Section XI.G (pg. 41-42) |
| Mr. Daniel Delorey | Ziff Davis | Delorey Decl., Ex. A - Opening Report (4/24/26) [ECF No. 1774] | Section 5 (¶¶ 22-35)<br><br>Section 11 (¶¶ 254-76)<br><br>Entire Section 10 (¶¶ 164-222)<br><br>Entire Section 12 (¶¶ 277-323)<br><br>Entire Section 13 (¶¶ 324-51) |
| | | Delorey Decl., Ex. B - Rebuttal Report (5/24/26) [ECF No. 1774] | Sections 4 (¶ 19)<br><br>Section 5 (¶ 29)<br><br>Section 11 (¶¶ 115, 118) |
| | | Delorey Decl., Ex. C - Reply Report (6/26/26) [ECF No. 1774] | Sections 4 (¶¶ 15-21)<br><br>Section 7 (¶¶ 43, 47-58)<br><br>Section 8 (¶¶ 59-82)<br><br>Entire Section 6 (¶¶ 22-39)<br><br>Entire Section 9 (¶¶ 110-19) |

| | | | |
|---|---|---|---|
| | | Delorey Decl., Ex. D – Supplemental Report (9/3/26) [ECF No. 1774] | Entire Report |
| Dr. Oren Etzioni | The New York Times; Daily News Plaintiffs | Etzioni Decl., Ex. A - Opening Report (4/24/26) [ECF No. 1806] | Entire Section VIII.A (¶¶ 71-97)<br><br>Entire Section VIII.B (¶¶ 98-122) |
| | | Etzioni Decl., Ex. B - Rebuttal Report (5/29/26) [ECF No. 1806] | Entire Section XI.E.4 (¶¶ 311-315) |
| Dr. Thomas Goldstein | The New York Times; Daily News Plaintiffs | Goldstein Decl., Ex. A - Opening Report (4/24/26) [ECF No. 1819] | Section V (¶¶ 58-60, 62-64)<br><br>Entire Section X (¶¶ 260-292)<br><br>Section XI (¶¶ 293-96)<br><br>Entire Section XI.B (¶¶ 308-331)<br><br>Section XII. B (¶¶ 393-98, 400-18)<br><br>Section XII.D (¶¶ 452-470)<br><br>Entire Section XIII (¶¶ 516-546)<br><br>Entire Section XIV (¶¶ 547-66) |
| | | Goldstein Decl., Ex. B - Rebuttal Report (5/24/26) [ECF No. 1819] | Section V (¶¶ 36-40, 43)<br><br>Section VI.B (¶¶ 77-79, 82-85, 87) |

| | | | |
|---|---|---|---|
| | | | Entire Section VII.A (¶¶ 96-101)<br><br>Section VIII.A.1 (¶¶ 109-120)<br><br>Entire Section X.C (¶¶ 223-261)<br><br>Entire Section XI.B (¶¶ 266-67) |
| | | Goldstein Decl., Ex. C - Reply Report (6/26/26) [ECF No. 1819] | Entire Section IV.A (¶¶ 16-94)<br><br>Entire Section IV.B (¶¶ 95-161)<br><br>Entire Section VII (¶¶ 233-248)<br><br>Entire Section VIII.A (¶¶ 250-53) |
| | | Goldstein Decl., Ex. D - Supplemental Report (7/14/26) [ECF No. 1819] | Entire Section IV.B (¶¶ 21-49)<br><br>Entire Section VI.D (¶¶ 84-89)<br><br>Entire Section VI.E (¶ 90)<br><br>Entire Section VII.A (¶ 91-103) |
| | | Goldstein Decl., Ex. E – Errata to Opening Report (5/7/2026) [ECF No. 1819] | Errata (¶¶ 2, 4-5) |
| | | Goldstein Decl., Ex. H – Errata to Supplemental Report (7/30/2026) [ECF No. 1819] | Errata (¶2) |

