UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>OPENAI, INC.,<br>COPYRIGHT INFRINGEMENT LITIGATION<br><br>This Document Relates To:<br>No. 1:23-cv-08292 (SHS) (OTW)<br>No. 1:23-cv-10211 (SHS) (OTW) | 25-md-3143 (SHS) (OTW)<br><br><u>ORDER</u> |

SIDNEY H. STEIN, U.S. District Judge.

The motion by defendants OpenAI and Microsoft to strike the Lasinski Supplemental Report and to preclude Class Plaintiffs from citing or relying upon the paper by Class Plaintiffs' expert Dr. Tuhin Chakrabarty entitled, "Generative AI Floods and Dilutes the Market for Books" (the "Chakrabarty Paper") is granted without opposition. (Dkt. Nos. 2045; 2087.)

Dated: New York, New York
October 6, 2026

SO ORDERED:

Sidney H. Stein, U.S.D.J.