**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: OPENAI, INC., COPYRIGHT INFRINGEMENT LITIGATION<br><br>This Document Relates To:<br><br>Case No. 1:23-cv-08292<br>Case No. 1:25-cv-04315<br>Case No. 1:23-cv-11195 | 25-md-3143 (SHS) (OTW)<br><br>Hon. Sidney H. Stein<br>Hon. Ona T. Wang |

**NOTICE OF MOTION OF KEVIN KELLY FOR LEAVE**
**TO FILE BRIEF AS AMICUS CURIAE IN SUPPORT OF DEFENDANTS**

**PLEASE TAKE NOTICE** that proposed amicus curiae Kevin Kelly, by and through his undersigned counsel, will move this Court for an order to grant him leave to file an amicus brief in support of defendants OpenAI and Microsoft pursuant to Federal Rule of Civil Procedure 7(b), the Court's inherent authority, and its Order of August 7, 2026 (ECF 1663).

This motion is based upon this Notice of Motion, the accompanying Memorandum of Law, the proposed brief (Exhibit A), and such other matters as the Court may consider.

Dated: October 16, 2026

By: _/s/ Serena Orloff_

Serena Orloff
Steven P. Lehotsky
Robert B. Dunteman
Jonathan DeWitt
Lehotsky Cohn LLP
200 Massachusetts Avenue, NW, Suite 700
Washington, D.C. 20001
(512) 693-8350
serena@lehotskycohn.com
steve@lehotskycohn.com
bobby@lehotskycohn.com
jdewitt@lehotskycohn.com

*Counsel for Proposed Amicus Curiae*
*Kevin Kelly*