**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

IN RE:

OPENAI, INC.,
COPYRIGHT INFRINGEMENT
LITIGATION

This Document Relates To:

All Actions

**25-md-3143 (SHS) (OTW)**

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Matthew C. Berntsen of Finnegan, Henderson, Farabow, Garrett & Dunner, LLP with offices located at Two Seaport Lane, Boston, MA 02210, hereby appears on behalf of non-party A.I. Progress, Inc. in the above-captioned matter.

I hereby certify that I am admitted to practice before this Court.

Dated: October 23, 2026

Respectfully submitted,

*/s/ Matthew C. Berntsen*
Matthew C. Berntsen (SDNY Bar No. MB8752)
**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP**
Two Seaport Lane
Boston, MA 02210
Telephone: (617) 646-1600
Facsimile: (617) 646-1666

*Attorneys for Non-Party A.I. Progress, Inc.*