**Orrick, Herrington & Sutcliffe LLP**
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669

+1 415 773 5700

**orrick.com**

**Annette L. Hurst**

**E** ahurst@orrick.com
**D** +1 415 773 4585
**F** +1 415 773 5759

October 23, 2026

***Via ECF***

Hon. Sidney H. Stein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

RE: *In re OpenAI, Inc., Copyright Infringement Litigation*, No. 1:25-md-03143.

This document relates to the following cases: 1:23-cv-11195; 1:24-cv-03285; 1:24-cv-04872; 1:23-cv-08292; 1:23-cv-10211.

Dear Judge Stein:

On behalf of Defendant Microsoft Corporation, I write pursuant to Rule 2.F of Your Honor's Individual Practices to request that oral argument be held with respect to Class Plaintiffs' Motion for Partial Summary Judgment (MDL ECF 1759) and News Plaintiffs' Motion for Partial Summary Judgment (MDL ECF 1700[1]).

Thank you for your consideration.

Respectfully submitted,

*/s/ Annette L. Hurst*

Annette L. Hurst
*Counsel for Microsoft Corporation*

[1] News Plaintiffs' Motion was also filed at MDL ECF 1696 and MDL ECF 1697.