**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE:<br><br>OPENAI, INC.,<br>COPYRIGHT INFRINGEMENT LITIGATION<br><br>This document relates to:<br><br>No. 1:23-cv-08292-SHS-OTW<br>No. 1:23-cv-10211-SHS-OTW<br>No. 1:25-cv-03482-SHS-OTW | 25-md-3143 (SHS) (OTW)<br><br>Hon. Sidney H. Stein<br>Hon. Ona T. Wang |

**CAITLIN SINCLAIRE BLYTHE'S DECLARATION IN SUPPORT OF DEFENDANTS' OPPOSITION TO CLASS PLAINTIFFS' MOTIONS FOR SUMMARY JUDGMENT**

I, Caitlin Sinclaire Blythe, hereby declare under penalty of perjury:

1. I am an attorney duly admitted to practice law in the State of California and in this Court. I am a Partner at Morrison & Foerster LLP, attorneys for the OpenAI Defendants (collectively, "OpenAI") in the above-captioned civil action. I submit this declaration in support of Defendants' briefs in opposition to Class Plaintiffs' Motion for Summary Judgment and Defendants' Response to Class Plaintiffs' Rule 56.1 Statement. I make this declaration based on personal knowledge of the facts and circumstances set forth herein.

2. Attached as **Exhibit 1** is an excerpt of a true and correct copy of the transcript of the 30(b)(6) deposition of Mary Rasenberger, taken on February 13, 2026.

3. Attached as **Exhibit 2** is an excerpt of a true and correct copy of the transcript of the 30(b)(1) deposition of Greg Brockman, taken on January 29, 2026.

4. Attached as **Exhibit 3** is an excerpt of a true and correct copy of the transcript of the 30(b)(1) deposition of James Betker, taken on October 9, 2025.

5. Attached as **Exhibit 4** is an excerpt of a true and correct copy of the transcript of the 30(b)(6) deposition of Nick Turley, taken on February 25, 2026.

6. Attached as **Exhibit 5** is a true and correct copy of a document produced in this action by OpenAI with Bates numbers OPCO_MDL_001934006 to OPCO_MDL_001934023.

7. Attached as **Exhibit 6** is an excerpt of a true and correct copy of the transcript of the 30(b)(6) deposition of Michael Trinh, taken on July 25, 2025.

8. Attached as **Exhibit 7** is a true and correct copy of *ChatGPT - Release Notes*, OpenAI Help, also available at https://help.openai.com/en/articles/6825453-chatgpt-release-notes.

9. Attached as **Exhibit 8** is an excerpt of a true and correct copy of the transcript of

the 30(b)(6) deposition of Jon Tinter, taken on February 10, 2026.

10. Attached as **Exhibit 9** is a true and correct copy of a letter from Alexandra Elbakyan to the Court, filed September 15, 2015, in the matter of *Elsevier Inc. v. Sci-Hub*, No. 1:15-cv-04282-RWS (S.D.N.Y.), ECF No. 50.

11. Attached as **Exhibit 10** is an excerpt of a true and correct copy of the transcript of the 30(b)(1) deposition of Alec Radford, taken on February 24, 2026.

12. Attached as **Exhibit 11** is an excerpt of a true and correct copy of the transcript of the 30(b)(1) deposition of David Lansky, taken on October 17, 2025.

13. Attached as **Exhibit 12** is an excerpt of a true and correct copy of the transcript of the 30(b)(1) deposition of Benjamin Chess, taken on February 26, 2026.

14. Attached as **Exhibit 13** is an excerpt of a true and correct copy of the transcript of the 30(b)(1) deposition of Benjamin Mann, taken on March 3, 2025.

15. Attached as **Exhibit 14** is an excerpt of a true and correct copy of the transcript of the 30(b)(1) deposition of William Gates, III, taken on February 13, 2026.

16. Attached as **Exhibit 15** is an excerpt of a true and correct copy of the transcript of the 30(b)(6) deposition of Umesh Madan, taken on February 17, 2026.

17. Attached as **Exhibit 16** is a true and correct copy of a document produced in this action by OpenAI with Bates number OPCO_MDL_001635339.

18. Attached as **Exhibit 17** is a true and correct copy of a document produced in this action by OpenAI with Bates numbers OPCO_MDL_001635340 to OPCO_MDL_001635373.

