**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: OPENAI, INC., COPYRIGHT INFRINGEMENT LITIGATION<br><br>This Document Relates To:<br><br>*All Actions* | **Case No. 25-md-3143 (SHS) (OTW)** |

**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Rule 1.3(c) of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Anna B. Chauvet, hereby move for an Order for admission pro hac vice to appear as counsel for amicus curiae A.I. Progress in the above-captioned matter.

I am a member in good standing of the bars of the District of Columbia and the Commonwealth of Virginia. There are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached an affidavit pursuant to Local Rule 1.3.

Dated: October 26, 2026

Respectfully submitted,

*/s/ Anna. B. Chauvet*

Anna B. Chauvet
anna.chauvet@finnegan.com
**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP**
901 New York Avenue NW
Washington, DC 20001
Telephone: (202) 408-4000
Facsimile: (202) 408-4400

**From:** do_not_reply@psc.uscourts.gov
**To:** Chauvet, Anna
**Subject:** Pay.gov Payment Confirmation: NEW YORK SOUTHERN DISTRICT COURT
**Date:** Friday, October 23, 2026 5:54:49 PM

ⓘ External email ❯

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Helpdesk at 212-805-0800.

Account Number: 9350837
Court: NEW YORK SOUTHERN DISTRICT COURT
Amount: $200.00
Tracking Id: ANYSDC-33661487
Approval Code: 164124
Card Number: ************2001
Date/Time: 10/23/2026 05:54:30 ET

NOTE: This is an automated message. Please do not reply