# Exhibit B

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

IN RE OPENAI, INC.,
COPYRIGHT INFRINGEMENT
LITIGATION

This Document Relates to:
*All Cases*

Case No.: 1:25-md-03143 (SHS) (OTW)

Hon. Sidney H. Stein

**[PROPOSED] ORDER GRANTING LEAVE TO FILE BRIEF OF PROFESSOR MATTHEW SAG AS AMICUS CURIAE**

Upon consideration of the Motion for Leave to File Amicus Curiae Brief, IT IS HEREBY ORDERED, the Court grants Professor Matthew Sag's Motion for Leave to File Brief as Amicus Curiae.

Before the Court is the motion of Professor Matthew Sag for leave to file a brief as amicus curiae. Upon consideration of the letter motion and the proposed brief attached as Exhibit A, IT IS HEREBY ORDERED that the motion is GRANTED. The brief of Professor Matthew Sag as amicus curiae is deemed filed as of the date of this Order. The Clerk of Court is respectfully directed to file the brief attached as Exhibit A to the motion.

**IT IS SO ORDERED** on this __ day of _________ 2026.

_________________________
The Honorable Sidney H. Stein
United States District Judge