# EXHIBIT B

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: OPENAI, INC.<br>COPYRIGHT INFRINGEMENT<br>LITIGATION<br><br>This Document Relates To:<br>Case No. 1:25-cv-04315-SHS-OTW<br>Case No. 1:23-cv-11195-SHS-OTW<br>Case No. 1:23-cv-08292-SHS-OTW | Case No. 1:25-md-03143 (SHS) (OTW)<br>**ORDER GRANTING LEAVE TO FILE AMICUS CURIAE BRIEF** |

Upon consideration of the Motion for Leave to File Amicus Curiae Brief, **IT IS HEREBY ORDERED**, the Court grants the Authors Alliance's Motion for Leave to File Brief as Amicus Curiae.

Dated:________________

________________________
The Hon. Sidney H. Stein
United States District Judge