UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------x

IN RE: : 25-md-3143 (SHS) (OTW)

OPENAI, INC., COPYRIGHT INFRINGEMENT LITIGATION. : <u>ORDER</u>

This document relates to:

23-cv-8292 (SHS) (OTW)
23-cv-11195 (SHS) (OTW)
25-cv-4315 (SHS) (OTW)

-----------------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

At the request of defendants,

IT IS HEREBY ORDERED that the Clerk of Court is directed to permanently seal ECF document number 2317 in 25-md-3143 filed on October 29, 2026, and in the following related cases:

23-cv-8292 – Doc. No. 1452
23-cv-11195 – Doc. No. 1768
25-cv-4315 – Doc. No. 790

The parties are directed to file redacted versions of the above documents as soon as possible.

Dated: New York, New York
October 29, 2026

SO ORDERED:

Sidney H. Stein, U.S.D.J.