**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

IN RE:

OPENAI, INC. COPYRIGHT INFRINGEMENT LITIGATION

This Document Relates To:
All Matters

No. 25-md-3143 (SHS) (OTW)

**[PROPOSED] ORDER**

SIDNEY H. STEIN, U.S. District Judge.

Upon consideration of the letter motion of Engine Advocacy, Developers Alliance, and Lazy Moose Co. for leave to file a brief as *amici curiae* in support of Defendants' motions for summary judgment, IT IS HEREBY ORDERED that the motion is GRANTED. The proposed brief attached to the motion is deemed filed.

SO ORDERED.

Dated: New York, New York
_____________, 2026

_______________________________
Sidney H. Stein, U.S.D.J.