# EXHIBIT B

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

IN RE: OPENAI, INC. COPYRIGHT INFRINGEMENT LITIGATION

This Document Relates To:

No. 1:25-md-08292
No. 1:25-md-04315
No. 1:25-md-11195

No. 1:25-md-03143-SHS-OTW

Hon. Sidney H. Stein
Hon. Ona T. Wang

## PROPOSED ORDER GRANTING LEAVE TO FILE BRIEF *AMICUS CURIAE*

Upon consideration of Floor64, Inc. d/b/a the Copia Institute's motion for leave to file a brief as amicus curiae in support of Defendants' motions for summary judgment in part, the motion is GRANTED. The proposed brief attached to the motion as Exhibit A is deemed filed as of the date of this Order.

SO ORDERED.

Dated: ________________, 2026

______________________________
Sidney H. Stein
United States District Judge