AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

In re: OpenAI, Inc., Copyright Infringement Litigation )
*Plaintiff* )
v. ) Case No. 1:25-md-03143-SHS (OTW)
)
*Defendant* )

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Mike Knoop, Professor Daniel Lowd, and Professor Douglas C. Schmidt. .

Date: 10/30/2026

*/s/ Candice J. Yandam Riviere*
*Attorney's signature*

Candice J. Yandam Riviere (SBN 6027411)
*Printed name and bar number*

Davis Polk & Wardwell LLP
450 Lexington Ave.
New York, NY 10017
*Address*

candice.riviere@davispolk.com
*E-mail address*

(212) 450-4000
*Telephone number*

(212) 701-5800
*FAX number*