UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:

OPENAI, INC.,

COPYRIGHT INFRINGEMENT LITIGATION

This Document Relates To:

*All Cases*

25-md-3143 (SHS) (OTW)

ORDER

SIDNEY H. STEIN, U.S. District Judge.

On October 28, 2026, attorney Brian L. Frye filed a proposed letter motion to file an amicus brief. (Dkt. No. 2282.) However, the filing does not request leave to file the amicus brief, in violation of the Court's Order on amicus filings. (Dkt. No. 1663.)

IT IS HEREBY ORDERED that the Clerk of Court is directed to dismiss the motion. Mr. Frye may refile if he chooses.

Dated: New York, New York
October 30, 2026

SO ORDERED:

Sidney H. Stein, U.S.D.J.