**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: OPENAI, INC.,<br>COPYRIGHT INFRINGEMENT<br>LITIGATION<br><br>This Document Relates To:<br><br>1:25-cv-04315-SHS-OTW<br>1:23-cv-11195-SHS-OTW<br>1:23-cv-08292-SHS-OTW | Case No. 1:25-md-3143 (SHS) (OTW)<br><br>Hon. Sidney H. Stein |

**NOTICE OF MOTION OF KHOSLA VENTURES, LLC FOR LEAVE TO FILE AN *AMICUS CURIAE* BRIEF IN SUPPORT OF DEFENDANT OPENAI, INC.'S MOTIONS FOR SUMMARY JUDGMENT**

PLEASE TAKE NOTICE THAT, upon the accompanying Memorandum of Law and pursuant to the Court's August 7, 2026 Order (ECF No. 1663), as modified by the Court's September 24, 2026 Order (ECF No. 2049), Khosla Ventures, LLC, by and through its undersigned counsel, respectfully moves this Court for leave to file an *amicus curiae* brief in support of Defendant OpenAI, Inc.'s Motions for Summary Judgment.

DATED: October 30, 2026

Respectfully submitted,

/s/ *Brendan P. Cullen*
Brendan P. Cullen*
cullenb@sullcrom.com
Laura K. Oswell*
oswelll@sullcrom.com
SULLIVAN & CROMWELL LLP
550 Hamilton Avenue
Palo Alto, California 94301
Telephone: (650) 461-5600
Facsimile: (650) 461-5700

*Counsel for amicus curiae Khosla Ventures, LLC*

* Applications for *pro hac vice* admission pending