# Exhibit 2

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **IN RE: OPENAI, INC. COPYRIGHT INFRINGEMENT LITIGATION**<br><br>This Document Relates to:<br>*All Cases* | Case No.25-md-3143 (SHS) (OTW) |

**[PROPOSED] ORDER GRANTING GREG LEPPERT'S MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF IN SUPPORT OF DEFENDANTS**

Having considered the Motion by Gregory Leppert for Leave to File *Amicus Curiae* Brief in support of Defendants and the accompanying proposed amicus curiae brief, the Court hereby GRANTS the Motion, and ORDERS the amicus curiae brief filed in this action.

**IT IS SO ORDERED.**

Date: _______________, 2026

_________________________________
Sidney H. Stein
United States District Judge