**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: OPENAI, INC., COPYRIGHT INFRINGEMENT LITIGATION<br><br>This document Relates to:<br>*All Cases* | No.: 1:25-md-03143 (SHS) (OTW)<br><br>Hon. Sidney H. Stein |

**MOTION TO DIRECT THE CLERK TO ADD AI SAFETY ASIA, BRIAN J. A. BOYD, BUDDHISM & AI INITIATIVE, CARA PROJECT, INC., CHARLES CAMOSY, DAVID ATKINSON, EDTECH LAW CENTER PLLC, FUTURE OF LIFE INSTITUTE, IRREPLACEABLE, JOHN C. HAVENS, NOĒSIS COLLABORATIVE, AS FILER PARTIES TO MOTION FOR LEAVE TO FILE BRIEF AS AMICI CURIAE IN SUPPORT OF PLAINTIFFS**

The proposed amici curiae AI Safety Asia, Brian J. A. Boyd, Buddhism & AI Initiative, Cara Project, Inc., Charles Camosy, David Atkinson, EdTech Law Center, Future of Life Institute, Irreplaceable, John C. Havens, and Noēsis Collaborative, by and through undersigned counsel, hereby move the Court Clerk to add them as filers of the Motion for Leave to File a Brief as Amici Curiae in Support of Plaintiffs filed on October 30, 2026 (Doc. No. 2421), and broadcasted throughout all accompanying matters.

Undersigned counsel's assistant, who was the filer of the documents, was experiencing technical difficulties when inputting the names of the sixteen (16) new parties as filers of the Notice of Motion for Leave to File a Brief as Amici Curiae. While sixteen parties are named in the Motion, Memorandum in Support and proposed Brief, the system only recognized the last five parties that were inputted and designated them as the sole filers.

The addition does not in any way affect the substance of the brief, but is only to correct a technology malfunction.

Wherefore, TAI Safety Asia, Brian J. A. Boyd, Buddhism & AI Initiative, Cara Project, Inc., Charles Camosy, David Atkinson, EdTech Law Center, Future of Life Institute, Irreplaceable, John C. Havens, and Noēsis Collaborative respectfully request the Clerk to add them as additional filing parties named in the Motion, supporting Memorandum and proposed Amicus Brief to properly reflect all filers.

DATED: November 3, 2026

Respectfully submitted,

/s/ *Kylie M. Huff*

Kylie M. Huff
Alexa Millinger – (*SDNY Admission Pending*
Hinckley, Allen & Snyder LLP
20 Church Street
Hartford, CT 06103
T: 860-725-6200
F: 860-278-3802
KHuff@hinckleyallen.com
AMillinger@hinckleyallen.com

*Attorneys for proposed Amici Curiae AI Safety Asia, Brian J. A. Boyd, Buddhism & AI Initiative, Cara Project, Inc., Charles Camosy, David Atkinson, EdTech Law Center PLLC, Future of Life Institute, Irreplaceable, John C. Havens, Noēsis Collaborative, Progressive Democrats of America, RadicalxChange Foundation, The Tech Oversight Project, Walter Scheirer and Young People's Alliance*

**CERTIFICATION**

I hereby certify that on November 3, 2026, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to any counsel or self-represented party unable to accept electronic filing, as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ *Kylie M. Huff*
Kylie M. Huff