November 5, 2026

***VIA ECF***

Hon. Sidney H. Stein
U.S. District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

cc: All Counsel of Record (via ECF)

Re: *In re OpenAI Inc. Copyright Infringement Litigation*, No. 1:25-md-03143-SHS-OTW
This Document Relates to Class Cases (Nos. 1:23-cv-08292 (SHS) (OTW), 1:23-cv-10211 (SHS) (OTW), 1:25-cv-03482 (SHS) (OTW)).

Dear Judge Stein:

On behalf of Defendants Microsoft Corporation and OpenAI ("Defendants"), we oppose Class Plaintiffs' request to enlarge the word limits for the parties' reply briefs. The Court has already rejected Class Plaintiffs' request for a 10,000-word reply brief once and it should do so again now. In August, Class Plaintiffs sought 10,000 words for their reply. Dkt. 1658. The Court rejected that request and permitted Class Plaintiffs, OpenAI, and Microsoft to each submit 7,500-word replies, which is more than double what the parties would normally be permitted under this Court's rules. Dkt. 1664.

Nothing has changed to justify Class Plaintiffs' renewed request for more words. Class Plaintiffs' recounting of the combined word totals of OpenAI's and Microsoft's briefs simply reflects the briefing framework that the Court expressly ordered three months ago: Class Plaintiffs, OpenAI, and Microsoft all had the same amount of words. Nor does the number of amicus briefs justify any additional words. Class Plaintiffs identify no particular argument in those briefs—or in Defendants' oppositions—that cannot be addressed within the existing allowance.

To the contrary, the volume of the existing record demonstrates that there is no reason for additional party briefing. The Court already has hundreds of pages of merits and Daubert briefing, dozens of amicus briefs, and thousands of pages of supporting materials. This extensive record reinforces the need for a focused reply within the word limit the Court already prescribed. Class Plaintiffs' request for additional words should be denied.

Respectfully,

*/s/ Christopher J. Cariello*
Christopher J. Cariello
*Attorneys for Defendant Microsoft Corporation*

*/s/ Reid Mullen*
Reid Mullen
*Attorneys for OpenAI Defendants*[1]

[1] All parties whose electronic signatures are included herein have consented to the filing of this document.