SUSMAN GODFREY L.L.P.
A REGISTERED LIMITED LIABILITY PARTNERSHIP
1000 LOUISIANA
SUITE 5100
HOUSTON, TX 77002-5096
(713) 651-9366
FAX (713) 654-6666
WWW.SUSMANGODFREY.COM

MEMO ENDORSED

401 UNION STREET
SUITE 3000
SEATTLE, WA 98101-2668
(206) 516-3880

ONE MANHATTAN WEST
NEW YORK, NY 10001-8602
(212) 336-8330

1900 AVENUE OF THE STARS
SUITE 1400
LOS ANGELES, CA 90067
(310) 789-3100

JUSTIN A. NELSON
DIRECT DIAL 713-653-7895

E-MAIL JNELSON@SUSMANGODFREY.COM

Nov 6, 2026
Application denied.
So Ordered
Sidney H Stein
USDJ.

**VIA ECF**

November 4, 2026

Hon. Sidney H. Stein
U.S. District Court
Southern District of New York
500 Pearl Street, Room 24A
New York, NY 10007-1312

RE: *In Re OpenAI, Inc., Copyright Infringement Litig.*, Case No. 25-md-3143 (SHS)(OTW). This filing pertains to the Class Cases (Nos. 1:23-cv-08292 (SHS) (OTW), 1:23-cv-10211 (SHS) (OTW), 1:25-cv-03482 (SHS) (OTW)).

Dear Judge Stein:

Plaintiffs in the consolidated class cases[1] respectfully request a 2,500-word increase in the word limit for their reply brief. Under the Court's Orders dated August 7, 2026 (Dkt. 1664) and September 24, 2026 (Dkt. 2049), Class Plaintiffs' reply brief in support of summary judgment is due November 20, 2026 and is limited to 7,500 words.

While the Court previously limited Class Plaintiffs to 7,500 words in reply, *see* Dkt. 1664, Defendants' briefs in opposition to Class Plaintiffs' opening motion comprise some 24,785 words (12,324 for OpenAI and 12,461 for Microsoft), amounting to 79 pages. *See* Dkt. 2205; Dkt. 2179. This represents a ratio of roughly 2:1 to the 12,450 words in Class Plaintiffs' opening brief. *See* Dkt. 1848. In addition, more than fifty amicus briefs have been filed. Accordingly, Class Plaintiffs

[1] Cases Nos. 1:23-cv-08292, 1:23-cv-10211, and 1:25-cv-03482. Plaintiffs: David Baldacci, Columbus Rose, Ltd., Taylor Branch, Michael Connelly, Hieronymus, Inc., Sylvia Day, Sylvia Day, LLC, Jonathan Franzen, Christopher Golden, Daring Greatly Corporation, Andrew Sean Greer, John Grisham, Belfry Holdings, Inc., David Henry Hwang, George R.R. Martin, Wo & Shade LLC, Jodi Picoult, Stacy Schiff, Gattopardo, LLC James Shapiro, and The Authors Guild.

seek a modest increase in the word limit for their reply brief in order to fully address the issues joined by the parties and amici.

Counsel for Class Plaintiffs sought Defendants' position and counsel for Defendants stated they oppose this request. Class Plaintiffs would not oppose an equivalent 2,500 increase of the word limits for Defendants' reply briefs.

A proposed order granting Class Plaintiffs' request accompanies this letter motion.

Sincerely,

*/s/Justin A. Nelson*

Susman Godfrey, LLP
Interim Lead Class Counsel