UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:

OPENAI, INC.,
COPYRIGHT INFRINGEMENT LITIGATION

This Document Relates To:

*All Cases*

25-md-3143 (SHS) (OTW)

ORDER

SIDNEY H. STEIN, U.S. District Judge.

Before the Court are fifty-five motions requesting leave to file *amici curiae* briefs. The Court has received no objections to the motions filed by the following individuals and entities: AI Rights Project (Dkt. No. 2099); Kevin Kelly (Dkt. No. 2111); Ron Suskind and Brian L. Frye (Dkt. No. 2283); Association of American Publishers, Inc., *et al.* (Dkt. No. 2304); Center for American Rights, *et al.* (Dkt. No. 2306); Matthew Sag (Dkt. No. 2308); Public Knowledge (Dkt. No. 2313); Digital Context Next (Dkt. No. 2325); Authors Alliance (Dkt. No. 2328); American Federation of Musicians of the United States and Canada, *et al.* (Dkt. No. 2332); Engine Advocacy, *et al.* (Dkt. No. 2335); Copyright Alliance (Dkt. No. 2359); Wikimedia Foundation (Dkt. No. 2361); Floor64, Inc. d/b/a the Copia Institute (Dkt. No. 2369); A.I. Progress, Inc. (Dkt. No. 2370); National Newspaper Association, *et al.* (Dkt. No. 2373); Open Markets Institute (Dkt. No. 2377); The Foundation for American Innovation, *et al.* (Dkt. No. 2378); Pamela Samuelson and Christopher Jon Springman (Dkt. No. 2380); Joshua S. Gans (Dkt. No. 2381); Minderoo Centre for Technology and Democracy (Dkt. No. 2382); Consumer Technology Association (Dkt. No. 2384); AI Coalition for Data Integrity, *et al.* (Dkt. No. 2385); First Amendment Scholars (Dkt. No. 2388); American Association of Independent Music, *et al.* (Dkt. No. 2393); Edward Lee and Rebecca Tushnet (Dkt. No. 2394); Ashley Judd (Dkt. No. 2399); Authors, Photographers, Playwrights, and Literary Translators (Dkt. No. 2402); Sarah Rose Siskind and Michael Wall (Dkt. No. 2403); Members of Congress (Dkt. No. 2404); Kenneth Burns (Dkt. No. 2406); Electronic Frontier Foundation (Dkt. No. 2407); Center for AI and Digital Policy, *et al.* (Dkt. No. 2408); PEN America, *et al.* (Dkt. No. 2413); Cate Blanchett, *et al.* (Dkt. No. 2417); Copyright Law Professors (Dkt. No. 2420); Progressive Democrats of America, *et al.* (Dkt. No. 2421); Computer and Communications Industry Association, *et al.* (Dkt. No. 2429); Michael Moritz (Dkt. No. 2434); Khosla Ventures, LLC (Dkt. No. 2437); Joseph Stiglitz (Dkt. No.

2438); Computer Scientists (Dkt. No. 2447); America's Newspapers (Dkt. No. 2448); Gregory Leppert (Dkt. No. 2449); Institute for Intellectual Property and Social Justice (Dkt. No. 2451); Jim Albrecht (Dkt. No. 2452); William Morris Endeavor Entertainment, LLC (Dkt. No. 2455); AAN Publishers, *et al.* (Dkt. No. 2457); Rick Boucher and Rick Santorum (Dkt. No. 2459); AI Startups (Dkt. No. 2460); Midjourney, Inc., and Runway AI, Inc. (Dkt. No. 2461); Abundance Institute, *et al.* (Dkt. No. 2462); Teodor James Holmberg (Dkt. No. 2465); E.H. and W.E. (Dkt. No. 2472); and Muhammad Deckri Algamar (Dkt. No. 2482). Upon consideration of the motions, their accompanying memoranda of law, and the proposed briefs, these motions are GRANTED. The Clerk of Court is respectfully directed to close the above listed docket entries.

