UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:

OPENAI, INC.,

COPYRIGHT INFRINGEMENT LITIGATION

This Document Relates To:

*All Cases*

25-md-3143 (SHS) (OTW)

ORDER

SIDNEY H. STEIN, U.S. District Judge.

Before the Court is a motion requesting leave to file an *amicus curiae* brief from a group of law professors. (Dkt. No. 2497.) The Court grants the motion and deems the brief filed.

Dated: New York, New York
November 6, 2026

SO ORDERED:

Sidney H. Stein, U.S.D.J.