**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: OPENAI, INC., COPYRIGHT INFRINGEMENT LITIGATION<br><br>THIS DOCUMENT RELATES TO: ALL CASES | 25-md-3143 (SHS) (OTW)<br><br>Hon. Sidney H. Stein<br>Hon. Ona T. Wang |

**~~[PROPOSED]~~ ORDER GRANTING MOTION OF DIRECTORS GUILD OF AMERICA, INC. FOR LEAVE TO JOIN THE BRIEF OF SAG-AFTRA, AFM, WGAW, AND WGAE AS AMICI CURIAE IN SUPPORT OF PLAINTIFFS**

Upon the motion of Directors Guild of America, Inc. ("DGA") for leave to join the brief of Screen Actors Guild-American Federation of Television and Radio Artists ("SAG-AFTRA"), American Federation of Musicians of the United States and Canada ("AFM"), Writers Guild of America, West, Inc. ("WGAW"), and Writers Guild of America East, Inc. ("WGAE") (collectively, the "Unions") as *amici curiae* in support of Plaintiffs (Dkt. 2332-1), which the Court deemed filed by Order dated November 6, 2026 (Dkt. No. 2496), the Unions having consented, and the Court having considered the motion, it is hereby

ORDERED that DGA's motion is GRANTED; and it is further

ORDERED that DGA is deemed to join the Unions' brief (Dkt. 2332-1), and that brief shall be deemed filed on behalf of DGA as well as SAG-AFTRA, AFM, WGAW,

and WGAE. The revised cover page attached as Exhibit A to DGA's motion shall be deemed the cover page of that brief.

Dated: New York, New York

November 12, 2026

Sidney H Stein

SIDNEY H. STEIN
United States District Judge