**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE:<br><br>OPENAI, INC.<br><br>COPYRIGHT INFRINGEMENT LITIGATION | 1:25-md-03143 (SHS) (OTW)<br><br>**DECLARATION OF DEFENDANTS' EXPERT TAYLOR BERG-KIRKPATRICK IN FURTHER SUPPORT OF OPENAI'S MOTION FOR SUMMARY JUDGMENT** |

I, Taylor Berg-Kirkpatrick, Ph.D., declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1. I submit this Declaration in further support of OpenAI Defendants' (collectively, "OpenAI") Motion for Summary Judgment.

## I. PROFESSIONAL BACKGROUND AND QUALIFICATIONS

2. For a description of my qualifications, please see the declaration I submitted in this case on September 4, 2026, at ECF 1750 (the "Berg-Kirkpatrick Opening Declaration").

## II. ASSIGNMENT

3. I have been engaged on behalf of OpenAI to provide expert opinions regarding how ordinary users use ChatGPT, whether ChatGPT outputs verbatim or near-verbatim excerpts of Plaintiffs' Asserted Works in ordinary use, and whether, and by what techniques, ChatGPT can be induced to output verbatim or near-verbatim excerpts of those works. As part of that assignment, I analyzed a dataset of 20 million ChatGPT conversation logs known as the "Merits Sample" and gained an understanding of that dataset's origins and general characteristics.

4. I submitted an opening expert report in this matter on April 24, 2026; a rebuttal report on May 29, 2026; a brief addendum to my rebuttal report on June 2, 2026; a reply report on June 26, 2026; and a supplemental response to Dr. Tom Goldstein's supplemental report on July 29, 2026. I was deposed in this case on August 3 and August 4, 2026. The statements in my reports are accurate and true to the best of my knowledge, information, and belief.

5. I stand by and reaffirm each of the statements and opinions set forth in my reports, which remain true and correct to the best of my knowledge, information, and belief.

6. Attached hereto as **Exhibit A** is a true and correct excerpt of the reply report I submitted in this matter on June 26, 2026.

I declare under penalty of perjury that the foregoing is true and correct, and that I have personal knowledge of these facts and am competent to testify thereto if called upon to do so.

Dated: November 19, 2026
San Diego, CA

By: ______________________________
Taylor Berg-Kirkpatrick