**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE:<br><br>OPENAI, INC.<br><br>COPYRIGHT INFRINGEMENT LITIGATION<br><br>This Document Relates To:<br><br>1:23-cv-08292-SHS-OTW<br>1:23-cv-10211-SHS-OTW<br>1:25-cv-03482-SHS-OTW | 1:25-md-03143 (SHS) (OTW)<br><br>**DECLARATION OF EXPERT CHRIS CALLISON-BURCH IN FURTHER SUPPORT OF OPENAI'S MOTION FOR SUMMARY JUDGMENT** |

I, Chris Callison-Burch, Ph.D, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1. I submit this Declaration in further support of OpenAI Defendants' (collectively, "OpenAI") Motion for Summary Judgment.

## I. PROFESSIONAL BACKGROUND AND QUALIFICATIONS

2. For a description of my qualifications, please see the declaration submitted in this case on September 4, 2026, at ECF 1748 (the "Callison-Burch Opening Declaration").

## II. ASSIGNMENT

3. I have been asked by counsel for OpenAI to address technical issues relevant to its fair use defense. My opinions address technical issues related to the first fair-use factor—the purpose and character of the use and whether the use was transformative—and may also be relevant to other fair-use factors.

4. I submitted an opening expert report in this matter on April 24, 2026; a rebuttal report on May 29, 2026; and a reply report on June 26, 2026. I was deposed in this matter on July 15, 2026, and July 16, 2026.

5. I submitted the Callison-Burch Opening Declaration in support of OpenAI's Motion for Summary Judgment on September 4, 2026. *See* ECF 1748. I submitted a declaration in opposition to Books Plaintiffs' Motion for Summary Judgment on October 23, 2026. *See* ECF 2121.

6. I stand by and reaffirm each of the statements and opinions set forth in my reports, which remain true and correct to the best of my knowledge, information, and belief.

7. Attached hereto as **Exhibit A** is a true and correct excerpt of the opening report I submitted in this matter on April 24, 2026.

8. Attached hereto as **Exhibit B** is a true and correct excerpt of the rebuttal report I submitted in this matter on May 29, 2026.

9. Attached hereto as **Exhibit C** is a true and correct excerpt of the reply report I submitted in this matter on June 26, 2026.

I declare under penalty of perjury that the foregoing is true and correct, and that I have personal knowledge of these facts and am competent to testify thereto if called upon to do so.

Dated: November 19, 2026
Philadelphia, PA

By: Chris Callison-Burch
Chris Callison-Burch