**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In Re: OpenAI, Inc. Copyright Infringement Litigation<br><br>This Document Relates To:<br><br>No. 1:23-cv-08292<br>No. 1:23-cv-10211<br>No. 1:23-cv-11195<br>No. 1:24-cv-03285<br>No. 1:24-cv-04872 | Case No. 1:25-md-3143 (SHS) (OTW) |

**DECLARATION OF ANNETTE L. HURST IN SUPPORT OF DEFENDANT MICROSOFT'S REPLIES IN SUPPORT OF MICROSOFT'S MOTIONS FOR SUMMARY JUDGMENT**

I, Annette L. Hurst, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am a partner at Orrick, Herrington & Sutcliffe LLP, located at 405 Howard Street San Francisco, CA 94105, and lead counsel for Microsoft Corporation in these MDL proceedings. I am admitted *pro hac vice* in this matter. I submit this declaration in support of (1) Microsoft's Reply Memorandum of Law in Support of its Motion For Summary Judgment In Books Plaintiffs' Consolidated Cases; (2) Microsoft's Reply to Books Plaintiffs' Response to Microsoft's Rule 56.1 Statement of Undisputed Material Facts in Support of Microsoft's Motion for Summary Judgment in Books Plaintiffs' Consolidated Cases; (3) Microsoft's Response to Books Plaintiffs' Counterstatement of Material Facts in Opposition to Microsoft's Motion for Summary Judgment; (4) Microsoft's Reply Memorandum of Law in Support of its Motion for Summary Judgment in News Plaintiffs' Consolidated Cases; and (5) Microsoft's Reply to News Plaintiffs' Response to Microsoft's Rule 56.1 Statement of Undisputed Material

Facts in Support of its Motion for Summary Judgment in News Plaintiffs' Consolidated Cases.

2. **Exhibit 349** intentionally omitted.

3. Attached hereto as **Exhibit 350** is a true and correct copy of excerpts of the transcript of the August 20, 2025, deposition of Padma Gaggara on behalf of Microsoft, taken pursuant to Federal Rule of Civil Procedure 30(b)(6).

4. Attached hereto as **Exhibit 351** is a true and correct copy of excerpts of the transcript of the July 28, 2026, deposition of Padma Gaggara.

5. Attached hereto as **Exhibit 352** is a true and correct copy of excerpts of the transcript of the July 29, 2026, deposition of Sixiong Shawn Shan.

6. Attached hereto as **Exhibit 353** is a true and correct copy of excerpts of the transcript of the January 21, 2026, deposition of Dee Templeton.

7. Attached hereto as **Exhibit 354** is a true and correct copy of excerpts of the transcript of the February 10, 2026, deposition of Jon Tinter on behalf of Microsoft, taken pursuant to Federal Rule of Civil Procedure 30(b)(6).

8. Attached hereto as **Exhibit 355** is a true and correct copy of Tinter Deposition Exhibit 9, marked during the February 10, 2026, deposition of Jon Tinter taken pursuant to Federal Rule of Civil Procedure 30(b)(6).

9. Attached hereto as **Exhibit 356** is a true and correct copy of Nadella Deposition Exhibit 6, marked during the February 4, 2026, deposition of Satya Nadella.

10. Attached hereto as **Exhibit 357** is a true and correct copy of excerpts of the transcript of the January 9, 2026, deposition of Craig Mundie.

11. Attached hereto as **Exhibit 358** is a true and correct copy of excerpts of the transcript of the January 21, 2026, deposition of Janine Korovesis on behalf of OpenAI, taken pursuant to Federal Rule of Civil Procedure 30(b)(6).

12. Attached hereto as **Exhibit 359** is a true and correct copy of excerpts of the transcript of the February 11, 2026, deposition of Jordan Usdan on behalf of Microsoft, taken pursuant to Federal Rule of Civil Procedure 30(b)(6).

13. Attached hereto as **Exhibit 360** is a true and correct copy of a letter dated September 12, 2025, from Jared Briant, counsel for Microsoft, to Davida Brook and Justin Nelson, lead counsel for News and Books Plaintiffs respectively.

14. Attached hereto as **Exhibit 361** is a true and correct copy of excerpts of the transcript of the January 27, 2026, deposition of Jamie Huynh on behalf of Microsoft, taken pursuant to Federal Rule of Civil Procedure 30(b)(6).

15. Attached hereto as **Exhibit 362** is a true and correct copy of excerpts of the transcript of the November 18, 2025, deposition of Mikhail Parakhin.

16. Attached hereto as **Exhibit 363** is a true and correct copy of excerpts of the transcript of the January 27, 2026, deposition of Padma Gaggara on behalf of Microsoft, taken pursuant to Federal Rule of Civil Procedure 30(b)(6).

17. Attached hereto as **Exhibit 364** is a true and correct copy of Gaggara Deposition Exhibit 17, marked during the January 27, 2026, deposition of Padma Gaggara taken pursuant to Federal Rule of Civil Procedure 30(b)(6).

18. Attached hereto as **Exhibit 365** is a true and correct copy of Gaggara Deposition Exhibit 18, marked during the January 27, 2026, deposition of Padma Gaggara taken pursuant to Federal Rule of Civil Procedure 30(b)(6).

