# EXHIBIT 350

# (Filed Under Seal)