**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

IN RE:

OPENAI, INC.,
COPYRIGHT INFRINGEMENT LITIGATION

This document relates to:

No. 23-cv-08292
No. 23-cv-10211
No. 25-cv-03482
No. 23-cv-11195
No. 24-cv-01515
No. 24-cv-03285
No. 24-cv-04872
No. 25-cv-04315

25-md-3143 (SHS) (OTW)

Hon. Sidney H. Stein
Hon. Ona T. Wang

**JOSEPH C. GRATZ DECLARATION IN SUPPORT OF OPENAI'S COUNTERSTATEMENTS TO PLAINTIFFS' STATEMENTS OF ADDITIONAL MATERIAL FACTS AND REPLY IN SUPPORT OF OPENAI'S MOTIONS FOR SUMMARY JUDGMENT**

I, Joseph C. Gratz, hereby declare:

1. I am an attorney duly admitted to practice law in the State of California and in this Court. I am a Partner at Morrison & Foerster LLP, attorneys for the OpenAI Defendants (collectively, "OpenAI") in the above-captioned civil action. I submit this declaration in support of OpenAI's Counterstatements to Plaintiffs' Statements of Additional Material Facts and Reply in Support of OpenAI's Motions for Summary Judgment. I make this declaration based on personal knowledge of the facts and circumstances set forth herein.

2. Attached as **Exhibit 306** is an excerpt of a true and correct copy of the transcript of the 30(b)(1) deposition of Samuel H.G. Altman, taken on February 10, 2026.

3. Attached as **Exhibit 307** is an excerpt of a true and correct copy of the transcript of the 30(b)(1) deposition of Brad Lightcap, taken on January 15, 2026.

4. Attached as **Exhibit 308** is an excerpt of a true and correct copy of the transcript of the deposition of Franklin Taylor Branch, taken on December 16, 2025.

5. Attached as **Exhibit 309** is an excerpt of a true and correct copy of the transcript of the deposition of James Shapiro, taken on September 26, 2025.

6. Attached as **Exhibit 310** is an excerpt of a true and correct copy of the transcript of the deposition of Sylvia June Wolicki (a/k/a Sylvia Day), taken on February 13, 2026.

7. Attached as **Exhibit 311** is an excerpt of a true and correct copy of the transcript of the deposition of Christopher Golden, taken on February 10, 2026.

8. Attached as **Exhibit 312** is an excerpt of a true and correct copy of the transcript of the deposition of Michael Connelly, taken on December 9, 2025.

9. Attached as **Exhibit 313** is an excerpt of a true and correct copy of the transcript of the deposition of Michael James Lasinski, taken on August 3, 2026.

10. Attached as **Exhibit 314** is an excerpt of a true and correct copy of the transcript of the deposition of Long Ouyang, taken on October 14, 2025.

11. Attached as **Exhibit 315** is an excerpt of a true and correct copy of the transcript of the deposition of Sue Cross, taken on July 27, 2026.

12. Attached as **Exhibit 316** is an excerpt of a true and correct copy of the transcript of the 30(b)(1) deposition of Adam Perelman, taken on January 30, 2026.

13. Attached as **Exhibit 317** is an excerpt of a true and correct copy of the transcript of the deposition of Jordan Ribas, taken on November 5, 2025.

14. Attached as **Exhibit 318** is an excerpt of a true and correct copy of the transcript of the 30(b)(6) deposition of Alex Paino, taken on January 22, 2026.

15. Attached as **Exhibit 319** is an excerpt of a true and correct copy of the transcript of the deposition of Chris Callison-Burch, taken on July 15, 2026.

16. Attached as **Exhibit 320** is an excerpt of a true and correct copy of the transcript of the 30(b)(6) deposition of Sarah Bird, taken on February 19, 2026.

17. Attached as **Exhibit 321** is an excerpt of a true and correct copy of the transcript of the deposition of Sarah Bird as a non-retained rebuttal expert witness, taken on August 13, 2026.

18. Attached as **Exhibit 322** is an excerpt of a true and correct copy of the transcript of the deposition of Elbio Abib, taken on November 18, 2025.

