UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

IN RE: : 25-md-3143 (SHS) (OTW)

OPENAI, INC., COPYRIGHT INFRINGEMENT LITIGATION. : ORDER

This document relates to:

23-cv-8292 (SHS) (OTW)
23-cv-10211 (SHS) (OTW)

---------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

At the request of defendants,

IT IS HEREBY ORDERED that the Clerk of Court is directed to permanently seal ECF document number 2541 in 25-md-3143 filed on November 20, 2026, and in the following related cases:

23-cv-8292 – Doc. No. 1542
23-cv-10211 – Doc. No. 965

The parties are directed to file redacted versions of the above documents as soon as possible.

Dated: New York, New York
November 23, 2026

SO ORDERED:

Sidney H. Stein, U.S.D.J.