UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x

| | | |
|---|---|---|
| IN RE: | : | 25-md-3143 (SHS) (OTW) |
| OPENAI, INC., COPYRIGHT INFRINGEMENT LITIGATION. | : | ORDER |
| | : | |
| This document relates to: | : | |
| 23-cv-8292 (SHS) (OTW)<br>23-cv-10211 (SHS) (OTW) | : | |

---------------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

At the request of defendants,

IT IS HEREBY ORDERED that the Clerk of Court is directed to permanently seal ECF document number 2599 in 25-md-3143 filed today, and in the following related cases:

23-cv-8292 – Doc. No. 1570
23-cv-10211 – Doc. No. 978

The parties are directed to file redacted versions of the above documents as soon as possible.

Dated: New York, New York
November 23, 2026

SO ORDERED:

Sidney H. Stein, U.S.D.J.