| | | | |
|---|---|---|---|
| | | Goldstein Decl. (9/3/26) [ECF No. 1819] | Declaration (¶¶3-23)<br><br>Entire Exhibits I-P |
| Dr. Johnathan Krein | Ziff Davis | Krein Decl., Ex. A - Rebuttal Report (6/23/26) [ECF No. 1769] | Section 5 (¶35)<br><br>Section 6 (¶¶45, 47)<br><br>Section 7 (¶¶51, 58–59, 65–78)<br><br>Section 9 (¶¶86–87)<br><br>Entire Appendix B (pg. 55–59)<br><br>Entire Appendix C (pg. 60–87) |
| | | Krein Decl., Ex. B - Supplemental Report (8/4/26) [ECF No. 1769] | Section 4 (¶13)<br><br>Section 5 (¶¶18–21, 30–33)<br><br>Bundles A–F<br><br>Krein "disallow-window" CSV produced with the August 4 materials |
| | | Krein Decl., Ex. C – Second Supplemental Report (9/3/26) [ECF No. 1769] | Section 2 (¶¶5-8)<br><br>Bundles G–I<br><br>Krein "disallow-window" CSV produced with the September 3 materials |
| Mr. James Malackowski[4] | The New York Times; Daily News Plaintiffs; Ziff Davis | Malackowski Decl., Ex. A - Opening Report | Section 4.0 (pg. 11) |

[4] Should News Plaintiffs prevail on the merits of any of their claims, Defendants reserve the right

| | | | |
|---|---|---|---|
| | | (NYT-DN) (4/24/26) [ECF No. 1800] | Section 5.0 (pg. 21, second to last paragraph)<br><br>Section 5.3 (pg. 28-29)<br><br>Entire Section 5.4 (pg. 29-65)<br><br>Entire Section 5.5 (pg. 65-67)<br><br>Entire Section 7.1 (pg. 83-87)<br><br>Entire Section 7.2.4 (pg. 96-98)<br><br>Entire Section 12.2.1.2 (pg. 158-159) |
| | | Malackowski, Decl., Ex. F – Opening Report (ZD) 94/24/26) [ECF No. 1800] | Section 4.0 (pg. 8)<br><br>Section 5.0 (pg. 13)<br><br>Entire Section 5.4 (pg. 24-44)<br><br>Section 5.5 (pg. 44-45)<br><br>Entire Section 10.3.1 (pg. 90-95) |
| | | Malackowski Decl., Ex. B - Rebuttal Report (NYT-DN) (5/29/26) [ECF No. 1800] | Section 4.0 (pg. 5 bullets 2-4, pg. 7 bullets 2-3 and last paragraph, pg. 8 |

to challenge Malackowski's damages opinions on at least the following grounds: his failure to establish causal nexus for revenues he discusses as attributable to the alleged infringement, his bottom up approach to apportionment consisting of a "cost of news" calculation, the methodology of his "cost of news" lost license fee, and his use of a 50% adjustment factor in that calculation.

| | | | |
|---|---|---|---|
| | | | bullets 1-6, pg. 8-9 last paragraph)<br><br>Entire Section 5.2.2 (pg. 10-20)<br><br>Entire Section 5.4.2 (pg. 26-28)<br><br>Section 5.5.2 (introduction on pg. 30)<br><br>Entire Section 5.5.2.1 (pg. 31-34)<br><br>Entire Section 5.5.2.2 (pg. 34-35)<br><br>Section 5.5.3 (introduction on pg. 37-38)<br><br>Entire Section 5.5.3.3 (pg. 42-43)<br><br>Entire Section 5.5.3.5 (pg. 48-49)<br><br>Entire Sections 5.5.3.6 (pg. 59-51)<br><br>Section 6.0 (bullets 1-3, 7 of introduction on pg. 51)<br><br>Entire Section 6.1 (pg. 52-55)<br><br>Entire Section 6.2 (pg. 55-59)<br><br>Entire Section 6.3 (pg. 59-63)<br><br>Entire Section 6.7 (pg. 84-87) |