19. Attached as **Exhibit 18** is an excerpt of a true and correct copy of OpenAI's Responses to Plaintiffs' Second Set of Interrogatories to OpenAI, served on March 17, 2025, in *In re OpenAI ChatGPT Litigation*, Case No. 3:23-cv-3223-AMO (N.D. Cal) ("*In re OpenAI*

*ChatGPT Litigation*").

20. Attached as **Exhibit 19** is an excerpt of a true and correct copy of the transcript of the deposition of David Choffnes, Ph.D., taken on July 27, 2026.

21. Attached as **Exhibit 20** is an excerpt of a true and correct copy of the transcript of Volume 4 of the 30(b)(6) deposition of Michael Trinh, taken on March 3, 2026.

22. Attached as **Exhibit 21** is an excerpt of a true and correct copy of the transcript of the 30(b)(1) deposition of Ian Sohl, taken on December 10, 2025.

23. Attached as **Exhibit 22** is an excerpt of a true and correct copy of the transcript of the 30(b)(1) deposition of Qiming Yuan, taken on November 18, 2025.

24. Attached as **Exhibit 23** is an excerpt of a true and correct copy of the transcript of the 30(b)(1) deposition of Jeff Wu, taken on January 13, 2026.

25. Attached as **Exhibit 24** is an excerpt of a true and correct copy of the transcript of the 30(b)(6) deposition of Varun Shetty, taken on February 4, 2026.

26. Attached as **Exhibit 25** is a true and correct copy of a document produced in this action by OpenAI with Bates numbers OPCO_MDL_001940375 to OPCO_MDL_001940376.

27. Attached as **Exhibit 26** is a true and correct copy of a document produced in this action by OpenAI with Bates numbers OPCO_MDL_001903114 to OPCO_MDL_001903129.

28. Attached as **Exhibit 27** is a true and correct copy of a document produced in this action by OpenAI with Bates numbers OPCO_MDL_001898026 to OPCO_MDL_001898037.

29. Attached as **Exhibit 28** is a true and correct copy of a document produced in this action by OpenAI with Bates numbers OPCO_MDL_000115341 to OPCO_MDL_000115346.

30. Attached as **Exhibit 29** is a true and correct copy of a document produced in this action by OpenAI with Bates number OPCO_MDL_004631319.

31. Attached as **Exhibit 30** is an excerpt of a true and correct copy of the transcript of the 30(b)(1) deposition of John Schulman, taken on November 7, 2025.

32. Attached as **Exhibit 31** is an excerpt of a true and correct copy of the transcript of the 30(b)(1) deposition of Lilian Weng, taken on February 10, 2026.

33. Attached as **Exhibit 32** is an excerpt of a true and correct copy of the transcript of the 30(b)(1) deposition of Miles Brundage, taken on September 18, 2025.

34. Attached as **Exhibit 33** is an excerpt of a true and correct copy of the transcript of the 30(b)(1) deposition of Dario Amodei, taken on March 27, 2026.

35. Attached as **Exhibit 34** is an excerpt of a true and correct copy of the transcript of the 30(b)(1) deposition of Tom Brown, taken on February 12, 2026.

36. Attached as **Exhibit 35** is a true and correct copy of a document produced in this action by OpenAI with Bates numbers OPCO_MDL_000000048 to OPCO_MDL_000000084.

37. Attached as **Exhibit 36** is an excerpt of a true and correct copy of the transcript of the 30(b)(1) deposition of Eric Chung, taken on February 26, 2026.

38. Attached as **Exhibit 37** is an excerpt of a true and correct copy of the transcript of the 30(b)(1) deposition of Leo Gao, taken on January 21, 2026.

39. Attached as **Exhibit 38** is an excerpt of a true and correct copy of the transcript of the 30(b)(1) deposition of William Buchwalter, taken on March 31, 2026.

40. Attached as **Exhibit 39** is an excerpt of a true and correct copy of the transcript of the 30(b)(1) deposition of Brandon Norick, taken on March 9, 2026.

41. Attached as **Exhibit 40** is an excerpt of a true and correct copy of the transcript of Volume 3 of the 30(b)(6) deposition of Michael Trinh, taken on March 3, 2026.

42. Attached as **Exhibit 41** is an excerpt of a true and correct copy of the transcript of

the 30(b)(6) deposition of Alex Paino, taken on January 22, 2026.