The Court finds that the *amici curiae* briefs at the following docket numbers are deemed filed: AI Rights Project (Dkt. No. 2099-2); Kevin Kelly (Dkt. No. 2112-1); Ron Suskind and Brian L. Frye (Dkt. No. 2283); Association of American Publishers, Inc., *et al.* (Dkt. No. 2304-1); Center for American Rights, *et al.* (Dkt. No. 2306-1); Matthew Sag (Dkt. No. 2308-1); Public Knowledge (Dkt. No. 2313-1); Digital Context Next (Dkt. No. 2325-1); Authors Alliance (Dkt. No. 2328-1); American Federation of Musicians of the United States and Canada, *et al.* (Dkt. No. 2332-1); Engine Advocacy, *et al.* (Dkt. No. 2335-1); Copyright Alliance (Dkt. No. 2359-1); Wikimedia Foundation (Dkt. No. 2361-1); Floor64, Inc. d/b/a the Copia Institute (Dkt. No. 2369-1); A.I. Progress, Inc. (Dkt. No. 2370-1); National Newspaper Association, *et al.* (Dkt. No. 2373-1); Open Markets Institute (Dkt. No. 2377-1); The Foundation for American Innovation, *et al.* (Dkt. No. 2378-1); Pamela Samuelson and Christopher Jon Springman (Dkt. No. 2380-1); Joshua S. Gans (Dkt. No. 2381-1); Minderoo Centre for Technology and Democracy (Dkt. No. 2382-1); Consumer Technology Association (Dkt. No. 2384-1); AI Coalition for Data Integrity, *et al.* (Dkt. No. 2386-1); First Amendment Scholars (Dkt. No. 2388-1); American Association of Independent Music, *et al.* (Dkt. No. 2393-1); Edward Lee and Rebecca Tushnet (Dkt. No. 2394-2); Ashley Judd (Dkt. No. 2399-1); Authors, Photographers, Playwrights, and Literary Translators (Dkt. No. 2402-2); Sarah Rose Siskind and Michael Wall (Dkt. No. 2403-1); Members of Congress (Dkt. No. 2404-1); Kenneth Burns (Dkt. No. 2406-1); Electronic Frontier Foundation (Dkt. No. 2407-1); Center for AI and Digital Policy, *et al.* (Dkt. No. 2408-1); PEN America, *et al.* (Dkt. No. 2413-1); Cate Blanchett, *et al.* (Dkt. No. 2417-1); Copyright Law Professors (Dkt. No. 2420-2); Progressive Democrats of America, *et al.* (Dkt. No. 2421-1); Computer and Communications Industry Association, *et al.* (Dkt. No. 2429-1); Michael Moritz (Dkt. No. 2434-1); Khosla Ventures, LLC (Dkt. No. 2439-1); Joseph Stiglitz (Dkt. No. 2438-1); Computer Scientists (Dkt. No. 2447-1); America's Newspapers (Dkt. No. 2448-1); Gregory Leppert (Dkt. No. 2449-1); Institute for Intellectual Property and Social Justice (Dkt. No. 2451-1); Jim Albrecht (Dkt. No. 2452-1); William Morris Endeavor Entertainment, LLC (Dkt. No. 2456-1); AAN Publishers, *et al.* (Dkt. No. 2457-1); Rick

Boucher and Rick Santorum (Dkt. No. 2459-1); AI Startups (Dkt. No. 2460-1); Midjourney, Inc., and Runway AI, Inc. (Dkt. No. 2461-1); Abundance Institute, *et al.* (Dkt. No. 2462-1); Teodor James Holmberg (Dkt. No. 2465-1); E.H. and W.E. (Dkt. No. 2473-1); and Muhammad Deckri Algamar (Dkt. No. 2482).

Dated: New York, New York
November 6, 2026

SO ORDERED:

Sidney H. Stein, U.S.D.J.