19. Attached hereto as **Exhibit 366** is a true and correct copy of excerpts of the transcript of the February 4, 2026, deposition of Satya Nadella.

20. Attached hereto as **Exhibit 367** is a true and correct copy of excerpts of the transcript of the January 30, 2026, deposition of Luis Vargas.

21. Attached hereto as **Exhibit 368** is a true and correct copy of excerpts of the transcript of the February 20, 2026, deposition of Saurabh Tiwary.

22. Attached hereto as **Exhibit 369** is a true and correct copy of excerpts of the transcript of the December 2, 2025, deposition of Jaron Lanier.

23. Attached hereto as **Exhibit 370** is a true and correct copy of excerpts of the transcript of the July 21, 2026, deposition of Ben Zhao.

24. Attached hereto as **Exhibit 371** is a true and correct copy of excerpts of the transcript of the July 15, 2026, deposition of Chris Callison-Burch.

25. **Exhibit 372** intentionally omitted.

26. **Exhibit 373** intentionally omitted.

27. Attached hereto as **Exhibit 374** is a true and correct copy of excerpts of the transcript of the August 5, 2026, deposition of John Lafferty.

28. Attached hereto as **Exhibit 375** is a true and correct copy of excerpts of the transcript of the January 13, 2026, deposition of Xia Song.

29. Attached hereto as **Exhibit 376** is a true and correct copy of excerpts of the transcript of the January 30, 2026, deposition of Adam Perelman on behalf of OpenAI, taken pursuant to Federal Rule of Civil Procedure 30(b)(6).

30. Attached hereto as **Exhibit 377** is a true and correct copy of excerpts of the transcript of the November 18, 2025, deposition of Elbio Abib on behalf of Microsoft, taken pursuant to Federal Rule of Civil Procedure 30(b)(6).

31. Attached hereto as **Exhibit 378** is a true and correct copy of excerpts of the transcript of the February 13, 2026, deposition of Mary Rasenberger on behalf of the Author's Guild, taken pursuant to Federal Rule of Civil Procedure 30(b)(6).

32. **Exhibit 379** intentionally omitted.

33. **Exhibit 380** intentionally omitted.

34. Attached hereto as **Exhibit 381** is a true and correct copy of excerpts of the transcript of the September 29, 2025, deposition of Jodi Picoult.

35. Attached hereto as **Exhibit 382** is a true and correct copy of excerpts of the transcript of the July 21, 2026, deposition of Catherine Tucker.

36. Attached hereto as **Exhibit 383** is a true and correct copy of an excerpt of the Opening Expert Report of Jessie Stricchiola (retained by The New York Times Company and The Daily News Plaintiffs), dated April 24, 2026.

37. Attached hereto as **Exhibit 384** is a true and correct copy of an excerpt of the Rebuttal Expert Report of Dr. Thomas Goldstein (retained by The New York Times Company and The Daily News Plaintiffs), dated May 29, 2026.

38. Attached hereto as **Exhibit 385** is a true and correct copy of excerpts of the transcript of the January 27, 2026, deposition of Christine Liang.

39. Attached hereto as **Exhibit 386** is a true and correct copy of excerpts of the transcript of the October 30, 2025, deposition of Samantha Felix.

40. Attached hereto as **Exhibit 387** is a true and correct copy of excerpts of the transcript of the February 12, 2026, deposition of C.J. Jacobs on behalf of The Daily News Plaintiffs, taken pursuant to Federal Rule of Civil Procedure 30(b)(6).

41. Attached hereto as **Exhibit 388** is a true and correct copy of Jacobs Deposition Exhibit 24, marked during the February 12, 2026, deposition of C.J. Jacobs taken pursuant to Federal Rule of Civil Procedure 30(b)(6).

42. Attached hereto as **Exhibit 389** is a true and correct copy of excerpts of the transcript of the March 25, 2026, deposition of Robyn Morris on behalf of The Daily News Plaintiffs, taken pursuant to Federal Rule of Civil Procedure 30(b)(6).

43. Attached hereto as **Exhibit 390** is a true and correct copy of excerpts of the transcript of the March 19, 2026, deposition of Simone Procas on behalf of The New York Times Company, taken pursuant to Federal Rule of Civil Procedure 30(b)(6).

44. Attached hereto as **Exhibit 391** is a true and correct copy of excerpts of The Denver Post's Copyright Registrations for a Group of Newspaper Issues filed with the United States Copyright Office with an effective registration date of May 7, 2024 and produced in discovery by The Daily News Plaintiffs commencing with the Bates number DNP-00000187.

45. Attached hereto as **Exhibit 392** is a true and correct copy of excerpts of The San Jose Mercury News's Copyright Registrations for a Group of Newspaper Issues filed with the United States Copyright Office with an effective registration date of June 2, 2023 and produced in discovery by The Daily News Plaintiffs commencing with the Bates number DNP-00000505.