19. Attached as **Exhibit 323** is a true and correct copy of Marjan Ghazvininejad et al., *A Knowledge-Grounded Neural Conversation Model*, Association for the Advancement of Artificial Intelligence (Nov. 15, 2018), also available at https://arxiv.org/pdf/1702.01932.

20. Attached as **Exhibit 324** is a true and correct copy of Yizhe Zhang et al., *RetGen: A Joint Framework for Retrieval and Grounded Text Generation Modeling*, Association for the Advancement of Artificial Intelligence (Feb. 24, 2022), also available at https://arxiv.org/pdf/2105.06597.

21. Attached as **Exhibit 325** is an excerpt of a true and correct copy of the transcript of the deposition of Fabrice Canel, taken on January 22, 2026.

22. Attached as **Exhibit 326** is a true and correct copy of *Access control by host*, Apache HTTP Server Version 2.4 (last visited Nov. 18, 2026), also available at https://httpd.apache.org/docs/2.4/howto/access.html.

23. Attached as **Exhibit 327** is an excerpt of a true and correct copy of the transcript of the 30(b)(6) deposition of Michael Sherrard, taken on February 12, 2026.

24. Attached as **Exhibit 328** is an excerpt of a true and correct copy of the transcript of the deposition of Christine Liang, taken on January 27, 2026.

25. Attached as **Exhibit 329** is an excerpt of a true and correct copy of the transcript of the deposition of Katherine Cook taken on October 21, 2025.

26. Attached as **Exhibit 330** is an excerpt of a true and correct copy of the transcript of the deposition of Padma Gaggara taken on July 28, 2026.

27. Attached as **Exhibit 331** is a true and correct copy of Defendants' Joint Notice of Deposition of The Center for Investigative Reporting, Inc. entered as Exhibit 1 during the 30(b)(6) deposition of Monika Bauerlein taken on January 26, 2026.

28. Attached as **Exhibit 332** is an excerpt of a true and correct copy of the transcript of the 30(b)(6) deposition of Monika Bauerlein, taken on January 26, 2026.

29. Attached as **Exhibit 333** is an excerpt of a true and correct copy of the transcript of the deposition of Meredith Kopit Levien taken on February 19, 2026.

30. Attached as **Exhibit 334** is an excerpt of a true and correct copy of the transcript of the 30(b)(6) deposition of John Vincent Monaco, taken on April 8, 2026.

31. **Exhibit 335** is intentionally omitted.

32. Attached as **Exhibit 336** is an excerpt of a true and correct copy of the transcript of the deposition of Michael B. McDonald, Ph.D., taken on July 14, 2026.

33. Attached as **Exhibit 337** is an excerpt of a true and correct copy of the transcript of the deposition of James E. Malackowski, taken on July 16, 2026.

34. Attached as **Exhibit 338** is an excerpt of a true and correct copy of the transcript of the deposition of Jeff Wu, taken on January 13, 2026.

35. Attached as **Exhibit 339** is an excerpt of a true and correct copy of the transcript of the deposition of John Grisham, taken on March 23, 2026.

36. Attached as **Exhibit 340** is an excerpt of a true and correct copy of the transcript of the deposition of Andrew Sean Greer, taken on January 7, 2026.

37. Attached as **Exhibit 341** is a true and correct copy of The Denver Post article titled "Snow totals in northeastern Colorado, April 16, 2013" by Kieran Nicholson, dated April 16, 2013.

38. Attached as **Exhibit 342** is an excerpt of a true and correct copy of the transcript of the deposition of Tom Goldstein, Ph.D., taken on July 31, 2026.

39. Attached as **Exhibit 343** is a true and correct copy of an email from Alex Frawley to Defendants on behalf of The New York Times, dated October 23, 2026.

40. Attached as **Exhibit 344** is a true and correct copy of an email from Nasri Hage to Defendants on behalf of the Daily News Plaintiffs, dated October 23, 2026.

41. Attached as **Exhibit 345** is a true and correct copy of excerpts of the transcript of the deposition of James E. Malackowski taken on July 15, 2026.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 20th day of November 2026, at Providenciales, Turks and Caicos Islands.

*/s/ Joseph C. Gratz*
Joseph C. Gratz