| | | | |
|---|---|---|---|
| | | Malackowski Decl., Ex. G - Rebuttal Report (ZD) (5/29/26) [ECF No. 1800] | Section 4.0 (pg. 4-6)<br><br>Entire Section 5.5.2 (pg. 21-28)<br><br>Entire Section 5.5.3.3 (pg. 33-34)<br><br>Section 5.5.3.6 (Determinant C on p. 41)<br><br>Entire Section 6.2 (pg. 44-47)<br><br>Entire Section 6.3 (pg. 47-50) |
| | | Malackowski Decl., Ex. C - Reply Report (NYT-DN) (6/26/26) [ECF No. 1800] | Section 4.0 (paragraphs 3-8 on pg. 7-9 and last paragraph on pg. 11)<br><br>Section 5.1 (paragraphs 1-2 on pg. 11)<br><br>Entire Section 5.7 (pg. 28-32)<br><br>Entire Section 5.10 (pg. 37-38)<br><br>Entire Section 5.14 (pg. 45-47) |
| | | Malackowski Decl., Ex. H - Reply Report (ZD) (6/26/26) [ECF No. 1800] | Section 4.0 (p. 6 - the second paragraph on pg. 10)<br><br>Section 5.1 (p. 12-the first paragraph on pg. 14)<br><br>Entire Section 5.7 (pg. 26-29) |

| | | | |
|---|---|---|---|
| | | | Entire Section 5.10 (pg. 32-34) |
| Dr. Michael McDonald | CIR; The Intercept | McDonald Decl., Ex. A - Report (5/24/26) [ECF No. 1875] | Section I.B (pg. 6, points 1-2)<br><br>Section III (pg.11-26 except first two paragraphs)<br><br>Section IV (pg. 36-41, “Market 2” and “Market 3”)<br><br>Entire Section V.B (pg. 46-47)<br><br>Section VI.B (first paragraph, pg. 52)<br><br>Section VI.C (last paragraph, pg. 54)<br><br>Section VI.D (last paragraph pg. 56)<br><br>Entire Section VI.F. (pg. 59)<br><br>Section VII.C. (last paragraph, pg. 63)<br><br>Section VII.E (last paragraph, pg. 65-66)<br><br>Section IX.B (paragraphs 2-3, pg. 76-77)<br><br>Section IX.E. (last paragraph, pg. 81)<br><br>Section X.B (last paragraph pg. 84-85) |
| Dr. Taylor Owen | Daily News Plaintiffs | Owen Decl., Ex. A - Opening Report | Section IV.A (¶¶ 29-30) |

| | | | |
|---|---|---|---|
| | | (4/24/26) [ECF No. 1811] | Section IV.B (¶¶ 51-52)<br><br>Entire Section IV.D (¶¶ 91-105)<br><br>Section IV.F (¶ 135) |
| | | Owen Decl., Ex. B - Rebuttal Report (5/29/26) [ECF No. 1811] | Section III (¶¶ 27, 30)<br><br>Entire Section VIII (¶¶ 73-82)<br><br>Section IX (¶ 85)<br><br>Entire Section X (¶¶ 91-100)<br><br>Entire Section XII (¶¶ 119-126) |
| | | Owen Decl., Ex. C - Reply Report (6/26/26) [ECF No. 1811] | Section IV (¶¶ 14-19)<br><br>Section VI (¶¶ 22–28)<br><br>Entire Section VII (¶¶ 30-37)<br><br>Entire Section VIII (¶¶ 38-45)<br><br>Entire Section IX (¶¶ 46–49)<br><br>Entire Section X (¶¶ 50–54) |
| Ms. Jessie Stricchiola | The New York Times; Daily News Plaintiffs; Ziff Davis | Stricchiola Decl., Ex. A - Opening Report (NYT-DN) (4/24/26) [ECF No. 1798] | Section VIII (¶¶ 60, 62-63)<br><br>Entire Section XI (G) (¶¶ 280-307)<br><br>Section XIII (¶¶ 379-449) |