43. Attached as **Exhibit 42** is an excerpt of a true and correct copy of the transcript of the 30(b)(1) deposition of Shantanu Jain, taken on March 11, 2025.

44. Attached as **Exhibit 43** is an excerpt of a true and correct copy of the transcript of the 30(b)(1) deposition of Vedant Misra, taken on February 13, 2026.

45. Attached as **Exhibit 44** is a true and correct copy of EleutherAI, *the-pile*, GitHub, also available at https://github.com/EleutherAI/the-pile.

46. Attached as **Exhibit 45** is a true and correct copy of EleutherAI, *Remove books3*, also available at https://github.com/EleutherAI/the-pile/commit/71e3a1c026ac2b299a7b07dcf7d56a4d850f7076.

47. Attached as **Exhibit 46** is a true and correct copy of EleutherAI, *Add already_shuffled*, also available at https://github.com/EleutherAI/the-pile/commit/8ef385fb0c5fe5f9fd4bef594ff20fe232a709aa.

48. Attached as **Exhibit 47** is a true and correct copy of an email from Jordan Connors, dated October 16, 2025.

49. Attached as **Exhibit 48** is a true and correct copy of an email from Amber McGee, dated November 1, 2025.

50. Attached as **Exhibit 49** is an excerpt of a true and correct copy of the transcript of Volume 2 of the 30(b)(6) deposition of Ian Sohl, taken on December 9, 2025.

51. Attached as **Exhibit 50** is an excerpt of a true and correct copy of the transcript of the 30(b)(1) deposition of John Vincent Monaco, taken on January 28, 2026.

52. Attached as **Exhibit 51** is an excerpt of a true and correct copy of the transcript of the 30(b)(1) deposition of Saurabh Tiwary, Ph.D., taken on February 20, 2026.

53. **Exhibit 52** is intentionally omitted.

54. Attached as **Exhibit 53** is an excerpt of a true and correct copy of the transcript of the 30(b)(1) deposition of Mikhail Parakhin, taken on November 18, 2025.

55. Attached as **Exhibit 54** is an excerpt of a true and correct copy of the transcript of Volume 1 of the 30(b)(6) deposition of Dee Templeton, taken on January 20, 2026.

56. Attached as **Exhibit 55** is an excerpt of a true and correct copy of the transcript of the 30(b)(1) deposition of Ilya Sutskever, Ph.D., taken on March 17, 2026.

57. Attached as **Exhibit 56** is an excerpt of a true and correct copy of the transcript of the 30(b)(1) deposition of Tao Xu, taken on January 29, 2026.

58. Attached as **Exhibit 57** is a true and correct copy of a document marked Exhibit 420 during the December 9, 2025 deposition of Ian Sohl.

59. Attached as **Exhibit 58** is an excerpt of a true and correct copy of the transcript of Volume 2 of the deposition of Chris Callison-Burch, Ph.D., taken on July 16, 2026.

60. Attached as **Exhibit 59** is an excerpt of a true and correct copy of the transcript of the 30(b)(1) deposition of Long Ouyang, taken on October 14, 2025.

61. Attached as **Exhibit 60** is an excerpt of a true and correct copy of the transcript of the 30(b)(1) deposition of Xia Song, taken on January 13, 2026.

62. Attached as **Exhibit 61** are excerpts of true and correct copies of the transcripts of Volumes 1 and 2 of the 30(b)(6) deposition of Jamie Huynh, taken on January 27, 2026 and January 28, 2026.

63. Attached as **Exhibit 62** is an excerpt of a true and correct copy of the transcript of Volume 1 of the 30(b)(6) deposition of Nicholas Ryder, Ph.D., taken on January 29, 2026.

64. Attached as **Exhibit 63** is an excerpt of a true and correct copy of the transcript of

the 30(b)(6) deposition of Padma Priya Gaggara, taken on August 20, 2025.

65. Attached as **Exhibit 64** is an excerpt of a true and correct copy of the transcript of the 30(b)(1) deposition of Katherine Mayer, taken on January 13, 2026.

66. Attached as **Exhibit 65** is an excerpt of a true and correct copy of the transcript of the 30(b)(6) deposition of Padma Priya Gaggara, taken on January 27, 2026.