46. Attached hereto as **Exhibit 393** is a true and correct copy of excerpts of The Chicago Tribune's Copyright Registrations for a Group of Newspaper Issues filed with the United States Copyright Office with an effective registration date of April 10, 1995, and produced in discovery by The Daily News Plaintiffs commencing with the Bates number DNP-00001161.

47. Attached hereto as **Exhibit 394** is a true and correct copy of excerpts of The Sun Sentinel's Copyright Registrations for a Group of Newspaper Issues filed with the United States Copyright Office with an effective registration date of March 19, 2001, and produced in discovery by The Daily News Plaintiffs commencing with the Bates number DNP-00001425.

48. Attached hereto as **Exhibit 395** is a true and correct copy of excerpts of The New York Daily News's Copyright Registrations for a Group of Newspaper Issues filed with the United States Copyright Office with an effective registration date of March 29, 2010, and produced in discovery by The Daily News Plaintiffs commencing with the Bates number DNP-00001824.

49. Attached hereto as **Exhibit 396** is a true and correct copy of excerpts of The Pioneer Press's Copyright Registrations for a Group of Newspaper Issues filed with the United States Copyright Office with an effective registration date of October 30, 2013, and produced in discovery by The Daily News Plaintiffs commencing with the Bates number DNP-00002064.

50. Attached hereto as **Exhibit 397** is a true and correct copy of excerpts of The Orange County Register's Copyright Registrations for a Group of Newspaper Issues filed with the United States Copyright Office with an effective registration date of October 14, 2009, and produced in discovery by The Daily News Plaintiffs commencing with the Bates number DNP-00036146.

51. Attached hereto as **Exhibit 398** is a true and correct copy of excerpts of The Orlando Sentinel's Copyright Registrations for a Group of Newspaper Issues filed with the United States Copyright Office with an effective registration date of April 15,

2023, and produced in discovery by The Daily News Plaintiffs commencing with the Bates number DNP-00161069.

52. Attached hereto as **Exhibit 399** is a true and correct copy of an excerpt of the Opening Expert Report of Dr. Thomas Goldstein (retained by The New York Times Company and The Daily News Plaintiffs), dated April 24, 2026.

53. Attached hereto as **Exhibit 400** is a true and correct copy of excerpts of the transcript of the July 8, 2026, deposition of Melanie Mitchell.

54. **Exhibit 401** intentionally omitted.

55. **Exhibit 402** intentionally omitted.

56. Attached hereto as **Exhibit 403** is a true and correct copy of excerpts of the transcript of the January 29, 2026, deposition of Nick Ryder on behalf of OpenAI, taken pursuant to Federal Rule of Civil Procedure 30(b)(6).

57. **Exhibit 404** intentionally omitted.

58. **Exhibit 405** intentionally omitted.

59. Attached hereto as **Exhibit 406** is a true and correct copy of excerpts of the transcript of the August 13, 2026, deposition of Sarah Bird.

60. Attached hereto as **Exhibit 407** is a true and correct copy of excerpts of the transcript of the July 31, 2026, deposition of Tom Goldstein.

61. **Exhibit 408** intentionally omitted.

62. Attached hereto as **Exhibit 409** is a true and correct copy of excerpts of the transcript of the July 16, 2026, deposition of James Malackowski.

63. Attached hereto as **Exhibit 410** is a true and correct copy of Liang Deposition Exhibit 15, marked during the January 27, 2026, deposition of Christine Liang.

64. Attached hereto as **Exhibit 411** is a true and correct copy of Bauerlein Deposition Exhibit 1, marked during the January 26, 2026, deposition of Monika Bauerlein taken pursuant to Federal Rule of Civil Procedure 30(b)(6).

65. Attached hereto as **Exhibit 412** is a true and correct copy of excerpts of the transcript of the January 26, 2026, deposition of Monika Bauerlein on behalf of CIR, taken pursuant to Federal Rule of Civil Procedure 30(b)(6).

66. Attached hereto as **Exhibit 413** is a true and correct copy of a document produced in discovery by Microsoft commencing with the Bates number MSFT_AI_MDL_001716619.

67. Attached hereto as **Exhibit 414** is a true and correct copy of excerpts of the August 3, 2026, deposition of Michael James Lasinski.

68. Attached hereto as **Exhibit 415** is a true and correct copy of Melikadze Deposition Exhibit 8, marked during the April 16, 2026, deposition of Mariam Melikadze on behalf of The New York Times, taken pursuant to Federal Rule of Civil Procedure 30(b)(6).

69. Attached hereto as **Exhibit 416** is a true and correct copy of excerpts of the transcript of the November 5, 2025, deposition of Jordan Ribas.

70. Attached hereto as **Exhibit 417** is a true and correct copy of excerpts of the transcript of the March 25, 2026, deposition of Robyn Morris on behalf of The Daily News Plaintiffs, taken pursuant to Federal Rule of Civil Procedure 30(b)(6).

71. Attached hereto as **Exhibit 418** is a true and correct copy of excerpts of the transcript of the December 9, 2025, deposition of Columbus Rose, Ltd. by David Baldacci, taken pursuant to Federal Rule of Civil Procedure 30(b)(6).

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 20th day of November, 2026 at San Francisco, California.

*/s/ Annette L. Hurst*
Annette L. Hurst