| | | | |
|---|---|---|---|
| | | Stricchiola Decl., Ex. C - Rebuttal Report (NYT-DN-ZD) (5/24/26) [ECF No. 1798] | Entire Section V(A) (¶¶ 26-32)<br><br>Entire Section IX (¶¶ 111-116)<br><br>Section XI (¶¶ 127-135) |
| | | Stricchiola Decl., Ex. D - Reply Report (NYT-DN-ZD) (6/26/26) [ECF No. 1798] | Section V (¶¶ 69-114) |
| | | Stricchiola Decl., Ex. B- Opening Report (ZD) (4/24/26) [ECF No. 1798] | Section VIII (¶¶ 60-61)<br><br>Entire Section XIII (¶¶ 246-296) |
| Ms. Antoinette Tease | CIR; The Intercept | Tease Opening Report (4/24/26) [Malhotra Decl., Exhibit 44] | Entire Report |
| Dr. Emily Wenger | CIR; The Intercept | Wenger Decl., Ex. A - Opening Report (4/24/26) [ECF No. 1858] | Section I (pg. 6-8)<br><br>Page 28 (last paragraph)<br><br>Section III.A (pg. 32-35)<br><br>Entire Section III.B (pg. 35-36)<br><br>Entire Section III.C (pg. 36-48)<br><br>Entire Section IV.B (pg. 53-64)<br><br>Entire Section V.B (pg. 71-85) |

| | | | |
|---|---|---|---|
| | | | Entire Section V.D (pg. 87-110) |
| | | Wenger Decl., Ex. D - Rebuttal Report (5/24/26) [ECF No. 1858] | Section II.G (pg. 25-27)<br><br>Section III.B (pg. 36-37)<br><br>Entire Section III.E (pg. 43-49) |
| | | Wenger Decl., Ex. F - (Corrected) Reply Report (7/20/26) [ECF No. 1858] | Section I. (pg. 6-8)<br><br>Entire Section II (pg. 8-66)<br><br>Section III.B (pg. 73)<br><br>Entire Section V.C (pg. 98-100)<br><br>Entire Section V.E (pg. 101-105)<br><br>Entire Section V.F (pg. 105-106)<br><br>Entire Section VII (pg. 113-120)<br><br>Entire Section VIII (pg. 120-124) |
| | | Wenger Decl., Ex. H – (Corrected) Supplemental Report (8/18/26) [ECF No. 1858] | Entire Report |

Dated: September 24, 2026

Respectfully submitted,

*/s/ Lisa Simpson*

**ORRICK, HERRINGTON & SUTCLIFFE LLP**
Annette L. Hurst (admitted pro hac vice)
Daniel Justice (admitted pro hac vice)
Robert Scott Shwarts
Catherine Lui (admitted pro hac vice)
Amanda H. Schwartz (admitted pro hac vice)
Ana Mendez-Villamil (admitted pro-hac vice)
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: (415) 773-5700
Facsimile: (415) 773-5759
ahurst@orrick.com
djustice@orrick.com
aschwartz@orrick.com
amendez-villamil@orrick.com

Christopher J. Cariello
Lisa T. Simpson
Marc Shapiro
Vanessa Sorrentino
Hilda Obeng
51 West 52nd Street
New York, NY 10019
Telephone: (212) 506-3778
Facsimile: (212) 506-5151
ccariello@orrick.com
lsimpson@orrick.com
mrshapiro@orrick.com
vsorrentino@orrick.com
hobeng@orrick.com

Sheryl Koval Garko (admitted pro hac vice)
Laura Brooks Najemy (admitted pro hac vice)
222 Berkley Street
Boston, MA 02116
Telephone: (617) 880-1800
Facsimile: (617) 880-1801
sgarko@orrick.com
lnajemy@orrick.com

Isaac Sawlih Behnawa (admitted pro hac vice)
Johnathan Vaknin (admitted pro hac vice)
355 S. Grand Ave. Suite 2700
Los Angeles, CA 90071
Telephone: (213) 612-2179
Facsimile: (213) 612-2499
ibehnawa@orrick.com
jvaknin@orrick.com