67. Attached as **Exhibit 66** is an excerpt of a true and correct copy of the transcript of the 30(b)(6) deposition of Barret Zoph, taken on March 6, 2026.

68. Attached as **Exhibit 67** is an excerpt of a true and correct copy of the transcript of the 30(b)(6) deposition of Kathryn Griffith, taken on February 26, 2026.

69. Attached as **Exhibit 68** is an excerpt of a true and correct copy of the transcript of the 30(b)(1) deposition of Tarun Gogineni, taken on February 26, 2026.

70. Attached as **Exhibit 69** is an excerpt of a true and correct copy of the transcript of the 30(b)(1) deposition of Brent Hecht, Ph.D., taken on February 18, 2026.

71. Attached as **Exhibit 70** is an excerpt of a true and correct copy of the transcript of the 30(b)(6) deposition of Courtney Sakre, taken on March 27, 2026.

72. **Exhibit 71** is intentionally omitted.

73. Attached as **Exhibit 72** is an excerpt of a true and correct copy of the transcript of the 30(b)(6) deposition of Jennifer Singerman, taken on March 12, 2026.

74. Attached as **Exhibit 73** is an excerpt of a true and correct copy of the transcript of the deposition of Sixiong Shawn Shan, Ph.D., taken on July 29, 2026.

75. Attached as **Exhibit 74** is an excerpt of a true and correct copy of the transcript of the deposition of Franklin Taylor Branch, taken on December 15, 2025.

76. Attached as **Exhibit 75** is an excerpt of a true and correct copy of the transcript of

the deposition of Mark L. Seeley, taken on July 13, 2026.

77. **Exhibit 76** is intentionally omitted.

78. Attached as **Exhibit 77** is an excerpt of a true and correct copy of the transcript of the 30(b)(6) deposition of Jordan Usdan, taken on February 11, 2026.

79. Attached as **Exhibit 78** is an excerpt of a true and correct copy of the transcript of the 30(b)(6) deposition of Benton Joseph Gaffney, taken on February 24, 2026.

80. Attached as **Exhibit 79** is a true and correct copy of a document produced in this action by Plaintiffs with Bates numbers FICTION-0166829 to FICTION-0166831.

81. Attached as **Exhibit 80** is a true and correct copy of a document produced in this action by Plaintiffs with Bates numbers FICTION-00600987 to FICTION-00601020.

82. **Exhibit 81** is intentionally omitted.

83. Attached as **Exhibit 82** is an excerpt of a true and correct copy of the transcript of the 30(b)(1) deposition of Kevin Amer, taken on January 30, 2026.

84. Attached as **Exhibit 83** is a true and correct copy of a document produced in this action by Microsoft with Bates numbers MSFT_AI_MDL_000096524 to MSFT_AI_MDL_000096531.

85. Attached as **Exhibit 84** is an excerpt of a true and correct copy of the transcript of the 30(b)(1) deposition of Jordan Ribas, taken on November 5, 2025.

86. Attached as **Exhibit 85** is an excerpt of a true and correct copy of the transcript of the 30(b)(6) deposition of Fabrice Canel, taken on January 22, 2026.

87. Attached as **Exhibit 86** is an excerpt of a true and correct copy of the transcript of the 30(b)(1) deposition of Umesh Madan, taken on February 17, 2026.

88. **Exhibit 87** is intentionally omitted.

89. Attached as **Exhibit 88** is an excerpt of a true and correct copy of the transcript of the deposition of Michael Connelly, taken on December 9, 2025.

90. Attached as **Exhibit 89** is an excerpt of a true and correct copy of the transcript of the deposition of Jonathan Franzen, taken on October 9, 2025.

91. Attached as **Exhibit 90** is a true and correct copy of a document produced in this action by OpenAI with Bates numbers OPCO_MDL_004600925 to OPCO_MDL_004600932.

92. Attached as **Exhibit 91** is a true and correct copy of a document produced in this action by OpenAI with Bates numbers OPCO_MDL_004649462 to OPCO_MDL_004649471.

93. Attached as **Exhibit 92** is a true and correct copy of a document produced in this action by OpenAI with Bates numbers OPCO_MDL_004590656 to OPCO_MDL_004590666.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on this 23rd day of October 2026, at Orinda, California.

*/s/ Caitlin Sinclaire Blythe*
Caitlin Sinclaire Blythe