Monica Svetoslavov (admitted pro hac vice)
Louis Andrew Schreiber
2100 Pennsylvania Avenue NW
Washington, DC 20037
Telephone: (202) 339-8400
Facsimile: (202) 339-8500
msvetoslavov@orrick.com
aschreiber@orrick.com

**FAEGRE DRINKER BIDDLE & REATH LLP**
Jeffrey S. Jacobson
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 248-3191
jeffrey.jacobson@faegredrinker.com

Jared B. Briant (admitted pro hac vice)
Kirstin L. Stoll-DeBell (admitted pro hac vice)
Timothy Scull (admitted pro hac vice)
Shelby Pickar-Dennis (admitted pro hac vice)
1144 15th Street, Suite 3400
Denver, Colorado 80202
Telephone: (303) 607-3588
jared.briant@faegredrinker.com
kirstin.stolldebell@faegredrinker.com
timothy.scull@faegredrinker.com
shelby.pickar-dennis@faegredrinker.com

Lora A. Brzezynski (admitted pro hac vice)
Brianna Lynn Silverstein (admitted pro hac vice)
Faith Maggard (admitted pro hac vice)
1500 K Street NW, Suite 1100
Washington, DC 20005
Telephone: (202) 230-5000
Facsimile: (202) 842-8465
lora.brzezynski@faegredrinker.com

brianna.silverstein@faegredrinker.com
faith.maggard@faegredrinker.com

Carrie A. Beyer (admitted pro hac vice)
320 South Canal Street, Suite 3300
Chicago, IL 60606-5707
Telephone: (312) 569-1000
Facsimile: (312) 569-3000
carrie.beyer@faegredrinker.com

Elizabeth M.C. Scheibel (admitted pro hac vice)
2200 Wells Fargo Center, 90 S. 7th Street
Minneapolis, MN 55402
Telephone: (612) 766-7000
Facsimile: (612) 766-1600
elizabeth.scheibel@faegredrinker.com

Andrew Lawrence Van Houter
600 Campus Drive
Florham Park, NJ 07932
Telephone: (973) 549-7018
Facsimile: (973) 360-9831
Andrew.vanhouter@faegredrinker.com

*Attorneys for Defendant Microsoft Corporation*

*/s/ Paven Malhotra*
**KEKER, VAN NEST & PETERS LLP**
Robert A. Van Nest (pro hac vice)
rvannest@keker.com
R. James Slaughter (pro hac vice)
rslaughter@keker.com
Paven Malhotra
pmalhotra@keker.com
Michelle S. Ybarra (pro hac vice)
mybarra@keker.com
Reid P. Mullen (pro hac vice)
rmullen@keker.com
Nicholas S. Goldberg (pro hac vice)
ngoldberg@keker.com
633 Battery St.
San Francisco, CA 94111
Telephone: 415.391.5400

*/s/ Caitlin Sinclaire Blythe*
**MORRISON & FOERSTER LLP**
Joseph C. Gratz (pro hac vice)
jgratz@mofo.com
Tiffany Cheung (pro hac vice)
tcheung@mofo.com
Caitlin Sinclaire Blythe (pro hac vice)
cblythe@mofo.com
425 Market Street
San Francisco, CA 94105
Telephone: 415.268.7000

Lily Li (pro hac vice)
YLi@mofo.com
755 Page Mill Road
Palo Alto, CA 94304
Telephone: 650.813.5600

*/s/ Herman H. Yue*
**LATHAM & WATKINS LLP**
Andrew M. Gass (pro hac vice)
andrew.gass@lw.com
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: 415.391.0600

Sarang V. Damle
sy.damle@lw.com
Herman H. Yue
herman.yue@lw.com
Luke A. Budiardjo
luke.budiardjo@lw.com
1271 Avenue of the Americas
New York, NY 10020
Telephone: 212.906.1200

Elana Nightingale Dawson (pro hac vice)
elana.nightingaledawson@lw.com
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone: 202.637.2200

*Attorneys for Defendant OpenAI*